IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY -3 A 9:46

Rendell Hampton #226420 )
Full name and prison number of )
plaintiff(s) )
)
)
v. )    CIVIL ACTION NO. None
)    (To be supplied by the Clerk of the
Prision Health Care Services )     U.S. District Court)
~~Ted King~~ )
)    2:06CV400-T
_____ )
)
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.   Parties to this previous lawsuit:
           Plaintiff(s) _____None_____
           Defendant(s) _____

      2.   Court (if federal court, name the district; if state court, name the county)
           _____None_____

      3.   Docket No. _____None_____

      4.   Name of Judge to whom case was assigned _____None_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? None

6. Approximate date of filing lawsuit 4/14/06

7. Approximate date of disposition None

II. PLACE OF PRESENT CONFINEMENT Bullock Correctional Facility P.O. Box 5107 Hwy 82 East Union Springs, AL, 36089

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED All over

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Prision Health Care Services Suite 200 105 West Park Drive Brentwood
2. TN. 37027
3. 
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED April 13, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 3rd Amendment, 8th Amendment, 14th Amendment

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved). The nurses don't wear name tags so I don't know their name. Dr. Sardeck is the doctor.

GROUND TWO: _____

SUPPORTING FACTS: VIII Amendment cruel and unusual punishment. I have seasures and the doctors don't help me most of the time.

GROUND THREE: Negligence

SUPPORTING FACTS: The medical staff has caused serious physical injury. The medical staff has ignored the in emergency situations.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
I want medical treatment I would like monetary compensation of $100,000 dollars plus court cost.

Pro-se _Randell Hampton_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 4/16/06
(date)

Pro-se _Randell Hampton_
Signature of plaintiff(s)