RECEIVED

Rendell Hampton, #[illegible] A) Civil Action 2:06-CV-400-MHT
  Plaintiff,
VS.                              ) [WO]

Prision Health Care Services )
  Defendant,                   )

## Motion for Prision Compliance

I Rendell Hampton have filled the proper paperwork for the Bullock Correctional Facility buissness office to cut the amount of $20.13 off of my PMOD accaunt, to fall in accordance with provision 28 U.S.C. § 1415(b)(1)(A) and forward this money to the said Clerk witch is prayed. I have not receavied any receits or proof. This said matter is not my falt, and I'm asKiny the Courts to please ask the Correctional facility to respond to this said order that is prayed.

Respectfully Submitted,
Pro-Se Rendell Hampton

Certificate of Service

I heerby certify that on this 24th day of May, 2006. I did put prepaid in U.S. Mail First Class Postage prepaid and addressed as follows:

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711