IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDALL HAMPTON, #226420, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-400-MHT |
| | ) |
| PRISON HEALTH CARE SERVICES, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon review of the response filed by the plaintiff on June 5, 2006 (Court Doc. No. 5), and for good cause, it is

ORDERED that the plaintiff be GRANTED an extension until June 21, 2006 to file the initial partial filing fee in compliance with the order entered on May 5, 2006. The plaintiff is again advised that it is *his responsibility* to submit the appropriate paperwork to the prison account clerk for transmission of his funds to this court for payment of the initial partial filing fee and to ensure that payment is made in accordance with the orders entered in this case.

Done this 12th day of June, 2006.

　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE