IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDALL HAMPTON, #226420, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-400-MHT |
| | ) |
| PRISON HEALTH CARE SERVICES, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before July 13, 2006 the plaintiff shall show cause why his complaint should not be dismissed for his failure to pay the initial partial filing fee in compliance with the orders entered in this case.  **The plaintiff is hereby advised that it is his responsibility to submit the appropriate paperwork to the prison account clerk for transmission of his funds to this court for payment of the initial partial filing fee and to ensure that payment of such fee is submitted to the court**.  If the funds have been dispersed from the plaintiff's prison account and are not now available to him, the plaintiff must make arrangements for payment of the requisite filing fee from any other funds which may be available to him.

In filing his response, the plaintiff shall advise the court of whether he (i) authorized prison officials to withdraw funds from his prison account for payment of the initial partial filing fee, (ii) requested the withdrawal of funds for payment of the fee, and (iii) received any

response from the account clerk to this request. The Clerk is hereby DIRECTED to provide a copy of this order and the order entered on May 31, 2006 (Court Doc. No. 4) to the inmate account clerk at the Bullock County Correctional Facility.

The plaintiff is *cautioned* that if he fails to file a response to this order the undersigned will recommend that this case be dismissed.

Done this 29th day of June, 2006.

                    /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE