**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   7-17

1. Article Addressed to:

General Counsel
Prison Health Services
Lewis Peyton Chapman III
Rushton Stakely Johnston & Garrett PC
P.O. Box 270
Montgomery, AL 36101-0270

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

2:06CV 400
CSC

Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0002 3461 1581

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540