**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
                  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

Ken Palombe                       7-17-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   2:06cv400
   c d o                          ⑩

1. Article Addressed to:

   Ken Palombo
   Legal Counsel
   Prison Health Services
   105 Westpark Drive, Suite 200
   Brentwood, TN 37027

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number      7005 1820 0002 3461 1598
   (Transfer from

PS Form 3811, February 2004    Domestic Return Receipt

102595-02-M-1540