IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDALL HAMPTON, #226420, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-400-MHT |
| PRISON HEALTH CARE SERVICES, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the motion for more definite statement filed by the defendant on August 3, 2006 (Court Doc. No. 12), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. On or before August 18, 2006, the plaintiff shall file an amendment to his complaint which (i) specifically describes how the defendant violated his constitutional rights, and (ii) asserts with clarity those factual allegations material to his claims for relief.

3. The defendants be GRANTED an extension from August 14, 2006 to and including September 14, 2006 to file their special report and answer.

In responding to this order, the plaintiff should set forth *short and plain statements* setting forth his claims for relief. Each allegation in the amendment must be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. The plaintiff is **cautioned** that failure to respond to this order will result in a recommendation that this case be dismissed.

Done this 4th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE