**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

August 17, 2006

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Randell Hampton v. Prison Health Care Services

Case No.:   2:06cv400-MHT
Document 15 Amendment to Complaint

This Notice of Correction was filed in the referenced case this date to enter the pdf for the attachment to the Amendment to Complaint.   When originally docketed, the attachment was omitted.  The corrected pdfs are attached to this Notice of Correction and document [15] has been corrected.