Kendell Hampton, #226420 ) Civil Action No. 2:06-CV-400-MHT
    Plaintiff,
  VS.                      )          RECEIVED
                                      2006 AUG 16 A 9:35
Prision Health Care Service )
                                      U.S. DISTRICT CLK
                                      MIDDLE DIST ALA.
                           )

                           )

## Amendment To Compleint

I Kendell Hampton would like to amend my compleint by bringing 2 new defendent to the attention of the courts. I would like to add the "Alabama Department of Corrections to this compleint for which this Said matter is prayed."

1.) C.O.I Frizpatch, C.O.I Ms. Hanes, and Capt. Perkins. of Bullock Correctional Facility. All of these Correctional officers neglected my medical needs by not getting me help when needed. These officers left me there in pain; this is cruel and unusual punishment. I went into a seezure and the officer on different ocations ignored my needs for emergency help under my health condition. That is a violation of my Constitusonal rights.

Done August 7th, 2006

## Amendment To Complaint (2)

I, Randell Hampton is amending this complaint for the Prison Health Care service. I don't know the PHS workers name because they don't wear name tags. One of the workers left me with out medical attenction or emergency help when needed. I was haveing a Seazure at the time. That was one violation of my constitutional rights. These workers don't give me the proper medical treatment. Doctor Sedeach did not give me the proper medican that I need to take. The Doctor just refuses to give me what I need to stop haveing these Seazures. I need the medican that I use to take at home. I would like the Courts to straiten out this injustice and I would like to sue each one of the defendents in their personal Compasity. I would like to be compensated for my pain and suffering and mental anguish.

Done August 7, 2006

Respectfully Submitted,

Pro-SE   Randell Hampton.

I Sidney Clayton-Bey #224747 have witnessed the Capt. Perkins here at Bullock Stated "Leave his Stupid a-- on the floor". This happend when Randall had a Seazure in the Kitchen on the first day I got to this prison of Bullock.

Respectfully Stated,
Sidney Clayton-Bey #224747

My name is Anthony Deon Brown I know Randell Hampton yes I seen him be fallen out but they did not get him help and I seen him get jump on for no reason at all Randell Hampton is a good person he always to his self he stay sick all the time one of the officer had hit Randell Hampton head up to the wall than push him down he did not get no help for that he was not in the wrong I seen it with my own eyes it's a lot of wrong things going on But nothing is done about it

P.S. Anthony Deon Brown