IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| RANDALL HAMPTON, (AIS #226420) | * |
| | * |
| Plaintiff, | * |
| V. | 2:06-CV-400-MHT |
| | * |
| PRISON HEALTH CARE SERVICES, | * |
| Defendant. | * |
| | * |

### DEFENDANT'S MOTION TO EXTEND TIME TO FILE SPECIAL REPORT AND ANSWER

COMES NOW Defendant Prison Health Services, Inc. (identified in the Plaintiff's Complaint as "Prison Health Care Services") (hereinafter PHS) and respectfully requests that this Honorable Court extend the time period which this Defendant has to file its Answer and Special Report in this action by thirty (30) days up to and including October 14, 2006. As grounds for this Motion, the Defendant shows to the Court as follows:

1. Due to unavoidable scheduling conflicts with the medical practices of this Defendant's representatives, counsel has been unable to meet with them in preparing a timely response to this inmate's Complaint.

2. This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

WHEREFORE, this Defendant requests that this Honorable Court extend the time in which he has to respond by thirty (30) days up to and including October 14, 2006.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett GAR085
Attorneys for PHS
RUSHTON, STAKELY, JOHNSTON
&GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 13th day of September, 2006, to:

RANDALL HAMPTON, (AIS #226420)
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089

s/R. Brett Garrett GAR085
Attorney for Defendant PHS