IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDALL HAMPTON,<br>AIS #226420,<br><br>    Plaintiff,<br><br>v.<br><br>PRISON HEALTH CARE<br>SERVICES, et al.,<br><br>    Defendants. | Civil Action No.<br>2:06-CV-400-MHT<br><br>**JURY TRIAL REQUESTED** |

## ANSWER

Come now Alabama Department of Corrections Defendants Henry Perkins, LaSonja Haynes, and Joseph Fitzpatrick, by and through the undersigned counsel in the above-styled action, and file their request:

The ADOC Defendants file an answer and a demand for a jury trial pursuant to the local rules of this Court. The ADOC deny each and every allegation and demand strict proof thereof. The Defendants adopt defenses as set out in the special report as if fully set out herein.

Respectfully submitted,

Kim T. Thomas
General Counsel
Assistant Attorney General

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Post Office Box 301501
301 South Ripley Street
Montgomery, Alabama 36130-1501
334-353-3885

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing documents upon:

Randall Hampton, AIS #226420
Bullock Correctional Facility
P. O. Box 5107
Union Springs, Alabama 36084

by placing a copy of same in the U.S. Mail, properly addressed and postage paid, on this the 2nd day of October, 2006.

/s/Albert S. Butler
Albert S. Butler