IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

P.O. Box 711
Montgomery, AL. 36130

Randall Hampton # 226420

Full name and prison number of plaintiff(s) Simular Situated Plaintiffs

v.

Doctor Sediet, & P.H.S.,
Prison Health Services, et al
The Alabama Prison
Commissioner Simular Situated

Name of person(s) who violated your constitutional rights. Defendants
(List the names of all the persons)

"AMENDED Complaint"
(FRCP) Rule 15(a)

CIVIL ACTION NO. 2:06-CV-400-MHT
(To be supplied by the Clerk of the U.S. District Court)

Count ONE; In the Amended Complaint, the Plaintiff Charge That subsequently Defendants All witnness, the Plaintiff Falling In ADOC Kitchen, and Bursting His Head, And There After, Denied Inadequate Medical Care At 429 U.S. At 106, Applying Deliberate Indifference to Medical Needs.

I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes (✓)  No ( )

(Medical)  B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (✓)  No ( )

C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) Doctor Sediet, Placed 15 Stitches
      In the Plaintiff Head, from A Fall
      Defendant(s) In Defendant's (Chow Hall) that
      Required, Medical Treatment
      As Named Defendants -

   2. Court (if federal court, name the district; if state court, name the county)
      Middle District (FRCP) 8(a)(2)

   3. Docket No. 2:06-CV-400-MHT

   4. Name of Judge to whom case was assigned _____

(FRCP) 23(a)

5. ~~Disposition (for example:~~ No  Was the case dismissed? Was it appealed? Is it still pending? yes

6. Approximate date of filing lawsuit  Amended Oct 4th 2006

7. Approximate date of disposition  By Jury Trial Fed Rule 38, 39(a)

II. PLACE OF PRESENT CONFINEMENT
P.O. Box 5107
Union Springs, AL. 36089

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED
Bullock Prison Kitchen, 2006

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Doctor Sediet M.D. & P.H.S. (CMS)
2. Correctional Medical Services
3. II
4. Warden & Alabama Prison Commissioner
5. All Have Been Deliberate Indifference
6. to fail to Apply Any Proper medical Care

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
Approximate April 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I Have Had to Have 15 Stitches Places Into my Scalp, By Falling on The Greasy Kitchen Floor At Bullock Prison

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

1) The Defendants Are Deliberate Indifferent to the Plaintiff medical Needs, In Failing to (2) Apply Proper Medical Care, (3) By Not Remembering All the Falling Plaintiff Insidents that Should Have Required Immediately medical Service, And that failure Violated Const, Amendment 8th where All Defendants Libal.

-2-

GROUND TWO: The Plaintiff seeks A Jury Trial on Inadequate Medical Care Admissions

SUPPORTING FACTS: See Affidavit of Capt. Henry L. Perkins e.g. who did wittness, Inmate Randell Hampton falling In the A.D.O.C (Kitchen Chow Hall) Doing feeding

GROUND THREE: Violated 111 S.ct. 2326 - 2327 At Wilson V. Seiter supra

SUPPORTING FACTS: where Defendants Cause Inadequate medical Care to occur they Can be Held Libal Enroute or In furtherance of Any conspiracy to Deny Proper medical Care

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

The Plaintiff Seek's 200 million dollars In Treble Damages, for Emotional Pain and Suffering unnecessary, At 429 U.S At 106 to willfully Violate Const, Amendment 8th.
Jurisdiction 12-11-30 Code 1975

/s/ Randell Hampton
Signature of plaintiff(s)
# 226420
P.O. Box 5107
Union Springs, AL.
36089
FRCP 8(a)(2)

4.

I declare under penalty of perjury that the foregoing is true and correct.
EXECUTED on Oct 9th 2006
            (date)

/s/ Randell Hampton
Signature of plaintiff(s)
# 226420 P.O. Box 5107
Union Springs AL. 36086

2.
All Defendants Can be Held Libal, Direct and Indirect for Violation of the A.d.A. (Acts of 1990) At Denial of Proper Medical Care to Inmate (2006) 4.

1.
42 U.S.C. 1983
At 28 U.S.C. 2671

-3-

3.
Amended Complaint for FRCP Rule 3.36, of FRCP Rule 56(e)

4.
Utah Code ANN
Title 78-27-39(a)