IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDALL HAMPTON,<br>AIS #226420,<br><br>    Plaintiff,<br><br>v.<br><br>PRISON HEALTH CARE<br>SERVICES, et al.,<br><br>    Defendants. | Civil Action No.<br>2:06-CV-400-MHT |

### SUPPLEMENTAL SPECIAL REPORT

Come now Alabama Department of Corrections Defendants Henry Perkins, LaSonja Haynes, and Joseph Fitzpatrick, by and through the undersigned counsel in the above-styled action, and file this Special Report as follows:

### PLAINTIFF'S AMENDED ALLEGATIONS

Plaintiff's newest amended complaint against the ADOC Defendants alleges that he fell in the kitchen of the Bullock Correctional Facility in April of 2006 and received fifteen stitches in his head and that the ADOC Defendants were deliberately indifferent to his medical needs.

### DEFENSES

The ADOC Defendants re-allege the defenses set forth in their original special report as if fully set out herein.

**STATEMENT OF FACTS**

The institutional and medical for Inmate Hampton has been checked and re-checked. There is no recorded incident involving this inmate falling in the kitchen area, or any other area, and receiving an injury to his head in April of 2006. There are several incidents where this inmate has "fallen out" in the Kitchen area at Bullock but none in April of 2006.

**ARGUMENT**

The ADOC Defendants would adopt the argument submitted in their original special report. Additionally the ADOC Defendants deny that any incident as alleged by the Plaintiff happened in April of 2006.

Wherefore the premises considered, the Defendants pray this Court to grant summary judgment in their favor.

Respectfully submitted,

Kim T. Thomas
General Counsel
Assistant Attorney General

/s/Albert S. Butler
Albert S. Butler
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Post Office Box 301501
301 South Ripley Street
Montgomery, Alabama 36130-1501
334-353-3885


**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing documents upon:

Inmate Randall Hampton
 AIS #226420
Bullock Correctional Facility
P. O. Box 5107
Union Springs, Alabama 36084

by placing a copy of same in the U.S. Mail, properly addressed and postage paid, on this the 16th day of November, 2006.

                                      /s/Albert S. Butler
                                      Albert S. Butler