# A F F I D A V I T

STATE OF ALABAMA      )
                      )
_Bullock_ COUNTY     )

    I, _Jameka Howard_, hereby certify and affirm that I am a _Medical Records Clerk_, at _Bullock County Correctional Facility_ that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Hampton, Randall_, AIS# _226420_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

    I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Bullock Co. Correctional Facility_; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

    This, I do hereby certify and affirm to on this the _27th_ day of _July_, 2006.

                     _Jameka Howard_


SWORN TO AND SUBSCRIBED BEFORE ME THIS THE
_27_ Day of _JULY_, 2006.

_____
Notary Public
_JULY 2010_
My Commission Expires

# ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME _Hampton Randall_    AIS# _220420_

Medication Allergies: _Haldol_    D.O.B _10/15/83_

**Medical: Chronic (Long-Term) Problems**
       Roman Numerals for Medical/Surgical

**Mental Health Code** SMI HARM (HIST) NONE
       Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 7/7/05 | Mental Health Code : Hist | Hist | | (Capacity) Name |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**\*\*If Asthmatic label:  Mild – Moderate – or Severe.**

60108-AL

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT   (REVIEW)**

*Treatment Plan Reviewed On:* 6/21/06

*Treatment Plan Initiated On:* 12/04

*Institution:* Bullock Co. Correctional Facility

*Admitted to Unit:* 02/07/03

*Level Currently Assigned:*  3

CURRENT STATUS:

---

Problem # 1 History of auditory hallucinations; currently in remission w/out meds

Target Date for Resolution: 4 wks
Status:          Resolved          No Change          Modified     X

Outcome/Modification: Maintain stability off meds, psych. to monitor for s/s's, AT contact daily, TC to see 2x monthly for indv. counseling and mental health assessment

Staff Member(s) Responsible: Psych., TC, AT                 Frequency:  monthly

---

Problem # 2 Generalized anxiety-poor concentration, impulsive behavior- currently in remission w/out meds

Target Date for Resolution: 4 wks
Status:          Resolved          No Change          Modified  X

Outcome/Modification: Maintain stability off meds, psych. to monitor for s/s's, AT contact daily, TC to see 2x monthly for indv. counseling and mental health assessment, refer to stress mgt. & depression class

Staff Member(s) Responsible: Psych, TC                 Frequency: monthly

---

Problem # 3

Target Date for Resolution:
Status:          Resolved          No Change          Modified

Outcome/Modification:

Staff Member(s) Responsible:                 Frequency :

---

Comments:

Level Change?          Yes          No

---

Second Page attached:          Yes          No

Psychiatrist:                                   Psychologist:

Mental Health Nurse:                          Activities Tech:

Treatment Coordinator:                Ms, MKP   Correctional Officer Present Yes          No

Inmate Agreement: Randall Hampton                 Date: 22-06-20

Next Treatment Plan Review by:_____     (Level 1: weekly; Level 2: biweekly; Level 3 & 4 monthly)

---

Inmate Name:  Hampton, Randall                 AIS#  226420

Nurse's Chronic Care Clinic

Date: 6/8/06        Time: 1130        Facility: BCF

Check all applicable CICs being evaluated: __Card/HTN __DM_GI_ID_PUL_SZ__TB

Vital Signs: BP 130/68 P 74 R 20 T 98

SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __ Dates:
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: __ Dates: N/A
For seizure patients, list the # of witnessed seizures since the last CIC visits: __ Dates:

ALLERGIES: Haldol                    CURRENT DIET: Reg
MEDICATIONS: Listed
DESCRIBE MED AND DIET ADHERANCE: Compliant
DESCRIBE ANY MED SIDE EFFECTS: None noted
VACCINES: Flu _____ Pneumovax _____ Hep A _____ Hep B _____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month _____
(This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c _____ on _____; CD4 & HIV-RNA __/__ on _____;
Peak Flow ___; LFTs ___ on _____; Serum Drug Levels __ on _____; EKG ___; CXR ___

Medications:

Phenobarb 60 mg BID
Tegretol 100 mg qd

3/21/06
Tegretol 8
Phenobarb 19

Patient Educated on: & Instructed the safety measures for
seizure activity

Inmate Signature Roxell Hampton 226420

Nurses Signature and Title

Hampton, Kendall        NAME

M GENDER        B RACE        226420 AIS
                                10/15/83 DOB

(Revised 05/18/05)

PRISON HEALTH SERVICES

Physician's Chronic Care Clinic

Date: 6/8/06   Time: 1130   Facility: BCF

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL /SZ __TB

<u>SUBJECTIVE:</u>

No Seizures

<u>OBJECTIVE:</u> BP 130/68 HR 74 RR 20 Temp 98 Wt 170 Peak Flow____
NOTE: PE findings for CIC patients should be disease specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Doing well
no new Seizures

<u>ASSESSMENT:</u> Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of C |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Statu |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S |

<u>PLAN:</u>    Cont. Phenyton / Eyself

F/U:   Routine 90 days: _____ Other _____    Problem List Updated: Yes   N

Randall Hampton 6186
Physician/NP/PA

Hampton , Randall      226420
NAME                                AIS#

M          B          10/15/83
GENDER      RACE      DOB

(Revised 5/18/05)

PRISON HEALTH SERVICES

### Nurse's Chronic Care Clinic

Date: 3/20/06    Time: 1100    Facility: BCCF

Check all applicable CICs being evaluated: __Card/HTN __DM_GI_ID__PUL ✓SZ __TB

Vital Signs: BP 130/94  P 84  R 18  T 98⁶

**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates: NA
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ___Dates: NA
For seizure patients, list the # of witnessed seizures since the last CIC visits: 0 Dates: NA

ALLERGIES: Hal Aol          CURRENT DIET: Reg
MEDICATIONS: Listed
DESCRIBE MED AND DIET ADHERANCE: Compliant
DESCRIBE ANY MED SIDE EFFECTS: none noted
VACCINES: Flu____ Pneumovax ____ Hep A____ Hep B____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month.____
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c____ on____; CD4 & HIV-RNA __/__ on____;
Peak Flow___; LFTs____ on____; Serum Drug Levels __ on____; EKG ___; CXR___:

Medications:

Phenobarb 60 mg BID
Tegretol 100 mg 9d

12/13/06
Phenobarb level 17
Tegretol level 6.1

Patient Educated on:
Pt Instructed on Continued Safety Measures
Pt Seizure activity

Inmate Signature Markell Hampton

Nurses Signature and Title MC Nally RN

Hampton, Randall
NAME

GENDER M        RACE B

226420
AIS

10/15/83
DOB

(Revised 05/18/05)

PRISON HEALTH SERVICES

**Physician's Chronic Care Clinic**

Date: 3/20/06    Time: 1100    Facility: BCCF

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL ✓SZ __TB

<u>SUBJECTIVE:</u>    No compl⟩

<u>OBJECTIVE:</u>  BP 130/74  HR 84  RR 18  Temp 98⁶  Wt 165  Peak Flow____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

NKSD                    Fried Dx
als N
lys C⟩                 very frequel
fued o⟩                 Sizr
gall

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN:    Will Continue on the Medicarly

F/U:   Routine 90 days: ____✓ Other _____        Problem List Updated: Yes    No

Jug 3/27/6
Physician/NP/PA

Hampton Randall
NAME

M                    B
GENDER              RACE

226420
AIS#

10/15/83
DOB

(Revised 5/18/05)

## PRISON HEALTH SERVICES

### Physician's Chronic Care Clinic

Date: 12/10/05    Time: 1500    Facility: BCCF

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB

### SUBJECTIVE:

no answer.

### OBJECTIVE:
BP 140/184  HR 77  RR 20  Temp 97.6  Wt/160  Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

*(handwritten notes, illegible)* Pharx 17

### ASSESSMENT:
Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status:  I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: will contin on current pla

F/U:  Routine 90 days: _____ Other _____        Problem List Updated:  Yes    No

_____
Physician/NP/PA

Hampton Kendall
_____
NAME

M
_____
GENDER

B
_____
RACE

226420
_____
AIS#

10/15/83
_____
DOB

(Revised 5/18/05)

# PRISON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: 12/10/05    Time: 1500    Facility: BeCF

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL _✓_SZ __TB

Vital Signs: BP 140/84 P 77 R 20 T 97⁶

**SUBJECTIVE:**

For diabetic patients list the # of hypoglycemic reactions since the last CIC visit: __Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ___Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits: 0 Dates:_____

ALLERGIES: Haldol    CURRENT DIET: Reg
MEDICATIONS: listed
DESCRIBE MED AND DIET ADHERANCE: Compliant
DESCRIBE ANY MED SIDE EFFECTS: None noted
VACCINES: Flu____ Pneumovax____ Hep A____ Hep B____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____ : CD4 & HIV-RNA __/__ on_____:
Peak Flow___: LFTs____on_____; Serum Drug Levels __on____; EKG ____; CXR____:

Medications:
Phenobarb 60 mg BiD
Zegretol 100 mg

9/6/95 Zegretol 4.4
Phenobarbitol 17

Patient Educated on: ~~Effect~~ & Instructed in Safety and Medication Compliance

Inmate Signature Randll Hampton

Nurses Signature and Title Vn Qualls RN

Hampton, Randall
NAME

B
RACE

226 420
AIS

10/15/83
DOB

GENDER

(Revised 05/18/05)

Physician's Chronic Care Clinic

Hampton, Randall
226420

Date: 10/12/05   Time: 1020   Facility: BCC F

Check all applicable CICs being evaluated: __Card/HTN __DM GI ID PUL SZ__ TB

OBJECTIVE: BP 142 88 HR 72 RR 22 Temp 98 Wt 162 Peak Flow___

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

no seizure

~~doing well~~

taking meds

His Seizures do not fit into any known category

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor Status: I=Improved, S=Stable, W=Worsened

| DM | | HTN/CARD | | SZ | | PUL | | ID | | GI | | OTHER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | Degree of Control | | Degree of Control | | Degree of Control | | Degree of Control | | Degree of Control | | Degree of Control | |
| G F P | | G F P | | G F P | | G F P | | G F P | | G F P | | G F P | |
| Status | | Status | | Status | | Status | | Status | | Status | | Status | |
| I S W | | I S W | | I S W | | I S W | | I S W | | I S W | | I S W | |

PLAN: Continue current Care, Since his Seizures are under control

F/U:   Routine 90 days: ✓

Other ___

Physician

Problem List updated: (Yes)  No

(01/31/05)

PRISON HEALTH SERV.

Name: _Hampton, Randall_
Inamte #: _232420_
DOB: _10/15/73_ Race: _B_ Gender _M_

## Nurse's Chronic Care Clinic

Date: _10/12/05_   Time: _1020_   Facility: _BCCF_

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL _✓SZ __TB

### SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit:__ Dates:__
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit:__ Dates:__
For seizure patients, list the # of witnessed seizures since the last CIC visits:__ Dates:__

ALLERGIES: _Haldol_                    CURRENT DIET: _Reg_
DESCRIBE MED AND DIET ADHERANCE: _Compleant_
DESCRIBE ANY MED SIDE EFFECTS: _None noted_
VACCINES: Flu____ Pneumovax ____ Hep A ____ Hep B ____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month.____
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c____ on ____ ; CD4 & HIV-RNA __/__ on ____ ;
Peak Flow___; LFTs____ on ____ ; Serum Drug Levels __ on ____ ; EKG ____ ; CXR __ ;

MEDICATIONS:
_Phenobarb 60mg BID_
_Tegretol 100_

Patient Educated on: _Increased dose Seizure. No Yplat 8/5_
_re No Seizure activity in passed 3 months_
_Instruct on safety_

Nurses Signature and Title: _LW BSN LPN_     (Inmate Signature _Randell Hampton_

(01/31/05

**Physician's Chronic Care CR**

Date: 1/30/05   Time: 1130   Facility: BCCF

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB

**OBJECTIVE:** BP 120/68 HR 76 RR 20 Temp 98² Wt 162⁵ Peak Flow _____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

*[handwritten notes]*

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: *[handwritten]*

F/U: Routine 90 days: ✓

Other _____

Physician _____ MD

Problem List updated: Yes  No

(01/31/05)

# PRISON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: 7/30/05    Time: 1/30    Facility: BCCF

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL ✓SZ __TB

Vital Signs: BP 100/68  P 76  R 20  T 98⁴

**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:_____
See attached for monofilament check.

For asthma patients, list the # of asthma attack visits since the last CIC visit: ____ Dates:____

For seizure patients, list the # of witnessed seizures since the last CIC visits: 0 Dates: NA

ALLERGIES: NKA    CURRENT DIET: Reg

MEDICATIONS: Tegretol ; Phenobarb

DESCRIBE MED AND DIET ADHERANCE: Compliant

DESCRIBE ANY MED SIDE EFFECTS: None noted

VACCINES: Flu____ Pneumovax____ Hep A____ Hep B____

For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
**(*This should equate to one inhaler per month.)**

Lab/Diagnostic test(s) w/ date(s): HbA1c____ on_____: CD4 & HIV-RNA ___/___ on_____:
Peak Flow___: LFTs____ on _____; Serum Drug Levels __ on _____; EKG ____; CXR___:

Medications:

Phenobarb  60 mg  Bid)          5/2/05  Carmazepine  7.0
Tegretol  100 mg  3 tabs Tid)          Phenbarbetal  20

Patient Educated on: D, awareness of s/s CC Seizures, No noted Seizure
activity in passed week,

Inmate Signature_____

Nurses Signature and Title M Donal RN

Hangton, Randall          226480
        NAME                AIS

M          B          10/15/83
GENDER      RACE          DOB

7/18/05)

**PHS**
PRISON HEALTH SERVICES, INC.

# HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) |  | ✓ | Last weight at least 6 months ago |
| Persistent Cough |  | ✓ |  |
| Chest Pain |  | ✓ |  |
| Blood in Urine or Stool |  | ✓ |  |
| Difficult Urination |  | ✓ |  |
| Other Illnesses (Details) | ✓ |  | Seizures / muscle spasm |
| Smoke, Dip or Chew | ✓ |  | Smoke |
| ALLERGIES |  | ✓ |  |

5'11"  Weight _157_  Temp _98'_  Pulse _68_  Resp _20_  Blood Pressure _112/70_

If greater than > 140/60, repeat in 1hour.
Refer to M.D. if remains > 140/90.

Eye Exam: 20/40 OD  20/40 OS  20/20 OU

**II.    TESTING – (LPN or RN)**

RESULTS                            L  (FA)

Tuberculin Skin Test (q yr)       Date given _11-15-05_ Site _L_
                                   Read on _11/17/05_ Results _θ_ mm

Past Positive TB Skin Test →      **Survey Completed**
(Chest x-ray if clinical symptoms)  Date _____ Results _____
RPR (q 3 yrs)                      Date _5-9-05_ Results _NR_
EKG (baseline at 35, over 45 q 3 yrs)  age 22
Cholesterol (at 35 then q 5 yrs)   age 22
Finger Stick Blood Sugar          Results _114_
* If > than 200 repeat Finger Stick BS within 48 hours  Results _____
Optometry Exam (@ 50 if not already seen)  age 22
Mammogram                          Date _NR_ Results _____
   (females @ 40, q 2 yrs/other M.D. order)

**III.    PHYSICAL RESULTS – (RN, Mid-Level, M.D.)**  Duty Status _3_

Heart               RRR
Lungs               CTA
Breast  Exam
Rectal (yearly after 45)    Results age 22
   with Hemoccult          Results
Pelvic and PAP (q 1 yr)    Date _____ Results _____

Facility _BCCF_  Nurse Signature _Dale Patterson LPN_  Date _11-15-05_

M.D. or Mid-Level Signature _____ _11/17/01_  Date _____

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Hampton, Randall | 224420 | 2240 10-15-83 | Bm |

60513-AL    (rev 9/05)

# U/A DIPSTICK REPORT

Name: _Hampton, Randall_ AIS# _226420_ R/S _BM_

DOB: _10-15-83_    AGE: _22 yrs_

Collection Date: _11-15-05_    TIME _08:25 AM_

Annual Physical ✓    Random _____ Repeat _____ Daily _____

After Rx. Completion _____ Chronic Care Clinic Porotocal _____

Urine Appearance:    Color _amber_    Clarity: _Clear_    Odor: _WNL_

Specific Gravity: _1.010_

PH: _6_

LEUKOCYTES: _neg_

NITRATE: _neg_

PROTEIN: _neg_

GLUCOSE: _neg_

KEYTONES: _neg_

UROBILINOGEN: _neg_

BILIRUBIN: _neg_

BLOOD: _neg_    HEMOGLOBIN: _____

WNL: _Yes_    ABNORMAL _____

OBTAINING NURSE'S SIGNATURE: _Dale Blueson RN 11-15-05_
                                                                      Date

REVIEWING PHYSICIAN's Signature: _____
                                                                      Date
_11/17/05_

NAME _Hampton, Randall_ · AIS# _226420_     R/S _Bm_ - ·

Return to Health care Unit For skin Test Reading on the date marked below:
YOU MUST RETURN!!!!

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| D A T E 11/13 | | | | | | |
| T I M E 8A | | | | | | |

RESULT         Ø         SIGNATURE _(signature)_

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 4/5/06    TIME: 1430    Today vs Before

Target Symptoms    Behavioral Rating Scale  0=No problem  5= worst

_Inmate needs to return to population. Evaluated as to focus on his decision_

Medications:    Informed Consent

Compliance: Inmate report _____ % vs MAR _____ %

In addition to the information in the tables above and below, then inmate-patient:

S   _I'm doing fine - just want to get out of there_

Side effects:

O   _Calm, a bit pressured speech._
    _O x 3_

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | ✓ | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

Lab info:    Labs Ordered:    Labs Reviewed:    AIMS?

ASSESSMENT/Diagnosis (DSM-IV)

_No significant psychiatric disease found._
_No evidence that he is a danger to himself or others._

PLAN:   _Release to population._

Return to clinic: _____    Print Last Name: _____    Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| HAMPTON, RANDAL | 226420 | | BM | — | BCCF |

Disposition: Medical File    J SCOTT ANDREWS MD

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**

## MENTAL HEALTH UNIT (RTU/SU): DISCHARGE SUMMARY
(Attach most recent treatment plan and reviews)

Admitted on: _2-7-03_    Date of Discharge Decision: _7-7-05_

Location: _Bullock_    (RTU)    SU

Reason for RTU/SU Placement:

s/ss of chronic schizoaffective D/o

Treatment Progress on RTU/SU:

Has presented as psychiatrically stable since 2-1-05, without psychotropic medication. Goals of Tx plan met.

Current Mental Status: Twenty one year old Black male - alert, calm, cooperative. Affect with good range, mood neutral. Not suicidal/or homicidal. Not psychotic. Thought - goal directed.

Discharge Diagnosis:

Axis I: _impulse control D/o controlled w/o medication._

Axis II: _Ø_

Axis III: _seizures_

Axis IV. _incarceration._

Axis V. _65_

Current Medications: no psychotropic,

Follow-Up Treatment Recommendations: will be followed by ADOC psychology/ MH staff. MH will see it referred.

Inmate compliant with medication? _N/A_ Yes   No
Inmate placed in crisis cell last 30 days?   Yes   (No)

RTU/SU Psychiatrist: _Bill Chatward_    Phone #:_____

RTU/SU Treatment Coordinator: _DPK_    Phone #:_____

| Inmate Name | AIS # |
|---|---|
| HAMPton, RAndall | 225420 |

ALDOC Form 473-02

AR 473-January 6, 2003

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

| DATE: 7/7/05 | TIME: | |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale   0=No problem   5= worst | Today vs Before |
| | Poor impulse control | |
| | Hx of voices | |
| | | |
| Medications: Ø meds | | Informed Consent |
| Compliance:   Inmate report _____ % vs MAR _____ % | | |

In addition to the information in the tables above and below, then inmate-patient:

**S** "Im doing fine" "Ive just got a lot on my mind but I'll get over it."

Side effects: Ø

**O** Alert calm cooperative, affect in good range mood neutral
Ø A/H/O being psychosis    Thoughts goal directed
Sensorium clear

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | | | ✓ |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | |
| Situational Upset | ✓ | | |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|
| | | | |

**A**SSESSMENT/Diagnosis (DSM-IV)

Impulse Control D/O

**P**LAN: ① No Rx  ② I SMI code to H/C

| Return to clinic: prn | Print Last Name: | Sign: William Chitwood, MD |
|---|---|---|

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Harrison, Rashell | 226420 | 21 | Bm | H/C | BCCF |

Disposition: Medical File

ADOC AR  632, 633, 623,615
ADOC Form MH-025  March 2, 2005

William Chitwood, MD

# Alabama Department of Corrections
## Psychiatric Progress Note

| DATE: 6/2/05 | TIME: | Today vs Before |
|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem 5= worst | |
| | Poor impulse control | 1 - 2 |
| | No "voices" | O past |
| | | |
| Medications: _Topical / Mandat – seizure_ | | Informed Consent |
| Compliance: Inmate report _____% vs MAR _____% | | |

In addition to the information in the tables above and below, then inmate-patient:

**S** _Seen in tx team. Continues to express fear of Topics._
_Evidence nightmares / worries "that it will go off."_
Side effects?

**O** _Alert, generally cooperative. Denies recent disruptive behavior._
_O recent conflict. Re-portable CSI/HI. Thoughts generally_
_goal-directed. Sensorium_

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | ✓ | | |
| Suicidal intent | ✓ | | |
| Aggressive | ✓ | | |
| Seriously Impulsive | ✓ | | |
| Situational Upset | ✓ | | |

Lab info: Labs Orderd _____ Labs Reviewed _____ AIMS ? _____

**A**SSESSMENT/Diagnosis (DSM-IV): _Impulse Control D/O_

**P**lan: – _no Topics @ this time_
– _register for target Sx_

Return to clinic: _3 mths_ Print last Name: _____ Sign _____

| Patient's Name: (Last, First, Middle) | ASI# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Hampton, Randall | 226420 | 21 | Bn | SnL | BCF |

ADOC Form 61 P

## William Chitwood, MD

# Monthly Activities

Date: _____ June 29 / 2005

Inmate Name: _____ Randall Hampton _____ AIS# _____ 226420 _____

Was offered the following recreational activities during the month of:

**Movies, Parenting, Current Events, Gospel, Stress Mgmt., Social Activities, Problem Solving # 1, 2, 3, Music Skills Easy Listening, Reality Orientation, Journal Writing, ADL, Schizophrenia, Sleep, Book Club Depression, Med Education, Creative Writing, Mental Illness / Drug Treatment, Primary Social Skills, Therapeutic Art, Card Crafts, Music Therapy, Poetry, Puzzles, Anger Mgmt., Conflict Resolution / Goal Settings, Western, Performing Arts Contest, Games, Board Games, Bingo, Self Concept, Mental Health Education, Therapeutic Animation, Tournament Play.**

His level of participation was generally (**active**/marginal/reluctant/resistant/refused) to participant in the previously mentioned group(s). This is (**consistent**/inconsistent) with his use of recreational services to date. Affect was generally (**angry/hostile/animated/blunt/euthymic/flat/inappropriate**/**neutral**/**sad**). Mood appeared (angry/sad/**neutral**/euthymic/depressed/surly/belligerent/indifferent). Hygiene was (**good**/WNL/poor). Inmate was generally (**on time**/late). General appearance was (neat/**WNL**/disheveled/shabby). Speech was generally (**clear**/mumbling/slurred/unintelligible). Interpersonal interactions were generally (**relevant**/irrelevant/insightful/superficial/confrontational/indifferent/no interaction).

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation (**will be**/has been) communicated to his treatment team.

_Patrisha M. Arnos_

Signature

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Randall Hampton_    AIS#: _9m-226420_

Institution: _B.C.C.F._    Date of Disciplinary Report: _Mar. 13, 2006_

Is the inmate currently on the mental health caseload?    ~~Yes~~    No
    If Yes, referred for mental health evaluation/consultation on: _Mar. 15, 2006_
_Fighting Without a Weapon # 35_

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*    *Does the inmate know what date it is?*    *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*    *Is inmate able to speak coherently?*    *Does the inmate avoid eye contact?*
*Does the inmate make sense?*    *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?    Yes    No
    — — If Yes, referred for mental health evaluation/consultation on:_____

**MENTAL HEALTH STAFF:**
Date request for consult received: _3 | 16 | 0 6_    Date consult returned: _3 | 16 | 0 6_

Is the inmate competent to participate in the hearing?    (Yes)    No
    If NO, why is the inmate not competent?

    If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes    (No)
    If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?    Yes    (No)
    If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes    (No)
Mental Health Staff Member: _Mrs Harris_    Phone Contact: _137_

**DISCIPLINARY HEARING:**

Does the inmate appear to be competent to participate in the hearing?    Yes    No
Have the mental health recommendations been considered?    Yes    No

Hearing Officer:_____    Date:_____

| Inmate Name | AIS # |
|---|---|
|  |  |

ALDOC Form 466-01

AR 466 – December 11, 2001

Hampton can go to disciplinary court.

Mrs Harris

File: Perry Log; matter

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Randall Hampton_    AIS#: _BM/226420_

Institution: _BCCF_    Date of Disciplinary Report: _December 16, 2005_

#62 Intentionally Creating a Security Hazard

Is the inmate currently on the mental health caseload?    _(Yes)_    No

If Yes, referred for mental health evaluation/consultation on: _December 20, 2005_

---

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*    *Does the inmate know what date it is?*    *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*    *Is inmate able to speak coherently?*    *Does the inmate avoid eye contact?*
*Does the inmate make sense?*    *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?    Yes    No
If Yes, referred for mental health evaluation/consultation on:_____

---

**MENTAL HEALTH STAFF:**
Date request for consult received: _12-22-05_    Date consult returned: _12-22-05_

Is the inmate competent to participate in the hearing?    _(Yes)_    No
If NO, why is the inmate not competent?

If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes    _(No)_
If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?    Yes    _(No)_
If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes    _(No)_
Mental Health Staff Member: _Milo Harman_    Phone Contact: _132_

---

**DISCIPLINARY HEARING:**

Does the inmate appear to be competent to participate in the hearing?    Yes    No
Have the mental health recommendations been considered?    Yes    No

Hearing Officer:_____    Date:_____

| Inmate Name | AIS # |
|---|---|
|  |  |

ALDOC Form 466-01

5 of 5

AR 466 – December 11, 2001

S was seen by me, He can go to disciplinary court.

File: Perry Log: mhtm

Milo Harman

# Alabama Department of Corrections
## Psychiatric Progress Note

| DATE: 5/18/05 | TIME: | |
|---|---|---|
| **Target Symptoms** | **Behavioral Rating Scale  0=No problem 5= worst** | **Today vs Before** |
| | *Poor impulse control* | |
| | *Hx "mica"* | |
| | | |

| Medications: | *Neurontin/Tegretol—seizures   ⊘ Trileptal—mania* | Informed Consent |
|---|---|---|
| Compliance: | Inmate report ___100___ % vs MAR_____% | |

In addition to the information in the tables above and below, then inmate-patient:

**S** *Reports conflict to officer. "Am trying to get my life together." Head head trauma 4th grade — per pt has controlled seizures since that time.*

Side effects? ⊘

**O** *Mildly agitated but able to be calmed. Affect elevated mood irritable. Denies recent voices. Thoughts generally appropriate. Sensorium clear. ⊘ H/H*

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | *"I ain't need no medicines"* |
| Suicidal intent | | | *Meds to improve impulse control* |
| Aggressive | | | *& tegre offered—declined.* |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Orderd_____ | Labs Reviewed_____ | AIMS ?_____ |
|---|---|---|---|

**A** SSESSMENT/Diagnosis (DSM-IV): *Impulse Control D/o*

**P** lan: *—decline Tegre @ this time @ coping skills discussed*

Return to clinic: *3mths/PRN*   Print last Name: _____   Sign _____   **William Chitwood, MD**

| Patient's Name: (Last, First, Middle) | ASI# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| *Hampton, Randall* | *226420* | *31* | *B/M* | *SM2* | *BCF* |

ADOC Form 61 P

**William Chitwood, MD**

ALABAMA DEPARTMENT OF CORRECTION
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 3/9/05          TIME: 2 _J0_

| Target Symptoms | Behavioral Rating Scale  0=No problem  5=worst | | Today vs Before |
|---|---|---|---|
| Seep? Myour impulse | | | O |
| | | | |
| | | | |
| | | | |

| Medications: | None. (Prn Haldol) | Informed Consent |
|---|---|---|
| Compliance:    Inmate report _____ % vs MAR _____ % | | |

In addition to the information in the tables above and below, then inmate-patient:

**S**  _On. foin D. Sish_

Side effects:   O    NA

**O**  _Calm, suicid, polite + congnet_

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | | | |
| Serious Depression | | | |
| Self-Injurious Thoughts | | | |
| Suicidal intent | | | |
| Aggressive | | | |
| Seriously Impulsive | | | |
| Situational Upset | | | |

| Lab info: | Labs Ordered: _____ | Labs Reviewed: _____ | AIMS:? _NA_ |
|---|---|---|---|

**A**SSESSMENT/Diagnosis (DSM-IV)   _Impulse cntrl Disord_

**P**LAN:   _Fol u + manage c Retain mood when Possb._

Return to clinic: _____    Print Last Name: _Sanders_    Sign: _____

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Hampton, Randall | 8360480 | | BM | SMI | BMF |

Disposition: Medical File

ADOC AR 632, 633, 623,615
MHM Correctional Services  ADOC Form MH-025  March 2, 2005
Dr. Bill Sanders

## DISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/7/05 | 935 | Bi-weekly Contact. (S) "I'm doing Alright. I got a lot on my Mind." S/m indicated that he is not having any issues or concerns at the present time. Ø A/V hallucinations Ø Generalized anxiety (O) ≈ 22 y/o B/m, Alert Coherent and oriented. Appropriate behavior (A) P#1 - Stable P#2 Stable (P) F/u x 2 wks Monitor Mental Stability and meds compliance. | J. Gordon, M.S., MHP |
| 7-19-05 | 1730 Pill call | S Doin O Kay O Compliant c̄ meds, alert oriented ☺ denies problems @ this time A Stable P Continue current txplan ——— N Robinson ✓ |  |
| 7/22/05 |  | (S) reported an adequate adjustment to BCF. No major indications of disorder were noted. (S) is a history code. He will continue to be monitored by the Joc Mental Health Team. L Perry, Lance Anthony and Mike Haynes. |  |
| 12/28/05 |  | (S) is competent and can participate in hearing. ——— File by Perry |  |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randall | 225420 | '22 | B/M | BCCF |

F-61

INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/21/05 | | Bi-Weekly Contact / Tx Plan Review | |
| | | (S) "5th day, real good, just | |
| | | need to take care of some business | |
| | | right quick". Inm reports he | |
| | | is not having any problems. | |
| | | (O) A/v hallucination ∅ anxiety. | |
| | | (O) 21 yo B/m, pleas, Coherent | |
| | | and Rational. Very Cooperative. | |
| | | (A) Pt 1 Stable     pt 2 - Stable | |
| | | (P) F/u 2 wks', monitor Mental | |
| | | Stability and Med Compliance ——— J. Gooden, M.S., PC | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randell | 226420 | 21 | B/m | BCCF |

F-61

**DISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/26/05 | | Bi-weekly contact/Tx Plan Review. S) "I'm okay." I/m reports that he is not having any problems. Everything is going okay since the last meeting. Med - Hallucinations mg - Anxiety. O) 22 y/o B/m, polite and cooperative, appropriate behavior. A) P#1 Stable, P#2 Stable. P) F/u x 2wks, mental stability and meds compliance. | J. Gooden, MS, MHP |
| 6/9/05 | | Bi-weekly Individual Contact. S) "I'm good, just sleepy." He denies any problems during this session. I/m states that he has not heard from his family in awhile. O) hallucinations ② anxiety. O) 22 y/o B/m, polite, alert, coherent and rational. Appropriate behavior. A) P#1 and P#2 - Stable. I/m appears stable overall. P) F/u x 2wks. Monitor mental stability and meds compliance. | J. Gooden, MS, MHP |
| 6-9-05 | 5:45 pm | S) I'm Okay except my legs I need something for pain. O) Gave Tylenol 650 mg and told him to see Dr Stodds otherwise. He is dyn/fo/five. A) Stable. P) Continue current tx plan — V/Rippers in | |
| 6/30/05 | 2007 | S: "I'm okay, just need to see medical doctor," inmate stated. O: 21 yr old b/m c coherent verbal, appropriate behavior. A: Appears stable + compliant P will monitor | |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: _6/20/06_

To: _DOC    BCCF_

From: _HCU    ___yp_

Inmate Name: _Compton Randall_    ID#: _226420_

**The following action is recommended for medical reasons:**

1. House in _X / deny    ends 6/21/06 R/T (full_

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_____

_____

_____

_____

Date: _6/20/06_  MD Signature: _Dr Dodd ___ yp_    Time: _10:30 Am_

60418



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 5/4/06

**To:** DOC    BCCF

**From:** HCU

**Inmate Name:** Hampton, Kordell      **ID#:** 226420

**The following action is recommended for medical reasons:**

1. House in _X 2 days → ends 5/6/06_

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until ____

5. Other _____

**Comments:**

_____

**Date:** 5/4/06      **MD Signature:** Dr Siddiq      **Time:** 10:30a

60418

# BCCF
### (INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Randall Hampton_ AIS NO. _8/n236420_ CELL: _19B_
VIOLATION OR REASON: _#35 Fighting w/o a weapon_ ADMITTANCE AUTH. BY: _Lt M. McCraney_
DATE & TIME RECEIVED _3-13-06 @ 3.88 pm_ DATE & TIME RELEASED _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | |
| 3/20/06 MON | MORN | Y | N | N | N | N | L. Barron | N | Received Meds | L. Ellis Col |
| | DAY | | Y | | NO | refused | Bur | NO | rec'd meds | W. War, Coo |
| | EVE | | | Y | N | N | Bailey | N | Rec'd meds | M. Austin Lo |
| 3-21 2006 TUE | MORN | Y | — | | NO | NONE | Glenn | NONE | Meds given | R. Burnett Co1 |
| | DAY | | Y | | N | N | Bur | N | rec'd meds | J. Hale |
| | EVE | | | Y | N | N | Barron | N | Received meds C6 | S. Calhoun Col |
| 3-22 2006 WED | MORN | Y | | | NO | NO | Glenn | NO | Meds given | Julia Ellison |
| | DAY | | Y | | N | N | Mosely | Anthony | Rec'd meds | J. Hill |
| | EVE | | | Y | N | N | Barton | N | Received meds C6 | M. Austin Col |
| 3-23 2006 THUR | MORN | Y | | | N | N | Mosely | N | Meds given | Bull, CV6 |
| | DAY | | Y | | N | R | Mosely | N | Meds given | L. Avd Ph. w? |
| | EVE | | | Y | N | N | Barton | N | Received meds | S. Smith Co1 |
| 3-24 2006 FRI | MORN | Y | | | NO | NO | Glenn | NO | Meds given | J. Lassiter con |
| | DAY | | Y | | NO | refused | Mosely | NO | Rec'd meds | W. Wa, Coo |
| | EVE | | | Y | | N | B. Bailey | | Rec'd mds | S. Calhoun Col |
| 3-25 2006 SAT | MORN | N | | | N | N | L. Morris | N | meds given | Bull, Co1 |
| | DAY | Y | Y | | N | 1153-12'11 | Blank | N | Rec'd mds | J. Jackson Co1 |
| | EVE | | | Y | Y | N | L. Barron | N | Rec'd Meds | S. Smith Co1 |
| 3-26 2006 SUN | MORN | NO | | | NO | NO | L. Barron | NO | Rec'd Meds | V. Baldwin Col |
| | DAY | N | N | N | NO | refused | Mosely | NO | Rec'd meds | Binns, Co1 |
| | EVE | | | Y | | N | Kyle | N | Rec'd meds | S. Smith Col |

Pertinent Info: i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower - Yes (Y) or NO (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. - Conduct, attitude * Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

**ADOC Form 434-A, December 22, 2004**

AR 434 – December 22, 2004

# BCCF
## (INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

**19B**

INMATE NAME: Hampton Randall    AIS NO. B222420    CELL: X

VIOLATION OR REASON: #35, fighting wthout    ADMITTANCE AUTH. BY: Lt. McCraney

DATE & TIME RECEIVED 3/13/06  3:28 p.m.    DATE & TIME RELEASED

PERTINENT INFORMATION:

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | |
| 3/13 2006 MON | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | R | N | N | Nydar | N | Rec'd meds | D. Smith COI |
| 3/14 2006 TUE | MORN | Y | | | NO | NO | Landing | NO | Rec'd meds | V. Baldwin, COI |
| | DAY | | Y | | N | N | Dolur | N | Rec'd meds | Hill |
| | EVE | | Y | Y | N | | Braelins | N | Received meds S.I | S. Calhoun COI |
| 3/15 06 WED | MORN | Yp | | | no | no | Wayne | NO | Meds given | M. Fitzpatrick CO |
| | DAY | | Y | | N | N | Busha | Listry | Rec'd meds | Hill, COI |
| | EVE | | | Y | NO | NO | Roby | NO | Rec'd Meds | Julie Elloy |
| 3/16 THUR | MORN | Y | N | N | N | N | Wayne | N | Meds given | L. Ellis, COI |
| | DAY | | | | NO | 11:10-11:23 | But | NO | med sub | D. Wise COI |
| | EVE | | | Y | Y | N | Braelins | N | Received meds S.I | D. Smith COI |
| 3/17 FRI | MORN | X | | | NO | NO | Wayne | NO | meds given | V. Baldwin, COI |
| | DAY | | | Y | NO | refused | Mosely | NO | Rec'd meds | D. Wise, COI |
| | EVE | | | Y | N | N | Braelins | N | Received meds S.I | S. Calhoun CO |
| 3/18 SAT | MORN | N | | | N | N | Wayne | N | meds given | Hill |
| | DAY | Y | Y | | N | N | But | N | meds giv | Hill |
| | EVE | | | Y | N | N | Roby | N | med rec'd | D. Smith COI |
| 3/19 SUN | MORN | N | | | N | N | Landry | N | meas Rec'd | Hill |
| | DAY | Y AN | | | NO | Refused | XKyl | NO | Rec'd Meal | N. Morris COI |
| | EVE | | | Y | Y | N | Brad | Yes | Received meds Nurse S.I | |
| | | | | | | | Landry | N | Rec'd. Meds | D. Smith COI |

Pertinent Info: i.e. - Epileptic, Diabetic, Suicidal, Assaultive

Meals/SH: Shower - Yes (Y) or NO (N), Refused (R)

Exercise: Enter actual time period and Inside or Outside

Medical: Physician will sign each time the inmate is seen.

Psych: Psychological Counselor will sign each time the inmate is seen.

Comments: i.e. - Conduct, attitude * Use reverse side for additional comments and include date, signature, and title.

OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004

# BCF
## (INSTITUTION)

## SEGREGATION UNIT RECORD SHEET   #2

INMATE NAME: _Randall Hampton_   AIS NO. _226420_   CELL: _2_
VIOLATION OR REASON: _62_   ADMITTANCE AUTH. BY: _H.G. Bables_
DATE & TIME RECEIVED _12/16/05  5:40 P.M._   DATE & TIME RELEASED
PERTINENT INFORMATION: _#62 Intentionally Creating a Security, Safety Health Hazard._

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|----------------|-------------|-----------|---------------|
| 12/26 MON | MORN | N | | | No | No | RDun | No | med given | Julia M. Ellen |
| | DAY | N | | | N | R | Mosely | N | Kled meds | Dunn CO |
| | EVE | | | Y | N | N | Robert | N | rec'd meds | J. Calhoun CO |
| 12/27 TUE | MORN | Y | N | N | N | N | Kharm | N | Meds given | Bablis, CO1 |
| | DAY | | Y | | NO | Refused | Mosely | NO | Rec'd meds | D. Wa(s) COL |
| | EVE | | | Y | Y | N | Lawsmith | N | Received meds - PU | Sroms CO1 |
| 12/28 WED | MORN | Yes | | | no | no | Kharm | no | Meds given | M. Fitzpatrick CO |
| | DAY | | N | | N | N | Mosely rec'd chan | | Rec'd meds | E. Calhoun CO1 |
| | EVE | | | Y | N | N | Roberts | N | rec meds | Pennington CO1 |
| 12/29 THUR | MORN | Y | | | N | N | Kharm | N | Meds given | C. Laseter CO |
| | DAY | | Y | | N | R | Mosely | N | rec'd meds rec'd chan | C. Henry CO1 |
| | EVE | | | Y | Y | NO | Robert N | NO | Received meds - PU | J. Johnson CO |
| 12/30 FRI | MORN | V | | | no | no | Kharm | NO | Meds given | Julia M. Ellen |
| | DAY | | Y | | ND | Refused | Visit | ND | meds given | D. Wa(s) CO1 |
| | EVE | | | Y | N | N | Roberts | N | rec meds | Sroms CO1 |
| 12/31 SAT | MORN | N | | | N | N | Kharm | N | Meds given | Hull |
| | DAY | Y | | | N | N | Mosely | N | Rec'd meds | Hull |
| | EVE | | | Y | Y | N | Lawsmith | N | Received med - PU | M. Austin CO1 |
| 1/1 SUN | MORN | N | | | N | N | Kharm | N | Meds given | Hull |
| | DAY | | Y | | N | refused | Mosely | N | Rec'd meds | Dunn CO |
| | EVE | | | Y | Y | N | Lawsmith | N | Received meds - PU | Pennington CO1 |

**Pertinent Info:** i.e. - Epileptic, Diabetic, Suicidal, Assaultive
**Meals/SH:** Shower - Yes (Y) or NO (N), Refused (R)
**Exercise:** Enter actual time period and Inside or Outside
**Medical:** Physician will sign each time the inmate is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e. - Conduct, attitude * Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004