

PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

| | |
|---|---|
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Last Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Fourth Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Third Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Second Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton, Randell 226420<br>D.O.B. 10/15/83<br>ALLERGIES: NKA 7/17/06<br>Use First Date 7/17/06 | DIAGNOSIS<br>Tylenol 650mg po tid x3d<br>vo Dr Siddiq / N Stough LPN<br>N Stough LPN 7/17/06<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall 226420

D.O.B. 10/15/83

ALLERGIES: Haldol 226420

Use Third Date 7/11/06

DIAGNOSIS (If Chg'd)

Motrin 800mg PO Tid x 7 days

Pen VK 500mg PO Tid x 7 days

El-Cal Burkett DDS

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton Randall 226420

D.O.B. 10/15/83

ALLERGIES:

Use Second Date 6/15/[illegible]

DIAGNOSIS (If Chg'd)

Tylenol ii tabs TID X10 Days PRN

Phenobarb level

Tegretol level

p.o. [illegible] Siddiq / [illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton Randell 226420

AISA

D.O.B. / /

ALLERGIES:

Use First Date 5/4/06

DIAGNOSIS

lay [illegible] x 2 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

8/4/6

60110 (4/03)

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall 226420

D.O.B. 01/5/83

ALLERGIES: Haldol 3/21/06

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

tid x 8 days.

2 tablets of percogesic tid x 7 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall 226420

D.O.B. 10/5/83

ALLERGIES:

Use Third Date 3/20/06

DIAGNOSIS (If Chg'd)

3/20/06 Phenobarb Denied Tegretol Denied

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton Randall 226420

D.O.B. 10/15/83

ALLERGIES: Haldol

Use Second Date 03/17/06 - 1900

DIAGNOSIS (If Chg'd)

Phenobarbital 60mg PO BID x 180 days

Tegretol 100mg Chew Tabs - chew 3 tabs PO TID x 180 days

03/17/06 - 1900

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall

D.O.B. 10/15/83 226420

ALLERGIES:

Use First Date / /

DIAGNOSIS

① Bactrim DS Bid x 10d

② Advil 800 po Bid x 10d

2/6/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

2/6/06

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton Randall 226420

D.O.B. 10/15/83

ALLERGIES:

Use Second Date 12/10/05

DIAGNOSIS (If Chg'd)

Depakote level
Phenobarb level
Per Dr Siddiq [illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton Randall 226420

D.O.B. 10/15/1983

ALLERGIES: [illegible]

Use First Date 10/12/2005

DIAGNOSIS ① Knee Boil

10/13/05 Advil 800 mg PO Tid x 10d PRN
Rifampin 300mg P.O. ī Bid x 10d
Bactrim DS ī tab P.O. Bid x 10d
T.O. Dr Siddiq / [illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton Randall 226420

D.O.B. 10/15/83

ALLERGIES:

Use Second Date 12/10/05

DIAGNOSIS (If Chg'd)

Tegretol level
Phenobarbital level
Per Dr Siddiq [illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton Randall 226420

D.O.B. 10/15/1983

ALLERGIES: [illegible]

Use First Date 10/12/2005

DIAGNOSIS ① Knee Boil

Advil 800 mg PO Tid x 10d PRN
Rifampin 300mg P.O. ī Bid x 10d
Bactrim DS ī tab P.O Bid x 10d
T.O. Dr Siddiq / [illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/93) MEDICAL RECORDS C...

Hampton, R

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 5/4/06 [illegible] | S) Shaking this Arm |
| | O) not shaking now. |
| | no [illegible] [illegible] [illegible] |
| | no [illegible] |
| | don't [illegible] [illegible] |
| | A) [illegible] |
| | P) will [illegible] [illegible] [illegible] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet



Halyton, R
226420

PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|
| 2/6/06 | S/ [illegible] | |
| | O/ Folliculitis | |
| | A/P/ will [illegible] [illegible] [illegible] [illegible] | |

60111 (5/85)

Complete Both Sides Before Using Another Sheet



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 2/17/05 SM | S c/o having Back Pain |
| | O [illegible] |
| | Ord [illegible] Back Pain |
| | Also c/o having pain & [illegible] - |
| | no [illegible] SS. [illegible] |
| | A Back Pain |
| | P: will give [illegible] x 10 days [illegible] x10d |
| | [signature] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet



[illegible], Randall
228291

PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 6/14/07 | S) c/o GERD |
| | O) [illegible] |
| | A) [illegible] |
| | [illegible] [signature] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet



PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 4/18/05 8p | S) I have not taken my meds the day |
| | O) [illegible] |
| | [illegible] |
| | [illegible] |
| | no seizures noted |
| | A/P) will continue on the current meds [signature] |

60111 (5/85)

**Complete Both Sides Before Using Another Sheet**



PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|
| 4/20/05 [illegible] | S) Yesterday I fell out | |
| | O) no injury | |
| | [illegible] | |
| | no seizures | |
| | A/P) will give [illegible] | |
| 4/28/05 | will give [illegible] | [signature] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet

# Nursing Evaluation Tool: General Sick Call

Facility: Alabama Department of Corrections

Patient Name: Hampton, Randell
Last First

Inmate Number: 226420

Date of Birth: 10 / 15 / 83 (MM DD YYYY)

Date of Report: 7 / 17 / 06 (MM DD YYYY)

Time Seen: 0200 AM/PM Circle One

**Subjective:** Chief Complaint(s): (L) leg locked up fell and hit (R) shoulder

Onset: little while ago

Brief History: Problems c̄ spasms (L) leg.
(Continue on back if necessary)

☐ Check here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 98.6 P: 74 RR: 16 B/P: 100/80

Examination Findings: AA+Ox3 Resp c̄ ease
(Continue on back if necessary)

**Assessment: (Referral Status)**

☐ Check here if additional notes on back

Preliminary Determination(s):

☐ Referral NOT REQUIRED

☒ Referral REQUIRED due to the following: (Check all that apply)

☐ Recurrent Complaint (More than 2 visits for the same complaint)

☐ Other:

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:

☒ Instructions to return if condition worsens.

☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other:
(Describe)

OTC Medications given: ☒ NO ☒ YES (If Yes List):

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): Dr Siddiq

Date for referral: 7/17/06 (MM DD YY)

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?):

Time

x Rebekah Storey RN
Nurses Signature

Name: Rebekah Storey RN
Printed



PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

ADMISSION DATE 7/17/06 TIME 1028 AM PM

ORIGINATING FACILITY BCCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐

☒ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT

ALLERGIES NKA

CONDITION ON ADMISSION ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.6 ORAL RECTAL RESP 16 PULSE 74 B/P 100/80 RECHECK IF SYSTOLIC <100> 50 /

NATURE OF INJURY OR ILLNESS

S- "(L) leg locked up and fell trying to get up off of stool fell on (R) shoulder.

O- AA+O x3. Resp c̄ ease

A- Alt comfort R/T ck

ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ______ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

P- See MD

ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY
---|---|---
Motrin 600 po bid x 3 dys | |

DIAGNOSIS

Alt comfort R/T pain (R) shoulder

INSTRUCTIONS TO PATIENT

Return prn

DISCHARGE DATE / / TIME AM PM

RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐

CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

NURSE'S SIGNATURE [signature] LPN DATE 7/17/06

PHYSICIAN'S SIGNATURE [signature] DATE

CONSULTATION

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton, Randell | 226120 | 10/15/83 | B/M | BCCF |



PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

ADMISSION DATE 6/27/06 TIME 4:55 AM

ORIGINATING FACILITY Bullock ☐ SIR ☐ PDL ☐ ESCAPEE ☐

☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT

ALLERGIES NKA

CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98° ORAL RECTAL RESP 20 PULSE 86 B/P 110/80 O2 Sat 97% RECHECK IF SYSTOLIC <100> 50 /

NATURE OF INJURY OR ILLNESS

S- I feel weak

ABRASION /// CONTUSION # BURN xx xx FRACTURE Z Z LACERATION / ____ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Blk. Male Assisted to HCU by two other inmate's, Alert + Oriented x3 resps. regular + even skin w/D to touch No seizure activity noted. Inmate c/o weakness to lower extremities

A- Weakness

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P- Advised to lie down and relax, see MD if problems cont. Will observe for 2° in HCU per protocol | | |

DIAGNOSIS Ø

INSTRUCTIONS TO PATIENT Observe in HCU for 2°

DISCHARGE DATE 6/27/06 TIME 0500 AM

RELEASE / TRANSFERRED TO HCU ☒ DOC ☐ AMBULANCE ☐

CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL

NURSE'S SIGNATURE Martha Jackson DATE

PHYSICIAN'S SIGNATURE [signature] DATE

CONSULTATION

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 10-15-83 | B/m | Bullock |



PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

ADMISSION DATE 6/10/06 TIME 12:00 AM/PM (PM circled)

ORIGINATING FACILITY BCCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐

☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT

ALLERGIES NKDA

CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98[6] ORAL RECTAL RESP 18 PULSE 72 B/P 120/74 RECHECK IF SYSTOLIC <100> 50 /

NATURE OF INJURY OR ILLNESS

S- I was shaking in my bed I tried to roll over + fell on the floor

O- Inmate escorted to HCU on stretcher Alert verbally responsive skin w/d to touch resp even + unlabored V/S normal resident c/o weakness stated

PHYSICAL EXAMINATION

unable to sit up w/o assistance Assessment to mouth c̄ no injuries noted

A- Altered comfort r/t pseudo seizure activity

P- Place in HCU for 2 hour observation

ABRASION /// | CONTUSION # | BURN xx | FRACTURE Z | LACERATION / ____ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS Altered comfort r/t pseudo-seizure activity

INSTRUCTIONS TO PATIENT

DISCHARGE DATE 6/10/06 TIME 12:45 AM/PM

RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐

CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE [signature] 6/10/06 | DATE | CONSULTATION

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton Randall | 226420 | 10-15-83 | B/M | |



PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE 6/20/06 | TIME 10:11 AM | ORIGINATING FACILITY BCCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 99 ORAL RECTAL RESP 18 PULSE 68 B/P 120/68 RECHECK IF SYSTOLIC <100> 50 ___/___

NATURE OF INJURY OR ILLNESS

S Body locked up I got hot in the kitchen & hit the floor.

0.22 y/o B/m to HCU noted noted bruise open area skin remains on tact.

A Alteration in comfort

P Tylenol 650 for pain

ABRASION /// CONTUSION # BURN xx FRACTURE z LACERATION / ___ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Tylenol 650 po for pain Lay in x 1 day

| DISCHARGE DATE 6/20/06 | TIME 10:28 AM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE DuBose, J. | DATE 6/20/06 | PHYSICIAN'S SIGNATURE [signature] | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Hampton Rondall | 228420 | 10/15/83 | B/m | BCCF |



PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | |
|---|---|---|---|
| 5/4/06 | 0540 AM/PM | BCCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

ALLERGIES: NKDA

CONDITION ON ADMISSION: ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98 ORAL/RECTAL RESP. 18 PULSE 64 B/P 122/80 RECHECK IF SYSTOLIC <100> 50 /

NATURE OF INJURY OR ILLNESS

S. I was in bed shaky real bad body jerky

ABRASION /// CONTUSION # BURN xx FRACTURE Z LACERATION / ______ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O. Blk male ambulated to HCU ē above c/o - Resp even A&Ox3 SKW usd - pupils equal & reactive
A. Alteration in comfort due to body tremors
P. House until seen by MD & observe for any seizure/shaky activity

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 5/4/ | AM/PM | ☐ DOC ☐ AMBULANCE ☒ HCU | ☒ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| V Slater LPN | 5/4/06 | [signature] | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 10/15/83 | B/M | BCCF |



PHS
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

ADMISSION DATE 3/13/06 TIME 1520 AM PM

ORIGINATING FACILITY Bullock ☐ SIR ☐ PDL ☐ ESCAPEE ☐

☐ SICK CALL ☒ EMERGENCY ☐ OUTPATIENT

ALLERGIES —

CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP ______ ORAL RECTAL RESP. ______ PULSE ______ B/P ___/___ RECHECK IF SYSTOLIC <100>50 ___/___

NATURE OF INJURY OR ILLNESS

S. Body Chart
O. PERRLA, speech understandable
Cx clear, skin turgor good - warm
s̄ edema. s̄ lacerations, bruising,
cuts, etc Head, Face, Back, Cx
Abd, U + LE.
A. WNL
P. DOC

ABRASION /// CONTUSION # BURN xx xx FRACTURE Z Z LACERATION / ______ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| --- | --- | --- |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

DISCHARGE DATE 3/13/06 TIME 1525 AM PM

RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐

CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL

NURSE'S SIGNATURE William Stanley [signature] DATE

PHYSICIAN'S SIGNATURE [signature] 3/13/06 DATE

CONSULTATION

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
| --- | --- | --- | --- | --- |
| Hampton, Randell | 226420 | 10/15/82 | B/M | BCF |



**Nursing Evaluation Tool:** **General Sick Call**

Facility: BBB
Patient Name: Hampton (Last) Randal (First)
Inmate Number: 224420
Date of Birth: 10 / 15 / 83 (MM DD YYY)
Date of Report: 2 / 13 / 06 (MM DD YYYY)
Time Seen: 12:30 AM / PM Circle One

**Subjective:** Chief Complaint(s): Having Knot to (R) side of Face
Throat Sore
Onset: today
Brief History:
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 97.8 P: 72 RR: 18 B/P: 140 / 90

Examination Findings:
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Assessment: (Referral Status) Preliminary Determination(s):**

☐ Referral NOT REQUIRED

☐ Referral REQUIRED due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Other:

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: (Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List):

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dr. Siddiq Date for referral: 2 / 16 / 06 (MM DD YYYY)

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): Time:

x L. Anderson
Nurses Signature

Name:
Printed

PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE 12/6/05 | TIME 1115 AM PM | ORIGINATING FACILITY Bullock ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES NKDA

CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 99.4 ORAL RECTAL RESP 24 PULSE 100 B/P 138/86 RECHECK IF SYSTOLIC <100> 50 /

NATURE OF INJURY OR ILLNESS

S- Brought in by DOC for Body Chart "Inmate c/o ® Bottom Back tooth hurts."

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

Tatoos, Tatoos, Tatoos, Tatoos, 2 cm laceration

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- A+Ox3, Ambulated up c DOC @ Side. Pt crying & saying Mom you Should have killed me. A officer killed my dad & you Should have killed me. Inside Mouth (L) Lower Back Molar c old Filling partially missing. Dental Asst assessed Pt. Pt c small 2cm superficial laceration to ® elbow. Otherwise Assessment WNL Moves all 4 Ext + Responds WNL

A Alter in Copying R/T Acting out and not following DOC Policy & procedure

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P- Wiped tears from Eyes And Dental Asst assess + Applied bandaid to 2cm laceration | | BI-H/ Aldefer |

DIAGNOSIS

See above

INSTRUCTIONS TO PATIENT

Please try + communicate c + follow DOC Policy + Procedure Return PRN

| DISCHARGE DATE 12/6/05 | TIME 1132 AM PM | RELEASE / TRANSFERRED TO | ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE Aldefer | DATE 12/6/05 | PHYSICIAN'S SIGNATURE [signature] 1/11/06 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 10/15/83 | BM | Bullock |

Facility Name: Bullock Correctional Facility

Month/Year Charting: 06/06

**Tegretol 100MG Chew Tab** 270.00

Take 3 chew tab(s) by mouth Three Times Daily

Hour: 0400, 1100, 1700

Start Date: 03-20-2006 | Prescriber: Siddiq, Tahir
Stop Date: 09-15-2006 | RX #: 251309850

**Phenobarbital 60MG Tab** 60.00

Take 1 tablet(s) by mouth twice daily

Hour: 0400, 1700

Start Date: 04-27-2006 | Prescriber: Siddiq, Tahir
Stop Date: 10-23-2006 | RX #: 251448703

Tylenol tabs 2 PO TID x 10 days

Hour: 0400, 1100, 1700

Start Date: 06/08/06 | Prescriber: Dr. T. Siddiq
Stop Date: 06/18/06 | RX #:

[signature] 06/08/06 2130

Hour: 1–31

Start Date: | Prescriber:
Stop Date: | RX #:

Hour: 1–31

Start Date: | Prescriber:
Stop Date: | RX #:

Hour: 1–31

Start Date: | Prescriber:
Stop Date: | RX #:

Diagnosis

Allergies

Housing Unit: RTU (MHM)

Patient ID Number: **226420**

Patient Name:

**Hampton, Randall**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| K. Smith LPN | KS | Martha Jackson LPN | MJ |
| L. Anderson LPN | | T. Gosling LPN | TA |
| D. Danh | DD | [signature] | PS |

Date of Birth:

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Bullock Correctional Facility

Month/Year Charting: 05/06

Tegretol 100MG Chew Tab 270.00

Take 3 chew tab(s) by mouth Three Times Daily

Hours: 0900, 1100, 1700

Start Date: 03-20-2006
Stop Date: 09-15-2006
Prescriber: Siddiq, Tahir
RX #: 251309850

Phenobarbital 60mg p.o. Bid X180 day

Hours: 0900, 1700

Start Date: 3-17-06
Stop Date: 9-17-06
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Diagnosis

Allergies

Housing Unit: RTU (MHM)
Patient ID Number: 226420
Patient Name:

**Hampton, Randall**

Nurse's Signature / Initial / Nurse's Signature / Initial

Date of Birth:

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Facility Name: Bullock Correctional Facility

Month/Year Charting: 03/06

| Medication | Hour | Start Date | Stop Date | Prescriber | RX # |
|---|---|---|---|---|---|
| Phenobarbital 60MG Tab 60.00 — Take 1 tablet(s) by mouth twice daily | 0400, 1700 | 09-28-2005 | 03-26-2006 | Siddio, Tahir | 250676417 |
| Tegretol 100MG Chew Tab 270.00 — Take 3 chew tab(s) by mouth Three Times Daily | 0400, 1100, 1700 | 10-28-2005 | 03-27-2006 | Siddio, Tahir | 250826266 |
| Phenobarbital 60mg tabs - 1 PO BID X 180 days | 0400, 1700 | 03/17/06 | 09/17/06 | Dr. T. Siddio | |
| Tegretol 100mg Chew Tabs - 3 tabs PO TID X 180 days | 0400, 1100, 1700 | 03/17/06 | 09/17/06 | Dr. T. Siddio | |
| Keflex 500mg i PO TID x 8 days | 04, 11, 17 | 21 mar | | | |
| Percogesic ii TABS TID x 7 DAYS | 04, 11, 17 | 21 mar | | | |

Phenobarbital 60 mg, 0400 and 1700 (to 03-26-2006): See Below

Tegretol 100 mg chew tab, 0400, 1100 and 1700 (to 03-27-2006): See Below

Diagnosis:

Allergies: NKDA (crossed out); HALDOL

Housing Unit: Population

Patient ID Number: 226420

Patient Name: **Hampton, Randall**

Date of Birth: 12/15/83

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Nurse's Signature / Initial: (handwritten signatures)