Facility Name: Bullock Correctional Facility

Month/Year Charting: 04/06

Tegretol 100MG Chew Tab 270.00

Take 3 chew tab(s) by mouth Three Times Daily

Hour: 0400, 1100, 1700

Start Date: 03-20-2006 Prescriber: Siddiq, Tahir

Stop Date: 09-~~15~~ 17-2006 RX #: 251309850

Phenobarbitol 60mg tab 1 po BID x 180 days

Hour: 0400, 1700

Start Date: 3.17.06 Prescriber: Siddiq

Stop Date: 9.17.06 RX #:

Start Date: Prescriber:

Stop Date: RX #:

Start Date: Prescriber:

Stop Date: RX #:

Start Date: Prescriber:

Stop Date: RX #:

Start Date: Prescriber:

Stop Date: RX #:

Diagnosis

Allergies: Haldol

Housing Unit: RTU (MHM)

Patient ID Number: 226420

Patient Name: **Hampton, Randall**

Date of Birth: 10/15/83

Nurse's Signature / Initial

Documentation Codes

1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 02/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phenobarbital 60MG Tab 60.00<br>Take 1 tablet(s) by mouth twice daily | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | See MHM | | | | | | | | | | | | | | | | | | | |

Start Date: 09-28-2005 Prescriber: Siddio, Tahir
Stop Date: 03-26-2006 RX #: 250676417

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tegretol 100MG Chew Tab 270.00<br>Take 3 chew tab(s) by mouth Three Times Daily | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | See | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | MHM | | | | | | | | | | | | | | | | | | | |

Start Date: 10-28-2005 Prescriber: Siddio, Tahir
Stop Date: 03-27-2006 RX #: 250826266

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: Prescriber:
Stop Date: RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: Prescriber:
Stop Date: RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: Prescriber:
Stop Date: RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: Prescriber:
Stop Date: RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|---|
| | Yolanda Mosley | YM | [illegible] | DD |
| Allergies | S Roberts | SR | [illegible] | [illegible] |
| | | | [illegible] Jackson LPN | MJ |
| Housing Unit: Population | | | [illegible] | PS |
| Patient ID Number: **226420** | | | | |
| Patient Name: | | | Date of Birth: | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

**Hampton, Randall**

Facility Name: Bullock Correctional Facility

Month/Year Charting: 02/06

| Medication | Hour | Days 1–31 |
|---|---|---|
| Phenobarbital 60MG Tab 60.00<br>Take 1 tablet(s) by mouth twice daily | 0400 | [illegible handwritten initials] |
| | 1700 | [illegible handwritten initials] |

Start Date: 09-28-2005 Prescriber: Siddio, Tahir
Stop Date: 03-26-2006 RX #: 250676417

| Medication | Hour | Days 1–31 |
|---|---|---|
| Tegretol 100MG Chew Tab 270.00<br>Take 3 chew tab(s) by mouth Three Times Daily | 0400 | [illegible handwritten initials] |
| | 1100 | [illegible handwritten initials] |
| | 1700 | [illegible handwritten initials] |

Start Date: 10-28-2005 Prescriber: Siddio, Tahir
Stop Date: 03-27-2006 RX #: 250826266

| Medication | Hour | Days 1–31 |
|---|---|---|
| Bactrim DS ÷ po BID x 10 days | 1100 | [illegible handwritten initials] |
| | 1700 | [illegible handwritten initials] |

Start Date: 2/6/06 Prescriber: Dr. Siddiq
Stop Date: 2/16/06 RX #:

Start Date: Prescriber:
Stop Date: RX #:

Start Date: Prescriber:
Stop Date: RX #:

Start Date: Prescriber:
Stop Date: RX #:

Diagnosis

Allergies NKDA

Housing Unit: Population
Patient ID Number: 226420
Patient Name:

**Hampton, Randall**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| [illegible signature] | [illegible] | B. Pennick | BP |
| Leisi Kuoh | LK | S. Roberts | SR |
| [illegible signature] | [illegible] | J. Smith | [illegible] |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Bullock Correctional Facility

Month/Year Charting: 01/06

Phenobarbital 60MG Tab 60.00

Take 1 tablet(s) by mouth twice daily

Hours: 0400, 1700

Start Date: 09-28-2005 | Prescriber: Siddio, Tahir

Stop Date: 03-26-2006 | RX #: 250676417

Tegretol 100MG Chew Tab 270.00

Take 3 chew tab(s) by mouth Three Times Daily

Hours: 0400, 1100, 1700

Start Date: 10-28-2005 | Prescriber: Siddio, Tahir

Stop Date: 03-27-2006 | RX #: 250826266

Start Date: | Prescriber:

Stop Date: | RX #:

Start Date: | Prescriber:

Stop Date: | RX #:

Start Date: | Prescriber:

Stop Date: | RX #:

Start Date: | Prescriber:

Stop Date: | RX #:

Diagnosis

Allergies

NKA

Housing Unit: Population

Patient ID Number: 226420

Patient Name:

**Hampton, Randall**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| V Smeenipa | VS | [illegible] | [illegible] |
| Yolanda Moseley | YM | D. Lane | DD |
| A. Dauzerere | AC | S. Roberts | SR |
| [illegible] | EG | [illegible] | PS |
| K2151 K40H | KK | Date of Birth: | |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Facility Name: Bullock Correctional Facility

Month/Year Charting: 12/05

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phenobarbital 60MG Tab 60.00<br>Take 1 tablet(s) by mouth twice daily | 0400<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 09-28-2005 Prescriber: Siddio, Tahir
Stop Date: 03-26-2006 RX #: 250676417

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tegretol 100MG Chew Tab 270.00<br>Take 3 chew tab(s) by mouth Three Times Daily | 0400<br>1100<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-28-2005 Prescriber: Siddio, Tahir
Stop Date: 03-27-2006 RX #: 250826266

Start Date: Prescriber:
Stop Date: RX #:

Start Date: Prescriber:
Stop Date: RX #:

Start Date: Prescriber:
Stop Date: RX #:

Start Date: Prescriber:
Stop Date: RX #:

Diagnosis

Allergies: NKA

Housing Unit: Population
Patient ID Number: 226420
Patient Name:

**Hampton, Randall**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Vickie Simmons | VS | Martha Jackson LPN | MJ |
| Angela Camer | AC | [illegible] | DD |
| Katherine Taylor LPN | KT | N. Tolbert, RN | NT |
| [illegible] | YM | [illegible] | PS |

Date of Birth:

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Facility Name: Bullock Correctional Facility

Month/Year Charting: 11/05

**Tegretol 100MG Chew Tab** 90.00

Chew 3 tablets by mouth Three Times Daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 09-15-2005 Prescriber: Siddio, Tahir

Stop Date: 03-13-2006 RX #: 250612653

**Phenobarbital 60MG Tab** 60.00

Take 1 tablet(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ~~1100~~ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 09-28-2005 Prescriber: Siddio, Tahir

Stop Date: 03-26-2006 RX #: 250676417

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

Diagnosis:

Allergies: NKDA.

Housing Unit: Population RTU (MHM)

Patient ID Number: 226420

Patient Name:

**Hampton, Randall**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| S. Anderson LPN | S.A. | Martha Jack[illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] RN | NT | S Roberts | [illegible] |
| Betty Crawford, LPN | BC | [illegible] | [illegible] |
| Dale Robinson [illegible] | DR | Date of Birth: | |

Documentation Codes

1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Bullock Correctional Facility

Month/Year Charting: 10/05

**Phenobarbital 60MG Tab** 60.00

~1 twice daily

STOP — SEE MHM FOR 1100 & 1200 DOSE

Start Date: 04-06-2005 | Prescriber: Siddio, Tahir
Stop Date: 10-02-2005 | RX #: 250256163

**Tegretol 100MG Chew Tab** 270.00

Chew 3 tablets by mouth Three Times Daily

Hours: 0400, 1100, 1700 (0400 row initialed for days 1–31)

Start Date: 09-15-2005 | Prescriber: Siddio, Tahir
Stop Date: 03-13-2006 | RX #: 250612653

Phenobarbital 60mg ‡ po BID

Hours: 0800, 1700 (0800 row initialed for days 1–31)

SEE MHM 1100 & 1200 dose

Start Date: 10-3-05 | Prescriber: Siddiq
Stop Date: 4-3-05 | RX #:

Start Date: | Prescriber:
Stop Date: | RX #:

Start Date: | Prescriber:
Stop Date: | RX #:

Start Date: | Prescriber:
Stop Date: | RX #:

Diagnosis

Allergies

Housing Unit: RTU (MHM)
Patient ID Number: 226420
Patient Name:

**Hampton, Randall**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| L. Anderson LPN | LA | M. Jackson | MJ |
| [illegible] | [illegible] | A. [illegible] LPN | [illegible] |
| | | [illegible] Smith | [illegible] |

Date of Birth:

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Facility Name: Bullock Correctional Facility

Month/Year Charting: 10/05

| Medication | Hour | Details |
|---|---|---|
| Phenobarbital 60MG Tab 60.00<br>1 twice daily | | D/C'D 9/27/05<br>Start Date: 04-06-2005 Prescriber: Siddio, Tahir<br>Stop Date: 10-02-2005 RX #: 250256163 |
| Tegretol 100MG Chew Tab 270.00<br>Chew 3 tablets by mouth Three Times Daily | | D/C'D 9/27/05<br>Start Date: 09-15-2005 Prescriber: Siddio, Tahir<br>Stop Date: 03-13-2006 RX #: 250612653 |
| Tegretol 300mg PO TID X180days | 0400<br>1100<br>1700 | [initials days 1–31]<br>Start Date: 9/27/05 Prescriber: Siddiq<br>Stop Date: 3/27/05 RX #: |
| Phenobarbital 60mg i PO BID X180days | 0400<br>1700 | [initials days 1–31]<br>Start Date: 9/27/05 Prescriber: Siddiq<br>Stop Date: 3/27/05 RX #: |
| Advil 800mg PO TID | 0400<br>1100<br>1700 | [initials days 13–23]<br>Start Date: 10-13-05 Prescriber: Siddiq<br>Stop Date: 10-23-05 RX #: |
| Bactrim DS [illegible] i PO BID | 1100<br>1700 | [initials days 13–23]<br>Start Date: 10-13-05 Prescriber: Siddiq<br>Stop Date: 10-23-05 RX #: |

Diagnosis

Allergies: NKA

Housing Unit: RTU (MHM)

Patient ID Number: 226420

Patient Name: **Hampton, Randall**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| [signature] | VL | V. [signature] | VR |
| S. Anderson LPN | S.A | [signature] | BP |
| L. Rodin | LR | C. Tyson | CT |
| A. Thomas | AT | | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: BCCF

Month/Year Charting: 10/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ryampin 300mg ⁱ PO BID | 1100 | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | |
| | 1700 | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | |

Start Date: 101305 Prescriber: Seddy

Stop Date: 102205 RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

Diagnosis:

Allergies: NKDA

Housing Unit:

Patient ID Number: 224420

Patient Name: Hampton, Randall

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| A. Thomas LPN | AT | [illegible] LPN | [illegible] |
| | | [illegible] LPN | [illegible] |

Date of Birth:

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 09/05

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Carbamazepine 100MG Chew Tab 270.00<br>TAKE 3 TABLET(S) BY MOUTH (300MG) 3 TIMES DAILY | 0400 | mj | mj | mj | mj | mj | mj | mj | mj | mj | mj | A | | mj | mj | LR/o time | | | | | | | | | | | A | | | | | |
| | | See MHM for 1100 & 1900 doses | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start Date: 06-07-2005 | Stop Date: 09-14-2005 | Prescriber: Siddio, Tahir | RX #: 7515362 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phenobarbital 60MG Tab 60.00<br>~1 twice daily | 0400 | mj | mj | mj | mj | mj | mj | mj | mj | mj | mj | A | | mj | mj | mj | mj | mj | mj | 9 | mj | mj | mj | mj | | | KH | mj | mj | mj | mj | |
| | | See MHM for other dose | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start Date: 04-06-2005 | Stop Date: 10-02-2005 | Prescriber: Siddio, Tahir | RX #: 250256163 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | | Martha Jackson LPN | m.J. |
| | | Patti Smith [illegible] | [illegible] |

Diagnosis

Allergies

Housing Unit: RTU (MHM)

Patient ID Number: 226420

Patient Name:

**Hampton, Randall**

Date of Birth:

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 09/05

**Carbamazepine 100MG Chew Tab 270.00**

TAKE 3 TABLET(S) BY MOUTH (300MG) 3 TIMES DAILY

9-12

Hours: 0400 (PHS), 1100, 1700 — STOP — R/O

Start Date: 06-07-2005 | Prescriber: Siddio, Tahir
Stop Date: 09-14-2005 | RX #: 7515362

**Phenobarbital 60MG Tab 60.00**

~1 twice daily

0400: See PHS Book
1700 — R/O

Start Date: 04-06-2005 | Prescriber: Siddio, Tahir
Stop Date: 10-02-2005 | RX #: 250256163

**Tegretol 100mg tab iii tabs PO TID x 180 days**

Hours: 0400, 1100, 1700 — R/O

Start Date: 9/14/05 | Prescriber: Dr Siddiq
Stop Date: 3/14/06 | RX #:

**9/20/05 Advil 800mg 1 PO Tid PRN x 10 d**

Hours: 0400, 1100, 1700

Start Date: 9/20/05 | Prescriber: Dr Siddiq
Stop Date: 9/30/05 | RX #:

**Tegretol 300mg PO TID x 180 days**

Hours: 0400, 1100, 1700

Start Date: 9/27/05 | Prescriber: Dr Siddiq
Stop Date: 3/27/06 | RX #:

**Phenobarbital 60mg PO BID x 180 days**

0400: See PHS for 0400 dose
1700

Start Date: 9/27/05 | Prescriber: Dr Siddiq
Stop Date: 3/27/06 | RX #:

Diagnosis

Allergies: NKA

Housing Unit: RTU (MHM)
Patient ID Number: 226420
Patient Name: **Hampton, Randall**

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| [illegible] LPN | [illegible] | [illegible] | [illegible] |
| S. Anderson LPN | S.A. | V. [illegible] LPN | VJ |
| [illegible] | CCK | Martha Jackson | MJ |
| C. Tyson LPN | [illegible] | | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 08/05

Carbamazepine 100MG Chew Tab 270.00

TAKE 3 TABLET(S) BY MOUTH (300MG) 3 TIMES DAILY

Hour: 0400 — See MHM Book

Start Date: 06-07-2005 Prescriber: Siddio, Tahir

Stop Date: 09-14-2005 RX #: 7515362

Phenobarbital 60MG Tab 60.00

~1 twice daily

Hour: 0400 — See MHM Book

Start Date: 04-06-2005 Prescriber: Siddio, Tahir

Stop Date: 10-02-2005 RX #: 250256163

Start Date: Prescriber:

Stop Date: RX #:

Start Date: Prescriber:

Stop Date: RX #:

Start Date: Prescriber:

Stop Date: RX #:

Start Date: Prescriber:

Stop Date: RX #:

Diagnosis

Allergies NKA

Housing Unit: RTU (MHM)

Patient ID Number: 226420

Patient Name:

**Hampton, Randall**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| [signature] | KG | [signature] | [initials] |
| | | [signature] | [initials] |
| | | Martha Jackson | MJ |

Date of Birth:

Documentation Codes

1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Facility Name: Bullock Correctional Facility

Month/Year of Charting: 08/05

| Medication | Hour | Days 1–31 |
|---|---|---|
| Carbamazepine 100MG Chew Tab 270.00<br>TAKE 3 TABLET(S) BY MOUTH (300MG) 3 TIMES DAILY | 0400 | See PHS Book |
| | 1100 | [illegible handwritten initials] |
| | 1700 | [illegible handwritten initials] |

Start Date: 06-07-2005 | Prescriber: Siddio, Tahir
Stop Date: 09-14-2005 | RX #: 7515362

| Medication | Hour | Days 1–31 |
|---|---|---|
| Phenobarbital 60MG Tab 60.00<br>~1 twice daily | 0400 | See PHS Book |
| | 1700 | [illegible handwritten initials] |

Start Date: 04-06-2005 | Prescriber: Siddio, Tahir
Stop Date: 10-02-2005 | RX #: 250256163

Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

Start Date: | Prescriber:
Stop Date: | RX #:

Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

Start Date: | Prescriber:
Stop Date: | RX #:

Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

Start Date: | Prescriber:
Stop Date: | RX #:

Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31

Start Date: | Prescriber:
Stop Date: | RX #:

Diagnosis:

Allergies: NKA

Housing Unit: RTU (MHM)
Patient ID Number: 226420
Patient Name:

**Hampton, Randall**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| [illegible] LPN | [illegible] | [illegible] | [illegible] |
| [illegible] LPN | [illegible] | E. Tilson LPN | ET |
| L. [illegible] | [illegible] | V. Rippins | VR |
| | | [illegible] | [illegible] |

Date of Birth:

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Dr. Chung
6936 Winton
Montgomery, AL
260-2888

Appt. Date: May 1 at 2 30

Auth #: 0 30418-BUOR64

**NaphCare**
**Hospital/Consultant Referral Form**

Inmate Name: Randall Hampton AIS#: 226420 Date: 4-23-03

DOB: 10-15-83 Race: B Sex: M Allergies: NKA

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): F/u c Dr Chung after fractured wrist

**SERVICES REQUESTED/PROVIDER:** Dr Chung

4/22/03

Signature (M.D.): [signature]

Pertinent Chronic Conditions/Diagnosis: SZ disorder

DOC Facility: Bullock 5011 Time Out:

Receiving Facility/Hospital: Dr. Chung Return Time:

Route of Transportation: (X) ____ Ambulance ____ (DOC Van) ____ Other: ____

Date & Result/Last PPD: 8-22-02 0 mm Date & Result/Last Chest X-Ray None

[signature] HSA 4/22/03

**OFFSITE HEALTHCARE REPORT:**

Orders/Recommendations:

Physician: ______ Date: ______ Time: ______

Notify (Facility): ______ at: # ( ) ______ of patient's discharge.

Advanced Medical Directive: Yes ______ (Attached) No ______

Report called to: (Name/Title): ______ Date: ______

Signature & Title: ______ Date: ______

Appt. Date: ____________ Auth #: ____________

**NaphCare**
**Hospital/Consultant Referral Form**

Inmate Name: Randall Hampton AIS#: 226420 Date: 4-23-03

DOB: 10-15-83 Race: B Sex: M Allergies: NKA

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): F/u c Dr Chung f/u fractured wrist

**SERVICES REQUESTED/PROVIDER:** Dr Chung.

4/21/03 Signature (M.D.): [signature]

Pertinent Chronic Conditions/Diagnosis: SZ. disorder

DOC Facility: Bullock 5011 Time Out: ____________

Receiving Facility/Hospital: Dr. Chung Return Time: ____________

Route of Transportation: (X) ____ Ambulance ____ (DOC Van) ____ Other: ____________

Date & Result/Last PPD: 8/22-02 0mm Date & Result/Last Chest X-Ray None

L Brown HSA 4/22/03

**OFFSITE HEALTHCARE REPORT:** ____________

Orders/Recommendations: ____________

Physician: ____________ Date: ____________ Time: ____________

Notify (Facility): ____________ at: # ( ) ____________ of patient's discharge.

Advanced Medical Directive: Yes ______ (Attached) No ______

Report called to: (Name/Title): ____________ Date: ____________

Signature & Title: ____________ Date: ____________

**Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203**
**Beverly Douglas, R.N. Utilization Review Manager* 205-458-8370 or 1-800-771-0315**

Dr. Chung
6936 Winton Blount
Montgomery, AL
334-260-2288

Appt. Date: April 9 at 3:45 pm

030409BU0R02
Auth #:

## NaphCare
## Hospital/Consultant Referral Form

Inmate Name: Randall Hampton AIS#: 226420 Date: 4-9-03

DOB: 10-15-83 Race: B Sex: M Allergies: NKA

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): [illegible] fractured 5th metacarpal c̄ displacement & deformity.

**SERVICES REQUESTED/PROVIDER:** Fractured Head 5th Metacarpal

Signature (M.D.): [signature]

Pertinent Chronic Conditions/Diagnosis: SZ disorder

DOC Facility: Bullock 5D11 Time Out:

Receiving Facility/Hospital: Dr. Chung Return Time:

Route of Transportation: (X) ___ Ambulance ___ DOC Van ___ Other:

Date & Result/Last PPD: 12-22-02 0 mm Date & Result/Last Chest X-Ray NONE

**OFFSITE HEALTHCARE REPORT:** [illegible] L.Brown RN HSA 4/9/03
[illegible] 4/2/03 [illegible] hand pain [illegible]
[illegible] 5th metacarpal
[illegible]

Orders/Recommendations: [illegible] 5th [illegible] ~30° [illegible]
[illegible] may have an acute fx superimposed on an old one
[illegible] Cast - Elevation - Vicodin [illegible] pain
[illegible]

Physician: [signature] Date: 4/9/03 Time:

Notify (Facility): ___ at # ( ) ___ of patient's discharge.

Advanced Medical Directive: Yes ___ (Attached) No ___

Report called to: (Name/Title): ___ Date: ___

Signature & Title: [signature] 4/10/03 Date: ___

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL 35203
Beverly Douglas, R.N. Utilization Review Manager* 205-458-8370 or 1-800-771-0315

Dr. Chung
6936 Winton Blount
Montgomery, AL
334-260-2288

Appt. Date: April 9 at 3⁴⁵ pm

030409BU0R02
Auth #:

**NaphCare**
**Hospital/Consultant Referral Form**

Inmate Name: Randall Hampton AIS#: 226420 Date: 4-9-03

DOB: 10-15-83 Race: B Sex: M Allergies: NKA

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): Lt fractured 5th metacarpal c displacement & deformity.

**SERVICES REQUESTED/PROVIDER:** Fractured Head of Metacarpal

Signature (M.D.): [signature]

Pertinent Chronic Conditions/Diagnosis: SZ disorder
DOC Facility: Bullock 5011 Time Out:
Receiving Facility/Hospital: Dr. Chung Return Time:
Route of Transportation: (X) ___ Ambulance ___ DOC Van (circled) ___ Other:
Date & Result/Last PPD: 12-22-02 0 mm Date & Result/Last Chest X-Ray: None
L Brown RN HSA 4/9/03

**OFFSITE HEALTHCARE REPORT:**

Orders/Recommendations:

Physician: ______ Date: ______ Time: ______
Notify (Facility): ______ at # ( ) ______ of patient's discharge.
Advanced Medical Directive: Yes ______ (Attached) No ______
Report called to: (Name/Title): ______ Date: ______
Signature & Title: ______ Date: ______

**Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203**
**Beverly Douglas, R.N. Utilization Review Manager* 205-458-8370 or 1-800-771-0315**



# Advanced Medical Imaging Center

US Diagnostic, Inc.

MARC SONNIER, MD 02-07-03
PO BOX 56
ELMORE, AL 36025

RE: HAMPTON, RANDALL
DOB: 10-15-83
PATIENT NO: 64532
EXAM: CT BRAIN 02-06-03
REASON FOR EXAM: FALLING & HITTING HEAD

**CT BRAIN:**
The patient refused intravenous contrast.
The ventricles are normal in size without midline shift. There are no areas of hemorrhage or mass. The visualized portions of the mastoid and paranasal sinuses are clear.

IMPRESSION:
1. Patient refused intravenous contrast.
2. Normal study.

EP VINING, MD

EPV/lgh

file
MS
2/7/03

Appt. Date: Auth #:

**NaphCare** *(National Prison HealthCar*

**Hospital/Consultant Referral Form**

030804 STXR02

Inmate Name: Hampton Randall AIS#: 226420 Date: 1-30-03

DOB: 10-15-83 Race: B Sex: M Allergies: NKA

History of working diagnosis (when first recognized, progression of symptoms, physical findings, lab results, current symptoms, current treatments): 19 y/o BM c̄ hx closed head injury '95 (In SEG) resulting in seizures on Tegretol + Phenobarb, also has Schizoaffective Disorder on Haldol + Cogentin which was d/c'ed 1-9-03, had violent attack + put his head through glass door c̄ laceration, sent to

**SERVICES REQUESTED/PROVIDER**: Kilby had laceration repaired Sent back to Draper 1-29-03, referred to us by Mental Health, states he is falling + hitting his head needs CT of head c̄ + s̄ contrast

15 mg e 30 min ad 60 mg

Signature (M.D.):

FAXED 1/30/03 (EE)

Pertinent Chronic Conditions/Diagnosis: Seizures

DOC Facility: Draper Time Out:

Receiving Facility/Hospital: Advanced Med. Imaging Return Time:

Route of Transportation: (X) ___ Ambulance ___ DOC Van ___ Other:

Date & Result/Last PPD: 12/22/02 0MM Date & Result/Last Chest X-Ray

**OFFSITE HEALTHCARE REPORT**:

Orders/Recommendations:

Physician: Date: Time:

Notify (Facility): Staton HCU at: # 334 567-1548 of patient's discharge.

Advanced Medical Directive: Yes ___ (Attached) No ✓

Report called to: (Name/Title): Date:

Signature & Title: E. Ellis, RN Date: 1/30/02

**Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203**
**Sharon Hauser, R.N. Director of Utilization Review* 205-458-8370 or 1-800-771-0315**

NaphCare (National Prison HealthCare)
Outpatient Consultant Referral Form

Inmate Name: Hampton Randall AIS#: 226420 Date: 1-30-03

DOB: 10-13-82 Race: B Sex: M Allergies: NKA

symptoms, current treatments): 19 y/o BM c hx closed head injury '95 resulting in seizures on Tegretol + Phenobarb, also has schizoaffective Disorder on Haldol + Cogentin which was D/C'ed 1-9-03, had violent attack + put his head through glass door c laceration, sent to

SERVICES REQUESTED/PROVIDER: Kilby had laceration repaired Sent back to Dr. 1-27-03, seizure x 1 per Mental Health, states he is falling + hitting his head needs CT of head c & s Contrast Signature (M.D.):

Pertinent Chronic Conditions/Diagnosis: Seizures

DOC Facility: Draper Time Out:

Receiving Facility/Hospital: Advanced Med. Imaging Return Time:

Route of Transportation: (X) Ambulance DOC Van Other:

Date & Result/Last PPD: 12/22/02 0mm Date & Result/Last Chest X-Ray

OFFSITE HEALTHCARE REPORT:

Orders/Recommendations:

Physician: Date: Time:

Notify (Facility): Station HCU at: # 334 567-1598 of patient's discharge.

Advanced Medical Directive: Yes (Attached) No ✓

Report called to: (Name/Title): Date:

Signature & Title: E. Ellis, RN Date: 1/30/02

Bill to NaphCare 950 22nd St. N. Suite 825 Birmingham, AL. 35203
Sharon Hauser, R.N. Director of Utilization Review* 205-458-8370 or 1-800-771-0315



Order Status Final

# Laboratory Corporation of America

| ACCESSION # | ACCOUNT # |
|---|---|
| 163-205-5538-0 | 01389085 |

| PATIENT NAME |
|---|
| HAMPTON,RANDALL |

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 226420 | 10/15/1983 | 22 / 7 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 000-000-0000 | |

| REFERRING PHYSICIAN |
|---|
| SIDDIQ T |

| LAB ORDER # | DRAWN |
|---|---|
| CD- 41167604385 | 6/12/2006 11:53 |

| RECEIVED | REPORTED |
|---|---|
| 6/12/2006 | 6/13/2006 7:47 |

**Bullock Correctional Facility**
**Prison Health Services**
**104 Bullock Dr.**
**Union Springs, AL 36089-5107**

**FASTING: N**

**TESTS ORDERED: Carbamazepine(Tegretol), Serum, Phenobarbital, Serum**

| Result Name | Normal | Abnormal | Reference Range | Lab |
|---|---|---|---|---|
| Carbamazepine(Tegretol), Serum | 8.1 | | 4.0 - 12.0 ug/mL | MB |
| Phenobarbital, Serum | 20 | | 15 - 40 ug/mL | MB |

Carbamazepine comment:

In conjunction with other antiepileptic drugs
Therapeutic 4.0 - 8.0
Toxicity 9.0 - 12.0
.
Carbamazepine alone
Therapeutic 8.0 - 12.0
.
Detection Limit = 0.5
<0.5 indicated None Detected

Phenobarbital comment:

Detection Limit = 2
<2 indicates None Detected

LAB: MB LabCorp Birmingham DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham, AL 35233-0000

6/13/06

END OF REPORT

# LabCorp
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South
Birmingham, AL 35233
Phone: 205-581-3500

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Account Delivery Route |
|---|---|---|---|---|---|
| 080-205-5666-0 | 226420 | 51653664298 | 01389085 | 334-738-5625 | 01 |

Patient Last Name: HAMPTON
Patient First Name: RANDALL
Patient Middle Name:
Patient SS#:
Patient Phone:
Total Volume:
Age (Y/M/D): 22/05/06
Date of Birth: 10/15/83
Sex: M
Fasting:
Patient Address:

Account Address:
Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs AL 36089-5107

Additional Information:
PROV:

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 03/21/06 07:00 | 03/21/06 | 03/22/06 07:48ET | | | SIDDIQ |

Tests Ordered: Carbamazepine(Tegretol), Serum; Phenobarbital, Serum

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Carbamazepine(Tegretol), Serum** | 8.0 | | ug/mL | 4.0 - 12.0 | MB |
| | In conjunction with other antiepileptic drugs | | | | |
| | | | Therapeutic | 4.0 - 8.0 | |
| | | | Toxicity | 9.0 - 12.0 | |
| | | | Carbamazepine alone | | |
| | | | Therapeutic | 8.0 - 12.0 | |
| | | | Detection Limit = | 0.5 | |
| **Phenobarbital, Serum** | 19 | | ug/mL | 15 - 40 | MB |
| | | | Detection Limit = 2 | | |

MB: LabCorp Birmingham Dir: John Elgin, MD
1801 First Avenue South, Birmingham, AL 35233
For inquiries, the physician may contact: **Branch: 800-659-3324 Lab: 205-581-3500**

3/22/06

| HAMPTON, RANDALL | 226420 | 080-205-5666-0 | Seq # 0013 |
|---|---|---|---|

**FINAL REPORT**

This document contains private and confidential health information protected by state and federal law. ©2004-06 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-659-3324
All Rights Reserved
Ver: 1.26

KILBY CORRECTIONAL FACI'
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME Hampton, Randall

PRISON ID 226420

DATE SUBMITTED 5-9-05

BCCF 122

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| | | | |
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| | | | |
| RPR | NR | NON-REACTIVE (NR) | |
| | | | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A" These results are unreliable due to the age of the specimen.

"H" These results are unreliable due to the hemolyzed condition of the specimen.

"A+H" These results are unreliable due to the age and hemolyzed condition of the specimen.

5/11/13

CLIA ID NO. 01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR