

PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

NAME: Hampton, Randell 226420
D.O.B. 10/15/83
ALLERGIES: NKDA
Use Last Date 9/13/05

DIAGNOSIS (If Chg'd)
Tegretol Chewable iii tabs po@ HS tid x 180 days
T.O. Dr. Siddiq / [illegible] RN

9/14/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton Randall
D.O.B. 10/15/83
ALLERGIES:
Use Fourth Date / /

DIAGNOSIS (If Chg'd)
Return to population @ 2:00pm
T.O. Dr. Siddiq / Dale Robinson RN

Noted 9/17/05
9/28/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall 226420
D.O.B. 10/15/83
ALLERGIES: NKA
Use Third Date 09/06/05

DIAGNOSIS (If Chg'd)
Tegretol + phenobarb level
T.O. Dr. Siddiq / D Robinson RN
Siddiq

Drawn 09/06/05 10:30AM

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall 226420
D.O.B. 10/15/83
ALLERGIES: NKDA
Use Second Date 07/06/05

DIAGNOSIS (If Chg'd) ERROR / ORRN
~~Advil 600 mg po TID PRN x 10 days~~
~~Bottom Bunk profile x 6 months~~
Wrong Chart.

7/7/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton Randall # 226420
D.O.B.
ALLERGIES:
Use First Date 06/22/05

DIAGNOSIS Scabies
Apply permethrin 0.5% from head to toe + leave on x 10-12 hrs then shower.
Repeat in 14 days
T.O. Dr. Siddiq / Dale Robinson RN

6/22/05
Drawn 06/22/05 07:00

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)

MEDICAL RECORDS COPY

PHS
PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

NAME: Hampton, Randell 226420
D.O.B. 10/15/83
ALLERGIES: NKDA
Use Last Date 9/13/05

DIAGNOSIS (If Chg'd)
Tegretol Chewable iii tabs po@ evening HS tid x 180 days
T.O. Dr. Siddiq / [illegible] RN

9/14/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall
D.O.B. 10/15/83
ALLERGIES:
Use Fourth Date / /

DIAGNOSIS (If Chg'd)
Return to population @ 2:00pm
T.O. Dr. Siddiq / Dale Robinson RN

Noted [illegible] 9/7/05
9/28/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall 226420
D.O.B. 10/15/83
ALLERGIES: NKA
Use Third Date 09/06/05

DIAGNOSIS (If Chg'd)
Tegretol + phenobarb level
T.O. Dr. Siddiq / D Robinson RN
Siddiq

ORCN 09/06/05 10:30 Am

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall 226420
D.O.B. 10/15/83
ALLERGIES: NKDA
Use Second Date 07/06/05

DIAGNOSIS (If Chg'd) ERROR / ORRN
~~Advil 600 mgs po / tid PRN x 10 days~~
~~Bottom Bunk profile x 6 months~~
Wrong Chart.

7/7/06

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton Randall # 226420
D.O.B.
ALLERGIES:
Use First Date 06/22/05

DIAGNOSIS Scabies
Apply permethrin 0.5% from head to toe + leave on x 10-12 hrs then shower.
Repeat in 14 days
T.O. Dr. Siddiq / Dale Robinson RN

ORRN 06/22/05 07:00
6/22/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

GIES:

Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

B. / /
ERGIES:

Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randal 226420
D.O.B. 10/15/83
ALLERGIES: NKA

Use Third Date 6/3/05

DIAGNOSIS (If Chg'd)
Tegretol Chewable 300mg po tid x 100days
t.o. Dr. Siddiq / C. Groom RN

6/3/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randal 226420
D.O.B. 10/15/83
ALLERGIES:

Use Second Date 5/2/05

DIAGNOSIS (If Chg'd)
5/2/05 Phenobarb level
Tegretol level
t.o. Dr Siddiq / [illegible] RN

5/2/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall
D.O.B. / /
ALLERGIES:

Use First Date 4/28/05

DIAGNOSIS
Phenobarb 60mg x1 now
Tegretol 300mg po x1 now

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

ME: Hampton, Randall
226420
O.B. 10/15/83
LLERGIES: Haldol
se Last Date 4/22/05

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:
D.O.B. / /
ALLERGIES:
Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:
D.O.B. / /
ALLERGIES:
Use Third Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:
D.O.B. / /
ALLERGIES:
Use Second Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall
226420
D.O.B. 10/15/83
ALLERGIES: Haldol
Use First Date 4/22/05

DIAGNOSIS

RPR Lab
Per TO Dr Siddiq / [illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

lay in x 90 days

4/28/02 noted

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton Randall

D.O.B. / /

ALLERGIES:

Use Second Date / /

DIAGNOSIS (If Chg'd)

no work x 6 mo
no prolonged standing > 20x 6 mo

4/20/02 noted

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton Randall
# 226120

D.O.B. 10/15/83

ALLERGIES: Haldol

Use First Date 4/20/02

DIAGNOSIS

① lay in x 60 d
② walking cane x 60 d
③ chair permit x 60 d

4/20/02 noted

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

| | |
|---|---|
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>3/31/05<br>Use Last Date / / | 4/1/05 DIAGNOSIS (If Chg'd)<br>Phenobarb 60mg BID X180d<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B.<br>ALLERGIES: 3/31/05<br>Use Fourth Date / / | 4/1/05 DIAGNOSIS (If Chg'd)<br>① lay in x 20d<br>② Adult 8w ... x60d<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Third Date / / | 4/1/05 DIAGNOSIS (If Chg'd)<br>① May have walking Stick x 6Mo<br>② No work.<br>③ No prolonged standing > 10 min x 6mo<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton Randall 226420<br>D.O.B. 2/1/<br>ALLERGIES: 2/17/05<br>Use Second Date / / | noted 2/17/05 DIAGNOSIS (If Chg'd)<br>no prolonged standing > 20 x 6mo<br>Shaving Profile X 6Mo<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton Randall 226420<br>D.O.B. / /<br>ALLERGIES:<br>Use First Date / 2/17/05 | noted 2/17/05 DIAGNOSIS<br>① lay in x 20d<br>② Adult 800 fo od x 60d<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED<br>2/17/05 |

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Third Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Second Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall

AIS 226420

D.O.B. 10/15/83

ALLERGIES: NKA

Use First Date 2/17/05

DIAGNOSIS

Phenobarbital 60 mg tab take 1 tab (1) po BID x 90 days.

Tegretol-chew 100mg tab take 3 tabs po TID x 90 days

per T.O. Dr. Siddiq / [illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

60110 (4/03)

IHM Correctional Services, Inc. 

## PHYSICIANS' ORDERS

NAME:

D.O.B.: / /

ALLERGIES:

Use Last Date: / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B.: / /

ALLERGIES:

Use Fourth Date: / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B.: / /

ALLERGIES:

Use Third Date: / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall 226420

D.O.B.: / /

ALLERGIES:

Use Second Date: / /

DIAGNOSIS (If Chg'd) Phenobarbital 60mg i po BID x 180 days

2/14/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall #226420

D.O.B.: 10/15/83

ALLERGIES: NKA

Use First Date: 1/31/05

DIAGNOSIS Benadryl 50 mg IM now

N/O/DR Sanders/[illegible]

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

**WHITE** – MEDICAL RECORDS COPY **CANARY** – PHARMACY COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Hampton, Randall<br>Noted 1/3/05<br>D.O.B. 10/15/83<br>ALLERGIES:<br>Use Last Date 1/31/05 | DIAGNOSIS (If Chg'd)<br>Release for HCU<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton Randall 226420<br>D.O.B. 10/15/83<br>ALLERGIES: NKDA<br>Use Fourth Date 1/30/05 | DIAGNOSIS (If Chg'd)<br>Give Haldol 10mg IM NOW<br>Benadryl 50mg<br>T.O./Dr. Sanders, MD. to L. Rodgers<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton Randall 226420<br>Noted 1/29/05<br>D.O.B. 10/15/83<br>ALLERGIES: NKDA<br>Use Third Date 1/29/05 | DIAGNOSIS (If Chg'd)<br>Give Haldol 10mg IM<br>Benadryl 50mg<br>Place on Suicide Watch cell #1 or 2<br>Smock Only T.O./RB Dr Sanders<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton Randall 226420<br>D.O.B. / /<br>ALLERGIES:<br>1/28/05 noted<br>Use Second Date 1/28/05 | DIAGNOSIS (If Chg'd)<br>[illegible] x 6 [illegible]<br>[illegible] x 10 [illegible]<br>[illegible] x 10 [illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton Randall 226420<br>D.O.B. / /<br>ALLERGIES:<br>1/28/05 noted<br>Use First Date 1/28/05 | DIAGNOSIS Shampoo [illegible] x 60 D<br>Benzyl Peroxide x 20 D<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME: Hampton Randall 226420

D.O.B. /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: HAMPTON, RANDALL #226420

D.O.B. 10/15/83

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hampton Randall

D.O.B. 10/15/83

ALLERGIES: NKA

Use Third Date 10/18/04

DIAGNOSIS (If Chg'd) Throid Panel c TSH

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hampton Randall 226420

D.O.B. /

ALLERGIES:

Use Second Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hampton, Randall 226420

D.O.B. 10/15/83

ALLERGIES: NKA

Use First Date 8/27/04

DIAGNOSIS

x 7 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

8/27/04

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

D.O.B. / /

ALLERGIES:

Use Last Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME:

D.O.B. / /

ALLERGIES:

Use Fourth Date / /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton Randall 225420

D.O.B. 10/15/83

ALLERGIES: NKA

Use Third Date 8/24/04

DIAGNOSIS (If Chg'd)

Phenobarbital 60mg PO BID x180 days

8/20/03

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall 225420

D.O.B. / /

ALLERGIES:

Use Second Date 7/30/04

7/30/03

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall 225420

D.O.B. 10/15/83

ALLERGIES: NKA

Use First Date 7/30/04

DIAGNOSIS

① X Ray (L) Elbow

② Flexeril PO BID x10

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

7/30/03

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Last Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Fourth Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Third Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton Randal 226420<br>D.O.B. 10/15/83<br>ALLERGIES: NKA<br>7/16/04<br>Use Second Date 7/16/04 | DIAGNOSIS (If Chg'd)<br>Hepatic Panel, CB, [illegible]<br>Tegretol level<br>Bottom bed profile x 1 year<br>V.O. Dr Siddiq/ [illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton, Randall 226420<br>D.O.B. 10/15/83<br>ALLERGIES: NKA<br>Use First Date 7/8/04 | DIAGNOSIS<br>7-8-04/1225<br>Move inmate from Cell #1 in HCU to Seg cell.<br>T.O. Dr Sanders/ [illegible] RN<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

NOTED - 7-8-04 [illegible], RN

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

# PHYSICIANS' ORDERS

| | |
|---|---|
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Last Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Fourth Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton, Randall<br>10:30 AM 07/08/04<br>D.O.B. 10 / 18 / 83<br>ALLERGIES:<br>Use Third Date 7 / 8 / 04 | DIAGNOSIS (If Chg'd)<br>Place in Seg off Suicide Watch<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton, Randall<br>10:00 AM<br>D.O.B. 10 / 15 / 83<br>ALLERGIES:<br>Use Second Date 7 / 8 / 04 | DIAGNOSIS (If Chg'd)<br>Place in INF in SPT restraints on Suicide watch<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton, Randall<br>AIS-226420<br>7-07-04<br>D.O.B. 10 / 15 / 83<br>ALLERGIES:<br>Use First Date 7 / 7 / 04 | DIAGNOSIS<br>Place in INF in Spt restraint on Suicide Watch<br>Haldol 5 mg IM STAT<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PHYSICIANS' ORDERS

NAME: Hampton, Randall
D.O.B. 10 / 15 / 83
ALLERGIES:
noted M. Scott LPN 6/24/04
Use Last Date 6 / 24 / 04

DIAGNOSIS (If Chg'd)
T.O Dr. Sanders
Geodon 40 mg I.M
Dr. Sanders / M. Scott LPN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton Randall AIS 226420
D.O.B. / /
ALLERGIES:
Use Fourth Date / /

DIAGNOSIS (If Chg'd)
6/23/04

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, RANDALL
AIS# 226420
D.O.B. 10 / 15 / 83
ALLERGIES: NKDA
noted A. D. Grant LPN 6/21/04
Use Third Date 6 / 21 / 04

DIAGNOSIS (If Chg'd)
Release to DOC placement

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, Randall
D.O.B. 10 / 15 / 83
ALLERGIES: NKDA
noted M. Scott LPN 6-18-04 1800
Use Second Date 6 / 18 / 04

DIAGNOSIS (If Chg'd)
Thorazine 50 mg po q HS / x 3
Benadryl 50 mg po q HS

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

NAME: Hampton, RANDALL
D.O.B. 10 / 15 / 83
ALLERGIES: NKDA
noted A. D. Grant LPN 6/17/04 8:40 pm
Use First Date 6 / 17 / 04

DIAGNOSIS
Release to DOC placement
off Suicide Watch

MHM Correctional Services
Dr. Bill Sanders

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Hampton, Randall<br>AIS - 226420<br>D.O.B. 10/15/83<br>ALLERGIES:<br>A. Thomas 6/16/04<br>Use Last Date 6/16/04 | DIAGNOSIS (If Chg'd)<br>Place in HCU in SPT restraint c̄ a suicide gown on suicide watch (self inj)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton, Randall<br># 226420<br>D.O.B. 10/15/83<br>ALLERGIES: NKA<br>Noted BFranklin 6/16/04<br>Use Fourth Date 6/16/04 | DIAGNOSIS (If Chg'd)<br>Return to Seg<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton, Randall<br># 226420<br>D.O.B. 10/15/83<br>ALLERGIES:<br>Noted BFranklin 6/15/04<br>Use Third Date 6/15/04 | DIAGNOSIS (If Chg'd)<br>Release from 5 pt restraint<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton, Randall 06/15/04<br>1015pm<br>D.O.B. 10/15/83<br>ALLERGIES:<br>Use Second Date 6/15/04 | DIAGNOSIS (If Chg'd)<br>Place in 5 pt restraint on suicide watch<br>Geodon 20 mg IM STAT<br>MHM Correctional Services<br>Dr. Bill Sanders<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton, Randall<br>AIS# 226420<br>D.O.B. 10/15/83<br>ALLERGIES: NKDA<br>noted A.D. Hunt LPN 5/5/04<br>Use First Date 5/5/04 | DIAGNOSIS<br>Release to DOC Plan[illegible]<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Hampton, Randall<br>AIS - 226420<br>D.O.B. 10/5/83<br>ALLERGIES:<br>A. Thomas 6/16/04<br>Use Last Date 6/16/04 | DIAGNOSIS (If Chg'd)<br>Place in HCU in SPT restraint c̄ a suicide gown on suicide watch (self inj)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton, Randall # 226420<br>D.O.B. 10/15/83<br>ALLERGIES: NKA<br>Noted [illegible] 6/16/04<br>Use Fourth Date 6/16/04 | DIAGNOSIS (If Chg'd)<br>Return to Seg<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton, Randall # 226420<br>D.O.B. 10/15/83<br>ALLERGIES:<br>Noted [illegible] 6/15/04<br>Use Third Date 6/15/04 | DIAGNOSIS (If Chg'd)<br>Release from 5 pt restraint<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton, Randall 06/15/04<br>10 15 pm<br>D.O.B. 10/15/83<br>ALLERGIES:<br>Use Second Date 6/15/04 | DIAGNOSIS (If Chg'd)<br>Place in 5 pt restraint on suicide watch<br>Geodon 20 mg IM STAT<br>MHM Correctional Services<br>Dr. Bill Sanders<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton, Randall<br>AIS# 226420<br>D.O.B. 10/15/83<br>ALLERGIES: NKDA<br>noted A.D. [illegible] 5/5/04<br>Use First Date 5/5/04 | DIAGNOSIS<br>Release to DOC Placement<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

NAME: Hampton, Randall
AIS# 226420
D.O.B. 10/15/83
ALLERGIES: NKDA
noted A.D. Hart LPN 5/5/04
Use Last Date 5/4/04

DIAGNOSIS (If Chg'd)
Please get plain skull film (Does he have a plate in it)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hampton, Randall
AIS# 226426
D.O.B. 10/15/83
ALLERGIES: NKDA
noted A.D. Hart LPN 5/4/04
Use Fourth Date 5/4/04

DIAGNOSIS (If Chg'd)
Release from 5pt restraint & close & lock cell door.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hampton, Randall
226420
D.O.B. 10/15/83
ALLERGIES: NKA
noted 5/04/04
Use Third Date 5/4/04

DIAGNOSIS (If Chg'd)
Haldol 10, Ativan 4 IM stat
5pt restraint in IWF on suicide watch

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hompton Rondell
D.O.B. / /
ALLERGIES:
NOTED 2T 3/24/04 1100
Use Second Date / /

DIAGNOSIS (If Chg'd)
lay in x 3 days for cold

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Hompton Rondell
D.O.B. / /
ALLERGIES:
NOTED 2T 3/24/04 1100
Use First Date / /

DIAGNOSIS
① x Ray C-spine
② Amoxil 500 po bid x 10
Actifed T po bid x 10

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

3/24/04



PRISON HEALTH SERVICES INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Last Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME:<br>D.O.B. / /<br>ALLERGIES:<br>Use Fourth Date / / | DIAGNOSIS (If Chg'd)<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton, Randall 226420<br>D.O.B. 10/15/83<br>ALLERGIES: NKA<br>Noted [illegible] 3/24/04<br>Use Third Date 3/24/04 | DIAGNOSIS (If Chg'd)<br>[illegible]<br>[signature] 3/25/03<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton Randall 226420<br>D.O.B. / /<br>ALLERGIES: NKA<br>noted VSmith 3/19/04<br>Use Second Date 3/19/04 | DIAGNOSIS (If Chg'd)<br>Advil 800 [illegible] x (v)<br>[signature] 3/19/04<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hampton, Randall 226420<br>D.O.B. 10/15/83<br>ALLERGIES: NKA<br>noted VSmith 3/19/04<br>Use First Date 3/19/04 | DIAGNOSIS<br>① [illegible] bid x 1 day<br>② Bactrim DS bid x 15 d<br>Rifampin 300 bid x 15 d<br>☐ GENERIC SUBSTITUTION IS NOT PERMITTED<br>[signature] 3/19/04 |

MEDICAL RECORDS COPY

60110 (4/03)



PRISON HEALTH SERVICES INCORPORATED

# INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12/15/04 | S - |
| 6:38 | O - DOC reported pt fell while taking a shower. Seizure activity noted 7 mins. Lethargic and continue to lay on mattress until medication arrive. (Meds taken as ordered) V/S 130/80 100 R 28 |
| | A - Alteration in comfort R/t seizure activity |
| | P - 1. Continue to observe in infirmary dorm. for 2hrs. |
| | 2. Monitor & observe LOC. |
| | S. Roberts RN |
| 12/15/04 | S - I'm feeling better |
| 8:38 | O - alert & orientated X 3. Ambulating ̄c out assistance. No seizure activity noted @ present. |
| | A - Stable |
| | P - 1. R/t to population — S. Roberts RN |
| 1/28/05 | [illegible] |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 10/15/83 | B/M | BCCF |

PHS-MD-70049

**Complete Both Sides Before Using Another Sheet**

Hampton, Randall
226420
DOB 10-15-83
NKA

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

**PROGRESS NOTES**

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 3-27-04 | S) [illegible] 2 stitches [illegible] |
| | O) [illegible] |
| | 2 stitches placed [illegible] |
| | A [illegible] |
| | [illegible] |
| 10/14/04 | S [illegible] |
| | O [illegible] |
| | A/P [illegible] |
| 12/16/04 | S) [illegible] |
| | O) [illegible] |
| | A/P [illegible] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet



Hampton, Randall
225420
DOB 10-15-83
NKA

PRISON HEALTH SERVICES INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
| --- | --- |
| -30-04 | S/ c/o (L) Elbow Sprain |
| | O Fall & Sprain the Elbow |
| | no deformity |
| | A/ (L) Elbow Sprain |
| | P well & x Bag & do [illegible] & Rx Advil |
| | [signature] |
| 9/10/04 8p | S/ c/o swell [illegible] |
| | O mod [illegible] |
| | no vomiting |
| | P/ well & Zatac 150 Bid [signature] |
| 10/15/04 | O: assessed for Chronic Care Seizures |
| | No Noted S/S of seizure activity |
| | "for a few months" |
| | P: Continue assessments as indicated |
| | E: Instructed on Safety Habits and |
| | Verbalized understanding ——— [signature] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet


PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

ADMISSION DATE 12/16/05 TIME 1600 AM PM (PM circled)

ORIGINATING FACILITY BCC ☐ SIR ☐ PDL ☐ ESCAPEE ☐

☒ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT

ALLERGIES NKA

CONDITION ON ADMISSION ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97.6 ORAL / RECTAL (ORAL circled) RESP 20 PULSE 96 B/P 180/110 RECHECK IF SYSTOLIC >100> 50 (circled) 130/82

NATURE OF INJURY OR ILLNESS

Ø INJURIES NOTED C/O PAIN IN TOP OF HEAD FROM INJURY THAT HAPPEN TUESDAY Ø S/S INFECTION NOTED

ABRASION /// | CONTUSION # | BURN xx | FRACTURE Z | LACERATION / SUTURES

OLD INJURY

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

Ø INJURIES GIVEN ii TYLE 500mg FOR C/O H/A

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| N/A | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

RELAX AND CONTROL TEMPER

DISCHARGE DATE 12/16/05 TIME AM PM

RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐

CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL

NURSE'S SIGNATURE [signature] DATE 12/16/05

PHYSICIAN'S SIGNATURE [signature] DATE 12/16/05

CONSULTATION

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| HAMPTON RANDELL | 226420 | 10-15-83 | | BCC |



Docum. 21-

PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

ADMISSION DATE 11/20/2005 TIME 830 AM

ORIGINATING FACILITY Bullock ☐ SIR ☐ PDL ☐ ESCAPEE ☐

☐ SICK CALL ☒ EMERGENCY ☐ OUTPATIENT

ALLERGIES NKDA

CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98 98 ORAL RECTAL RESP. 20 PULSE 87 B/P 140/84 RECHECK IF SYSTOLIC <100> 50 /

SaO2 98%

NATURE OF INJURY OR ILLNESS

S- Pt out in waiting area on floor face down c̄ officer stated "pt having a Sz"

ABRASION /// CONTUSION # BURN xx FRACTURE Z LACERATION / SUTURES

Blood to inner lips

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Pt shaking but able to follow verbal commands to a certain degree. Pt aware of surroundings A+Ox3, Resp @ 20 BPM SaO2 98%, HR 87 BPM RRR. Turned | Assisted pt over onto side (R). Above VS stable. Pt asked if came to get meds + pt stated "not this AM" "I didn't wake up + nurse no one woke me up" Pt denies injury x bite b/t inner Lower (L) lip. PERRL

A- Alteration Neurological Status R/T Sz

DIAGNOSIS

ORDERS / MEDICATIONS / IV FLUIDS

P- Adm Phenobarb 60 + Tegretol 300mg as Rx for 400AM Dose. Provided H2O for pt to rinse out mouth.

| TIME | BY |
|---|---|

INSTRUCTIONS TO PATIENT

Instructed on Medication Regime/ Importance of Scheduling/ Safety, and Return PRN

DISCHARGE DATE 11/20/05 TIME 900 AM

RELEASE / TRANSFERRED TO Population ☒ DOC ☐ AMBULANCE ☐

CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL

NURSE'S SIGNATURE [signature] DATE 11/20/05

PHYSICIAN'S SIGNATURE [signature] 11/20/01 DATE

CONSULTATION

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton Randall | 226420 | 10/15/83 | BM | Bullock |

PHS

# Nursing Evaluation Tool: Seizure/ Postictal State

Facility: BBB

Patient Name: Plompton Rondell (Last / First / MI)

Date of Birth: 10 / 15 / 183 (MM / DD / YYYY)

Inmate Number: 226420

Time Seen: 830 AM / PM Circle One

Date of Report: 11 / 20 / 2005 (MM / DD / YYYY)

**Subjective:** Chief Complaint(s): inmate out in waiting area on floor having Sz.

Onset: 830 AM

History: Hx of meds = Tegretol + Phenobarb

(Continue on back if necessary) ☐ Check Here if additional notes on back

Significant History: Epilepsy ☐ NO ☐ YES; Cardiac ☑ NO ☐ YES; Diabetes ☑ NO ☐ YES; Psychiatric ☐ NO ☑ YES; Head trauma ☐ NO ☑ YES; Alcohol Abuse ☐ NO ☐ YES

Recent change or discontinuation of meds: ☐ NO ☐ YES

Last documented seizure: ☐ None ☐ Unknown ☐ Known (how long ago?)

IF PATIENT IS ACTIVELY SEIZING PROVIDE SUPPORTIVE CARE. DO NOT ATTEMPT TO PHYSICALLY RESTRAIN.

**Objective:** Vital Signs: T: 98 P: 87 RR: 20 B/P: 140 / 84 FSBS = 90

*Note: Do NOT attempt to obtain an oral or rectal temp on a postictal patient; defer until patient is stabilized.

Blood Glucose: 90

Pulse Ox %: 98 % ☑ Room Air ☐ O2 LPM:

Skin Color: ☑ Normal ☐ Pallor ☐ Flushed ☐ Jaundice

Skin: ☑ Warm ☐ Cool ☐ Dry ☑ Moist/clammy

Neurologic:(AVPU) ☐ Awake ☑ Responds to Voice ☐ Responds to Pain ☐ Unresponsive ☐ Postictal-Disoriented ☐ Agitated

(Check the appropriate highest response level)

Pupil: ☑ PERRL ☐ Pupils unequal/abnormal:

Pupils:

| Right | | Left |
|---|---|---|
| ☑ | PERRL | ☑ |
| ☐ | Constricted | ☐ |
| ☐ | Dilated | ☐ |

Unequal:

Mouth: ☑ Tongue intact ☐ Tongue injury:

Incontinence: ☑ None ☐ Incontinent urine ☐ Incontinent feces

Incurred injuries: ☐ None apparent ☑ Yes Bit inside of bottom (R)

☐ Additional Findings

Continue on back if necessary) ☐ Check Here if continued on back

*Repeat Exam 15-30 minutes post seizure (If initial evaluation began just after seizure activity ceased)

Time: 845 AM / PM Circle One Vital Signs: T: 98.2 P: 80 RR: 20 B/P: 136 / 80

Repeat Blood Glucose: 89 (As Indicated)

Pulse Ox %: 98 % ☑ Room Air ☐ O2 LPM:

Skin: ☑ Normal ☐ Pallor ☐ Flushed ☐ Cyanotic ☑ Warm ☐ Cool ☑ Dry ☐ Moist/clammy

Neurologic:(AVPU) ☑ Awake ☑ Responds to Voice ☐ Responds to Pain ☐ Unresponsive ☐ Postictal-Disoriented ☐ Agitated

Pupils:

| Right | | Left |
|---|---|---|
| ☑ | PERRL | ☑ |
| ☐ | Constricted | ☐ |
| ☐ | Dilated | ☐ |

Unequal:

**Assessment:** (Check All That Apply:)

☐ Call Placed To Physician
☑ Transport to Infirmary for observation.
☐ Call Placed to 911

**Plan:** (Check All That Apply:)

☐ Oxygen (2-4LPM per N/C)
☐ Treatment for hypoglycemia, if indicated
☑ Supportive care in quiet safe environment
☑ Other: Adm med Pt missed @ the 0400 hour R/T Pt "overslept" No one woke him up (Describe)

x C Holderfield (Nurses Signature)

Name: C Holderfield RN (Printed)

PHS PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

ADMISSION DATE 10/30/05 TIME 1130 AM PM

ORIGINATING FACILITY BCCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐

☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT

CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

ALLERGIES NKA

VITAL SIGNS: TEMP 98.8 ORAL RECTAL RESP 18 PULSE 94 B/P 120/78 RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

S: Inmate Escorted to Infirmary "after being hit in The Chest by a Visitor". This was witnessed by DOC Officer

O: no noted redness to Chest area, noted multiple tatoos,

P: Release to DOC

ABRASION /// CONTUSION # BURN xx FRACTURE Z LACERATION / SUTURES

scars, tatoos, tatoos, tatoos, tatoos, tatoos

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT Return to Infirmary if Needed

DISCHARGE DATE 10/30/05 TIME 1140 AM PM

RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐

CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL

NURSE'S SIGNATURE [signature] DATE

PHYSICIAN'S SIGNATURE [signature] 10/30/05 DATE

CONSULTATION

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 10/15/83 | BM | BCCF |

(Yellow - Pharmacy Copy)


PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

ADMISSION DATE: 10/14/05 TIME: 0500 AM

ORIGINATING FACILITY: Bullock ☐ SIR ☐ PDL ☐ ESCAPEE ☐

☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT

CONDITION ON ADMISSION: ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

ALLERGIES: NKA

VITAL SIGNS: TEMP 98 ORAL RECTAL RESP. 16 PULSE 78 B/P 120/60 RECHECK IF SYSTOLIC <100> 50

ABRASION /// | CONTUSION # | BURN xx | FRACTURE Z | LACERATION / SUTURES

NATURE OF INJURY OR ILLNESS

S- "I got real dizzie and I passed out. My head hurt"

O — ambulatory to HCU per W/C alert et. Oriented X 3 resp regular ē ease. Skin intact no laceration noted. Vital signs are stable, gait steady, no distress noted

A - alteration in comfort

P — Sign up to see MD in the

PHYSICAL EXAMINATION

A.M give tylenol ii tabs

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Tylenol ii tabs give GR po | 0510 | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT: Return to HCU in the A.M to see MD

DISCHARGE DATE: 10/14/05 TIME: 0515 AM

RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐

CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL

PHYSICIAN'S SIGNATURE: [signature] 10/17/01 DATE

CONSULTATION

NURSE'S SIGNATURE: Gloria Regan RN DATE: 10/14/05

INMATE NAME (LAST, FIRST, MIDDLE): Hampton, Randall

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 226420 | 10/15/83 | BM | Bullock |

(Pharmacy Copy)

PHS

## Nursing Evaluation Tool: General Sick Call

Bullock

NKA

Facility: BBB Hampton

Patient Name: Hamilton CSC, Randall
Last First MI

Inmate Number: 226420

Date of Birth: 10 / 15 / 1983 (MM DD YYYY)

Date of Report: 10 / 27 / 2005 (MM DD YYYY)

Time Seen: 1015 AM / PM Circle One

**Subjective:** Chief Complaint(s): C/o Ⓛ Leg gives way" "Fell while standing in Chow

Onset: line" "Also some stuff got out of Ⓛ knee this morning"

Brief History: Hx "Sz" and poor memory
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 98.6 P: 72 RR: 22 B/P: 142 / 88

Examination Findings: A+O x3, Resp @ 22 BPM CTA sats 98% on RAir.
(Continue on back if necessary)
HR = 72 BPM RRR, Denies N/V Abd c̄ BS x 4 Moves all 4 Extremities c̄ no deficits noted. Skin c̄ cuts bruises, scrapes. Pt denies injury. Ⓛ knee skin c̄ swollen boil area on knee cap Greenish Yellow drainage cleaned up + cleaned c̄ $H_2O_2$ + 2x2.

☐ Check Here if additional notes on back

**Assessment:** *(Referral Status)* Preliminary Determination(s): Alter in Safety R/T "Legs Shakiness & risk of Sz.

☐ Referral NOT REQUIRED

☒ Referral REQUIRED due to the following: (Check all that apply) Alter in skin integrity R/T Ⓛ knee Drainage

☐ Recurrent Complaint (More than 2 visits for the same complaint)

☐ Other:

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:

☒ Instructions to return if condition worsens.

☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other:
(Describe)

OTC Medications given ☐ NO ☒ YES (If Yes List): Advil

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): Dr Siddiq Date for referral: 10 / 28 / 2005 (MM DD YYYY)

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): Time

x [signature] Name: Childress Fields
Nurses Signature Printed



**General Sick Call**

## Nursing Evaluation Tool:

Facility: ~~BBB~~ Bullock

Patient Name: Hampton (Last) Randall (First) MI

Inmate Number: ~~22~~ 226420

Date of Birth: 10 / 15 / 183 (MM DD YYYY)

Date of Report: 09 / 12 / 05 (MM DD YYYY)

Time Seen: 0925 (AM) PM Circle One

**Subjective:** Chief Complaint(s): I fell & hurt my leg & my behind.

Onset:

Brief History: (Continue on back if necessary) I was pulling myself up on a pull-up bar outside & fell. Now I can't bend my (L) knee & my lower back hurts.

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 98² P: 90 RR: 16 B/P: 110 / 60

Examination Findings: (Continue on back if necessary) (L) knee gives way when inmate walks. Inmate states he's going back to the dorm & take a shower, then come back to see the doctor at noon.

☐ Check Here if additional notes on back

**Assessment:** *(Referral Status)* **Preliminary Determination(s):**

☐ Referral NOT REQUIRED

☐ Referral REQUIRED due to the following: (Check all that apply)

☐ Recurrent Complaint (More than 2 visits for the same complaint)

☐ Other:

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:

☐ Instructions to return if condition worsens.

☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: (Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List):

Date for referral: ___/___/___ (MM DD YYYY)

Referral: ☐ NO ☐ YES (If Yes, Whom/Where): Time

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?):

x A. Groom RN (Nurses Signature) Name: Anne Groom, RN (Printed)



## Nursing Evaluation Tool: General Sick Call

Facility: BBB

Patient Name: Hamilton Randall
Last First MI

Inmate Number: 226420

Date of Birth: 10 / 15 / 1983 (MM DD YYYY)

Date of Report: 9 / 20 / 2005 (MM DD YYYY)

Time Seen: 740 (AM) / PM Circle One

**Subjective:** Chief Complaint(s): c/o "didn't get up this AM to get 4AM meds"

Onset: States muscle twitch just don't know whats goin.

Brief History: "c/o my tail bone hurts" this AM.
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 98.6 P: 60 RR: 20 B/P: 108 / 68

Examination Findings: Neuro WNL moves all 4 Extremeties; No Bumps Abrasions, Scrapes
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Assessment: (Referral Status)** Preliminary Determination(s): Alteration in comfort level 2° "Butt hurting"

☒ Referral NOT REQUIRED

☐ Referral REQUIRED due to the following: (Check all that apply)
- ☐ Recurrent Complaint (More than 2 visits for the same complaint)
- ☐ Other:

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:

☒ Instructions to return if condition worsens.

☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other (Describe): Safety Precautions And No 1° Layin 2° Pain in butt get T move

OTC Medications given ☐ NO ☒ YES (If Yes List): Advil 800 mg PO. Tid PRN x 10d + 4AM Meds

Referral: ☒ NO ☐ YES (If Yes, Whom/Where): Date for referral: __/__/__ (MM DD YYYY)

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): Time:

x [signature] Nurses Signature    Name: Cheri Holderfield RN (Printed)

No Charge

PRISON HEALTH SERVICES INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Hampton, Randall Date of Request: 2-15-05
ID # 226 720 Date of Birth: ______ Location: ______
Nature of problem or request: Need renewal of Phenobarb 60.

______________________
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ______ AM PM
Allergies: ______

RECEIVED
Date:
Time:
Receiving Nurse Intials ______

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

______________________
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Hampton, Randell Date of Request: 1-28-05
ID # 226420 Date of Birth: 10-15-83 Location: 1-30
Nature of problem or request: my feet hurt

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 1/28/05
Time: 0725 (AM) PM
Allergies: NKDA

RECEIVED
Date: 1-28-05
Time: 0730
Receiving Nurse Intials [illegible]

**(S)ubjective:** My feet hurt

**(O)bjective** No edema noted

**(A)ssessment:** BP 120/80 P. 80 R. 20 Temp.

**(P)lan:** See MD

Refer to: (MD/PA) Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



Seg

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Anthony Randall  Date of Request: 12/14/04
ID # 226420  Date of Birth: ______ Location: 226420
Nature of problem or request: I have a sore on my hip + buttock

______________________
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: ________ AM PM
Allergies: ________

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials ______ |

**(S)ubjective:** My hip hurt real bad

**(O)bjective** Open draining area on ® hip. Purulent drainage noted. No foul odor. ~~Warm~~ Hot to touch.

**(A)ssessment:** Alteration in Comfort 2° pain in hip + buttock.

**(P)lan:** To see MD @ 730 p.m.

Refer to: (MD/PA) Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

[signature]
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



Seg

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Randell Hampton Date of Request: 11 9
ID # [illegible] Date of Birth: [illegible] Location:
Nature of problem or request: [illegible] knots on my leg in my butt I see [illegible]

Randell Hampton 23-C4-20
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 12/10/08
Time: 0500 AM PM
Allergies:

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials |

(S)ubjective: "I have something on my hip"

(O)bjective: noted large area approx 4cm to R hip, also boil to buttocks. Harder c papule & small amt + drainage

(A)ssessment: alleration in comfort 2° pain

(P)lan: To see MD in Am

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

[signature]
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Randell Hampton Date of Request: 11-18-04
ID # 226420 Date of Birth: 10-15-83 Location: 4-12
Nature of problem or request: to see the Health Doctor about leg problem and medical record.

Randell Hampton
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 11/20/04
Time: 0515 AM PM
Allergies: NKA

RECEIVED
Date: 11-20-04
Time: 0515
Receiving Nurse Intials KW

**(S)ubjective:** "I'm loosing wt. My leg be going out on me. I have a hard time waking me ↑ due to the Pheno.

**(O)bjective** wt. 152 B/P 128/78 T97.4 P78 R18

**(A)ssessment:**

**(P)lan:**

Refer to: (MD/PA) Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

K Williams LPN
*SIGNATURE AND TITLE*

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Randell Hampton Date of Request: 11-03-04

ID # 23-64-20 Date of Birth: 10-15-83 Location:

Nature of problem or request: Sick to my Stomach constantly throughing out. And have a Stomach up face

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 11/3/04
Time: 0550 AM PM
Allergies: NKA

RECEIVED
Date: 11/3/04
Time: 0550
Receiving Nurse Intials JH

**(S)ubjective:** "I am having a problem ē my stomach."

**(O)bjective** 120/88 98.4 78 20, Wt: 156

**(A)ssessment:** Alteration in comfort.

**(P)lan:** Refer to M.D. this A.M. @ 0730.

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN

CIRCLE ONE

Check One: ROUTINE (✓) EMERGENCY ( )

If Emergency was PHS supervisor notified: Yes ( ) No ( )

Was MD/PA on call notified: Yes ( ) No ( )

John Hogue LPN
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95