

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Randall Hampton Date of Request: 7-30-04
ID # 226420 Date of Birth: 10-15-83 Location: 11-14
Nature of problem or request: My legs gave out on me

Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 7/30/04
Time: 0520 AM PM
Allergies: NKA

RECEIVED
Date: 7/30/04
Time: 0520
Receiving Nurse Intials KW

**(S)ubjective:** "My leg gave out on me."

**(O)bjective** wt. 154, Ambulated ̅s difficulty, B/P 100/70 T 97⁸ P 70 R 18

**(A)ssessment:** Alt. in comf

**(P)lan:** Follow ↑ ̅c MD

Refer to: (MD)/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (✓) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

K Williams LPN
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: Hampton Randall Date of Request: 6-22-04
ID # 226420 Date of Birth: 10-15-8 Location: Seg.
Nature of problem or request: I have a rash on arm, Back legs, starting to drain.

Randall Hampton / L. Anderson
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 6/22/04
Time: 530 AM PM
Allergies: NKDA

RECEIVED
Date: 6-22-04
Time: 530
Receiving Nurse Intials [illegible]

**(S)ubjective:**

**(O)bjective** Inmate was seen in Seg noted to have area to arm, Back & thigh.

**(A)ssessment:**

**(P)lan:** See MD in Am @ 730

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (X) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

L. Anderson
SIGNATURE AND TITLE

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95

# INT SYSTEM TRANSFER FORM

TUS

.CF

/10/03

055 AM PM

ies: NICOA

rent Acute Conditions/Problems: Ø

hronic Conditions/ Problems: Seizures Antisocial Personality Disorder

Name: Hampton, Randall

Number: 226420 Race: (B) W H Other

Age: 19 Date of Birth: 10/15/83 Sex: (M) F

Food Handler Approved: Y / N

Current Medications - Name, Dosage, Frequency, Duration:

Acute Short-term Medications: Ø

Chronic Long-term Medications: Phenobarbital & Tegretol

Chronic Psychotropic Medications: Ø

Current Treatments: Ø

Follow-up Care Needed:

Last PPD: 12/20/02 Results Ø mms Last Physical: 12/20/02

Chronic Clinics: SZ Specialty Referrals:

Significant Medical History:

Physical Disabilities/Limitations: Ø

Assistive Devices/Prosthetics: Ø Glasses: Contacts:

Mental Health History/Concerns:

Substance Abuse: (Y) / N Alcohol: (Y) / N Drugs: (Y) / N

___ Hx Suicide Attempt: Date: ___/___/___

___ Hx Psychotropic Medication

___ Previous Psychiatric Hospitalizations

Signature and Title [signature] Date: 9/10/03

## TRANSFER RECEPTION SCREENING

Date: 9/11/03 Time: 1800 AM (PM)

Receiving Facility: Bullock

**S:** Current Complaint: None

Current Medications/Treatment: See MAR

**O:** Physical Appearance/Behavior: A, Ox3

Deformities: Acute/Chronic: None

T 97.6 P 82 R 18 B/P ___/___

**A:** New intake

WT 150

**P:** Disposition: (Instructions: Check or circle as appropriate)

✓ Routine, Sick Call

Instructions Given

___ Emergency Referral

___ HIV/TB Instruction Given

___ Physician Referral:

Urgent / Routine

___ Medication Evaluation

___ Work/Program Limitation

___ Special Housing

___ Specialty Referrals

✓ Chronic Clinics Seizures

___ Mental Health

___ OTHER

___ Infirmary Placement

Other:

Signature and Title [signature] K. Taylor, LPN

CMS 7190

# INTRASYSTEM TRANSFER FORM

**ALTH STATUS**

ansferring acility: Bullock

Name: Hampton, Randall
Number: 226920 Race: (B) W H Other
Age: ______ Date of Birth: 10 / 15 / 83 Sex: M F

Date: 9 / 4 / 03
Time: 11:43 (AM) PM
Allergies: NKA
Food Handler Approved: Y / N
Current Acute Conditions/Problems: Acting out, self injurious behavior
Chronic Conditions/ Problems: Schizoaffective Dis. — Seizure Dis 2° Head Injury Closed Head injury 1995

Current Medications - Name, Dosage, Frequency, Duration:
Acute Short-term Medications: Amitriptyline 100 mg @ H.S. Has been on Haldol 10 mg. I.M. c̄ Benadryl 50mg I.M. for psychotic behavior
Chronic Long-term Medications: Phenobarb 64.8 mg. B.I.D. Carbamazepine 400mg B.I.D
Chronic Psychotropic Medications: Has been tried on several

Current Treatments: Seclusion — medicate per orders
Follow-up Care Needed: Stabilization & treatment

Last PPD: date 12/20/03 Results Neg mms
Last Physical: 12/20/03
Chronic Clinics: None
Specialty Referrals: ______

Significant Medical History: Closed Head injury, Seizure Dis.

Physical Disabilities/Limitations: Seizure Dis
Assistive Devices/Prosthetics: None
Glasses: ND
Contacts: ______
Mental Health History/Concerns:
Substance Abuse: Y / (N)
Alcohol: Y / N
Drugs: Y (N)

✓ Hx Suicide Attempt: Date: 9 / 2 / 03
✓ Hx Psychotropic Medication
✓ Previous Psychiatric Hospitalizations

Signature and Title M. Christie RN Date: 09 / 04 / 2003

---

## TRANSFER RECEPTION SCREENING

Receiving Facility:

Date: 8 / 04 / 03 Time: @ 235 AM (PM)
S: Current Complaint: Seizures.

Current Medications/Treatment:
Tegretol - 400mg BID
Phenobarbital - 60mg @ 4A + 5pm

O: Physical Appearance/Behavior:
Fair; Good Behavior @ present time

Deformities: Acute/Chronic: N/A

T 98.8 P 78 R 20 B/P 132/68
A: Cooperative B/M c̄ Altered 4/c RT Mental Status

P: Disposition: (Instructions: Check or circle as appropriate)
- ___ Routine, Sick Call
- ___ Instructions Given
- ___ Emergency Referral
- ___ HIV/TB Instruction Given
- ✓ Physician Referral:
- Urgent / Routine
  - ___ Medication Evaluation
  - ___ Work/Program Limitation
  - ✓ Special Housing
  - ___ Specialty Referrals
  - ___ Chronic Clinics
  - ___ Mental Health
  - ___ OTHER
- ___ Infirmary Placement

Other: ______

E. Walters LPN
Signature and Title

CMS 7190

# Heal... Services Request Form

nate Name Randell Hampton Date of Request 5/12/02

AIS No. 226420 Date of Birth Oct, 19 83 Housing Loc 5-2

Nature of problem or request My Leg(Left) has been real weak and giving me problems. I also have fluid in my Right Elbow that needs to be Looked at and I want to talk too the Doctor [illegible]

Sign here for consent to be treated by health staff for the condition described above. Randell Hampton

Place this slip in Medical Box or designated area

DO NOT WRITE BELOW THIS LINE

---

Health Care Documentation

Subjective "I have weakness in my legs"

Objective: BP 122/74 P 114 R 20 Sat 99% WT 160#

O2 sat-99% T-97.8

Assessment Alteration in comfort

Plan To see MD in AM

Refer to: PA/ Physician (circled) Mental Health Dental

Education Return in AM to sick call

Protocol used (specify)

Signature [signature], RN Title RN Time 0045 Date 3-13-03



# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: RANDell HAmpton Date of Request: 03/18/04
ID # 226420 Date of Birth: 10/15/83 Location: 11-8
Nature of problem or request: I got BAD nots on Both legs all over me please Help Quick, I need Help. Bleeding too. my leg keeps giving out.

Randell Hampton
Signature

**DO NOT WRITE BELOW THIS LINE**

---

Date: ____/____/____
Time: ____________ AM PM
Allergies: ________________

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials ______ |

**(S)ubjective:**

**(O)bjective**

**(A)ssessment:**

**(P)lan:**

Refer to: MD/PA Mental Health Dental Daily Treatment Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE ( ) EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( ) No ( )
Was MD/PA on call notified: Yes ( ) No ( )

_SIGNATURE AND TITLE_

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF1000 7/95



# INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 6/24/04 | 1820 Inmate in seg. acting out, tied a noose in his cell stated "I'm not going to hurt myself. I'm going to Kill Billy he Keeps messing with me. I Keep seeing them dogs looking @ me." Inmate ambulating about cell talking loud & hallucinating. Called Dr. Sanders informed him of same received order. Give 40 mg geodon I.M. Inmate received 40 mg geodon I.M. in right gluteus maximus. —— Mary Scott LPN |

SINGULAIR®
(MONTELUKAST SODIUM)

6/25/04

[signature]

20202390(1)-01/02-SNG
MERCK

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 10-15-83 | B M | BCCF |

Complete Both Sides Before Using Another Sheet

PHS-MD-70049



PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| [illegible] | [illegible] hair falling, also [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |

Hampton, Randall
226420
10-15-83
NKA

PHS
PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 3/19/03 | S/O [illegible] |
| | O/ [illegible] |
| | [illegible] |
| | A/ [illegible] |
| | P/ [illegible] |
| | [illegible] [signature] |
| 3/26/03 | S/O cord [illegible] |
| | O/ URI |
| | med Confined |
| | w/fever |
| | A/P/ [illegible] [signature] |

60111 (5/85)

Complete Both Sides Before Using Another Sheet

PHCARE
NURSE'S NOTES

A Inmate lying on floor c̄ jerking movement. He was assisted to Ⓛ side by Officer Munro. Regurgitation of some of his meal noted. His head was supported. Activity lasted approx. 1 min. ——— MHardy, LPN

9⁵⁰ AM A&O X3. Inmate moaning, groaning, & holding frontal part of head. He stated he hit his head on the file cabinet in front of the stretcher. Ibuprofen 800mg adm. Cold compress applied to head ——— MHardy, LPN

10¹⁰ AM Inmate released to DOC. ——— MHardy, LPN

| NAME- LAST | FIRST | MIDDLE | AIS# |
|---|---|---|---|
| Hampton, | Randall | | 226420 |

NaphCare

# PHYSICIAN PROGRESS NOTES

Patient Name ________________ I.D. # ________________ Institution ________________

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 8/18/03 | 8a | S) c/o getting weak & dizzy | |
| | | O) [illegible] | |
| | | [illegible] | |
| | | [illegible] 110/70 | |
| | | [illegible] | |
| | | Ext - [illegible] | |
| | | A/P [illegible] | |
| | | [illegible] | |
| | | [illegible] | [signature] |
| 10/15/03 | 8a | S) c/o having dizziness | |
| | | O) [illegible] | |
| | | [illegible] | |
| | | [illegible] | |
| | | Ext [illegible] | |
| | | A/P [illegible] x 70 | [signature] |

NaphCare

NAPHCARE

PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|---|---|---|
| 8/15/[illegible] | [illegible] | S [illegible] having dizziness [illegible] |
| | | O Monday he fell & lacerated his scalp - [illegible] |
| | | [illegible] |
| | | [illegible] |
| | | [illegible] |
| | | [illegible] |
| | | A fall [illegible] |
| | | P [illegible] and [illegible] |
| | | [illegible] may give [illegible] |
| | | [signature] |

NAME- LAST FIRST MIDDLE AIS #

NapHCare

**NAPHCARE**

**PHYSICIAN'S PROGRESS NOTES**

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|---|---|---|
| 6/10/03 | 8:00 | S c/o Bumps to Shoulder |
| | | O) one area of Folliculitis & Cellulitis |
| | | A/P [illegible] Keflex 500 [illegible] x 10d |
| | | [signature] |

NAME- LAST: Randall   FIRST: Hampton   MIDDLE:   AIS #: 22647

PHYSICIAN'S PROGRESS NOTES

NAPHCARE
PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|---|---|---|
| 4/22/03 | 8A | S) Pt c fractured metacarpal was given cast [illegible] removed the cast yesterday [illegible] |
| | | O) [illegible] |
| | | A) fractured metacarpal |
| | | P) will [illegible] with [illegible] ER [illegible] [signature] |
| 5/13/03 | 8A | S meds change the timing of meds |
| | | O) [illegible] |
| | | A/P will change the timing [signature] |

NAME- LAST FIRST MIDDLE AIS #

PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|---|---|---|
| 3/13/03 | 8 | S/ Pt [illegible] [illegible] [illegible] [illegible] [illegible] the stands |
| | | O/ [illegible] |
| | | [illegible] |
| | | good muscle strength. |
| | | [illegible] |
| | | standing [illegible] |
| | | [illegible] |
| | | no [illegible] noted. |
| | | No Back Pain. |
| | | A: legs [illegible] |
| | | P/ [illegible] |
| | | and give no prolonged standing [illegible] |
| | | [illegible] [signature] |
| 4/8/03 | 8 | S/ Pt [illegible] laceration to scalp |
| | | O/ [illegible] the scalp |
| | | no bleeding |
| | | [illegible] |
| | | 3 [illegible] |
| | | A/ laceration to scalp |
| | | P/ [illegible] [signature] |

| NAME- LAST | FIRST | MIDDLE | AIS # |
|---|---|---|---|
| Pardue, | Hampton | | 226420 |

# MEDICATION ADMINISTRATION RECORD

07/01/2005

DT01

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| PHENOBARBITAL 60MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 7201463 SIDDIQ, M.D., TAHIR, MD<br>START - 04/06/2005 STOP - 10/02/2005 | 0400<br>1100 | See MHM Book |
| CARBAMAZEPINE (TEGRETOL-CHEW) 100MG TAB<br>TAKE 3 TABLET(S) BY MOUTH (300MG) 3 TIMES DAILY<br>RX: 7515362 SIDDIQ, M.D., TAHIR, MD<br>START - 06/07/2005 STOP - 09/14/2005 | 0400<br>1100<br>1700 | See MHM Book |
| Tylenol ES ii tabs PO TID x10days PRN<br>7/13 → 7/23/05 | 0400<br>1100<br>1700 | See MHM Book |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 07/01/2005 THROUGH 07/31/2005

Physician SIDDIQ, M.D., TAHIR

Telephone No

Medical Record No.

Alt Physician

Alt Telephone

Allergies NONE KNOWN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: Title: Date:

PATIENT HAMPTON, RANDALL

PATIENT CODE 226420

ROOM NO RTU

BED

FACILITY CODE BUL-465

# EDICATION ADMINISTRATIOI ECORD

07/01/2005

(BUL-465) BULLOCK CORRECTIONAL FAC

DT01

| DICATIONS | HOUR | 1–31 |
|---|---|---|
| PHENOBARBITAL 60MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 7201463 SIDDIO, M.D., TAHIR, MD<br>START - 04/06/2005 STOP - 10/02/2005 | 0400<br>1700 | PHS Brok [handwritten initials] |
| CARBAMAZEPINE (TEGRETOL-CHEW) 100MG TAB<br>TAKE 3 TABLET(S) BY MOUTH (300MG) 3 TIMES DAILY<br>RX: 7515362 SIDDIO, M.D., TAHIR, MD<br>START - 06/07/2005 STOP - 09/14/2005 | 0400<br>1100<br>1700 | PHS PHS [handwritten initials] |
| Apply Permethrin 0.5% cream to body leave on 10-12 hrs then shower repeat in 14 days 6/22/05 | 0800 | |
| Advil 800g BT [illegible] 7-2 days 7-12 days | | |
| Tylenol 650mg PO TID x10 days 7/13 → 7/23/05 | 0400<br>1100<br>1700 | PHS [handwritten initials] |

| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | | |
|---|---|---|---|
| HARTING FOR 07/01/2005 | THROUGH 07/31/2005 | | |
| hysician SIDDIO, M.D., TAHIR | | Telephone No | Medical Record No |
| t Physician | | Alt Telephone | |
| ergies NONE KNOWN | | Rehabilitative Potential | |
| agnosis | | | |
| edicaid Number | Medicare Number | Complete Entries Checked: By: [signature] Title: LPN | Date: 6/29/05 |
| TIENT HAMPTON, RANDALL | PATIENT CODE 226420 | ROOM NO RTU | BED | FACILITY CODE BUL-465 |

# EDICATION ADMINISTRATIO RECORD

06/01/2005

DT01

(BUL-465) BULLOCK CORRECTIONAL FAC

| DICATIONS | HOUR | 1–31 |
|---|---|---|
| CARBAMAZEPINE (TEGRETOL-CHEW) 100MG TAB<br>TAKE 3 TABLET(S) BY MOUTH (=300MG) 3 TIMES DAILY<br>RX: 6983879 SIDDIQ, M.D., TAHIR, MD<br>START - 02/19/2005 STOP - 06/14/2005 | 0400<br>1100<br>1700 | given By MHms |
| PHENOBARBITAL 60MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 7201463 SIDDIQ, M.D., TAHIR, MD<br>START - 04/06/2005 STOP - 10/02/2005 | 0400<br>1700 | given By MHms |
| Tegretol Chew 100mg<br>300mg p.o. t.i.d. X 100 days<br>6-3-05 9-3-05 | 0400<br>1100<br>1700 | MHms |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 06/01/2005 THROUGH 06/30/2005

Physician SIDDIQ, M.D., TAHIR

Telephone No

Medical Record No

Alt. Physician

Alt. Telephone

Allergies NONE KNOWN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: L. Anderson Title: LPN Date: 5/26/05

PATIENT HAMPTON, RANDALL

| PATIENT CODE | ROOM NO. | BED | FACILITY CODE |
|---|---|---|---|
| 226420 | RTU | | BUL-465 |

# EDICATION ADMINISTRATION [R]ECORD

/01/2005

(BUL-465) BULLOCK CORRECTIONAL FAC

| [MEDIC]ATIONS | HOUR | 1–31 |
|---|---|---|
| ARBAMAZEPINE (TEGRETOL-CHEW) 100MG TAB<br>TAKE 3 TABLET(S) BY MOUTH (=300MG) 3 TIMES DAILY<br>X: 6983879 SIDDIQ, M.D., TAHIR, MD<br>START - 02/19/2005 STOP - 06/14/2005 | 0400<br>1100<br>1700 | D/C — R/D 6/3/05 |
| PHENOBARBITAL 60MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>X: 7201463 SIDDIQ, M.D., TAHIR, MD<br>START - 04/06/2005 STOP - 10/02/2005 | 0400<br>1700 | PHS |
| Tegretol 300mg PO tid x 100days 6/13/05 to 9/13/05 | 0400<br>1100<br>1700 | PHS |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 06/01/2005 THROUGH 06/30/2005

Physician: SIDDIQ, M.D., TAHIR

Telephone No

Alt Telephone

Medical Record No.

Allergies: NONE KNOWN

Rehabilitative Potential

Complete Entries Checked:

By: Florence Title: LPN Date: 5/27/05

| Patient | PATIENT CODE | ROOM NO | BED | FACILITY CODE |
|---|---|---|---|---|
| HAMPTON, RANDALL | 226420 | RTU | | BUL-465 |

ICATION ADMINISTRATION RECORD

IONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

pply permethrin 0.5% ...m to body leave on ...hr then shower. Repeat ...days. 6/22/05 — 0800 — VSL

MEDICATIONS | HOUR

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 6/01/05 THROUGH 6/30/05

Physician Dr. Sanders

Alt. Physician Dr. Siddiq

Telephone No

Alt. Telephone

Rehabilitative Potential

Medical Record No 226420

...llergies

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: Vickie Smith Title: LPN Date: 6/22/05

PATIENT CODE 226420

ROOM NO.

BED

FACILITY CO... BCCF

PATIENT Hampton, Randall