# MEDICATION ADMINISTRATION RECORD

05/01/2005          (BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| CARBAMAZEPINE (TEGRETOL-CHEW) 100MG TAB<br>TAKE 3 TABLET(S) BY MOUTH (=300MG) 3 TIMES DAILY<br>RX: 6963879 SIDDIQ, M.D., TAHIR, MD<br>START - 02/19/2005   STOP - 06/14/2005 | 0400<br>1100<br>1700 | (initialed across days 1-31) |
| PHENOBARBITAL 60MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 7201463 SIDDIQ, M.D., TAHIR, MD<br>START - 04/06/2005   STOP - 10/02/2005 | 0400<br>1700 | (initialed across days 1-31) |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 05/01/2005 THROUGH 05/31/2005

Physician: SIDDIQ, M.D., TAHIR

Allergies: NONE KNOWN

Telephone No:
Alt Telephone:
Rehabilitative Potential:
Medical Record No:

Complete Entries Checked:
By: S. Anderson    Title: LPN    Date: 4/30/05

PATIENT: HAMPTON, RANDALL    PATIENT CODE: 226420    ROOM NO: RTU    BED:    FACILITY CODE: BUL-465

# MEDICATION ADMINISTRATION RECORD

04/01/2005                      (BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| PHENOBARBITAL 60MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 6761218 SIDDIQ, M.D. (MD DIR, TAHIR, MD)<br>START - 02/16/2005 STOP - 08/14/2005 | 0400<br>1700 | (initials across days 1-31) |
| CARBAMAZEPINE (TEGRETOL-CHEW) 100MG TAB<br>TAKE 3 TABLET(S) BY MOUTH (=300MG) 3 TIMES DAILY<br>RX: 6983879 SIDDIQ, M.D., TAHIR, MD<br>START - 02/19/2005 STOP - 06/14/2005 | 0400<br>1100<br>1700 | (initials across days 1-31) |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 04/01/2005    THROUGH: 04/30/2005

Physician: SIDDIQ, M.D., TAHIR    Telephone No:    Medical Record No:

Alt Physician:    Alt Telephone:

Allergies: NONE KNOWN    Rehabilitative Potential:

Diagnosis:

Medicaid Number:    Medicare Number:    Complete Entries Checked By: G. Thomas   Title: LPN   Date: 3/28/05

PATIENT: HAMPTON, RANDALL    PATIENT CODE: 226420    ROOM NO: RTU    BED:    FACILITY CODE: BUL-465

pg I of II

# MEDICATION ADMINISTRATION RECORD

2-24

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| Motrin 800 mg P.O. Now and PRN x 10 days 4-19-05 | 04 PR 11 RN 17 | (given 1 2 3 4 5 6 7 8 9 10) |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 4-1-05 THROUGH 4-30-05

Physician: Siddiq
Alt. Physician:
Allergies: Haldol
Diagnosis:
Medicaid Number:
Medicare Number:

Complete Entries Checked
By: Jane Cawthon   Title: RN   Date: 4/20/05

PATIENT: Hampton, Randall   pg II of II
PATIENT CODE: 226420

# MEDICATION ADMINISTRATION RECORD

03/01/2005            (BUL-465) BULLOCK CORRECTIONAL FAC

T01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PHENOBARBITAL 60MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY    0400
RX: 6961218 SIDDIQ, M.D. (MD DIR, TAHIR, M)   1700
START - 02/16/2005    STOP - 08/14/2005

CARBAMAZEPINE (TEGRETOL-CHEW) 100MG TAB
TAKE 3 TABLET(S) BY MOUTH (=300MG) 3 TIMES   0400
DAILY    1200
RX: 6983679 SIDDIQ, M.D., TAHIR, MD    1700
START - 02/19/2005    STOP - 06/14/2005

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 03/01/2005 THROUGH 03/31/2005

Physician: SIDDIQ, M.D., TAHIR
Alt Physician:
Allergies: NONE KNOWN
Diagnosis:
Medicaid Number:
Medicare Number:
Complete Entries Checked By: Patricia Robbins   Title: LPN   Date: 3/28/05

PATIENT: HAMPTON, RANDALL
PATIENT CODE: 226420
ROOM NO: RTU
BED:
FACILITY CODE: BUL-465

# MEDICATION ADMINISTRATION RECORD

(BUL-465) BULLOCK CORRECTIONAL FAC

02/01/2005

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| PHENOBARBITAL 60MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 6127980 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>START - 08/26/2004    STOP - 02/21/2005 | | |
| CARBAMAZEPINE (TEGRETOL-CHEW) 100MG TAB<br>TAKE 3 TABLET(S) BY MOUTH 3 TIMES DAILY<br>RX: 6674613 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>START - 12/17/2004    STOP - 06/14/2005 | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 02/01/2005 THROUGH 02/28/2005

Physician: SIDDIQ, M.D. (MD DIR, TAHIR

Alt Physician:

Allergies: NONE KNOWN

Diagnosis:

Medicaid Number:

Medicare Number:

PATIENT: HAMPTON, RANDALL

PATIENT CODE: 226420

ROOM NO: RTU

FACILITY CODE: BUL-465

# MEDICATION ADMINISTRATION RECORD

2/01/2005                                                                                     (BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| PHENOBARBITAL 60MG TAB — TAKE 1 TABLET(S) BY MOUTH TWICE DAILY — RX: 6127980 SIDDIQ, M.D. (MD DIR, TAHIR) — START 08/26/2004  STOP 02/21/2005 | 0400 / 1700 | |
| CARBAMAZEPINE (TEGRETOL-CHEW) 100MG TAB — TAKE 3 TABLET(S) BY MOUTH 3 TIMES DAILY — RX: 6674613 SIDDIQ, M.D. (MD DIR, TAHIR) — START 12/17/2004  STOP 06/14/2005 | 0400 / 1100 / 1700 | |
| ADVIL 800mg PO TID X10  1/28 – 2/7/05 | 0400 / 1100 / 1700 | |
| Phenobarbital 60mg ½ PO BID x 180 days 2/14/05 to 8/14/05 | 0400 / 1700 | |
| Advil 800mg PO tid x 10 days 2/7/05 to 2/27/05 | 0400 / 1100 / 1700 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 02/01/2005 THROUGH 02/28/2005
Physician: SIDDIQ, M.D. (MD DIR, TAHIR)
Alt Physician:
Allergies: NONE KNOWN
Diagnosis:
Medicaid Number:    Medicare Number:
Complete Entries Checked By: L. Rodgers    Title: LPN    Date: 1-28-05

PATIENT: HAMPTON, RANDALL    PATIENT CODE: 226420    ROOM NO: RTU    BED:    FACILITY CODE: BUL-465

# MEDICATION ADMINISTRATION RECORD

01/01/2005                                                                (BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1-31 (daily administration grid) |
|---|---|---|
| PHENOBARBITAL 60MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 6127980 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>START - 08/26/2004    STOP - 02/21/2005 | 0400<br>1700 | (initials/entries across days) |
| CARBAMAZEPINE (TEGRETOL-CHEW) 100MG TAB<br>TAKE 3 TABLET(S) BY MOUTH 3 TIMES DAILY<br>RX: 6674613 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>START - 12/17/2004   STOP - 06/14/2005 | 0400<br>1100<br>1700 | (initials/entries across days) |
| Advil 800mg PO TID<br>x 10 days<br>1/28 → 2/07/05 | 0400<br>1100<br>1700 | (line drawn through, entries at end) |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR   01/01/2005   THROUGH   01/31/2005

Physician: SIDDIQ, M.D. (MD DIR, TAHIR      Telephone No.              Medical Record No
Alt Physician:                              Alt Telephone
Allergies: NONE KNOWN                       Rehabilitative Potential

Diagnosis:

Medicaid Number         Medicare Number        Complete Entries Checked:
                                               By: L. Rodgers    Title: LPN    Date: 12-30-04

PATIENT: HAMPTON, RANDALL    PATIENT CODE: 226420    ROOM NO: 1    BED:    FACILITY CODE: BUL-465

# MEDICATION ADMINISTRATION RECORD

(BUL-465) BULLOCK CORRECTIONAL FAC

Charting for: 12/01/2004 through 12/31/2004

Physician: SIDDIQ, M.D. (MD DIR, TAHIR)

Allergies: NONE KNOWN

| Medication | Hour |
|---|---|
| CARBAMAZEPINE (TEGRETOL) 200MG TAB — TAKE 2 TABLET(S) BY MOUTH TWICE DAILY — 5988501 SIDDIQ, M.D. (MD DIR, TAHIR) — START 07/29/2004 STOP 01/24/2005 | 0400 / 1700 — Order Changed 12/16/04 |
| PHENOBARBITAL 60MG TAB — TAKE 1 TABLET(S) BY MOUTH TWICE DAILY — 6127980 SIDDIQ, M.D. (MD DIR, TAHIR) — START 08/26/2004 STOP 02/21/2005 | 0400 / 1700 |
| Zantac 150mg 1 tab BID 30 days 9/10/04 | 0400 / 1700 — Order Ended |
| Bactrim DS, PO BID x 10 days 12-11-04 — 12-23-04 | 1100 / 1700 |
| Rifampin 300mg PO BID x 10 days 12-11-04 — 12-23-04 | 1100 / 1700 |
| (illegible) 800mg PO tid x 10 days 12-14 — 12/24/04 | 0400 / 1100 / 1700 |
| Tegretol 300mg PO tid x 180 days 12/16/04 to 6/16/05 | 0400 / 1100 / 1700 |

Patient: HAMPTON, RANDALL
Patient Code: 226420   Room No: 1   Facility Code: BUL-46

Complete Entries Checked By: (signature) 11/30/04

# MEDICATION ADMINISTRATION RECORD

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| CARBAMAZEPINE (TEGRETOL) 200MG TAB<br>TAKE 2 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5988501 SIDDIQ, M.D. (MD DIR, TAHIR)<br>START - 07/29/2004   STOP - 01/24/2005 | 0400<br>1700 | |
| PHENOBARBITAL 60MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 6127980 SIDDIQ, M.D. (MD DIR, TAHIR)<br>START - 08/26/2004   STOP - 02/21/2005 | 0400<br>1700 | |
| Ranitidine (Zantac) 150mg 1 tab<br>BID | 0400<br>1700 | |

CHARTING FOR  11/01/2004  THROUGH  11/30/2004
Physician: SIDDIQ, M.D. (MD DIR, TAHIR)
Allergies: NONE KNOWN

PATIENT: HAMPTON, RANDALL
PATIENT CODE: 226420
ROOM NO: 1
FACILITY CODE: BUL-465

# MEDICATION ADMINISTRATION RECORD

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| CARBAMAZEPINE (TEGRETOL) 200MG TAB<br>TAKE 2 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5988501 SIDDIQ, M.D. (MD DIR. TAHIR)<br>START - 07/29/2004   STOP - 01/24/2005 | 0400<br>1700 | (initials across days 1-31) |
| PHENOBARBITAL 60MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 6127980 SIDDIQ, M.D. (MD DIR. TAHIR)<br>START - 08/24/2004   STOP - 02/21/2005 | 0400<br>1700 | (initials across days 1-31) |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 6209027 SIDDIQ, M.D., TAHIR, MD<br>START - 09/11/2004   STOP - 10/10/2004 | 0400<br>1700 | (initials across days 1-31) |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 10/01/2004  THROUGH: 10/31/2004
Physician: SIDDIQ, M.D., TAHIR
Alt Physician:
Allergies: NONE KNOWN
Telephone No.
Alt Telephone
Rehabilitative Potential
Medical Record No.

Diagnosis:

Complete Entries Checked:
By: A. Thomas LPN   Date: 10-01-04

PATIENT: HAMPTON, RANDALL
PATIENT CODE: 226420
ROOM NO: 1
BED:
FACILITY CODE: BUL-465

# MEDICATION ADMINISTRATION RECORD

09/01/2004    II    (BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CARBAMAZEPINE (TEGRETOL) 200MG TAB TAKE 2 TABLET(S) BY MOUTH TWICE DAILY RX: 5988501 SIDDIQ, M.D. (MD DIR, TAHIR START - 07/29/2004  STOP - 01/24/2005 | 0400 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PB 60mg PO BID x 180 days 8-30-04 — | 0400 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Inmate in MH dorm

CHARTING FOR 09/01/2004 THROUGH 09/30/2004
Physician: SIDDIQ, M.D. (MD DIR, TAHIR
Allergies: NONE KNOWN

PATIENT: HAMPTON, RANDALL
PATIENT CODE: 226420    ROOM NO: 1    FACILITY CODE: BUL-465

Title: LPN    Date: 8-30-04

# MEDICATION ADMINISTRATION RECORD

I of II

| Medications | Hour | 1-31 administration marks |
|---|---|---|
| Tegretol 200mg 1 tab Bid x 90 days 10/6/04 | 0400 / 1700 | (admin marks AAA AAA AAR... signatures) |
| Phenobarbital 60mg po Bid x 180 days 1/24/04 – 2/24/05 | 0400 / 1700 | (admin marks, signatures) |
| Keflex 500mg PO Tid x 10 days 8/27/04 – 9/5/04 | 0400 / 1100 / 1700 | (admin marks through 9/5, then X) |
| Advil 800mg PO Tid x 10 days 8/27/04 – 9-5-04 | 0400 / 1100 / 1700 | (admin marks through 9/5, then X) |
| Zithromax 1 day PO BID x 30 days 9/10/04 to 10/10/04 | 0400 / 1700 | (admin marks starting 9/10) |

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

Charting for: 9/01/04 through 9/30/04
Physician: Sanders
Alt. Physician:
Allergies: NKA
Diagnosis:
Medical Record No: 226420

Complete Entries Checked By: Chester Tyson  Title: LPN  Date: 9/2/04

Patient: Hampton, Randall
Bed/Facility: BU1-4L

# MEDICATION ADMINISTRATION RECORD

1/01/2004          (BUL-465) BULLOCK CORRECTIONAL FAC

DT01

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| CARBAMAZEPINE (TEGRETOL) 200MG TAB<br>TAKE 2 TABLET(S) BY MOUTH TWICE DAILY<br>DC: 5021883 SIDDIQ, M.D. (MD DIR, TAHIR,<br>START - 01/06/2004  STOP - 11/11/2004 | 0400<br>1700 | (signatures/initials) |
| PHENOBARBITAL 60MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>DC: 5604398 SIDDIQ, M.D. (MD DIR, TAHIR,<br>START - 05/09/2004  STOP - 08/14/2004 | 0400<br>1700 | (signatures/initials) D/C |
| Phenobarbital 60mg<br>PO BID x 180 days<br>8/24 → 2/24/05 | 0400<br>1700 | → |
| Keflex 500mg PO BID<br>x 10 days<br>8/27/04 to 9/5/04 | 0400<br>1100<br>1700 | → |
| Advil 800mg PO BID<br>x 10 days<br>8/27/04 to 9/5/04 | 0400<br>1100<br>1700 | → |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 08/01/2004 THROUGH 08/31/2004

Physician: SIDDIQ, M.D. (MD DIR, TAHIR
Alt Physician:
Allergies: NONE KNOWN

Telephone No:
Alt Telephone:
Rehabilitative Potential:

Medical Record No:

Diagnosis:

Medicaid Number:  Medicare Number:

Complete Entries Checked:
By: (signature)  Title: LPN  Date: 7-29-04

PATIENT: HAMPTON, RANDALL
PATIENT CODE: 226420
ROOM NO: 1
BED:
FACILITY CODE: BUL-465

# MEDICATION ADMINISTRATION RECORD

07/01/2004                                                                                                 (BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| CARBAMAZEPINE (TEGRETOL) 200MG TAB<br>TAKE 2 TABLET(S) BY MOUTH  TWICE DAILY<br>RX: 5021883 SIDDIQ, M.D. (MD DIR, TAHIR,<br>START - 01/06/2004    STOP - 11/11/2004 | 0400<br>1700 | (initials across days 1–31) |
| PHENOBARBITAL 60MG TAB<br>TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY<br>RX: 5604898 SIDDIQ, M.D. (MD DIR, TAHIR,<br>START - 05/09/2004    STOP - 08/14/2004 | 0400<br>1700 | (initials across days 1–31) |
| Flexeril 10mg PO BID<br>x 10 days<br>7/30 → 8/09/04 | 0400<br>1700 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  07/01/2004  THROUGH  07/31/2004

Physician: SIDDIQ, M.D. (MD DIR, TAHIR  
Alt. Physician:  
Allergies: NONE KNOWN  
Telephone No.  
Alt. Telephone  
Rehabilitative Potential  
Medical Record No.  

Diagnosis:  
Medicaid Number:     Medicare Number:  
Complete Entries Checked: By: KTaylor   Title: LPN   Date: 6-30-04  

PATIENT: HAMPTON, RANDALL  
PATIENT CODE: 226420   ROOM NO: 1   BED:   FACILITY CODE: BUL-465