# DICATION ADMINISTRATION RECORD

01/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

| CATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| BAMAZEPINE (TEGRETOL) 200MG TAB KE 2 TABLET(S) BY MOUTH TWICE DAILY : 5021883 SIDDIQ, M.D. (MD DIR, TAHIR , ART - 01/06/2004    STOP - 11/11/2004 | 0400 1700 | |
| NOBARBITAL 60MG TAB KE 1 TABLET(S) BY MOUTH TWICE DAILY : 5604998 SIDDIQ, M.D. (MD DIR, TAHIR , ART - 05/09/2004    STOP - 08/14/2004 | 0400 700 | |

Geodon 20mg IM stat

6/15/04      Sanders

horazine 50mg P.O HS x 3 Days -hen   D/C      6-18-04    1700

enadryl 50mg P.O Q HS 3 Days then D/C 6-18-04

Geodon 40mg IM 6/24/04

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 06/01/2004 | THROUGH | 06/30/2004 | | |
|---|---|---|---|---|---|
| Physician | SIDDIQ, M.D (MD DIR, TAHIR | | Telephone No | | Medical Record No. |
| Alt Physician | | | Alt Telephone | | |
| ergies | NONE KNOWN | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | Title: LPN | Date: 5-31-04 |
|---|---|---|---|---|
| PATIENT HAMPTON, RANDALL | | | PATIENT CODE 226420 | ROOM NO 1 | BED | FACILITY CODE BUL-465 |

# MEDICATION ADMINISTRATION RECORD

5/01/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

OT01

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARBAMAZEPINE (TEGRETOL) 200MG TAB ʌKE 2 TABLET(S) BY MOUTH TWICE DAILY | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| X: 5021883 SIDDIQ, M.D. (MD DIR, TAHIR , M TART - 01/06/2004 STOP - 11/11/2004 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HENOBARBITAL 60MG TAB ʌKE 1 TABLET(S) BY MOUTH TWICE DAILY **NOT OR PSYCH USE** | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| X: 5495147 SIDDIQ, M.D (MD DIR, TAHIR , M TART - 04/16/2004 STOP - 05/30/2004 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 05/01/2004     THROUGH     05/31/2004

| hysician | SIDDIQ, M.D. (MD DIR, TAHIR | Telephone No | | Medical Record No |
|---|---|---|---|---|
| t Physician | | Alt Telephone | | |
| ʌergies | NONE KNOWN | Rehabilitative Potential | | |

iagnosis

| edicaid Number | Medicare Number | Complete Entries Checked: By: a.Thomas | Title: LPN | Date: 4-27-04 |
|---|---|---|---|---|

| ATIENT | PATIENT CODE | ROOM NO | BED | FACILITY CODE |
|---|---|---|---|---|
| HAMPTON, RANDALL | 226420 | 1 | | BUL-465 |

# EDICATION ADMINISTRATION RECORD

'01/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

'01

| CATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENOBARBITAL 60MG TAB<br>KE 1 TABLET(S) BY MOUTH  TWICE DAILY *NOT<br>R PSYCH USE* | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| : 4797601 SIDDIQ, M.D. (MD DIR, TAHIR, M | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ART – 11/13/2003     STOP – 05/10/2004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RBAMAZEPINE (TEGRETOL) 200MG TAB<br>KE 2 TABLET(S) BY MOUTH  TWICE DAILY | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| : 5021883 SIDDIQ, M.D. (MD DIR, TAHIR, M | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TART – 01/06/2004     STOP – 11/11/2004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TZ/TMP-DS (SEPTRA-DS) 800/160MG TAB<br>AKE 1 TABLET(S) BY MOUTH  TWICE DAILY | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| X: 5378170 SIDDIQ, M.D., TAHIR, MD | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TART – 03/20/2004     STOP – 04/03/2004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IFAMPIN (RIMACTANE/RIFADIN) 300MG CAP<br>AKE 1 CAPSULE(S) BY MOUTH  TWICE DAILY | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| X: 5378177 SIDDIQ, M.D., TAHIR, MD | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TART – 03/20/2004     STOP – 04/03/2004 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

| CHARTING FOR | 04/01/2004 | THROUGH | 04/30/2004 | | |
|---|---|---|---|---|---|
| Physician | SIDDIQ, M.D., TAHIR | | Telephone No | | Medical Record No |
| Alt Physician | | | Alt Telephone | | |
| llergies | NONE KNOWN | | Rehabilitative Potential | | |

Diagnosis

| Medical Number | Medicare Number | Complete Entries Checked:<br>By: _(signature)_ | Title: LPN | Date: 3/31/04 |
|---|---|---|---|---|
| PATIENT<br>HAMPTON, RANDALL | | PATIENT CODE<br>226420 | ROOM NO<br>1 | BED | FACILITY CODE<br>BUL-465 |

# EDICATION ADMINISTRATION RECORD

/01/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENOBARBITAL 60MG TAB AKE 1 TABLET(S) BY MOUTH TWICE DAILY *NOT IR PSYCH USE* (: 4797601 SIDDIQ, M.D. (MD DIR, TAHIR, M TART - 11/13/2003 STOP - 05/10/2004 | 0400 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ARBAMAZEPINE (TEGRETOL) 200MG TAB AKE 2 TABLET(S) BY MOUTH TWICE DAILY (: 5021883 SIDDIQ, M.D. (MD DIR, TAHIR, M TART - 01/06/2004 STOP - 11/11/2004 | 0400 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Advil 800mg PO TID X 100days 3/19 → 3/26/04 | 0400 1100 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ncef 1gm IM id X1 3/19/04 | 0800 0800/PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bactrim DS 1 PO BID X 15days 3/19 → 4/03/04 | 0400 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rifampin 300mg PO BID X 15days 3/19 → 4/03/04 | 0400 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| HARTING FOR | 03/01/2004 | THROUGH | 03/31/2004 | | |
|---|---|---|---|---|---|
| hysician SIDDIQ, M.D. (MD DIR, TAHIR | | | Telephone No | | Medical Record No |
| lt Physician | | | Alt Telephone | | |
| ergies NONE KNOWN | | | Rehabilitative Potential | | |

iagnosis

| ecice Number | Medicare Number | Complete Entries Checked By: K Taylor | Title: LPN | Date: 2-29-04 |
|---|---|---|---|---|

| ATIENT HAMPTON, RANDALL | PATIENT CODE 226420 | ROOM NO 1 | BED | FACILITY CODE BUL-465 |
|---|---|---|---|---|

# IEDICATION ADMINISTRATION RECORD

2/01/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

DT01

| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

IENOBARBITAL 60MG TAB
KE 1 TABLET(S) BY MOUTH  TWICE DAILY *NOT    0400
R PSYCH USE*
': 4797601 SIDDIQ, M.D. (MD DIR, TAHIR, M    1700
ART - 11/13/2003     STOP - 05/10/2004

*RBAMAZEPINE (TEGRETOL) 200MG TAB
KE 2 TABLET(S) BY MOUTH  TWICE DAILY    0400
': 5021983 SIDDIQ, M.D. (MD DIR, TAHIR, M    1700
ART - 01/06/2004     STOP - 11/11/2004

| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

HARTING FOR    02/01/2004    THROUGH    02/28/2004

hysician  SIDDIQ, M.D. (MD DIR, TAHIR

t Physician

| | Telephone No | | Medical Record No |
|---|---|---|---|
| | Alt Telephone | | |
| llergies    NONE KNOWN | Rehabilitative Potential | | |

iagnosis

edicaid Number          Medicare Number

Complete Entries Checked:
By _____    Title: CPN    Date: 1-30-04

ATIENT
AMPTON, RANDALL

| PATIENT CODE | ROOM NO | BED | FACILITY CODE |
|---|---|---|---|
| 226420 | 1 | | BUL-4 |

# MEDICATION ADMINISTRATION RECORD
01/01/2004

(BUL-465) BULLOCK CORRECTIONAL FAC



| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

PHENOBARBITAL 60MG TAB
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY *NOT
FOR PSYCH USE*
RX:   4797601 SIDDIQ, M.D. (MD DIR, TAHIR , M
START – 11/13/2003      STOP – 05/10/2004

CARBAMAZEPINE (TEGRETOL) 200MG TAB
TAKE 2 TABLET(S) BY MOUTH  TWICE DAILY
RX:   4797608 SIDDIQ, M.D. (MD DIR, TAHIR , M
START – 11/13/2003      STOP – 11/11/2004

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR         01/01/2004         THROUGH         01/31/2004

Physician  SIDDIQ, M.D. (MD DIR, TAHIR

Allergies  NONE KNOWN

Telephone No
Alt Telephone No    226410
Rehabilitative
Potential

Complete Entries Checked
By: Merline Tyson    Title: LPN    Date: 10/31/03

MPTON, RANDALL

226420          1          BUL-465

# MEDICATION ADMINISTRATION RECORD

**NaphCare**

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Haldol 10mg PO q HS X-90 days | 1700 | → | N | N | | D/C 11/16/03 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cogentin I PO BID X-90 days | 1100 / 1700 | | | | | | | | | | | | | | | | | | | | | R 11/7/03 | | | | | | | | | | | |
| PB-60mg PO BID X 180 days 9-5-03 → 3-5-04 | 0400 / 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tegretol-400mg PO BID X-180 days 9-5-03 → 3-5-04 | 0400 / 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prozac 20mg PO q Am (9-20-03 12/6/03) | 1100 | | | | | | | | | | D/C'd 10/20/03 | | | | | | | | | | | | | | | | | | | | | |
| Haldol 5mg PO q hs X90 days 9/20/03 12/01/03 Bell | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cogentin 2mg IM or PO BID PRN E.P.S. X-14 days 11-7-03 — 11-21-03 | PRN | | | | | | | | | | | | | | | | | | | 11/21/03 Regime Over | | | | | | | | | | | | |
| Ativan 2mg IM G4° PRN persistant agitation X 14 days 11/7/03 11/28/03 May use in addition to thorazine as written 11/7/03 11/28/03 Kern | | | | | | | | | | | | | | | | | | | | 11/21/03 PRN over with / 11/28/03 PRN over with | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11/01/03 THROUGH 11/30/03

| Physician | | Telephone Number | | Inmate No. |
|---|---|---|---|---|
| t. Physician | | Alt. Telephone | | |
| Allergies | | Rehabilitative Potential | | |
| Diagnosis | | | | |

| Medicaid Number | Medicare Number | Complete Entries Checked By: A. Thomas | Title: LPN | Date: 11-03-03 |
|---|---|---|---|---|

PATIENT: Hampton Randall

PATIENT CODE: 226400

ROOM NO.:

BED: BC1

FACILITY CODE:

PFS: NAP

# MEDICATION
# ADMINISTRATION RECORD    NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**4784 PHENOBARBITAL 64.8MG TB 64.8 MG TAB**
Start: 09/04/03   Stop: 03/01/04
TAKE 1 TABLET(S) TWICE DAILY BY MOUTH FOR 6 MONTHS — 0400 / 1700 — *Duplicate sheets*

**257183 HALOPERIDOL 5 MG TAB**
Start: 09/05/03   Stop: 12/02/03
TAKE ONE TABLET(S) AT BEDTIME BY MOUTH FOR 90 DAYS — *B/O R/wrote*

**257184 BENZTROPINE MESYL 1 MG TAB (COGENTIN)**
Start: 09/05/03   Stop: 12/02/03
TAKE 1 TABLET(S) TWICE DAILY BY MOUTH FOR 90 DAYS — 0700 / 1700

**257185 HALOPERIDOL 10 MG TAB**
Start: 09/04/03   Stop: 12/02/03
TAKE ONE TABLET(S) AT BEDTIME BY MOUTH FOR 90 DAYS — *D/C 11/6/03*

**257187 FLUOXETINE 20 MG CAP (PROZAC)**
Start: 09/04/03   Stop: 12/02/03
TAKE ONE CAPSULE(S) EVERY MORNING BY MOUTH FOR 90 DAYS — 1100 — *D/C i.d 10/20/03*

**3802 CARBAMAZEPINE 200 MG TAB (TEGRETOL)**
Start: 09/08/03   Stop: 03/05/04
TAKE TWO TABLET(S) TWICE DAILY BY MOUTH FOR 180 DAYS — 0400 / 1700 — *Duplicate*

*Haldol 5mg PO*
*Q HS      X 90 days*
*9/1/03  12/01/03 Bell* — 1700 → *See Next Page*

*Fob Thorazine 100mg*
*P.O. now* — 1230 → *at* ←

*11-07-03*

*Thorazine 100mg PO*
*P.O. B.I.D PRN for*
*agitation X-14 days*
*11-7-03 ——— 11-21-03*

| P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

11/01/03   THROUGH   11/01/03

**NKA**

Telephone No.

Inmate No.  **226420-AL0**

Complete Entries Checked By: *Christine Tyson*    Title: *LPN*    Date: *11/6/03*

**HAMPTON, RANDALL,**   226420

**ICATION**
**INISTRATION RECORD** ◄ **NaphCare** ►

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| B 60mg PO BID x 980 days 9-5-03 — 3-5-04 | 0400 | |
| | 1700 | |
| Tegretol 400mg PO BID x 180 days 9-5-03 — 3-5-04 | 0400 | |
| | 1700 | |

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **10-1-03** THROUGH **10-31-03**

Physician:                          Telephone Number:                Inmate No. **226420**
Alt. Physician:                     Alt. Telephone:

Rehabilitative
Potential

VKA

| Medicaid Number | Medicare Number | Complete Entries Checked By: _Taylor_ | Title: CP | Date: 9-29 |
|---|---|---|---|---|

PATIENT **Hampton, Randall**    PATIENT CODE **226420**    ROOM NO.    BED    FAC... E

CATION
NISTRATION RECORD    aphCare

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| HALDOL 10mg p.o. q HS x 90 days | 1700 | |
| START: 9-2-03    STOP: 12-2-03 | | |
| ?ogentin 1mg p.o. BID x 90 days | 1100 | |
| | 1700 | |
| ART: 9-2-03    STOP: 12-2-03 | | |
| D/c ELAVIL 9-2-03 | | |
| PROZAC 20mg p.o. q AM x 90 days | 1100 | /Dc 10/20/03 |
| TART: 9-2-03    STOP: 12-2-03 | | |
| MOXII 500mg PO TID x 10 days | 1100 | |
| | 1700 | |
| 9/15/03 → 10/25/03 | 21?? | |

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

10-1-03    THROUGH 10-30-03

CHARTING FOR
Physician
Alt. Physician
Allergies    NKA

Telephone Number
Alt. Telephone
Rehabilitative
Potential

Inmate No. 226420

Complete Entries Checked
By _Jennall Jarvis_    Title: LPN    Date: 9-27-

PATIENT CODE 226420    ROOM NO.    BED    FACI B

PATIENT ✓    HAMPSON, RANDALL