# IEDICATION
# DMINISTRATION RECORD    ◄ NaphCare ►

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 *6 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| henob. 60mg BID X 180 D  9-5-03    3-5-04 | 0800 2000 | 930 ... 0404 ... |
| Tegretol 400mg BID X 180 D  9-5-03    3-5-04 | 0800 2000 | 930 ... |

| Vital Signs | T P R BP | 98° 73 18 152/ 90 | 97P 125 18 15/73 |
|---|---|---|---|

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |

Weight

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 9-1-03    THROUGH 9-30-03

hysician
lt. Physician St Pheard / Robbins

NKDA

| Telephone Number | | Inmate No. |
|---|---|---|
| Alt. Telephone | | 226420 |
| Rehabilitative Potential | | |

edicaid Number | Medicare Number | Complete Entries Checked By: Graves, LPN | Title: | Date: |

empton, Randall

| PATIENT CODE | ROOM NO. | BED | FACILITY CODE |
|---|---|---|---|
| 226420 | MHU | 5 | KCF |

PFS: NAPHCAR-JMS

# MEDICATION
## ADMINISTRATION RECORD     NaphCare

01288 CARBAMAZEPINE 200 MG TAB (TEGRETOL)
Start: 05/02/03   Stop: 10/28/03
TAKE TWO TABLET(S) TWICE DAILY
BY MOUTH FOR 180 DAYS

225423 HALOPERIDOL 5 MG TAB
Start: 07/08/03   Stop: 10/05/03
TAKE ONE TABLET(S) AT BEDTIME BY
MOUTH FOR 90 DAYS

PB 60m PO BID
x 6/yrs

7-31-03 - 8-31-03

Motrin 800mg PO Stat
7 days
3/13-8/20/03 Siddig/cg

Keflex 500mg PO tid
x 10 days
3/13-8/23/03 Siddig/cg

Haldol 10mg PO
Q 4 hrs x 90 days
9/2/03 12/02/03 Hammer

Cogentin 1mgm PO
Bid x 90 days
9/2/03 12/2/03 Hammer

Prozac 20mg PO
Q 4 Am x 90 days
9/2/03 12/2/03 Hammer

D/C Elavil

9/2/03

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

08/01/03            08/01/03

NKA                                    226420-ALO

Complete Entries Checked
By: _____ Taylor Tyson   Title: LPN   Date: 7-31-0

HAMPTON, RANDALL                        226420

# DICATION
# MINISTRATION RECORD

 

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Benadryl 50mg
Tab X 1
9-2-03    1100

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

TING FOR    9-2-03    THROUGH    9-30-03
cian
ysician
ies

| | Telephone Number | Inmate No. |
|---|---|---|
| | Alt. Telephone | 226420 |
| | Rehabilitative Potential | |

id Number    Medicare Number

Complete Entries Checked
By: Mary a Chimley    Title: Lpn    Date: 9-2-03

NT    Hampton, Randall

PATIENT CODE: 226420    ROOM NO.    BED    FACILITY CODE: BOC

# MEDICATION
# ADMINISTRATION RECORD

*NaphCare*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**31988 CARBAMAZEPINE 200 MG TAB (TEGRETOL)**
Start: 05/02/03  Stop: 10/28/03
**TAKE TWO TABLET(S) TWICE DAILY
BY MOUTH FOR 180 DAYS**
- 0400
- 1700

PB 60ₘ PO BID
Xˢ1 yr (Phenobarbital)
7-31-03 — 7-31-04
- 0400
- 1700

HALDOL 10mg IM NOW X 1 DOSE
- 1530

Benadryl 50mg IM NOW
X1 DOSE
- 1530

Haldol 10mg p.o. q̄ HS
X90 days
9-1-03      12-1-03
- 1700

Cogentin 1mg p.o. BID
X90 days
9-1-03    STOP: 12-1-03
- 1100
- 1700

PROZAC 20mg p.o. q̄ am
9-1-03      12-1-03
- 1100

Haldol 10mg po

Haldol 10mg IM
X 1
9/12/03
- 1100

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **09/01/03**    THROUGH **09/01/03**

Physician

All Physician

Allergies **NKA**

Telephone No.

911 Telephone

Rehabilitative Patients

226420-AL0

Diagnosis

Medicaid Number

Complete Entries Checked
By OMD/LPN 8-29-03   KTglo,   Title: LPN   Date: 8-30-03

PATIENT
**HAMPTON, RANDALL**

PATIENT CODE
**226420**

ROOM NO.    BED    FACILITY CODE

FAXED

# MEDICATION
## ADMINISTRATION RECORD        *NaphCare*

3759 CARBAMAZEPINE 200 MG TAB (TEGRETOL)
Start: 01/11/03   Stop: 07/09/03
1 AND ONE-HALF(1/2) TABLET(S) (300
MG) TWICE DAILY FOR 180 DAYS

R/O

133760 PHENOBARBITAL 64.8MG TB 64.8 MG TAB
Start: 01/11/03   Stop: 07/09/03
TAKE 1 TABLET(S) TWICE DAILY BY
MOUTH FOR 180 DAYS

0700
1700

191986 CARBAMAZEPINE 200 MG TAB (TEGRETOL)
Start: 05/02/03   Stop: 07/09/03
TAKE TWO TABLET(S) TWICE DAILY BY
MOUTH FOR 180 DAYS

0700
1700

198002 AMITRIPTYLINE 100 MG TAB
Start: 05/14/03   Stop: 08/11/03
TAKE ONE TABLET(S) AT BEDTIME BY
MOUTH FOR 90 DAYS

D/C   5/7/03

D/C Depakene 7/7/03

Haldol 5mg q HS X90
days
7/7/03 - 10/7/03

1700

DC'd 7/16/03

Advil 800g tid x5d
Dr. Siddiq, MD
7-22-03 → 7-27-03

0400
1200

07/01/03

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE
07/01/03

NKA

226420-ALO:

Complete Entries Checked
By: K. Taylor                    Title: LPN        Date: 6-30-03
226420

HAMPTON, RANDALL

# MEDICATION
# ADMINISTRATION RECORD — NaphCare

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| 3759 CARBAMAZEPINE 200 MG TAB (TEGRETOL) Start: 01/11/03  Stop: 07/09/03 ONE AND ONE-HALF (1½) TABLET(S) (300 MG) TWICE DAILY FOR 180 DAYS | | R/O |
| 133760 PHENOBARBITAL 64.8MG TB 64.8 MG TAB Start: 01/11/03  Stop: 07/09/03 TAKE 1 TABLET(S) TWICE DAILY BY MOUTH FOR 180 DAYS | 0400 1100 1700 0400 | |
| 171890 VALPROIC ACID 250 MG CAP Start: 03/25/03  Stop: 06/22/03 TAKE TWO CAPSULE(S) TWICE DAILY BY MOUTH FOR 90 DAYS | 0400 1100 1700 0400 | |
| 191988 CARBAMAZEPINE 200 MG TAB (TEGRETOL) Start: 05/02/03  Stop: 10/28/03 TAKE TWO TABLET(S) TWICE DAILY BY MOUTH FOR 180 DAYS | 0400 1100 1700 0400 | |
| 198002 AMITRIPTYLINE 100 MG TAB Start: 05/14/03  Stop: 08/11/03 TAKE ONE TABLET(S) AT BEDTIME BY MOUTH FOR 90 DAYS | | D/C 5/7/03 |
| Keflex 500mg po tid x10d Bisdds 10d 6-10-03 → 6-20-03 | 0400 1700 2100 | |
| Haldol 10 mg IM now et Cogentin 2mg IM now 6/12/03 | 0750 0752 | X 0B X      X 0B X |

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

06/01/03    THROUGH    06/01/03

NKA

Inmate No. 226420-AL0

Complete Entries Checked By: _____ Title: LPN  Date: 5/30/03

HAMPTON, RANDALL

PATIENT CODE 226420    ROOM NO    BED    FACILITY CODE

# MEDICATION
## ADMINISTRATION RECORD    NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| .3759 CARBAMAZEPINE 200 MG TAB (TEGRETOL) Start: 01/11/03 Stop: 07/09/03 AND ONE-HALF (1/2) TABLET(S) (300 MG) TWICE DAILY FOR 180 DAYS | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 33760 PHENOBARBITAL 64.8MG TB 64.8 MG TAB Start: 01/11/03 Stop: 07/09/03 TAKE 1 TABLET(S) TWICE DAILY BY MOUTH FOR 180 DAYS | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 71890 VALPROIC ACID 250 MG CAP Start: 03/25/03 Stop: 06/22/03 TAKE TWO CAPSULE(S) TWICE DAILY BY MOUTH FOR 90 DAYS | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 84943 AMITRIPTYLINE 100 MG TAB Start: 04/18/03 Stop: 07/16/03 TAKE ONE TABLET(S) AT BEDTIME BY MOUTH FOR 90 DAYS | 1700 | | | | | | | | | D/C 5/7/03 | | | | | | | | | | | | | | | | | | | | | | | |
| Tegretol 400mg PO BID X 180 days  5/02/03 → 11/02/03 | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Advil 800mg PO TID X 10 days  5/02/03 → 5/12/03 | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Advil 800 mg Tid X 7 days  5-13-03 ——— 5.20.03 | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tegretol 400 mg po Bid X 180 days  5-2-03 ——— 11-02-03 | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | 05/01/03 | THROUGH | 05/01/03 | | |
|---|---|---|---|---|---|
| Physician | | | Telephone No. | | Inmate No. |
| Alt. Physician | NKA | | Alt. Telephone | | 226420-AL0: |
| Allergies | | | Rehabilitative Potential | | |
| Diagnosis | | | | | |

| | | | Complete Entries Checked By: | Title: Chn | Date: 4-30-03 |
|---|---|---|---|---|---|
| HAM    RANDALL | | | PATIENT CODE 226420 | ROOM NO | BED | FACILITY CODE BCC |

# MEDICATION
# ADMINISTRATION RECORD    NaphCare    seg

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| **33756 AMITRIPTYLINE 25 MG TAB** Start: 01/11/03  Stop: 04/10/03 TAKE ONE TABLET(S) AT BED TIME BY MOUTH (CRUSHED) FOR 90 DAYS | 1700 | D/C 4/10/03 |
| **133759 CARBAMAZEPINE 200 MG TAB (TEGRETOL)** Start: 01/11/03  Stop: 07/09/03 1 AND ONE-HALF(1/2) TABLET(S) (300 MG) TWICE DAILY FOR 180 DAYS | 0400 1700 | |
| **133760 PHENOBARBITAL 64.8MG TB 64.8 MG TAB** Start: 01/11/03  Stop: 07/09/03 TAKE 1 TABLET(S) TWICE DAILY BY MOUTH FOR 180 DAYS | 0400 1700 | |
| Depakene 500 PO BID × 90 day 3/24/03 - 6/24/03 | 1100 1700 | |
| Haldol 10mg IM 4/8/03 | 0810 | X°B°X |
| Ativan 2mg IM 4/8/03 | 0810 | X°B°X |
| Elavil 100mg qhs × 90 days 4/17/03 7/18/03 | 1900 | |
| | | |
| | | |
| | | |
| **MEDICATIONS** | **HOUR** | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

FROM: 04/01/03    THROUGH: 04/01/03

NKA

Inmate No. 226420-AL0

Complete Entries Checked By: ___    Title: LPN    Date: 3/30/03

HAMPTON, RANDALL    PATIENT CODE 226420    ROOM NO    BED    FACILITY CODE BCCF

ICATION
INISTRATION RECORD  *NaphCare*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elavil 25mg ÷ Po qHS X days 1-9-03 — 4-9-03 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tegretol 300mg ÷ Po Bid X 180 days 1-9-03 — 7-9-03 | 4AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phenobarbital 60mg ÷ Po Bid X 180 days 1-9-03 — 7-9-03 | 4AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Haldol 10mg Im + Ativan 2mg Im Now | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Depakene 500mg Po Bid X 90 days 3/24/03 6/24/03 Sanders | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3-1-03 THROUGH 3-31-03

Physician  Siddy

t. Physician  Sanders

lergies

Telephone Number

Alt. Telephone

Rehabilitative Potential

Inmate No  226420

| aid Number | Medicare Number | Complete Entries Checked | | |
|---|---|---|---|---|
| | | By: Martha Jackson | Title: LPN | Date: 2-28-03 |

ATIENT  Hampton Rondall

PATIENT CODE

ROOM NO  226420

BED

FACILITY CODE  Bullock

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elavil 25mg + qhs x 90 day (crush) x 90 day 1/9 - 4/9/03 | 6p / 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tegetol 300mg BID x 180 day 1/9 - 7/9/03 | 4a / 6p / 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| rb. 60mg + BID x 180 day 1/9 - 7/9/03 | 4a / 6p / 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 800mg BID x 10 day 1/24 - 2/3/03 | 6a / 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Colace 100mg PO BID x 7D 2/6/03 - 2/13/03 | 4a / 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MOM 30cc PO BID x 7D 2/6/03 - 2/13/03 | 4a / 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Haldol 10 mg IM Stat 2/26/03    Sanders | 1130 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ativan 1mg IM Stat 2/26/03    Sanders | 1130 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 2/1/03 THROUGH 2/28/03

Physician Namer
Alt Physician B. Helms CRNP / Hamma

UKA

| | Telephone Number | Inmate No. |
|---|---|---|
| | Alt. Telephone | 226420-01 |
| | Rehabilitative Potential | |

| Medicaid Number | Medicare Number | Complete Entries Checked By: Ann Reng    Title: LPN    Date: 2/1/03 |
|---|---|---|

PATIENT Hampton, Randall    PATIENT CODE 226420    ROOM NO    BED    FACILITY CODE

**LabCorp**
Laboratory Corporation of America

# Laboratory Corporation of America

Order Statu. Partial

| ACCESSION # | | ACCOUNT # | |
|---|---|---|---|
| 347-205-5200-0 | | 01389085 | |
| PATIENT NAME | | | |
| HAMPTON,RANDALL | | | |
| PATIENT ID # | D.O.B. | AGE | GENDER |
| 226420 | 10/15/1983 | 22 / 1 | M |
| PATIENT PHONE # | | CHART # | |
| 000-000-0000 | | | |
| REFERRING PHYSICIAN | | | |
| SIDDIQ  T | | | |
| LAB ORDER # | | DRAWN | |
| CD- 41167603346 | | 12/13/2005 | 12:43 |
| RECEIVED | | REPORTED | |
| 12/13/2005 | | 12/14/2005 | 7:58 |

Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs,          AL  36089-5107

**FASTING: N**

**TESTS ORDERED: Carbamazepine(Tegretol), Serum, Phenobarbital, Serum, No Test Indicated, Serum Gel**

```
Result Name                      Normal      Abnormal     Reference Range              Lab
-----------------------------    --------    --------     -------------------------    ---

Carbamazepine(Tegretol), Serum   6.1                          4.0 - 12.0   ug/mL        MB
                                 In conjunction with other antiepileptic drugs
                                              Therapeutic  4.0 -  8.0
                                              Toxicity     9.0 - 12.0

                                              Carbamazepine alone
                                              Therapeutic  8.0 - 12.0
                                              Detection Limit =  0.5
Phenobarbital, Serum                           17            15 - 40   ug/mL            MB
                                              Detection Limit = 2
No Test Indicated, Serum Gel     *** WILL FOLLOW ***
```

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

END OF REPORT                    - 1 -

# Laboratory Corporation of America

LabCorp
Laboratory Corporation of America

Order Sta.    r inal

| ACCESSION # | ACCOUNT # |
|---|---|
| 249-205-5240-0 | 01389085 |

PATIENT NAME
**HAMPTON,RANDALL**

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 226420 | 10/15/1983 | 21 / 10 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 000-000-0000 | |

REFERRING PHYSICIAN
**SIDDIQ  T**

| LAB ORDER # | DRAWN | |
|---|---|---|
| CD- 41167602637 | 9/06/2005 | 11:22 |

| RECEIVED | REPORTED | |
|---|---|---|
| 9/06/2005 | 9/07/2005 | 7:47 |

Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs,        AL   36089-5107

**FASTING: N**

**TESTS ORDERED: Carbamazepine(Tegretol), Serum, Phenobarbital, Serum**

```
Result Name                        Normal    Abnormal    Reference Range               Lab
-----------------------------      -------   --------    --------------------------    ---
Carbamazepine(Tegretol), Serum      4.4                        4.0 - 12.0   ug/mL       MB
                                   In conjunction with other antiepileptic drugs
                                              Therapeutic  4.0 -  8.0
                                              Toxicity     9.0 - 12.0
                                                                   .
                                              Carbamazepine alone
                                        Therapeutic  8.0 - 12.0
                                                           .
Phenobarbital, Serum                            17      Detection Limit =  0.5         MB
                                                         15 - 40   ug/mL
                                              Detection Limit = 2
```

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham,  AL 35233-0000          DIRECTOR: John Elgin N MD

END OF REPORT                              - 1 -

**Laboratory Corporation of America**

LabCorp
Laboratory Corporation of America

Order Status: Final

| ACCESSION # 249-205-5240-0 | ACCOUNT # 01389085 |
|---|---|

PATIENT NAME

**HAMPTON,RANDALL**

| PATIENT ID # 226420 | D O B 10/15/1983 | AGE 21 / 10 | GENDER M |
|---|---|---|---|

| PATIENT PHONE # 000-000-0000 | CHART # |
|---|---|

REFERRING PHYSICIAN

**SIDDIQ  T**

| LAB ORDER # CD- 41167602637 | DRAWN 9/06/2005     11:22 |
|---|---|
| RECEIVED 9/06/2005 | REPORTED 9/07/2005     7:47 |

**Bullock Correctional Facility**
**Prison Health Services**
**104 Bullock Dr.**
**Union Springs,          AL  36089-5107**

**FASTING: N**

TESTS ORDERED: Carbamazepine(Tegretol), Serum, Phenobarbital, Serum

```
Result Name                        Normal    Abnormal     Reference Range                    Lab
----------------------------       -------   --------     --------------------------        ---
Carbamazepine(Tegretol), Serum       4.4                        4.0 - 12.0   ug/mL           MB
                             In conjunction with other antiepileptic drugs
                                          Therapeutic  4.0 -  8.0
                                          Toxicity     9.0 - 12.0

                                             Carbamazepine alone
                                          Therapeutic  8.0 - 12.0

Phenobarbital, Serum                  17          Detection Limit =  0.5                      MB
                                                       15  - 40   ug/mL
                                                  Detection Limit = 2
```

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000                    DIRECTOR: John Elgin N MD

END OF REPORT

**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp** Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 122-205-5201-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 1 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| FASTING: N |
| DOB: 10/15/1983 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HAMPTON,RANDALL | M | 21 / 6 |
| PT. ADD.: | | |

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/02/2005 | 14:53 | 5/02/2005 | 5/03/2005 | 11:26 | 1188 |

| CLINICAL INFORMATION |
|---|
| CD- 41167602042 |

| PHYSICIAN ID. SIDDIQ  T | PATIENT ID. 226420 |
|---|---|

ACCOUNT: Bullock Correctional Facility
Prison Health Services
104 Bullock Dr
Union Springs          AL    36089-5107
ACCOUNT NUMBER:    01389085

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Carbamazepine(Tegretol), Serum | 7.0      ug/mL | 4.0 - 12.0 | MB |

In conjunction with other antiepileptic drugs
Therapeutic  4.0 -  8.0
Toxicity     9.0 - 12.0

Carbamazepine alone
Therapeutic  8.0 - 12.0

Detection Limit =  0.5

| Phenobarbital, Serum | 20      ug/mL | 15  - 40 | MB |
|---|---|---|---|

Detection Limit = 2

LAB: MB LabCorp Birmingham                                DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000



| Pat Name:  HAMPTON,RANDALL | Pat ID:  226420 | Spec #:  122-205-5201-0 | Seq #:  1188 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**LabCorp**®

294-346-5113-0  Type 5  Primary 1  Stat 1  PG 1  DX 1  10/21/04  17:41 ET
TIME 1845

Additional Information
DOB:
10/15/83
CD- 53224764374    FASTING N

Clinical Information

Physician ID    SANDERS    Patient 226420

Patient Name  HAMPTON, RANDALL    Sex M    Age/Sex 21

Patient Address

Bullock Correctional Facility  01 389085
Prison Health Services              01
104 Bullock Dr.                        01
Union Springs   , AL  36089-5107
334-738-5625    ALY

Date Collected /04    Date Entered /04    Date Reported /04    1726

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| TSH | 1.017 | | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | | L | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 36 | | % | 24 - 39 | MB |
| Free Thyroxine Index | 1.5 | | | 1.2 - 4.9 | |



LAB: MB LabCorp Birmingham          DIRECTOR: Arthur Kelly, MD
     1801 First Avenue South Birmingham, AL 35233-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-659-3324 LAB: 205-581-3500
                    LAST PAGE OF REPORT

HAMPTON, RANDALL          PATID: 226420          SPEC DATE: 10/20/2004
                                   REPORT                    ©2003 Laboratory Corporation

**LabCorp®**

| 20. 205-5278-0 | Type S | Primary Lab MB | Status FINAL | PG 1 | 03 1 | | |

07/21/04   07:42 ET

DOB:
10/15/83

CD- 53250446673

| Patient Name | Sex | Age (Yr/Mos) |
| --- | --- | --- |
| HOMPTON, RONDALL | M | 020/09 |

Clinical Information

Physician ID | Patient ID

Account
Bullock Correctional Facility   01389085
Prison Health Services                      01
104 Bullock Dr.                                 01
Union Springs    , AL  36089-5107
334-738-5625   ALY

| Date Collected | Date Entered | Date Reported | |
| --- | --- | --- | --- |
| 07/19/04 | 07/19/04 | 07/21/04 | 1013 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
| --- | --- | --- | --- | --- | --- |
| CBC With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 4.5 | | x10E3/uL | 4.0 - 10.5 | ME |
| Red Blood Cell (RBC) Count | 4.11 | | x10E6/uL | 4.10 - 5.60 | ME |
| Hemoglobin | 13.8 | | g/dL | 12.5 - 17.0 | ME |
| Hematocrit | 39.9 | | % | 36.0 - 50.0 | ME |
| MCV | 97 | | fL | 80 - 98 | ME |
| MCH | 33.6 | | pg | 27.0 - 34.0 | ME |
| MCHC | 34.6 | | g/dL | 32.0 - 36.0 | ME |
| RDW | 12.9 | | % | 11.7 - 15.0 | ME |
| Platelets | 198 | | x10E3/uL | 140 - 415 | ME |
| Polys | 56 | | % | 40 - 74 | ME |
| Lymphs | 37 | | % | 14 - 46 | ME |
| Monocytes | 6 | | % | 4 - 13 | ME |
| Eos | 1 | | % | 0 - 7 | ME |
| Basos | 0 | | % | 0 - 3 | ME |
| Polys (Absolute) | 2.5 | | x10E3/uL | 1.8 - 7.8 | ME |
| Lymphs (Absolute) | 1.7 | | x10E3/uL | 0.7 - 4.5 | ME |
| Monocytes(Absolute) | 0.3 | | x10E3/uL | 0.1 - 1.0 | ME |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | ME |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | ME |
| Hepatitis Panel (4) | | | | | |
| Hep A Ab, IgM | Negative | | | Negative | ME |

Interpretation:
No current or recent Hepatitis A
infection indicated.

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Hep B Surface Ag | Negative | | | Negative | ME |
| Hep B Core Ab, IgM | Negative | | | Negative | ME |
| Hep C Virus Ab | Negative | | | Negative | ME |

Please note:
This test is a 2nd generation assay for the detection of
multiple forms of anti-HCV in human serum or plasma.  A test
result that is negative does not exclude the possibility of
exposure to or infection with HCV.  Negative results in this
assay in individuals with prior exposure to HCV may be due
to antibody levels below the limit of detection of this
assay or lack of antibody reactivity to the HCV antigens
used in this assay.

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Carbamazepine(Tegretol), Serum | 6.3 | | ug/mL | 4.0 - 12.0 | ME |

In conjunction with other antiepileptic drugs
Therapeutic   4.0 -  8.0
Toxicity      9.0 - 12.0

Carbamazepine alone
Therapeutic   8.0 - 12.0

HOMPTON, RONDALL        PATID:        REPORT SPEC DATE: 07/19/2004

©2003 Laboratory Corporation of America® Holdings
All Rights Reserved

Specimen # 01-205-5278-0   Type S   Primary Lab MB   ort Status PRELIM PG  1   00   1   **LabCorp®**

Additional Information

DOB: 10/15/83

CD- 53250446673

Clinical Information                                                    07/20/04   08:33 ET

Physician ID                          Patient ID

Patient Name
HOMPTON, RONDALL          Sex M   Age (Yr/Mos) 020/09

Account
Bullock Correctional Facility   0138908
Prison Health Services          01
104 Bullock Dr.                 01
Union Springs        , AL  36089-5107
334-738-5625   ALY

Patient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 07/19/04 | 07/19/04 | 07/20/04 | 0998 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 4.5 | | x10E3/uL | 4.0 - 10.5 | MI |
| Red Blood Cell (RBC) Count | 4.11 | | x10E6/uL | 4.10 - 5.60 | MI |
| Hemoglobin | 13.8 | | g/dL | 12.5 - 17.0 | MI |
| Hematocrit | 39.9 | | % | 36.0 - 50.0 | MI |
| MCV | 97 | | fL | 80 - 98 | MI |
| MCH | 33.6 | | pg | 27.0 - 34.0 | MI |
| MCHC | 34.6 | | g/dL | 32.0 - 36.0 | MI |
| RDW | 12.9 | | % | 11.7 - 15.0 | MI |
| Platelets | 198 | | x10E3/uL | 140 - 415 | MI |
| Polys | 56 | | % | 40 - 74 | MI |
| Lymphs | 37 | | % | 14 - 46 | MI |
| Monocytes | 6 | | % | 4 - 13 | MI |
| Eos | 1 | | % | 0 - 7 | MI |
| Basos | 0 | | % | 0 - 3 | MI |
| Polys (Absolute) | 2.5 | | x10E3/uL | 1.8 - 7.8 | MI |
| Lymphs (Absolute) | 1.7 | | x10E3/uL | 0.7 - 4.5 | MI |
| Monocytes(Absolute) | 0.3 | | x10E3/uL | 0.1 - 1.0 | MI |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | MI |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | MI |
| Hepatitis Panel (4) | | | | | |
| Hep A Ab, IgM | | | WILL FOLLOW | | MI |
| Interpretation: | | | WILL FOLLOW | | |
| Hep B Surface Ag | | | WILL FOLLOW | | |
| Hep B Core Ab, IgM | | | WILL FOLLOW | | |
| Hep C Virus Ab | | | WILL FOLLOW | | MI |
| Carbamazepine(Tegretol), Serum | | | WILL FOLLOW | | MI |
| Phenobarbital, Serum | | | WILL FOLLOW | | MI |
| Please note | | | WILL FOLLOW | | MI |
| | | | | | MI |

The date and/or time of collection was not indicated on the
requisition as required by state and federal law. The date of
receipt of the specimen was used as the collection date if
not supplied.

LAB: MB LabCorp Birmingham                DIRECTOR: Arthur Kelly, MD
      1801 First Avenue South Birmingham, AL 35233-0000

OR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-659-3324 LAB: 205-581-3500
                          LAST PAGE OF REPORT

7/20/04

OMPTON, RONDALL     PATID:     REPORT   EC DATE: 07/19/2004   ©2003 Laboratory Corporation of America® Holdings
All Rights Reserved

**LabCorp®**

07/20/04   09:27 E

| Specimen # | | | Pt | | | | |
|---|---|---|---|---|---|---|---|
| 201-205-5278-0 | | Type<br>S | Primary Lab<br>MB | Status<br>FINAL | PG 2 | | |
| Additional Information | | | | | | | |

0.3    l

**LabCorp®**

07/21/04   07:42 ET

DOB:
10/15/83

CD- 53250446673

Clinical Information

Physician ID

Patient ID

| Patient Name | | | | | |
|---|---|---|---|---|---|
| HOMPTON, RONDALL | | | Sex<br>M | Age (YrMos)<br>020/09 | |
| Patient Address | | | | | |

Account

Bullock Correctional Facility   01389085
Prison Health Services              01
104 Bullock Dr.                       01
Union Springs        , AL  36089-5107
334-738-5625         ALY

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 07/19/04 | 07/19/04 | 07/21/04 | 1013 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

Phenobarbital, Serum

***EFFECTIVE JUNE 8, 2004, gel barrier (SST) tubes
will no longer be accepted for TDM testing.***

Detection Limit = 0.5

23                                              ug/mL          15 - 40          ME

***EFFECTIVE JUNE 8, 2004, gel barrier (SST) tubes
will no longer be accepted for TDM testing.***

Detection Limit = 2

Please note
The date and/or time of collection was not indicated on the
requisition as required by state and federal law. The date of
receipt of the specimen was used as the collection date if
not supplied.                                                                        ME

LAB: MB LabCorp Birmingham                    DIRECTOR: Arthur Kelly, MD
     1801 First Avenue South Birmingham, AL 35233-0000

OR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-659-3324 LAB: 205-581-3500
                         LAST PAGE OF REPORT

-581-

poration of America
All Righ

l, RONDALL          PATID:                    REPORT

| Specimen # | Type | Primary Lab | Status | | | | |
|---|---|---|---|---|---|---|---|
| 201-205-5278-0 | S | MB | PRELIM PG  1 | 03  1 | | **LabCorp**® | |

Additional Information

DOB:
10/15/83

CD- 53250446673

| Patient Name | | Sex | Age (Yr/Mos) |
|---|---|---|---|
| HOMPTON, RONDALL | | M | 020/09 |

Patient Address

Clinical Information          07/20/04    16:36 ET

| Physician ID | Patient ID |
|---|---|

Account
Bullock Correctional Facility  01389085
Prison Health Services            01
104 Bullock Dr.                   01
Union Springs    , AL  36089-5107
334-738-5625    ALY

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 07/19/04 | 07/19/04 | 07/20/04 | 1008 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Hepatitis Panel (4) | | | | | |
| Hep B Surface Ag | Negative | | | Negative | ME |

LAB: MB LabCorp Birmingham        DIRECTOR: Arthur Kelly, MD
     1801 First Avenue South Birmingham, AL 35233-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-659-3324 LAB: 205-581-3500
                    LAST PAGE OF REPORT

HOMPTON, RONDALL        PATID:        REPORT SPEC DATE: 07/19/2004

©2003 Laboratory Corporation of America® Holdin
All Rights Rese

LabCorp®

| Specimen # | Type | Primary Lab | rt Status | | |
| M64-684-0270-0 | 3 | YX | NAL | P3 | 1 | 00 1 |

Additional Information

DOB: 10/05/83

I.D. 5512348284S

Clinical Information

| Physician ID | Patient ID |
| S1D010 | 226420 |

Patient Name: HAMPTON, RANDAL   Sex: M   Age (Yr/Mos): 020/04

Patient Address

Account
BULLOCK CORRECTIONAL FACILITY  013890085
PRISON HEALTH SERVICES                           01
104 BULLOCK DR.                                         01
UNION SPRINGS  , AL  36089-5107
334-738-5625      ALY

| Date Collected | Date Entered | Date Reported | |
| 03/04/04 | 03/04/04 | 03/05/04 | 0180 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | YX |
| White Blood Cell (WBC) Count | 4.7 | | X 10-3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 4.14 | | X 10-6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 13.6 | | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 40.0 | | % | 36.0 - 50.0 | YX |
| MCV | 97 | | fL | 80 - 98 | YX |
| MCH | 33.0 | | pg | 27.0 - 34.0 | YX |
| MCHC | 34.1 | | g/dL | 32.0 - 36.0 | YX |
| RDW | 14.0 | | % | 11.7 - 15.0 | YX |
| Platelets | 240 | | X 10-3/uL | 140 - 415 | YX |
| Polys | 53 | | % | 40 - 74 | YX |
| Lymphs | 39 | | % | 14 - 46 | YX |
| Monocytes | 3 | | % | 4 - 13 | YX |
| Eos | 2 | L | % | 4 - 13 | YX |
| Basos | 3 | | % | 0 - 7 | YX |
| Polys (Absolute) | 2.5 | | % | 0 - 3 | YX |
| Lymphs (Absolute) | 1.8 | | X 10-3/uL | 1.8 - 7.8 | YX |
| Monocytes(Absolute) | 0.1 | | X 10-3/uL | 0.7 - 4.5 | YX |
| Eos (Absolute Value) | 0.1 | | X 10-3/uL | 0.1 - 1.0 | YX |
| Baso(Absolute) | 0.1 | | X 10-3/uL | 0.0 - 0.4 | YX |
| | | | X 10-3/uL | 0.0 - 0.2 | YX |
| Phenobarbital, Serum | 23 | | ug/mL | 15 - 40 | YX |
| | | | | Detection Limit = 2 | YX |
| Carbamazepine(Tegretol), Serum | 6.0 | | ug/mL | 4.0 - 12.0 | YX |

(Patients receiving car-
bamazepine in conjunction        Detection Limit= 0.5 mcg/mL
with other antiepileptic
drugs may exhibit a therapeutic
response between 4-8 mcg/mL and
toxicity between 9-12 mcg/mL. Pat-
ients receiving carbamazepine alone
may respond best to serum concen-
trations between 8-12 mcg/ml.)

LAB: YX LabCorp Montgomery Hull        DIRECTOR: Robert Adams, MD
     543 Hull St Montgomery, AL 36104-0000

OR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-659-3324 LAB: 334-263-5745
                    LAST PAGE OF REPORT

©2003 Laboratory Corporation of America® Holdings
All Rights Reserved

```
7186938   AREA/ROUTE/STOP: QMGY011
KILBY CORRECTIONAL FACILITY
12201 WRES FERRY RD
MOUNT MEIGS, AL 36057
```



Quest
Diagnostics

| PATIENT NAME | | | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|---|---|
| HAMPTON, RANDALL | | | | | | 19 | M | ROBBINSON |

| PAGE | REQUISITION NO. | ACCESSION NO | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 3254376 | AT435033Q | MH | 09052003 | 09052003 | 09062003 | 7:56AM |

REMARKS

EASTERN
TIME

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | | |

```
Date of Birth: 10/15/1983
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
                                        950 22ND ST N STE 825
                                        BIRMINGHAM, AL 35203-5300
```

| TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|
| CARBAMAZEPINE, TOTAL | | <2.0 L | MG/L | 4.0-12.0 | AT |
| PHENOBARBITAL | 23.1 | | MG/L | 15.0-40.0 | AT |

```
        >> END OF REPORT - HAMPTON,RANDALL AT435033Q <<
```







**LABORATORY REPORT**

## Quest Diagnostics

```
7186919  AREA/ROUTE/STOP: QCSG012
BULLOCK CORRECTIONAL FACILITY
HWY 82 EAST
UNION SPRINGS, AL 36089-5107
```

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| HAMPTON, RANDELL | 226420 | | 19 | M | LYRENE, GEORGE A |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 1918313 | AT026074Q | | 08182003 9:35 AM | 08202003 | 08202003 | 11:31AM |

REMARKS

EASTERN TIME

| REPORT STATUS | FINAL | TEST | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|

```
Date of Birth: 10/15/1983
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
                                        950 22ND ST N STE 825
                                        BIRMINGHAM, AL 35203-5300
```

A

| TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | |
| GLUCOSE | 79 | | MG/DL | 65-109 FASTING REFERENCE INTERVAL |
| UREA NITROGEN (BUN) | 13 | | MG/DL | 7-25 |
| CREATININE | 1.0 | | MG/DL | 0.5-1.4 |
| BUN/CREATININE RATIO | 13 | | (CALC) | 6-25 |
| SODIUM | 140 | | MMOL/L | 135-146 |
| POTASSIUM | 4.2 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 107 | | MMOL/L | 98-110 |
| CARBON DIOXIDE | | 20 L | MMOL/L | 21-33 |
| CALCIUM | 9.6 | | MG/DL | 8.5-10.4 |
| PROTEIN, TOTAL | 7.1 | | G/DL | 6.0-8.3 |
| ALBUMIN | 4.2 | | G/DL | 3.7-5.1 |
| GLOBULIN | 2.9 | | G/DL (CALC) | 2.2-4.2 |
| ALBUMIN/GLOBULIN RATIO | 1.4 | | (CALC) | 0.8-2.0 |
| BILIRUBIN, TOTAL | 0.3 | | MG/DL | 0.2-1.5 |
| ALKALINE PHOSPHATASE | 130 | | U/L | 30-225 |
| AST | 16 | | U/L | 2-50 |
| ALT | 11 | | U/L | 2-60 |
| CARBAMAZEPINE, TOTAL | 8.1 | | MG/L | 4.0-12.0 |
| PHENOBARBITAL | 21.0 | | MG/L | 15.0-40.0 |

```
      >> END OF REPORT - HAMPTON, RANDELL AT026074Q <<
```


Quest
Diagnostics

7186919 AREA/ROUTE/E %; QC59012
BULLOCK CORRECTIONAL FACILITY
HWY 82 EAST
UNION SPRINGS, AL 36089-5107

| PATIENT NAME | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|
| HAMPTON, RANDALL | 225420 | | | NO | | SANDERS |

| PAGE | REQUISITION NO | ACCESSION NO. | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 9415742 | AT541234I | | | 03/25/2003 | 03/25/2003 | 2:14PM |

REMARKS

EASTERN
TIME

| REPORT STATUS | FINAL | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|---|

Date of Birth: NO
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
950 22ND ST N STE 825
BIRMINGHAM, AL 35203-5300

AT

HEPATIC FUNCTION PANEL
| TEST | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| PROTEIN, TOTAL | 7.1 | G/DL | 6.0-9.3 |
| ALBUMIN | 4.5 | G/DL | 3.2-5.1 |
| GLOBULIN | 2.6 | G/DL (CALC) | 2.2-4.2 |
| ALBUMIN/GLOBULIN RATIO | 1.7 | (CALC) | 0.8-2.0 |
| BILIRUBIN, TOTAL | 0.3 | MG/DL | 0.2-1.5 |
| BILIRUBIN, DIRECT | 0.0 | MG/DL | 0.0-0.3 |
| BILIRUBIN, INDIRECT | 0.3 | MG/DL (CALC) | 0.0-1.5 |
| ALKALINE PHOSPHATASE | 123 | U/L | 20-125 |
| AST | 33 | U/L | 2-50 |
| ALT | 23 | U/L | 2-60 |

AT

CBC (INCLUDES DIFF/PLT)
| TEST | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| WHITE BLOOD CELL COUNT | 3.1 L | THOUS/MCL | 3.8-10.8 |
| RED BLOOD CELL COUNT | 4.47 | MILL/MCL | 4.20-5.10 |
| HEMOGLOBIN | 14.6 | G/DL | 13.2-15.5 |
| HEMATOCRIT | 42.9 | % | 38.5-45.0 |
| MCV | 95.9 | FL | 80.0-100.0 |
| MCH | 32.6 | PG | 27.0-33.0 |
| MCHC | 34.0 | G/DL | 32.0-36.0 |
| RDW | 12.5 | % | 11.0-15.0 |
| PLATELET COUNT | 199 | THOUS/MCL | 140-400 |
| ABSOLUTE NEUTROPHILS | 1445 L | CELLS/MCL | 1500-7800 |
| ABSOLUTE LYMPHOCYTES | 1376 | CELLS/MCL | 850-3900 |
| ABSOLUTE MONOCYTES | 198 L | CELLS/MCL | 200-950 |
| ABSOLUTE EOSINOPHILS | 68 | CELLS/MCL | 15-500 |
| ABSOLUTE BASOPHILS | 12 | CELLS/MCL | 0-200 |
| NEUTROPHILS | 46.6 | % | |
| LYMPHOCYTES | 44.4 | % | |
| MONOCYTES | 6.4 | % | |
| EOSINOPHILS | 2.2 | % | |
| BASOPHILS | 0.4 | % | |

3/25/03

>> END OF REPORT - HAMPTON, RANDALL AT541234I <<

1

INDICATES TESTING SITE SEE P

# LABORATORY REPORT


**Quest Diagnostics**

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| HAMPTON, RANDALL | 22F-420 | | NG | | STADERS |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 3415762 | AT5412341 | | | 0525200? | 0525200? | 2:14PM |

REMARKS

| REPORT STATUS | TEST | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: NG
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
950 22ND ST N STE 325
BIRMINGHAM, AL 35203-3104

**HEPATIC FUNCTION PANEL**
| | | | |
|---|---|---|---|
| PROTEIN, TOTAL | 7.1 | G/DL | 6.0-8.5 |
| ALBUMIN | 4.5 | G/DL | 3.5-5.5 |
| GLOBULIN | 2.6 | G/DL | 2.2-4.2 |
| ALBUMIN/GLOBULIN RATIO | 1.7 | (RATIO) | 0.8-2.0 |
| BILIRUBIN, TOTAL | 0.3 | MG/DL | 0.2-1.5 |
| BILIRUBIN, DIRECT | 0.0 | MG/DL | 0.0-0.3 |
| BILIRUBIN, INDIRECT | 0.3 | MG/DL (CALC) | 0.0-1.5 |
| ALKALINE PHOSPHATASE | 123 | U/L | 20-125 |
| AST | 33 | U/L | 2-60 |
| ALT | 23 | U/L | 2-60 |

**CBC (INCLUDES DIFF/PLT)**
| | | | |
|---|---|---|---|
| WHITE BLOOD CELL COUNT | 3.1 L | THOUS/MCL | 3.8-10.8 |
| RED BLOOD CELL COUNT | 4.47 | MILL/MCL | 4.20-5.80 |
| HEMOGLOBIN | 14.6 | G/DL | 13.2-16.0 |
| HEMATOCRIT | 42.9 | % | 38.5-45.0 |
| MCV | 95.9 | FL | 80.0-100.0 |
| MCH | 32.6 | PG | 27.0-33.0 |
| MCHC | 34.0 | G/DL | 32.0-36.0 |
| RDW | 12.5 | % | 11.0-15.0 |
| PLATELET COUNT | 199 | THOUS/MCL | 140-400 |
| ABSOLUTE NEUTROPHILS | 1445 L | CELLS/MCL | 1500-7800 |
| ABSOLUTE LYMPHOCYTES | 1376 | CELLS/MCL | 850-3900 |
| ABSOLUTE MONOCYTES | 198 L | CELLS/MCL | 200-950 |
| ABSOLUTE EOSINOPHILS | 68 | CELLS/MCL | 15-500 |
| ABSOLUTE BASOPHILS | 12 | CELLS/MCL | 0-200 |
| NEUTROPHILS | 46.6 | % | |
| LYMPHOCYTES | 44.4 | % | |
| MONOCYTES | 6.4 | % | |
| EOSINOPHILS | 2.2 | % | |
| BASOPHILS | 0.4 | % | |

END OF REPORT - HAMPTON, RANDALL AT5412341

## HCX

**HEALTH CARE CORRECTIONS**
**RADIOLOGY SERVICES REQUEST AND REPORT**
INSTITUTION _Bullock_

Name: _Hampton, Randall_
State ID No: _226420_
DOB: _____
Race: _____    Sex: _____

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| | | | | | |

**HISTORY/DIAGNOSIS:**

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMINAL | FEMERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (WITH WEIGHT) | FOOT | CASTS | STERNUM |
| ANKLE | HAND | (DECALCIFIED) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | HUMES | |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | THORACIC SPINE |
| COCCYX | KNEE | RIBS | TIBIA/FIBULA |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | TOES |
| ELBOW ✓ L | MANDIBLE | SCAPULA | WRIST |
| FACIAL BONES | PATELLA | SHOULDER | ZYGOMA |
| FEMUR | NASAL BONES | SKULL | ZYGOMATIC ARCH |

### REPORT

Hampton

LEFT ELBOW:  The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION:  NEGATIVE STUDY.

D: & T: 08-16-04 Thomas J. Payne, III, M.D./jhi  Board Certified Radiologist (Signature on file)

X-RAY TECHOLOGIST'S NAME(PRINT) _____    X-RAY TECHNOLOGIST'S SIGNATURE _____    DATE, TIME EXAM PERFORMED _8-16-04_

RADIOLOGIST'S NAME(PRINT) _____    RADIOLOGIST'S SIGNATURE _____    DATE SIGNED _____

8/19/4

_Hampton, Randall_

# Radiology Services Report

**NAME:** HAMPTON, RANDALL
**FACILITY:** BCCF
**D.O.B.:** 10/15/83
**ID NUMBER:** 226420

SKULL  TWO VIEWS  05/6/04

FINDINGS: The skull is normal.  No fracture, bone lesion, or unusual calcification.  The sella turcica is normal.  There is no evidence of any previous craniotomy or metal plate.

IMPRESSION: Netative skull series.

Scott Loveless, M.D.

N/P 3-25-04   11-8

# Radiology Services Request Form

Please Print                                    3/30/04

| CORRECTIONAL FACILITY: | Bulloch Co. Corr. Facility | DATE: 3-24-04 |
|---|---|---|

## Patient Information

INMATE NAME: Hampton          Randall
                Last              First

DOB: 10-15-83    SEX: (M)  F

SS#              ALIEN # 226420

**Inmate Type**

Please Circle Type:

| City | Federal |
| County | INS / Alien |
| (State) | US Marshall |

## Exam

Please Mark Each Exam Requested

| | Code | Exam | | |
|---|---|---|---|---|
| | 74000 | Abdomen, 1 View | | |
| | 73600 | Ankle, 2 Views (AP & LAT) | L | R |
| | 73610 | Ankle, Comp Min 3 Views | L | R |
| | 71010 | Chest, 1 View (AP) | | |
| | 71111 | Chest w/Ribs, 4 Views | | |
| | 73000 | Clavicle, Complete | | |
| | 73070 | Elbow, 2 Views | L | R |
| | 73080 | Elbow, Comp 3 Views | | |
| | 73550 | Femur, 2 Views | L | R |
| | 73620 | Foot, 2 Views | L | R |
| | 73630 | Foot, Comp Min 3 Views | L | R |
| | 73090 | Forearm, 2 Views | L | R |
| | 73120 | Hand, 2 Views | L | R |
| | 73130 | Hand, Min 3 Views | L | R |
| | 73520 | Hip, Min 2 Views w/Pelvis | L | R |
| | 73510 | Hip, Comp Min 2 Views | L | R |
| | 73060 | Humerous, Min 2 Views | L | R |
| | 73560 | Knee, 2 Views | L | R |
| | 73562 | Knee, 3 Views (inc OBLQ) | L | R |
| | 70160 | Nasal Bones, Comp Min 3 Views | | |
| | 72170 | Pelvis, 1 View | | |
| | 71100 | Ribs, 2 Views | L | R |
| | 72220 | Sacrum/Coccyx, Min 2 Views | | |
| | 73030 | Shoulder, Min 2 Views | L | R |
| | 70210 | Sinuses, Less Than 3 Views | | |
| | 70250 | Skull, Less Than 4 Views | | |
| (○) | 72040 | Spine, Cervical 2 Views | | |
| | 72100 | Spine, Lumbosacral 2 Views | | |
| | 72070 | Spine, Thoracic 2 Views | | |
| | 73590 | Tibia/Fibula 2 Views | | |
| | 73100 | Wrist, 2 Views | L | R |
| | 73110 | Wrist, Min 3 Views | L | R |
| | | Other: | L | R |
| | | Other: | L | R |
| | | Other: | L | R |
| | | Other: | L | R |
| | | Other: | L | R |

## Diagnosis/Symptom

Please Mark ALL That Apply

| Code | Symptom |
|---|---|
| 787.3 | Abdomen Distention (Flatulence) |
| 787.5 | Abnormal Bowel Sounds |
| 413.0 | Angina |
| 429.2 | ASCVD, Arteriosclerotic Cardiovascular Disease |
| 427.31 | Atrial Fibrillation |
| 427.89 | Bradycardia |
| | Bruise of |
| 466.0 | Bronchitis, NOS |
| 429.3 | Chest Pain, Unspecified |
| 514 | Congestion, Chest |
| 428.0 | CHF, Congestive Heart Failure |
| 496 | COPD, Chronic Obstructive Pulmonary Disease |
| 786.2 | Coughing |
| 436 | CVA, Cerebrovascular Accident |
| | Dislocation of |
| 782.3 | Edema (Swelling) |
| 492.0 | Emphysema |
| 780.6 | Febrile (Feverish) |
| | Possible Fracture of |
| 401.9 | Hypertension |
| 518.3 | Infiltrate, Lung |
| 410.92 | Myocardial Infarction |
| 787.01 | Nausea and Vomiting |
| 560.9 | Obstruction, Intestinal |
| | Pain in |
| 485 | Pneumonia, Confirmed |
| 514 | Pneumonia, Probable |
| 795.5 | Positive Mantoux, PPD |
| 518.4 | Pulmonary Edema, NOS |
| 786.7 | Rales in Chest |
| 786.09 | Shortness of Breath |
| 785.0 | Tachycardia |
| | Trauma in |
| 465.9 | URI (Acute) |
| 519.8 | URI (Chronic) |
| | Other: |
| | Other: |

He signed
refusal form
(initials)
3/30/04

## For Technician Use Only

| X-ray #: | Arrival Time: | AM  PM |
|---|---|---|
| Tech: | Depart Time: | AM  PM |
| Date: | # Views: | # PT Seen: |

Ordering Physician:

Nurse's Signature:

Radiologist:



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### RELEASE OF RESPONSIBILITY

22-64-20

Inmate's Name: _Randell Hampton_

Date of Birth: _10-15-83_ _____ Social Security No: _____

Date: _3/30/04_ _____ Time: _11:45_ (A.M.) P.M.

This is to certify that I, _Randell Hampton_ , currently in
(Print Inmate's Name)

custody at the _BCCF_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _C-Spine xray_
(Specify in Detail)

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Randell Hampton_
(Signature of Inmate)**

_D. Berrios, RT    3/30/04_
(Signature of Medical Person)

_____                    _____
(Witness)                                   (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

X-RAY REQUISITION AND REPORT

| NAME OF FACILITY | DATE OF REQUEST | REQUESTED BY | PATIENT STATUS |
|---|---|---|---|
| Bullock | 2/13/03 | DR. Siddiq | |

EXAMINATION REQUESTED

X-ray L-Spine
C-Spine

CLINICAL DIAGNOSIS

| X-RAY NUMBER | DATE OF X-RAY | DATE OF PPD SKIN TEST | |
|---|---|---|---|
| | 3.18.03 | | |

REPORT OF FINDINGS

HAMPTON, RANDALL  ID 226420

LUMBAR SPINE  TWO VIEWS  03/18/03

**NORMAL INCLUDING NO MALALIGNMENT OR FRACTURE OR DEGENERATIVE DISEASE.**

CERVICAL SPINE THREE VIEWS  03/18/03

NO MALALIGNMENT OR FRACTURE, DEGENERATIVE DISEASE, OR SOFT TISSUE SWELLING IDENTIFIED.

**OPINION: NEGATIVE CERVICAL SPINE.**

S. LOVELESS, M.D./rp

_____ SIGNATURE

| Patients Last Name | First | Middle | Date of Birth | R/S | ID NUMBER |
|---|---|---|---|---|---|
| Hampton, Randall | | | 10-15-83 | B/m | 226420 |

LUMBAR SPINE  TWO VIEWS  03/18/03

**NORMAL INCLUDING NO MALALIGNMENT OR FRACTURE OR DEGENERATIVE DISEASE.**

CERVICAL SPINE THREE VIEWS  03/18/03

NO MALALIGNMENT OR FRACTURE, DEGENERATIVE DISEASE, OR SOFT TISSUE SWELLING IDENTIFIED.

**OPINION: NEGATIVE CERVICAL SPINE.**

S. LOVELESS, M.D./rp

_____
SIGNATURE

| Patients Last Name | First | Middle | Date of Birth | R/S | ID NUMBER |
|---|---|---|---|---|---|
| Kimpton, Randall | | | 10-15-83 | B m | 226420 |

01/14/2003  15:39   2655025                   RADIOLOGY HOUSE OF

: NaphCare

# X-Ray Requisition and Report

| me of Hospital/Infirmary | Date of Request | Requested By | Patient Status |
|---|---|---|---|
| Draper | 01/09/03 | B. Helms CRNP | ○ Inpatient   ⊘ Outpatient |

amination Requested

X - Ray (L) Knee

nical Diagnosis

| Ray Number | Date of X-Ray | Date of PPD Skin Test | |
|---|---|---|---|
| | 1-13-03 | 12/20/02 = Ø MM | |

### Report of Findings

HAMPTON, RANDALL  ID# 226420

LEFT KNEE  01/13/03

**FINDINGS: NORMAL RADIOGRAPHIC APPEARANCE OF THE LEFT KNEE.**

RP
W. BEN ABBOTT, M.D.

1-31-03
&
(signature) M.D.

_____ M.D.
Physician's Signature

| tient's Last Name | First | Middle | Date of Birth | R/S | ID Number |
|---|---|---|---|---|---|
| Hampton | Randall | | 10/15/83 | Bm | 226420 |

-Ray Requisition and Report                                    NC6039