# PROBLEM LIST

Name: Hampton, Randall

AIS#: 226420

Date of Birth: 15 Oct 83

Medication Allergies: NKDA  Haldol

Mental Health Code: (SMI) HARM  HIST  NONE    Date Code Assigned: 12/19/02
(Changes in Mental Health Code should be identified on the Problem List)

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 12/19/02 | Schizoaffective Disorder | | JRU |
| 12/19/02 | Seizure Disorder 2° Head Injury | | JRU |
| 12/19/02 | Closed head injury 1995 X-Ray ~ (NO STEEL PLATE → BURR HOLES) | | JRU |
| 9-4-03 | AXIS II - 301.7 Antisocial Personality Disorder Alcohol Dep Polysubstance Abuse | | |
| 2-18-04 | Evaluation by TX team for Coding > SMI | | |
| 5-6-04 | (There is no steel plate or Burr Holes in his skull) [X-ray - 1997] | ✗ No | |
| 7/7/05 | Mental Health Code: History | William Chitwood | |
| | | | |
| | | | |

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT    (*REVIEW*)**

*Treatment Plan Reviewed On:*                    *Treatment Plan Initiated On:* 12/04

*Institution:* Bullock Co. Correctional Facility    *Admitted to Unit:*02/07/03

*Level Currently Assigned:  3*

CURRENT STATUS:

---

Problem # 1 History of auditory hallucinations; currently in remission w/out meds

Target Date for Resolution: 4 wks
Status:          Resolved          No Change          Modified     X

Outcome/Modification: Maintain stability off meds, psych. to monitor for s/s's, AT contact daily, TC to see 2x monthly for indv. counseling and mental health assessment

Staff Member(s) Responsible: Psych., TC, AT                    Frequency:  monthly

---

Problem # 2 Generalized anxiety-poor concentration, impulsive behavior- currently in remission w/out meds

Target Date for Resolution: 4 wks
Status:          Resolved          No Change          Modified   X

Outcome/Modification: Maintain stability off meds, psych. to monitor for s/s's, AT contact daily, TC to see 2x monthly for indv. counseling and mental health assessment, refer to stress mgt. & depression class

Staff Member(s) Responsible: Psych, TC                    Frequency: monthly

---

Problem # 3

Target Date for Resolution:
Status:          Resolved          No Change          Modified

Outcome/Modification:

Staff Member(s) Responsible:                    Frequency :

---

Comments:

Level Change?          Yes          No

---

Second Page attached:     Yes     No

Psychiatrist: _____    Psychologist: _____

Mental Health Nurse: _G. Thomas PN_   Activities Tech: _R. Fauley_

Treatment Coordinator: _T. Shuford MHP_  Correctional Officer Present Yes   No

Inmate Agreement: _refused to sign_____    Date: _4-19-05_

Next Treatment Plan Review by:_____  (Level 1: weekly; Level 2: biweekly; Level 3 & 4 monthly)

| Inmate Name:  Hampton, Randall | AIS# 226420 |
|---|---|

Sha

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN:  RESIDENTIAL TREATMENT UNIT  (*REVIEW*)**

**Treatment Plan Reviewed On:** 3\15\5     **Treatment Plan Initiated On:** 12/04

**Institution:** Bullock Co. Correctional Facility     **Admitted to Unit:** 2/7/03

**Level Currently Assigned:**  THREE

CURRENT STATUS:

| |
|---|
| **Problem #1** Inmate has history of auditory hallucinations |
| Target Date for Resolution:  30 days     *Stable in chemical hemossion* |
| Status:     Resolved ☐     No Change ☐     Modified ☒ |
| Outcome/Modification:     *No note made —* |

| |
|---|
| **Problem #2** Generalized Anxiety – Poor concentration     *improved focus – ability to* |
| Target Date for Resolution:  30 days |
| Status:     Resolved ☐     No Change ☐     Modified ☒ |
| Outcome/Modification:     *continue current TX plan.* |

| |
|---|
| **Problem #3** |
| Target Date for Resolution: |
| Status:     Resolved ☐     No Change ☐     Modified ☐ |
| Outcome/Modification: |

Comments:

Level Change?     Yes     No

Second Page attached:     Yes ☐     No ☐

Psychiatrist: _____     Psychologist: _____

Mental Health Nurse: _____     Activities Tech: _____

Treatment Coordinator: _____     Correctional Officer Present: Yes ☒     No ☐

Inmate Agreement: Randall Hampton 226420     Date: 3-15-05

Next Treatment Plan Review by: ___4.15.05___ (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name: Hampton, Randall | AIS# 226420 |
|---|---|

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT  (REVIEW)**

**Treatment Plan Reviewed On:**                    **Treatment Plan Initiated On:**

**Institution:** Bullock Co. Correctional Facility        **Admitted to Unit:** 2/7/03

**Level Currently Assigned:** THREE

CURRENT STATUS:

**Problem #1** Inmate has history of auditory hallucinations

Target Date for Resolution:  30 days

Status:        Resolved ☐        No Change ☑        Modified ☐
Outcome/Modification:

**Problem #2** Generalized Anxiety – Poor concentration

Target Date for Resolution:  30 days

Status:        Resolved ☐        No Change ☑        Modified ☐
Outcome/Modification:

**Problem #3**

Target Date for Resolution:

Status:        Resolved ☐        No Change ☐        Modified ☐
Outcome/Modification:

Comments:

Level Change?        Yes        No

Second Page attached:        Yes ☑        No ☐

Psychiatrist: _____        Psychologist: _____

Mental Health Nurse: _____        Activities Tech: _N. Philclaff_

Treatment Coordinator: _Gildu Perneat_ C.n.D.        Correctional Officer Present: Yes ☑        No ☐

Inmate Agreement: _Randell Hampton_        Date: _2-11-05_

Next Treatment Plan Review by: _____        (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name: Hampton, Randall | AIS# 226420 |
|---|---|

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT (*REVIEW*)**

**Treatment Plan Reviewed On:**                    **Treatment Plan Initiated On:**

**Institution:** Bullock Co. Correctional Facility      **Admitted to Unit:** 2/7/03

**Level Currently Assigned:** THREE

CURRENT STATUS:

---

**Problem #1** Inmate has history of auditory hallucinations

Target Date for Resolution:  30 days

Status:            Resolved ☐        No Change ☑        Modified ☐
Outcome/Modification:

---

**Problem #2** Generalized Anxiety – Poor concentration

Target Date for Resolution:  30 days

Status:            Resolved ☐        No Change ☑        Modified ☐
Outcome/Modification:

---

**Problem #3**

Target Date for Resolution:

Status:            Resolved ☐        No Change ☐        Modified ☐
Outcome/Modification:

---

Comments:
Level Change?      Yes        No

Second Page attached: Yes ☐   No ☐

Psychiatrist: _____      Psychologist: _____

Mental Health Nurse: _____   Activities Tech: _____

Treatment Coordinator: *Eddie Lancaster Cmb.* Correctional Officer Present: Yes ☐  No ☐

Inmate Agreement: x *Randell Hampton* _____ Date: x *1-13-05*

Next Treatment Plan Review by:_____ (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name: Hampton, Randall | AIS# 226420 |
|---|---|

Alabama Department of Corrections Mental Health Services
### Treatment Plan:  Residential Treatment Unit

**Treatment Plan Initiated on:**

**Institution:** Bullock County Correctional Facility

**Treatment Coordinator:** E. Lancaster

**Admitted to RTU:**     2/7/03

**Level Currently Assigned:**        THREE

**DSM IV Diagnosis:**

| | |
|---|---|
| **Axis I:** | Schizoaffective Disorder |
| **Axis II:** | Deferred |
| **Axis III:** | None Reported |
| **Axis IV:** | Incarceration |
| **Axis V:** | 55 |

---

**Problem # 1**    Inmate has history of auditory hallucinations.

**Goal:**    Inmate will report absence/reduction of voices.

**Target Date for Resolution:**        30 days

**Intervention(s):**  1. Medications as directed; 2. Nurse to monitor compliance; 3.  Schizophrenia Group.

**Staff Member(s) Responsible:** Dr. Lancaster/Psychiatrist/LPN        **Frequency:**  Bi-weekly

---

**Problem # 2**        **Generalized Anxiety – Poor concentration**

**Goal:**    **Reduce/eliminate anxiety & improve ability to concentration.**

**Target Date for Resolution:**        30 days

**Intervention(s):**  1.  Meet with treatment coordinator twice monthly; 2. Medication compliance – nurse to monitor.

**Staff Member(s) Responsible:**    Dr. Lancaster/LPN        **Frequency:**        Bi-weekly

---

**Problem #3**

**Goal:**

**Target Date for Resolution:**

**Intervention(s):**

**Staff Member(s) Responsible:**        **Frequency:**

---

**Psychiatrist:** _____    **Treatment Coordinator:** Eddie Lancaster, CMD.

**Mental Health Nurse:** _____    **Activities Tech:** _____

**Correctional Officer Present:  Yes        No**

**Inmate Agreement:** x Randell Hampton        Date: x 12-27-04

**Treatment Plan Review to be Conducted by:**        **(Level 1: weekly; Level 2:bi-weekly; Level 3&4:monthly)**

---

| **Inmate Name:   Hampton, Randall** | **AIS# 226420** |
|---|---|

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: CRISIS INTERVENTION

Treatment Plan Initiated on: 12.8.04   Treatment Coordinator: Dr E Lancaster

Inmate's Housing Location: Clinic from Seg   Institution: BCC 7

Presenting Crisis: Patient stood on sink in Seg unit and fell backwards off sink into floor

DSM IV Diagnosis:

Axis I: Schizoaffective, Malingering

Axis II: Borderline Personality Disorder

Axis III: Def

Current Precautionary Measures: Currently patient is in Medical to ck out damage from fall

| Problem #1 Patient is a Malingerer |
| --- |
| Goal: To eliminate attention seeking behaviors. |
| Target Date for Resolution: on going |
| Intervention(s): Suggest that patient be placed in crisis unit until cleared to return to seg. |
| Staff Member(s) Responsible: EL/LPN/Psych          Frequency: Daily |

| Problem #2 Patient refuses to conform to Social Norms |
| --- |
| Goal: Patient will conform to social norm |
| Target Date for Resolution: on going |
| Intervention(s): ① Meds as prescribed ② TX Coordinator to meet c̄ patient each day until returned to seg |
| Staff Member(s) Responsible: EL /Psych          Frequency: |

Second Page attached:   Yes ☐   No ☐
Treatment Team Members

Psychiatrist: _____

Mental Health Nurse: _____   Date: 12/8/04

Treatment Coordinator: Ethel Lancaster PhD.   Date: 12-8-04

Inmate Agreement: Refused to Sign   Date: _____

Treatment Plan Review to be Conducted by:
(within one working day)

| Inmate Name Hampton, Randall | AIS # 226420 |
| --- | --- |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT (*REVIEW*)

Treatment Plan Reviewed on: 3-25-04    Treatment Plan Initiated on: _____
Institution: BCF    Admitted to Unit on: _____
Level Currently assigned 3

CURRENT STATUS

**Problem #1** Patient reports → People are out to get him
Target Date for Resolution: 4-25-04
Status:    Resolved ☐    No Change ☐    Modified ☐
Outcome/Modification: Will reduce paranoid ideations → by receiving
counseling biweekly monitor Behavior
will maintain med compliance

**Problem #2** Patient has poor use of idle time
Target Date for Resolution: 4-25-04
Status:    Resolved ☐    No Change ☐    Modified ☐
Outcome/Modification: Refer to Music Group
Will complete at least one group

**Problem #3**

Target Date for Resolution:
Status:    Resolved ☐    No Change ☐    Modified ☐
Outcome/Modification:

Comments:

Level Change?    Yes ☐    No ☑    New Level: _____

Second Page attached:    Yes ☐    No ☑

Psychiatrist: _____    Psychologist: _____
Mental Health Nurse: _____ LPN    Activities Tech: _____
Treatment Coordinator: M. Peters, MHP    Correctional Officer Present:    Yes ☐    No ☑

Inmate Agreement: X Randall Hampton    Date: 3-25-04
Next Treatment Plan Review to be Conducted by: _____ (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

Inmate Name    Hampton, Randall    AIS # 227420

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE (*REVIEW*)

Treatme Plan Reviewed on: 12-26-03 _____ Treatment Plan Initiated on: _____

Inmate's Current Housing Location: ETU _____ Institution BCCF

## CURRENT STATUS

### Problem #1

Target Date for Resolution: Relational Problems

Status: Stable .   Resolved ☐   No Change ☐   Modified ☐

Outcome/Modification: Patient has had some issues with
with Dorm Mates. Patient tends to aggravate his
Celebra Note by

Staff Member Responsible: Healy,   Frequency:

### Problem #2

Target Date for Resolution: Problems with Medication

Status: `   Resolved ☐   No Change ☐   Modified ☐

Outcome/Modification: Patient's Medication has caused him
to Sleep Constantly. Referred Patient to Psychiatric Staff

Staff Member Responsible:   Frequency:

### Problem #3

Target Date for Resolution:
Status:   Resolved ☐   No Change ☐   Modified ☐

Outcome/Modification.

Staff Member Responsible:   Frequency:

Comments:

Second Page attached:   Yes ☐   No ☐

### Treatment Team Members

Psychiatrist: _____   Date: _____

Mental Health Nurse: _____   Date: 12-26-03

Treatment Coordinator: _____   Date: 12-26-03

X Inmate Agreement: Randall Randall Hampton   Date: 12-26-03

Next Treatment Plan Review to be Conducted by: _____ (within six months)

Inmate Name: RANDALL HAMPTON   AIS #: 226420

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN, RESIDENTIAL TREATMENT UNIT (REVIEW)

Treatment Plan Reviewed on __11-17-03__    Treatment Plan Initiated on _____
Institution: __BCCF__ _____    Admitted to Unit on _____
Level Currently assigned __3__

**CURRENT STATUS**

Problem #1 _Client was released from Segregation after Mental Health observation_

Target Date for Resolution:
Status:    Resolved ☐    No Change ☐    Modified ☒
Outcome/Modification:
_Will continue Individual counsely and encourage him to be compliant with MHD_

Problem #2 _Suicide Ideations and Attempts_

Target Date for Resolution:
Status:    Resolved ☐    No Change ☐    Modified ☒
Outcome/Modification: _Will continued with Monitor Clients behavior until problem is resolved_

Problem #3

Target Date for Resolution:
Status:    Resolved ☐    No Change ☐    Modified ☐
Outcome/Modification:

Comments:

Level Change?    Yes ☐    No ☐    New Level:_____

Second Page attached:    Yes ☐    No ☐
Psychiatrist: _M Wellons_    Psychologist: _____
Mental Health Nurse: _Janey Womack_    Activities Tech: _____
Treatment Coordinator: _J. Hill M.S. MHP_ Correctional Officer: _____

X Inmate Agreement: _Randell Hampton_
Next Treatment Plan Review to be Conducted by:_____ (Level 1: weekly; Le

Inmate Name _RANDELL HAMPTON_

RECEIVE

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
<u>MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS</u>

Inmate Name: Hampton, Randall          AIS#: 2 2 6 4 2 0

Institution:_____ Date of Disciplinary Report:_____

Is the inmate currently on the mental health caseload?
    If Yes, referred for mental health evaluation/consultation on:_____    ☐ Yes    ☐ No

## HEARING OFFICER:

Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*          *Does the inmate know what date it is?*          *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*       *Is inmate able to speak coherently?*           *Does the inmate avoid eye contact?*
*Does the inmate make sense?*                *Are the inmate's statements logical and organized or unusual?*

**Should the inmate be referred for mental health evaluation of competency?**    ☐ Yes    ☐ No
    If Yes, referred for mental health evaluation/consultation on:_____

## MENTAL HEALTH STAFF:
Date request for consult received: 11-13-03          Date consult returned: 11-13-03

Is the inmate competent to participate in the hearing?                                    (Yes)    No
    If NO, why is the inmate not competent?

    If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes    (No)
    If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if inmate found guilty?    Yes    (No)
    If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes
Mental Health Staff Member:_____    Phone Contact:_____

## DISCIPLINARY HEARING:

    Does the inmate appear to be competent to participate in the hearing?    Yes    No
    Have the mental health recommendations been considered?                  Yes    N

    Hearing Officer:_____    Date:_____

| Inmate Name | AIS # |
|---|---|
|  |  |

I interviewed Hampton on 11-12-03.
his situation w. the MH staff on the sign
is involved w. the security staff in on [illegible]
There is no reason he should not be held acc
[illegible] to Gloria Wallace. Mrs. [illegible]

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE  (*REVIEW*)

Treatment Plan Reviewed on: _____ Treatment Plan Initiated on: _____

Inmate's Current Housing Location: _____ Institution: _____

CURRENT STATUS

Problem #1

- *Depressed about Lack of family contact*

Target Date for Resolution: 
Status:          Resolved ☐     No Change ☐     Modified ☐

Outcome/Modification: *Lessen family anxiety and teach New Skills for interaction with others*

Staff Member Responsible: _____         Frequency: _____

Problem #2

Target Date for Resolution: *Non-compliant with Medication*
Status:          Resolved ☐     No Change ☐     Modified ☐

Outcome/Modification: *Refer for Medical and Psychiatric evaluations.*

Staff Member Responsible: _____         Frequency: _____

Problem #3

Target Date for Resolution:
Status:          Resolved ☐     No Change ☐     Modified ☐

Outcome/Modification:

Staff Member Responsible: _____         Frequency: _____

Comments:

Treatment Team Members

Second Page attached:   Yes ☐   No ☐

Psychiatrist: _____                                 Date: _____
Mental Health Nurse: _____                Date: _____
Treatment Coordinator: _____            Date: _____

X  Inmate Agreement: *Randell Hampton*            Date: _____

Next Treatment Plan Review to be Conducted by: _____ (within six month)

| Inmate Name | AIS # |
|---|---|
| *Randall Hampton* | *226421* |

# HEALTH CARE UNIT
## PATIENT INFORMATION SL...

_Bullock_

**INSTITUTION**

_Hampton, Randall_          _226420_     _B/1x_

**NAME**          **NUMBER**    **R/S**

Lay-in for _____ days from _____ to

(date)

_____ **due to** _____

(date)

Instructions: _Please discontinue all special mental health observation. Pt may be released from crisis cell and returned to segregation._

_Thoughts is beating Li._

**Failure to follow the directions above may result in a disciplinary.**

_03 Sept 03_
**Date Issued** _0815_          **Signature** _Wendell Bell MD_

**F-53**

Inmate Agreement: _Randall Hampton_          Date: _____
Next Treatment Plan Review by: _____ (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

Inmate Name _Randall Hampton_          AIS # _226420_

ALDOC

AR 473-

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICE
TREATMENT PLAN, RESIDENTIAL TREATMENT UNIT *(REVIEW)*

Treatment Plan Reviewed on ___7/1/03___    Treatment Plan Initiated on ___2/10/03___
Institution: ___BCCF___    Admitted to Unit on ___2/11/03___
Level Currently assigned ___3___

## CURRENT STATUS

Problem #1 Poor Behavior toward helping Professionals

Target Date for Resolution:
Status:          Resolved ☐      No Change ☐      Modified ☐
Outcome/Modification: ① Role-playing positive behaviors,
② Education on negative consequences.

Problem #2 Socialization

Target Date for Resolution: Ongoing
Status:          Resolved ☐      No Change ☐      Modified ☐
Outcome/Modification: ① Participation in social skills groups,
② Role-playing

Problem #3

Target Date for Resolution:
Status:          Resolved ☐      No Change ☐      Modified ☐
Outcome/Modification:

Comments:

Level Change?    Yes ☐    No ✓    New Level:_____

Second Page attached:    Yes ☐    No ✓

Psychiatrist:_____    Psychologist: _Tom Futrell, Psy.D_
Mental Health Nurse: _M.T. Christie, RNC_    Activities Tech: _A Bruno_
Treatment Coordinator: _B. Feggins_    Correctional Officer Present:    Yes ☐    No ☐

Inmate Agreement: _Refused to Appear_    Date: _7/1/03_
Next Treatment Plan Review to be Conducted by: _7/25/03_ (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

Inmate Name
Hampton, Randell

AIS #
226420

S·2

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT *(REVIEW)*

Treatment Plan Reviewed on **5/22/03**   Treatment Plan Initiated on **2/10/03**
Institution **BCCF**   Admitted to Unit on **2/17/03**
Level Currently assigned **3**

## CURRENT STATUS

Problem #1 Placement in safe cell & associated injury & emotions
Target Date for Resolution:
Status:   Resolved ✓   No Change ☐   Modified ☐
Outcome/Modification:

Problem #2 Poor Behavior in response to helping Professionals
Target Date for Resolution:
Status:   Resolved ☐   No Change ☐   Modified ☐
Outcome/Modification: ① Help inmate understand professionals are here to help & ② Attend effective communication & ADL group –

Problem #3 Socialization H
Target Date for Resolution:
Status:   Resolved ☐   No Change ☐   Modified ☐
Outcome/Modification: ① Arts & Crafts

Comments: Meds:
   OK:
Level Change?   Yes ☐   No ☐   New Level: _____

Second Page attached:   Yes ☐   No ☐

Psychiatrist: _____   Psychologist: _Stacy Fatull, Psy.D_
Mental Health Nurse: _____   Activities Tech: _____
Treatment Coordinator: _B. Feld M.S._   Correctional Officer Present:   Yes ☐   No ☐

Inmate Agreement: _Randell Hampton_   Date: _5/22/03_
Next Treatment Plan Review to be Conducted by _6/23/03_   (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: mont'

| Inmate Name | AIS # |
|---|---|
| Hampton, Randell | 226420 |

(ALABAMA) DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICE
TREAT.    NT PLAN: RESIDENTIAL TREATMEN. UNIT *(REVIEW)*

Treatment Plan Reviewed on __4/11/03__   Treatment Plan Initiated on __2/10/03__
Institution __BCCF__   Admitted to Unit on __2/7/03__
Level Currently assigned _____ 3

CURRENT STATUS

Problem #1 Inmate has hx of Self injurious behaviors. Recently fracturing hand Ⓛ & lacerating head -
Target Date for Resolution:
Status:        Resolved ☐      No Change ☐      Modified ☐
Outcome/Modification: Decrease in frequency + lessen in severity number

Problem #2 Hallucinations (auditory )
Target Date for Resolution: Ongoing
Status:        Resolved ☐      No Change ☐      Modified ☐
Outcome/Modification: Education on nature of mental illness

Problem #3 Problems @ socialization skills & relating to authority -
Target Date for Resolution:
Status:        Resolved ☐      No Change ☐      Modified ☐
Outcome/Modification: Group participation (conflict/Reality ) and individual counseling

Comments: Inmate has been placed in seg + inf. safe-cell @ least twice in three weeks-

Level Change? Yes ☑  No ☐      New Level: 2

Second Page attached:     Yes ☐   No ☐

Psychiatrist: _____   Psychologist: _Terry J. Frell, Psy.D_
Mental Health Nurse: _____   Activities Tech: _____
Treatment Coordinator: _B. Fell, ma_   Correctional Officer Present:   Yes ☐   No ☐

Inmate Agreement: _Randell Hampton_      Date: __4-11-03__
Next Treatment Plan Review to be Conducted by: _5/23/03_ (Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name | AIS # |
|---|---|
| Hampton, Randall | 226420 |

seg

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: CRISIS INTERVENTION  (*REVIEW*)

Treatment Plan Reviewed on: 4/9/03     Treatment Plan Initiated on: 4/8/03

Inmate's Current Housing Location: BCCF     Institution: BCCF

Current Precautionary Measures: Inmate in safe cell @ Present -

## CURRENT STATUS

Problem #1 Laceration to head + injury to (L) hand

Target Date for Resolution:
Status:     Resolved ☐     No Change ☐     Modified ☐

Outcome/Modification: Seek medical attention about injuries + limit complications -

Problem #2 Anger @ placement in safe cell + seg b/c of walls + co's "out to get me."

Target Date for Resolution:
Status:     Resolved ☐     No Change ☐     Modified ☐

Outcome/Modification: Develop appropriate Behav. mod Program to reduce outbursts + time in seg + safe cell -

Comments: Will work to have tx team meeting ē all involved to improve inmate behaviours -

Second Page attached:     Yes ☐     No ☐

## Treatment Team Members

Psychiatrist: Norman, CRNP     Date:
Mental Health Nurse: ___ LPN     Date: 4/9/03
Treatment Coordinator: B. Fell MS     Date: 4/9/03

Inmate Agreement: _____     Date: _____

Next Treatment Plan Review to be Conducted by: 4/10/03     (within one working d

| Inmate Name | AIS # |
|---|---|
| Hampton, Randell | 226430 |

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: CRISIS INTERVENTION**

Treatment Plan Initiated on: 4/8/03     Treatment Coordinator: B. Fell, BS, ms

Inmate's Housing Location: Inf.     Institution: BCCF

Presenting Crisis: Verbalizing suicidal thoughts and
ideations ē history of self injurious actions.

DSM IV Diagnosis:
Axis I: Psychotic Do. nos, Schizo. Do; Depressed, Adjust. Dep.
Axis II: Personality Do nos
Axis III: Seizures due head injury '95
Current Precautionary Measures: Inmate in safe cell @ present ē
suicide apron, mattress, and blanket.

| Problem #1 Suicidal Behaviors - writhing on floor & banging |
|---|
| Goal: Reduce acting out & impulsive behaviors  head laceration |
| Target Date for Resolution: |
| Intervention(s): Safe cell & watch prn & develop under-standing of negative beliefs regarding CO's |
| Staff Member(s) Responsible: B. Fell, ms          Frequency: daily. |

| Problem #2 Laceration to head & injury to (L) hand. |
|---|
| Goal: No residual complications from injuries. |
| Target Date for Resolution: |
| Intervention(s): |
| Staff Member(s) Responsible:          Frequency: |

Second Page attached:     Yes ☐     No ☐
**Treatment Team Members**

Psychiatrist: Norman, CRNP          Date: 4-8-03
Mental Health Nurse: U. D. Hunt, LPN     Date:
Treatment Coordinator: B. Fell, ms          Date: 4/8/03

Inmate Agreement:          Date:

Treatment Plan Review to be Conducted by: 4/9/03     (within one working day)

| Inmate Name Hampton, Randell | AIS # 226420 |
|---|---|

### ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES
### TREATMENT PLAN: RESIDENTIAL TREATMENT UNIT

Treatment Plan Initiated On: _2/10/03_    Treatment Coordinator: _Dr. E. Little_
Institution: _BCCF_                        Admitted to RTU On: _2/7/03_
Level Currently Assigned: _2_

DSM IV Diagnosis:
Axis I: _Schizoaffective Disorder_
Axis II: _Personality Disorder NOS / Borderline Intellectual Funct._
Axis III: _Hx. of Seizure Disorder_
Axis IV: _Incarceration_
Axis V: _20 - 30_

---

**Problem #1** _Depression & Manic episodes_
Goal: _To reduce frequency of manic episodes_
Target Date for Resolution: _No date specified_
Intervention(s):
   ① _Will refer to M.D. for assessment of need for meds._
Staff Member(s) Responsible: _M.D._          Frequency: _As Rx_

---

**Problem #2** _Suicidal Ideation_
Goal: _To reduce pt's tendency for self - injury_
Target Date for Resolution: _Ongoing_
Intervention(s):
   ① _Individual Counseling_
Staff Member(s) Responsible: _MHP_          Frequency: _As scheduled_

---

**Problem #3** _Poor Coping Skills / Excessive Anger_
Goal: _To teach pt. appropriate Conflict Resolution Skills_
Target Date for Resolution: _Ongoing_
Intervention(s):
   ① _Individual / group Therapy_
Staff Member(s) Responsible:              Frequency:

---

Second Page attached:  Yes ☐  No ☐
Psychiatrist: _____          Treatment Coordinator: _E. Little, PhD_
Mental Health Nurse: _M. Chunt_          Activities Tech: _____
Correctional Officer Present: Yes ☐  No ☐

Inmate Agreement: _Randell Hampton_          Date: _2 10 20 3_
Treatment Plan Review by: _____
(Level 1: weekly; Level 2: bi-weekly; Level 3 & 4: monthly)

| Inmate Name _Hampton, Randell_ | AIS # _226420_ |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: CRISIS INTERVENTION  (*REVIEW*)

Treatment Plan Reviewed on _2/24/03_     Treatment Plan Initiated on _2/24/03_

Inmate's Current Housing Location: _Infirmary_     Institution: _BCCF_

Current Precautionary Measures: _Pt. is in Safe Cell #3_

## CURRENT STATUS

### Problem #1  _Potential for Self-injury_

Target Date for Resolution: _3/25/03_
Status:          Resolved ☐     ~~No Change~~ ☑     Modified ☐

Outcome/Modification: _Pt. continues to express suicidal ideation, but denies serious intent._

### Problem #2  _Excessive Anger c̄ poor impulse control_

Target Date for Resolution:
Status:          Resolved ☐     No Change ☐     Modified ☑

Outcome/Modification: _Status improved somewhat; pt. is more responsive and less hostile._

Comments: _Pt. observed actively hallucinating; spoke c̄ MH nurse regarding med. schedule._

Second Page attached:     Yes ☐     No ☑

### Treatment Team Members

Psychiatrist: _Damon, CRNP_
Mental Health Nurse: _QD Branon LPN_          Date: _2/24/03_
Treatment Coordinator: _E. Felts RN_          Date: _2/25/03_
                                              Date: _2/24/03_
Inmate Agreement: _X Randell Hampton_          Date: _2-24-03_

Next Treatment Plan Review to be Conducted by: _N/A_
                                              (within one working day)

Inmate Name _Hampton, Randell_          AIS # _226420_

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: CRISIS INTERVENTION

Treatment Plan Initiated On: _2/21/03_ Treatment Coordinator: _Dr. Eric Little_

Inmate's Housing Location: _Infirmary_  Institution: _BCCF_

Presenting Crisis: _Pt. attempted suicide by putting his head in the toilet._

DSM IV Diagnosis:
Axis I: _Schizoaffective Disorder_
Axis II: _Borderline Intellectual Funct. / Personality Disorder NOS_
Axis III: _Hx. of Seizure Disorder_
Current Precautionary Measures: _Pt. is on suicide watch in Safe Cell #2._

---

Problem #1 _Potential for self-injury_
Goal: _To prevent pt. from inflicting harm to himself_
Target Date for Resolution:
Intervention(s): _① Monitor closely while in Safe Cell_
_② Administer meds as ordered_
Staff Member(s) Responsible: _MHP / Nsg. staff_   Frequency: _Frequently_

---

Problem #2 _Excessive anger / poor impulse control_
Goal: _To provide a stable / secure environment_
Target Date for Resolution:
Intervention(s): _① Transfer to KCF if no improvement_
Staff Member(s) Responsible: _MHM / DOC staff_   Frequency: _A.S.C.P._

---

Second Page attached:    Yes ☐    No ☑

Treatment Team Members
Psychiatrist: _____  Date: _2/21/03_
Mental Health Nurse: _____  Date: _2/21/03_
Treatment Coordinator: _____  Date: _2/21/03_

Inmate Agreement: _Refused to sign_   Date: _____

Treatment Plan Review by: _____   (within one working day)

| Inmate Name _Hampton, Randell_ | AIS # _226420_ |

ALDOC Form 462-03

Physician's Chronic Care Clinic

Date: 5/2/05          Time: 1120          Facility: BCCF

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB

**OBJECTIVE:** BP 120/66 HR 68 RR 20 Temp 98 Wt 165 Peak Flow___

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds, Cardiopulmonary, abdomen, extremities; ID-all systems; PUL-HEENT, Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Pt is taking his seizure med.

will fu

no new seizure

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** will cont as prev/H&S las

**F/U:** Routine 90 days: ____

Other ____

Physician ____ MD

5/2/05

Problem List updated:  Yes / No

(01/31/05)

**PRISON HEALTH SERVICES**

Name: Hampton, Randall
Inamte #: 226 420
DOB: 10/15/83 Race: B Gender: M

## Nurse's Chronic Care Clinic

Date: 5/2/05          Time: 1120          Facility: BCCF

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL ✓SZ __TB

### SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit:__Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits: 0 Dates: N/A

ALLERGIES: NKA          CURRENT DIET: Reg
DESCRIBE MED AND DIET ADHERANCE: Non Compliant
DESCRIBE ANY MED SIDE EFFECTS: None stated
VACCINES: Flu____ Pneumovax ____ Hep A _____ Hep B _____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____: CD4 & HIV-RNA ___/___ on_____:
Peak Flow___: LFTs____ on _____; Serum Drug Levels __ on _____; EKG ____; CXR__:

MEDICATIONS:

Phenobarb 60mg BID
Tegretol 100mg 3 tabs TID

Phenobarb 60mg level pending
Tegretol 100mg

Patient Educated on: f/u of seizure ; No noted seizure activity
has passed 3 months. Ø assess as indicated
I instructed on safety

_____
Inmate Signature

_____
Nurses Signature and Title

(01/31/05



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES**

# NON-COMPLIANCE NOTICE

**The following has been observed and documented per non-compliance policy:**

**CLASS**

_____ Diet

____✓____ Medication

_____ Treatment

**SPECIFIC**

ADA _____
CARDIOVASCULAR _____
ALT. G.I. _____
OTHER _____

INFECTIOUS _____
ACUTE _____
CHRONIC _____
PSYCHIATRIC _____
OTHER _____

BLOOD PRESSURE _____
DRESSING _____
ACCUCHECK _____
OTHER _____Seizure_____

**ACTION TAKEN BY NURSING:**

____✓____ Counseling
_____ Discontinue Medication
_____ Re-assign Schedule

_____ Placed on sick call
_____ Inform MH Department
_____ M.A.R. Review

**ACTION TAKEN BY PRESCRIBERS:**

_____ Physician
_____ P.A.
_____ Psychiatrrist

_____ Counseling
_____ Discontinue Meds
_____ Discontinue Tx
_____ Change Meds
OTHER _____

**ACTION TAKEN BY INMATE:**

_____ Treatment Refusal Signed
_____ Explanation of Non-Compliance

____✓____ Refuses to sign

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Hampton, Randall | 226420 | | BM | Bullock |

PHS-MD-70057

DEPARTMENT OF CORRECTIONS

PHYSICIAN'S

# SEIZURE CHRONIC CARE CLINIC

| | |
|---|---|
| **S:** CHRONIC CARE CLINIC<br><br>**DATE /TIME** _2/18/05_ | **ALLERGIES** |
| **O: VS** T ___ P ___ R ··<br>BP _120/70_ WT ___ | |
| REVIEW OF NURSES CCC RECORD<br>(YES)    NO | |
| Neurological exam:<br>Nystagmus _nore_ | |
| Pupils<br>Reflexes _OK_ | |
| Description of last SZ activity:<br>_Tonic Clonic_ | **P:** LABS |
| **Treatment Goals**<br>_Prevent of Seizure_ | |
| | **ORDERS:** |
| **Notes:** Seizure activity: (Controlled)  Uncontrolled  (circle one)<br><br>_Will Contin on Phenbarb_ | **MEDICATION:**<br>_Phenbarb_<br>_60v/ Bid_<br>_Keppra 300 Bid_ |
| | **STATUS:** (circle)<br>(IMPROVED) UNCHANGED, WORSENED. |
| | **CONTROL LEVEL:** (circle)<br>(GOOD), FAIR, POOR |
| | **CCC WITH NURSE** (circle)<br>1, 2, 3 MONTHS. |
| EDUCATION DONE  (Y) N<br>TOPIC  _Seizure_ | **CCC WITH MD** (circle)<br>1, 2, 3, 4, 5, 6 MONTHS. |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| _Kingston Randall_ | _226430_ | _21_ | | _Dr. ___ 2/18/05_ |

Control: Good—No seizure activity since last visit
Fair——One seizure since last visit
Poor——More than one seizure since last visit

Status: Improved—The number of seizures has diminished
Unchanged—The frequency of seizures has remained the same
Worsened—The number of seizures has increased

PRISON HEALTH SERVICES INC

# DEPARTMENT OF CORRECTION
## NURSE'S
## SEIZURE CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | | ALLERGIES |
|---|---|---|---|---|
| DATE/TIME 1/6/05 | | | | NKA |
| O: VS T 98 P 76 R 20 | | | | |
| BP 130/68 WT 168 | | | | |
| Age of onset 8or 9 yo | | | | |
| Type of seizure Gran Mals | | | | |
| Head Trauma Head Beaten on Brickwall | Y | N | | |
| Drug Related | Y | N | | |
| Frequency of seizure | | | | |
| Last seizure "a while back" | | | | |
| Description of last SZ activity: Can't remember | | | | |
| Anticonvulsant drug levels drawn: | Y | N | | |
| Date: | Y | N | | |
| Compliant with meds | Y | N | P: LABS REVIEWED |
| KOP | Y | N | |
| Bottom Bunk profile | Y | N | |
| Recently admitted to hospital/infirmary: | Y | N | |
| Date | | | |

Notes: O: Assessed for seizures. Denies recent activity

P: Assess as indicated

E: Instructed on the importance w/ Maintaining a Bottom Bunk profile

CURRENT MEDICATIONS:
Phenobarb 60mg BID
Tegretol 100mg 3tabs TID

| Education Done | Y | N | |
|---|---|---|---|
| Topic: Safety | | | |

Status: (circle)
Improved, Unchanged, Worsened

Level of Control: (circle)
Good, Fair, Poor

CCC WITH NURSE (circle)
1, 2, 3 Months

CCC WITH MD (circle)
1, 2, 3, 4, 5, 6 Months

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Hemstry Randall | 226430 | 21 | B M | |

Control: Good—No seizure activity since last visit
Fair—One seizure since last visit
Poor—More than one seizure since last visit

Status: Improved—The number of seizures has diminished
Unchanged—The frequency of seizures has remained the same
Worsened—The number of seizures has increased

DEPARTMENT OF CORRECTION
NURSE'S
# SEIZURE CHRONIC CARE CLINIC

| | | | |
|---|---|---|---|
| **S: CHRONIC CARE CLINIC** | | | |
| DATE/TIME 10/15/04 | | | ALLERGIES NKA |
| O: VS T 98.6 P 80 R 20 | | | |
| BP 126/76  WT | | | |
| Age of onset Since 8 or 9 yo | | | |
| Type of seizure | | | |
| Head Trauma Head Beaten on Brick wall | Y | (N) | |
| Drug Related | Y | N | |
| Frequency of seizure | | | |
| Last seizure a few months ago | | | |
| Description of last SZ activity: Can't remember | | | |
| Anticonvulsant drug levels drawn: | (Y) | N | |
| Date: | Y | N | |
| Compliant with meds | Y | N | P: LABS REVIEWED |
| KOP | (Y) | N | Phenobarb level 23 |
| Bottom Bunk profile | (Y) | N | |
| Recently admitted to hospital/infirmary: | Y | (N) | |
| Date | | | |
| | | | |
| | | | |
| | | | |
| Notes: Instructed On Safety | | | CURRENT MEDICATIONS: Phenobarbital Seyzstat level |
| Precautions with Seizure Victimely | | | |
| O: Assessed for cc Seizure | | | |
| P: Assess as indicated | | | |
| E Instructed on Compliance | | | **Status:** (circle) Improved, Unchanged, Worsened |
| And Safety. Verbalized | | | **Level of Control:** (circle) Good, Fair, Poor |
| understood. No Guin issulate | | | **CCC WITH NURSE** (circle) 1, 2, 3  Months |
| Education Done | (Y) | N | **CCC WITH MD** (circle) 1, 2, 3, 4, 5, 6 Months |
| Topic: Safety / Compliance | | | |
| **INMATE NAME** Hampton, Rendall | **NUMBER** 226420 | **AGE** 21 | **RACE/SEX** B M |  **SIGNATURE:** |

Control:  Good—No seizure activity since last visit          Status:  Improved—The number of seizures has diminished
Fair—One seizure since last visit                          Unchanged—The frequency of seizures has remained the same
Poor—More than one seizure since last visit                Worsened—The number of seizures has increased

# DEPARTMENT OF CORRECTION
## NURSE'S
## SEIZURE CHRONIC CARE CLINIC

| | | | |
|---|---|---|---|
| **S: CHRONIC CARE CLINIC** | | | **ALLERGIES** |
| DATE/TIME _0n160y_ | | | _NKA_ |
| O: VS T _qn_ P _72_ R _20_ | | | |
| BP _120/no_ WT _158.5_ | | | |
| Age of onset _10 years old_ | | | |
| Type of seizure | | | |
| Head Trauma | (Y) | N | |
| Drug Related | Y | (N) | |
| Frequency of seizure _Unsure_ | | | |
| Last seizure _3-4 months ago_ | | | |
| Description of last SZ activity: _Unsure_ | | | |
| Anticonvulsant drug levels drawn: | (Y) | N | |
| Date: _7/04_ | (Y) | N | |
| Compliant with meds | (Y) | N | |
| KOP | Y | N | **P: LABS REVIEWED** |
| Bottom Bunk profile | (Y) | N | |
| Recently admitted to hospital/infirmary: | Y | N | _Orders_ |
| Date | | | _Phenbarb_ |
| | | | _Tegretal_ |
| | | | _Hepatic Profile_ |
| | | | _CBC/BBP_ |
| | | | **CURRENT MEDICATIONS:** |
| **Notes:** _pt tried to hang self - 0n0n0y._ | | | |
| | | | **Status:** (circle) (Improved) Unchanged, Worsened |
| | | | **Level of Control:** (circle) (Good) Fair, Poor |
| | | | **CCC WITH NURSE** (circle) 1, 2, (3) Months |
| **Education Done** | Y | N | **CCC WITH MD** (circle) 1, 2, 3, 4, 5, (6) Months |
| Topic: _BBP_ | | | |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| _Hampton, Randall_ | _226420_ | _20_ | _B/m_ | _R Lea Q_ |

Control: Good—No seizure activity since last visit
Fair—One seizure since last visit
Poor—More than one seizure since last visit

Status: Improved—The number of seizures has diminished
Unchanged—The frequency of seizures has remained the same
Worsened—The number of seizures has increased