

**DEPARTMENT OF CORRECTIONS**

**NURSE'S**
**CHRONIC CARE CLINIC**
**SEIZURES**

| DATE | TIME | SEIZURES | DATE ORDERED | TIME ORDERED | |
|---|---|---|---|---|---|
| 3-4-04 | 1155 | S: 30 DAY CHRONIC CARE CLINIC | | | ALLERGIES *NKA* |
| | | O: VS: T- 98.9 R- 16 | | | |
| | | Wt- 155 BP- 128/78 | | | |
| | | AGE OF ONSET: 9 y.o. 1995 | | | P: LABS LEVELS NEEDED: |
| | | POSSIBLE ETIOLOGY | 3/4/04 | | CBC |
| | | HEAD TRAUMA  Ⓨ N | | | Phenobarbital level 2: |
| | | DRUG RELATED  Y Ⓝ | | | Tegretal level 6.0 |
| | | TYPE OF SEIZURES: Possible Jacksonian | | | |
| | | | | | ORDERS: |
| | | FREQUENCY OF SEIZURES: Varied | | | |
| | | | | | |
| | | REVIEW OF DIAGNOSTIC STUDIES | | | |
| | | Children Hosp, B'ham CT SCAN  Ⓨ N | | | |
| | | MRI  Ⓨ N | | | |
| | | EEG  Ⓨ N | | | MEDICATION: |
| | | PERSCRIPTION COMPLIANCY  Ⓨ N | | | Phenobarbital |
| | | ANTICONVULSANT DRUG LEVELS ORDERED  Ⓨ N | | | 60mg ī Bid |
| | | DATE: 3-4-04 | | | Tegretal 400mg |
| | | WITH IN THERAPUTIC RANGE  Ⓨ N | | | Bid. |
| | | | | | |
| | | HAS PATIENT BEEN IN THE INFIRMARY/HOSPITAL | | | F/U CCC WITH IN 30 DAYS BY THE NURSE |
| | | SINCE LAST CCC  Ⓨ N  Disceplina | | | F/U CCC WITH IN 90 DAYS BY THE DOCTOR |
| | | EDUCATION DONE  Ⓨ N | | | |
| | | | | | |
| | | A: SEIZURE ACTIVITY: | | | SIGNATURE ML Christie |
| | | CONTROLLED/UNCONTROLLED | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | AGE | RACE/SEX | ID# |
|---|---|---|---|---|
| Hampton, Randal | 10/5/83 | 20 | BM | 226420 |

**DEPARTMENT OF CORRECTIONS**



# PHYSICIAN'S
## CHRONIC CARE CLINIC
### SEIZURES

| DATE | TIME | SEIZURES | | DATE ORDERED | TIME ORDERED | |
|------|------|----------|--|--------------|--------------|--|
| 3/8/04 | | S: 90 DAY CHRONIC CARE CLINIC | | | | ALLERGIES: *NKA* |
| | | O: VS: T 98.8 P 80 R 16 | | | | |
| | | Bp 124/80 Wt 155 | | | | |
| | | REVIEW OF NURSES CCC RECORDS Y (N) | | | | P: LABS REVIEWED: |
| | | NOTES: | | | | CBC YEARLY |
| | | PT is Compliant | | | | DILANTIN LEVEL YEARLY |
| | | & Keeps appt | | | | TEGRETOL LEVEL EVERY YEAR |
| | | | | | | UNLESS PROBLEMS |
| | | | | | | |
| | | | | | | ORDERS: |
| | | NEUROLOGICAL EXAM: | | | | told to be |
| | | EYE NYSTAGMUS Y (N) | | | | Compliant c |
| | | REFLEXES: +ve | | | | Meds |
| | | ATAXIA Y (N) | | | | |
| | | PUPIL SIZE NORM (Y) N | | | | |
| | | ANY ADDED INFORMATION Y (N) | | | | MEDICATION: |
| | | NOTES: | | | | Phenobarbital 60mg |
| | | | | | | i Bid |
| | | GENERAL EXAM: | | | | Tegretol 200mg Two |
| | | neck supl | | | | Tablets Bid |
| | | Aus ne | | | | |
| | | lups cl | | | | F/U CCC WITH IN 30 DAYS |
| | | Abdo soft | | | | BY THE NURSE/DOCTOR |
| | | Extve | | | | |
| | | neuro non foral | | | | |
| | | A: SEIZURE ACTIVITY: | | | | 3/8/03 |
| | | (CONTROLLED) / UNCONTROLLED | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | AGE | RACE/SEX | ID# |
|-----------------------------------|---------------|-----|----------|-----|
| Hampton, Rundal | 10-15-83 | | B M | 226920 |

PHS-MD-70009

# TechCare

## Seizure Chronic Care Appointment

7/9/2003

| | |
|---|---|
| Name | **HAMPTON,RANDELL** |
| DOC # | **226420** |
| Birth Date | **10/15/1983** |

| Appointment Date | **7/9/2003** |
|---|---|

### Subjective Data

| | |
|---|---|
| Frequency Of Seizures | ~2WKS AGO |
| Aura (Describe) | DIZZY/WEAK |
| Body Movements | JERK |
| L.O.C. | YES |
| Incontinence | NO |
| Post Ictal | ~20-30MIN |
| Interview Witness: | |
| Staggering Or Dizziness | NO |

### Nursing Exam

| | |
|---|---|
| Pulse | 84 |
| Blood Pressure | 112/80 |
| Temperature | 97.8 |
| Gait | STEADY |
| Nystagmus | NO |
| Alertness | AO*3 |

### Lab Test Results

| | |
|---|---|
| E.E.G. | N/ORDERED |
| C.T. | N/ORDERED |
| Drug Level (Specify) | DIL |

### Medications

| | |
|---|---|
| Medication Compliance | COMP |
| Date Medication Ordered | YES |
| Education & Counseling | YES |

### Doctor Exam

| | |
|---|---|
| Nystagmus | PERMD |
| Gait | |
| Focal Neuro Deficit | |

## Neurology / Seizure Chronic Care Clinic

| NAME *Hampton Randall* | AIS *226420* | INST *Dixon* | DOB *10-15-63* | AGE | R/S *B/m* | YEAR *2003* |
|---|---|---|---|---|---|---|
| DATE *1-9-03* | | | | | | |
| PROBABLE DISORDER CAUSING SEIZURE *1995 head Trauma* | | | | | | |
| DATE FIRST DIAGNOSED | | | | | | |
| ? ALCOHOL OR DRUG RELATED *1-9-03* *4/6/03* | | | | | | |

### SUBJECTIVE DATA: Q 3 MONTH

| | | | | |
|---|---|---|---|---|
| 1. Frequency of seizures | *1/2 or 1 mth* | *w/ wk ago* | | |
| 2. Aura (describe) | *feel funny* | *dizzy/weak* | | |
| 3. Body movements | *all rt* | *yes* | | |
| 4. L.O.C. | *yes* | *No* | | |
| 5. Incontinence | *yes* | *No* | | |
| 6. Post ictal | *sleepy* | *20-30min* | | |
| 7. Interview witness: staggering or dizziness | *o* | *no* | | |

### NURSING EXAM: Q 3 MONTH

| | | | | |
|---|---|---|---|---|
| 1. BP | *120/80* | *120/74* | | |
| 2. Pulse | *100* | *78* | | |
| 3. Temperature | *175* | *982* | | |
| 4. Gait | *steady* | *Steady* | | |
| 5. Nystagmus | *o* | *none* | | |
| 6. Alertness | *A + O* | *AOX3* | | |

### LAB TEST RESULTS (as ordered)

| | | | | |
|---|---|---|---|---|
| 1. E.E.G. | | *N/ordered* | | |
| 2. C.T. | | *N/ordered* | | |
| 3. Drug level (specify) | *to renal* | *Dil.* | | |

### MEDICATIONS

| | | | | |
|---|---|---|---|---|
| | | | | |
| *Tegretol 300 BID* | | | | |
| *Phenobarb 60 BID* | | *Temp* | | |
| Medication compliance | *K 2 P* | *yes* | | |
| Date medication ordered | *1-9-03* | *yes* | | |
| Education and counseling | | *yes* | | |

### DOCTOR EXAM Q 6 MONTHS

| Date | *1-9-03* | | |
|---|---|---|---|
| 1. Nystagmus | *o* | | |
| 2. Gait | *steady* | | |
| 3. Focal neuro deficit | *o* | | |
| | | | |

# Monthly Activities

Date: _May / 27 / 2005_

Inmate Name: Randall Hampton _____ AIS# 226420 _____

Was offered the following recreational activities during the month of:

**Gospel, Book Club, Creative Writing, Reality Orientation, Music Therapy, Movies, Therapeutic Animation, Schizophrenia, ADL, Social Activities, Effective Communication, Med Education, Primary Social Skills, Therapeutic Art (Puzzles), Anger Management, Self Expression, Western, Conflict Resolution, Depression, Anger/Stress, Current Events, Sleep, Concept, Open Recreation, Mental Stimulation, Bingo, Mental Health Education.**

His level of participation was generally (**active/marginal/reluctant/resistant/refused**) to participant in the previously mentioned group(s). This is (**consistent/inconsistent**) with his use of recreational services to date. Affect was generally (**angry/hostile/animated/ blunt/euthymic/flat/inappropriate/neutral/sad**). Mood appeared (**angry/sad/neutral/ euthymic/depressed/surly/belligerent/indifferent**). Hygiene was (**good/WNL/poor**). Inmate was generally (**on time/late**). General appearance was (**neat/WNL/disheveled/ shabby**). Speech was generally (**clear/mumbling/slurred/unintelligible**). Interpersonal interactions were generally (**relevant/irrelevant/insightful/superficial/confrontational/ indifferent/no interaction**).

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation (**will be/has been**) communicated to his treatment team.

_Andrew D. Love, B.S._
_____
Signature

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Randall Hampton_     AIS#: _22 64 20_

Institution: _Bullock CF_     Date of Disciplinary Report: _____

Is the inmate currently on the mental health caseload?     ☐ Yes     ☐ No
    If Yes, referred for mental health evaluation/consultation on: _____

## HEARING OFFICER:

Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*    *Does the inmate know what date it is?*    *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*    *Is inmate able to speak coherently?*    *Does the inmate avoid eye contact?*
*Does the inmate make sense?*    *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?   ☐ Yes   ☐ No
    If Yes, referred for mental health evaluation/consultation on: _____

## MENTAL HEALTH STAFF:

Date request for consult received: _7-8-05_     Date consult returned: _7-8-05_

Is the inmate competent to participate in the hearing?     (Yes)     No
    If NO, why is the inmate not competent?

    If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?     Yes     (No)
    If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if inmate found guilty?     Yes     (No)
    If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?     Yes     (No)
Mental Health Staff Member: _Mike Haynes_     Phone Contact: _133_

## DISCIPLINARY HEARING:

    Does the inmate appear to be competent to participate in the hearing?     Yes     No
    Have the mental health recommendations been considered?     Yes     No

    Hearing Officer: _____     Date: _____

| Inmate Name | AIS # |
|---|---|
| | |

I talked with _ in the seg unit. His thinking was clear. He can go to disciplinary court file a penny _ _ Mike Haynes LPC

# Monthly Activities

Date: _Feb_ / _14_ / 2005

Inmate Name: _Randall Hampton_ AIS# _226420_

Was offered the following recreational activities during the month of:

**Gospel, Book Club, Creative Writing, Reality Orientation, Music Therapy, Movies, Therapeutic Animation, Schizophrenia, ADL, Social Activities, Effective Communication, Med Education, Primary Social Skills, Therapeutic Art (Puzzles), Anger Management, Self Expression, Western, Conflict Resolution, Depression, Anger/Stress, Current Events, Sleep, Concept, Open Recreation, Mental Stimulation, Bingo, Mental Health Education.**

His level of participation was generally (**active**/marginal/reluctant/resistant/refused) to participant in the previously mentioned group(s). This is (**consistent**/inconsistent) with his use of recreational services to date. Affect was generally (**angry/hostile/animated/ blunt/euthymic/flat/inappropriate/neutral/sad**). Mood appeared (**angry/sad/neutral/ euthymic/depressed/surly/belligerent/indifferent**). Hygiene was (**good/WNL/poor**). Inmate was generally (**on time/late**). General appearance was (**neat/WNL/disheveled/ shabby**). Speech was generally (**clear/mumbling/slurred/unintelligible**). Interpersonal interactions were generally (**relevant/irrelevant/insightful/superficial/confrontational/ indifferent/no interaction**).

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation (**will be/has been**) communicated to his treatment team.

_____

Signature

## DISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2.11.05 | | (S) "I'm real good. I will never get in trouble again. I've had it to trouble" | |
| | | (O) Sxs of problem @ Voices remain in remission @ Focus much better — | |
| | | (A) Stable — Compliant — | |
| | | (P) will continue to follow — | Dr SGC |
| 2-14-05 | | Mental Health Disciplinary File — Perry / Mike Haynes | |
| 2/28/05 | | (S) In seg — Very Compliant | |
| | | (O) Sxs of problem — Voices are current by patient report @ Focus not good — | |
| | | (A) Non Compliant c tx efforts | |
| | | (P) will continue to follow — | Dr SGC |
| 2.15.05 | | (S) "Things are good" | |
| | | (O) Oriented x4 spheres / Poor Insight | |
| | | (A) Sxs of problem — @ Voices remain in remission @ Focus somewhat better — | |
| | | (P) will continue to follow — | Dr SGC |
| 3-24-05 | | Mental Health Disciplinary File, S is competent to participate in hearing. — Perry / Mike Haynes Briefly contact. | |
| 3/31/05 | | (S) "So you're gonna be my new counselor. I guess I can deal w/ that." Ely denied hall (O) 21 yr old BM Rational, coherent, talkative concentration okay (A) c Stable (P) Stable D/F/U 2 wks | R Stafford, MSW |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 21 | B/M | BCCF |

F-61

# Monthly Activities

Date: _Feb_____ / _11_ / 2005

Inmate Name: _Randall Hampton_____ AIS# _226420_____

Was offered the following recreational activities during the month of:

**Gospel, Book Club, Creative Writing, Reality Orientation, Music Therapy, Movies, Therapeutic Animation, Schizophrenia, ADL, Social Activities, Effective Communication, Med Education, Primary Social Skills, Therapeutic Art (Puzzles), Anger Management, Self Expression, Western, Conflict Resolution, Depression, Anger/Stress, Current Events, Sleep, Concept, Open Recreation, Mental Stimulation, Bingo, Mental Health Education.**

His level of participation was generally (**active/marginal/reluctant/resistant/refused**) to participant in the previously mentioned group(s). This is (**consistent/inconsistent**) with his use of recreational services to date. Affect was generally (**angry/hostile/animated/ blunt/euthymic/flat/inappropriate/neutral/sad**). Mood appeared (**angry/sad/neutral/ euthymic/depressed/surly/belligerent/indifferent**). Hygiene was (**good/WNL/poor**). Inmate was generally (**on time/late**). General appearance was (**neat/WNL/disheveled/ shabby**). Speech was generally (**clear/mumbling/slurred/unintelligible**). Interpersonal interactions were generally (**relevant/irrelevant/insightful/superficial/confrontational/ indifferent/no interaction**).

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation (**will be/has been**) communicated to his treatment team.

_____
Signature

# Monthly Activities

Date: _1·20·05_

IM Name: _Randall Hampton_ AIS#: _226420_

Was offered the following recreational activities during the month of:

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo,

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

2ND   1-30

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Randall Hampton_    AIS#: _B/226420_

Institution: _Bullock_    Date of Disciplinary Report: _1-29-05_

# 56 Failure to obey a direct order of A DOC official
Is the inmate currently on the mental health caseload?    (Yes)    No
        If Yes, referred for mental health evaluation/consultation on:_____

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*      *Does the inmate know what date it is?*    *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*    *Is inmate able to speak coherently?*    *Does the inmate avoid eye contact?*
*Does the inmate make sense?*            *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?    Yes    No
        If Yes, referred for mental health evaluation/consultation on:_____

**MENTAL HEALTH STAFF:**
Date request for consult received: _2-9-05_    Date consult returned: _2-9-05_

Is the inmate competent to participate in the hearing?        (Yes)    No
    If NO, why is the inmate not competent?

    If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes    (No)
    If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?    Yes    (No)
    If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes    (No)
Mental Health Staff Member: _Mike Haynes_        Phone Contact: _132_

**DISCIPLINARY HEARING:**

Does the inmate appear to be competent to participate in the hearing?    Yes    No
Have the mental health recommendations been considered?        Yes    No

Hearing Officer:_____        Date:_____

| Inmate Name | AIS # |
|---|---|
|  |  |

ALDOC Form 466-01

AR 466 – December 11, 2001

S was reviewd in the MH staff meeting. He was interviewed by me in my office. He can give a coherent explination of his side of the story. He can go to disciplinary court.
File in Perms    Log: MHU        Mike Haynes

# IN DISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1-25-05 | | (S) "I'm doing real good — I'm staying out of trouble — I've had it with trouble — | |
| | | (O) Review of problems — (1) Voices are currently in remission (2) Anxiety is much better Making good progress | |
| | | (A) Stable — Compliant — | |
| | | (P) Will continue to follow — | AEL |
| 1-29-05 | | S | |
| 1/31/05 | | S) Pt was banging his head in door + was placed in HCU + give trouble in | |
| | | (O) He is essentially an impulse control disorder & ASPD — Was frustrated + angry he acts out. (needs were both the restraint, takes med. & of seizures. | |
| | | (A) ASPD Axis II in for Impulse Ctrl Disor. Seizure Disord | |
| | | (P) Release of HCU — Pt. calm. | |
| | | **MHM Correctional Services** **Dr. Bill Sanders** | |
| 1/31/05 | 1130am | S - Inmate Complained of pin(s) being locked | |
| | | O - Inmate alert & polite ⊙ SOEPS | |
| | | A - Stable | |
| | | P - Administered Benadryl 50 mg IM Rt. Gluteal muscle I Syringe | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 21 | B/m | BCCF |

F-61

**IN.    SCIPLINARY PROGRESS NC**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 12/20/04 | | Mental Health Disciplinary File | Z Perry / Mike Wayne |

12·21·04  (S) "My mind drives me crazy"
(O) Report of problem @ attention
seeking behaviors — patient
is constantly trying to get his
way + attention by acting
out in many ways, Hitting
head
(A) not ever stable —
unpredictable behavior —
(P) will follow closely — Dr EEC

12·27·04  (S) "I'm finished with that crap"
(Behavior: fall on floor)
(O) Report on problem — "I aint
got no problem at all.
I'll just do my time.
(A) Better than before — calm
and sounds good —
(P) will continue to follow — Dr EEC

12/28/04  1700  (S) the medicine helps me some, I can't think sometimes.
(O) to Pill Call in Dorm. Above statement was made. Poor
eye contact. Inmate Polite. Compliant c meds.
(A) Stable
(P) Continue c present M/H plan + continue
to closely monitor s/s inmate Behavior Pattern. RS CRSW

1-13·05  (S) "I'm better — I'm not coming
back to seg.
(O) Report of problem — ① Patient says
voices are not as bad as
in the past, "I take my
medicine ② Patient says he is
always full of anxiety
(A) Stable compared to past
(P) will continue to follow — Dr EEC

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randall | 226420 | | | BCCF |

F-61

# IN DISCIPLINARY PROGRESS NO

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10/19/04 | S. | Spoke with inmate about signing up or joining Mental Health activity groups, he stated "No! that is not me, I'm not into that". | |
| | O. | very angry, alert | |
| | A. | unmotivated | |
| | P. | Activity Therapist will encourage inmate to participate in Mental Health activities slowly. | J. Ash A7 |
| 10·26·04 | 2:10 PM | Review Inmate Chart to prepare for tx c̄ inmate ——— | A.E Lancaster |
| 11/30/04 | 1040 | ① Pt reports "I did something I ain't supposed to did" Seen in seg Reports being harder p̄ not getting meds in timely fashion ⊘ SI b̄ nt ⊘ S/V Halluc | |
| | | ① Polite, angers easily when describing px | |
| | | Ⓐ ASPD | |
| | | ℗ Encouraged compliance c̄ DOC rules & reg | |
| 12-6-04 | | ⑤ Patient seen in seg. Complaint of how he is a victim. | MWelch |
| | | ⓞ Patient c̄ no real progress. | |
| | | Ⓐ Dx AXS II predominant - Antisocial | |
| | | ℗ will continue to follow ——— | Dr E.C |
| 12/14/04 | | ⑤ "I'm ok" p̄ convens | |
| Seen in seg | | ① Polite, c̄ appropriate | |
| | | Ⓐ p̄ acute MH issues | |
| | | ℗ Continue monitor / support | MWelch |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randall | 226420 | . | B/M | BCCF |

F-61

# Monthly Activities

Date: _11·10·04_

IM Name: _Randall Hampton_ AIS#: _22642 20_

Was offered the following recreational activities during the month of:

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo,

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Randall Hampton_ AIS#: _B 226420_

Institution: _BCCF_ Date of Disciplinary Report: _10-24-04_

Is the inmate currently on the mental health caseload? _(Yes)_ No
If Yes, referred for mental health evaluation/consultation on: _#69 - Destroying, Disposing_
_Damaging or Selling State Property_

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?      Does the inmate know what date it is?   Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?    Is inmate able to speak coherently?      Does the inmate avoid eye contact?*
*Does the inmate make sense?            Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?      Yes      No
If Yes, referred for mental health evaluation/consultation on:_____

**MENTAL HEALTH STAFF:**
Date request for consult received: _12-1-04_      Date consult returned: _12-1-04_

Is the inmate competent to participate in the hearing?                          _(Yes)_  No
If NO, why is the inmate not competent?

If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?      Yes  _(No)_
If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?      Yes  _(No)_
If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?      Yes  _(No)_
Mental Health Staff Member: _Mike Haynes_      Phone Contact: _122_

**DISCIPLINARY HEARING:**

Does the inmate appear to be competent to participate in the hearing?      Yes      No
Have the mental health recommendations been considered?                    Yes      No

Hearing Officer:_____      Date:_____

| Inmate Name | AIS # |
|---|---|
|  |  |

ALDOC Form 466-01

5 of 5

AR 466 – December 11, 2001

S was reviewed in the mental health staff meeting and
interviewed in the s-s unit by me.   He can go to
disciplinary court

File: L. Perry      Log: MHHU      _Mike Haynes_

# Monthly Activities

Date: _10.20.04_

IM Name: _Randall Hampton_ AIS#: _226420_

Was offered the following recreational activities during the month of:

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo,

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments:_____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

# Monthly Activities

Date: _12·13·04_

IM Name: _Randall Hampton_ AIS#: _226420_

Was offered the following recreational activities during the month of:

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo,

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

# Monthly Activities

Date: _9.24.04_

IM Name: _Randall Hampton_ AIS#: _226420_

Was offered the following recreational activities during the month of:

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo.

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

# Monthly Activities

Date: 8·23·04

IM Name: Randall Hampton AIS#: 226420

Was offered the following recreational activities during the month of:

Western, Reality Orientation, Music Therapy, Expressive Art,

Creative Writing, Movies, S.A.S. Group, ADL, Depression, Choir,

Understanding Your Treatment Plans, Grief, World News, Reading,

Primary Social Skills, Social Skills, Effective Communication,

Gospel/80's, Open Recreation, Mental Stimulation, Bingo,

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments:_____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

Signature

# Monthly Activities

Date: _7.12.04_

IM Name: _Randall Hampton_ AIS#: _226420_

Was offered the following recreational activities during the month of:

Open Recreation, Mental Stimulation, Bingo, Western, Reality

Orientation, Conflict Resolution, Music Therapy, Movies,

S. A. S. Group, ADL, Depression, Mental Health Education,

Understanding Your Treatment Plans, Grief, Primary Social

Skills, Effective Communication, Gospel/80's, Anger Management.

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_J. Bung_
Signature

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 07/08/04 | 10³⁰pm | S — Brought to Infirmary by DOC. | |
| | | O — Alert/oriented x 3 | |
| | | A — Superficial abrasion | |
| | | noted to right pinky. Denies suicide ideations. | |
| | | P—① Wash c̄ soap/Water | |
| | | ② Left/seen by Dr Sanders | |
| | | ③ D/C infirm Watch & return | |
| | | to seg as per Dr Sanders | Robert L. Williams RN |
| 7/14/04 | | S) Seen in Seg. | |
| | | O) Voices no complaints. Calm + polite. | |
| | | A/p no chg. | |
| 07-07-04 | 1010 | S) Pt here c/o problems c̄ dorm-mates | |
| | | "somethin' about to jump-off in there" Would | |
| Ø Meds | | rather return to seg than stay in dorms 1-4 | |
| | | Denies voices, or MH s/s. | |
| | | O) Angry, organized | |
| | | A) complaints r/t DOC | |
| | | Severe PD | |
| | | No obvious Ax I d/o | |
| | | P) D/W DOC — pt referred to Sgt Perry | |
| | | Encouraged pt to continue to follow rules/reg | |
| | | to avoid seg | M Wloczky P |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randall | 276490 | 10/15/83 20yrs | B/M | BCCF |

F-81

**INTERDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| | | S) *[illegible handwritten note]* | |
| | | O) *[illegible handwritten note]* | |
| | | A) *[illegible handwritten note]* | |
| | | P) *[illegible handwritten note]* | |
| 7/8/04 | | S) *[illegible handwritten note]* | |
| | | O) *[illegible handwritten note]* | |
| | | A/P *[illegible handwritten note]* | |
| 7/8/04 | | S) *[illegible handwritten note]* | MHM Correctional Services<br>Dr. Bill Sanders |
| | | O) *[illegible handwritten note]* | |
| | | A) *[illegible handwritten note]* | |
| | | P) *[illegible handwritten note]* | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 71 | Blk | BCCF |

F-61

DEPARTMENT OF CORRECTIONS

PHYSICIAN'S

# SEIZURE CHRONIC CARE CLINIC

| | |
|---|---|
| S: CHRONIC CARE CLINIC | ALLERGIES |
| DATE /TIME 091604 100 pm | NKA |
| O: VS T 98.6 P 68 R 18 <br> BP 120/72 WT 188 | |
| REVIEW OF NURSES CCC RECORD <br> YES ✓        NO | |
| Neurological exam: <br> Nystagmus  None <br> Pupils <br> Reflexes  normal | |
| Description of last SZ activity:  tonic-clonic | P: LABS  0 |
| **Treatment Goals** <br> Stabilization of seizure | |
| **Notes:** Seizure activity: (Controlled)  Uncontrolled  (circle one) <br><br> Compliance | ORDERS: <br> None <br><br><br> MEDICATION: <br> phenobarb <br> Tegretol |
| | STATUS: (circle) <br> (IMPROVED,) UNCHANGED, <br> WORSENED. |
| | CONTROL LEVEL: (circle) <br> (GOOD,) FAIR, POOR |
| | CCC WITH NURSE  (circle) <br> 1, 2, (3) MONTHS. |
| EDUCATION DONE <br> TOPIC        (Y)  N | CCC WITH MD (circle) <br> 1, 2, (3,) 4/5, 6 MONTHS. |
| INMATE NAME <br> Hampton, Randal | NUMBER <br> 226420 | AGE <br> 20 | RACE/SEX <br> Bm | SIGNATURE |

Control: Good—No seizure activity since last visit
Fair—One seizure since last visit
Poor—More than one seizure since last visit

Status: Improved—The number of seizures has diminished
Unchanged—The frequency of seizures has remained the same
Worsened—The number of seizures has increased

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: Randall Hampton                    AIS#: B/226420

Institution: BCCF                    Date of Disciplinary Report: 5-4-04

Is the inmate currently on the mental health caseload?                    Yes          No
    If Yes, referred for mental health evaluation/consultation on: #62, Intentionally
Creating a Security, Safety or Health Hazzard

HEARING OFFICER:
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

Does the inmate know where he is?          Does the inmate know what date it is?     Does inmate know why he is seeing hearing officer?
Is the inmate appropriately dressed?       Is inmate able to speak coherently?       Does inmate avoid eye contact?
Does the inmate make sense?                Are the inmate's statements logical and organized or unusual?

Should the inmate be referred for mental health evaluation of competency?     Yes          No
        If Yes, referred for mental health evaluation/consultation on:

MENTAL HEALTH STAFF:                    Date consult returned:
Date request for consult received:

                                                                          (Yes)     No
Is the inmate competent to participate in the hearing?
    If NO, why is the inmate not competent?

If NO, what treatment will assist the inmate in becoming competent?
                                                                          Yes       (No)

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?
    If YES, briefly describe the issues:
                                                                          Yes       (No)

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?
    If YES, briefly describe the issues and possible relation to the disposition:

                                                                          Yes       (No)
Does mental health staff want to be present at the disciplinary hearing to provide input?
Mental Health Staff Member: Jim Izterd, Psych.D.     Phone Contact: 109

DISCIPLINARY HEARING:
                                                                  Yes       No
Does the inmate appear to be competent to participate in the hearing?     Yes       No
Have the mental health recommendations been considered?
                                              Date:
Hearing Officer:

| Inmate Name | AIS # |
|---|---|
|  |  |

ALDOC Form 466-01

5 of 5

AR 466 – December 11, 2001

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

### Educational Assessment

Highest Grade Completed:_____ ☐ Regular Classes  ☐ Special Education
☐ Able to Read  ☐ Able to Write  ☐ Able to Communicate  ☐ Able to Understand Current Diagnosis
☐ Unable to Read  ☐ Unable to Write  ☐ Unable to Communicate  ☐ Unable to Understand Current Diagnosis

### Mental Status

Age: 20  ☑ Appears Stated Age  ☐ Appears Younger  ☐ Appears Older

Dress/Grooming:  ☐ Appropriate  ☑ Marginal  ☐ Disheveled  ☐ Bizarre

Posture:  ☑ Unremarkable  ☐ Rigid  ☐ Stooped

Facial:  ☑ Unremarkable  ☐ Hostile  ☐ Worried  ☐ Tearful  ☐ Sad

Eyes:  ☑ Unremarkable  ☐ Glances Furtively  ☐ Stares  ☐ Poor Eye Contact

Motor Activity:  ☐ Increased  ☐ Decreased  ☐ Gait Unsteady  ☐ Gait Rigid  ☐ Gait Slow
☐ Agitation  ☐ Tremors  ☐ Tics

General Attitude/Behavior: ☑ Spontaneous  ☐ Preoccupied  ☐ Suspicious  ☐ Argumentative
☑ Self-Destructive  ☐ Withdrawn  ☐ Regressed  ☐ Seductive  ☐ Hostile

Mood / Affect:  ☐ Flat  ☐ Depressed  ☐ Euphoric  ☐ Apathetic  ☐ Fearful  ☐ Labile
☐ Blunt  ☑ Inappropriate  ☐ Constricted

Speech / Communication:  ☑ Normal  ☐ Aphasia  ☐ Slurred  ☐ Rapid  ☐ Mute
☑ Flight of Ideas  ☐ Confabulation  ☐ Muttering  ☐ Tangential  ☐ Loose Associations  ☐ Over Productive

Thought Content:  ☐ Suicidal Thoughts/Plans  ☐ Homicidal Thoughts/Plan  ☐ Antisocial Attitudes
☑ Phobias  ☐ Indecisiveness  ☐ Self-Derogatory  ☐ Excessive Religion  ☐ Bizarre  ☐ Self-Pity
☐ Assaultive Ideas  ☐ Hypochondriasis  ☐ Alienation  ☑ Obsessive  ☐ Blames Others  ☐ Suspiciousness
☐ Helplessness  ☐ Inadequacy  ☑ Poverty of Content  ☐ Ideas of Guilt  ☐ No Deficit Identified

Abstract Thinking:  ☐ Unimpaired  ☐ Concrete

Delusions:  ☐ None  ☐ Persecution  ☐ Systematized  ☐ Somatic  ☐ Other_____

Hallucinations:  ☐ None  ☑ Auditory  ☐ Visual  ☐ Olfactory  ☐ Tactile

Memory:  ☐ Grossly Intact  ☐ Inability to Concentrate  ☐ Poor Recent Memory  ☐ Poor Remote Memory

Insight / Judgment:  ☑ Unimpaired  ☐ Poor Judgment  ☐ Poor Insight

☐ Does not know reason for transfer to RTU/SU  ☐ Unmotivated for Treatment

Assessment Completed by _S. Anderson LPN_  Date: _6/20/04_

☐ ADDITONAL COMMENTS IN ADMISSION PROGRESS NOTES

Page 2 of 2

| Inmate Name  Hampton, Randall | AIS #  226420 |
|---|---|