# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

### Educational Assessment

Highest Grade Completed:_____ ☐ Regular Classes  ☐ Special Education
☐ Able to Read    ☐ Able to Write    ☐ Able to Communicate    ☐ Able to Understand Current Diagnosis
☐ Unable to Read  ☐ Unable to Write  ☐ Unable to Communicate  ☐ Unable to Understand Current Diagnosis

### Mental Status

**Age:** 21    ☑ Appears Stated Age    ☐ Appears Younger    ☐ Appears Older

**Dress/Grooming:**    ☐ Appropriate    ☐ Marginal    ☑ Disheveled    ☐ Bizarre

**Posture:**    ☐ Unremarkable    ☐ Rigid    ☑ Stooped

**Facial:**    ☐ Unremarkable    ☑ Hostile    ☐ Worried    ☐ Tearful    ☐ Sad

**Eyes:**    ☐ Unremarkable    ☐ Glances Furtively    ☐ Stares    ☑ Poor Eye Contact

**Motor Activity:**  ☐ Increased    ☑ Decreased    ☐ Gait Unsteady    ☐ Gait Rigid    ☐ Gait Slow
☑ Agitation    ☐ Tremors    ☐ Tics

**General Attitude/Behavior:** ☐ Spontaneous    ☐ Preoccupied    ☑ Suspicious    ☐ Argumentative
☑ Self-Destructive    ☐ Withdrawn    ☐ Regressed    ☐ Seductive    ☐ Hostile

**Mood / Affect:**  ☑ Flat    ☐ Depressed    ☐ Euphoric    ☐ Apathetic    ☐ Fearful    ☐ Labile
☐ Blunt    ☐ Inappropriate    ☐ Constricted

**Speech / Communication:**  ☑ Normal    ☐ Aphasia    ☐ Slurred    ☐ Rapid    ☐ Mute
☐ Flight of Ideas    ☐ Confabulation    ☐ Muttering    ☐ Tangential    ☐ Loose Associations    ☐ Over Productive

**Thought Content:**    ☐ Suicidal Thoughts/Plans    ☐ Homicidal Thoughts/Plan    ☐ Antisocial Attitudes
☐ Phobias    ☐ Indecisiveness    ☐ Self-Derogatory    ☐ Excessive Religion    ☐ Bizarre    ☐ Self-Pity
☐ Assaultive Ideas    ☐ Hypochondriasis    ☐ Alienation    ☐ Obsessive    ☐ Blames Others    ☐ Suspiciousness
☐ Helplessness    ☐ Inadequacy    ☐ Poverty of Content    ☐ Ideas of Guilt    ☐ No Deficit Identified

**Abstract Thinking:**    ☐ Unimpaired    ☐ Concrete    *impaired*

**Delusions:**  ☐ None    ☐ Persecution    ☐ Systematized    ☐ Somatic    ☐ Other_____

**Hallucinations:**    ☑ None    ☐ Auditory    ☐ Visual    ☐ Olfactory    ☐ Tactile

**Memory:**  ☐ Grossly Intact    ☐ Inability to Concentrate    ☐ Poor Recent Memory    ☐ Poor Remote Memory

**Insight / Judgment:**    ☐ Unimpaired    ☑ Poor Judgment    ☐ Poor Insight

☐ Does not know reason for transfer to RTU/SU    ☐ Unmotivated for Treatment

Assessment Completed by:_____A. Thomas LPN_____  Date:_6/16/04_

☐ ADDITONAL COMMENTS IN ADMISSION PROGRESS NOTES

Page 2 of 2

| Inmate Name | AIS # |
|---|---|
| Hampton  Randall | 226430 |

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

### Educational Assessment

Highest Grade Completed:_____  ☐ Regular Classes    ☐ Special Education
☐ Able to Read    ☐ Able to Write    ☐ Able to Communicate    ☐ Able to Understand Current Diagnosis
☐ Unable to Read  ☐ Unable to Write  ☐ Unable to Communicate  ☐ Unable to Understand Current Diagnosis

### Mental Status

**Age:**          ☐ Appears Stated Age        ☐ Appears Younger        ☐ Appears Older

**Dress/Grooming:**    ☐ Appropriate    ☐ Marginal    ☐ Disheveled    ☐ Bizarre

**Posture:**    ☐ Unremarkable    ☐ Rigid    ☐ Stooped

**Facial:**    ☐ Unremarkable    ☒ Hostile    ☐ Worried    ☐ Tearful    ☐ Sad

**Eyes:**    ☒ Unremarkable    ☐ Glances Furtively    ☐ Stares    ☐ Poor Eye Contact

**Motor Activity:**    ☐ Increased    ☐ Decreased    ☐ Gait Unsteady    ☐ Gait Rigid    ☐ Gait Slow
☐ Agitation    ☐ Tremors    ☐ Tics

**General Attitude/Behavior:** ☐ Spontaneous    ☐ Preoccupied    ☒ Suspicious    ☐ Argumentative
☒ Self-Destructive    ☐ Withdrawn    ☐ Regressed    ☐ Seductive    ☐ Hostile

**Mood / Affect:**    ☐ Flat    ☒ Depressed    ☐ Euphoric    ☐ Apathetic    ☐ Fearful    ☐ Labile
☐ Blunt    ☐ Inappropriate    ☐ Constricted

**Speech / Communication:**    ☒ Normal    ☐ Aphasia    ☐ Slurred    ☐ Rapid    ☐ Mute
☐ Flight of Ideas  ☐ Confabulation  ☐ Muttering  ☐ Tangential  ☐ Loose Associations  ☐ Over Productive

**Thought Content:**  ☒ Suicidal Thoughts/Plans   ☐ Homicidal Thoughts/Plan   ☐ Antisocial Attitudes
☐ Phobias  ☐ Indecisiveness  ☐ Self-Derogatory  ☐ Excessive Religion  ☐ Bizarre  ☐ Self-Pity
☐ Assaultive Ideas  ☐ Hypochondriasis  ☐ Alienation  ☐ Obsessive  ☐ Blames Others  ☐ Suspiciousness
☐ Helplessness  ☐ Inadequacy  ☐ Poverty of Content  ☐ Ideas of Guilt  ☐ No Deficit Identified

**Abstract Thinking:**    ☐ Unimpaired    ☐ Concrete

**Delusions:**  ☐ None  ☐ Persecution  ☐ Systematized  ☐ Somatic  ☐ Other_____

**Hallucinations:**    ☐ None    ☒ Auditory    ☐ Visual    ☐ Olfactory    ☐ Tactile

**Memory:**  ☐ Grossly Intact  ☐ Inability to Concentrate  ☐ Poor Recent Memory  ☐ Poor Remote Memory

**Insight / Judgment:**    ☐ Unimpaired    ☒ Poor Judgment    ☐ Poor Insight

☐ Does not know reason for transfer to RTU/SU    ☐ Unmotivated for Treatment

Assessment Completed by: _A Thomas RN_____  Date:_7/07/04_

☐ ADDITONAL COMMENTS IN ADMISSION PROGRESS NOTES

| Inmate Name  *Hampton  Randall* | AIS #  *226490* |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Randall Hampton_    AIS#: _B/m 226420_

Institution: _BCCF_    Date of Disciplinary Report: _June 14, 2004_

Is the inmate currently on the mental health caseload?    (Yes)    No
If Yes, referred for mental health evaluation/consultation on: _June 16, 2004_
_Rule # 38 (Indecent Exposure / Exhibitionism_

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*    *Does the inmate know what date it is?*    *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*    *Is inmate able to speak coherently?*    *Does the inmate avoid eye contact?*
*Does the inmate make sense?*    *Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?    Yes    No
If Yes, referred for mental health evaluation/consultation on:_____

**MENTAL HEALTH STAFF:**
Date request for consult received: _6-17-04_    Date consult returned: _6-17-04_

Is the inmate competent to participate in the hearing?    (Yes)    No
If NO, why is the inmate not competent?

If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes    (No)
If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if the inmate is found guilty?    Yes    (No)
If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes    (No)
Mental Health Staff Member: _M. R. O'Connor_    Phone Contact: _132_

**DISCIPLINARY HEARING:**

Does the inmate appear to be competent to participate in the hearing?    Yes    No
Have the mental health recommendations been considered?    Yes    No

Hearing Officer:_____    Date:_____

| Inmate Name | AIS # |
|---|---|
| | |

ALDOC Form 466-01

AR 466 – December 11, 2001

Hampton was reviewed in the staff meeting and interviewed by me in the infirmary. He was able to communicate with me in a clear fashion and he said he could present his side of the matter to the hearing officer. He would like help from his counselor but did not know. The m.h. staff has not expressed an interest in ...

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/18/04 1500 | | S, Seen in seg following reports of regressive behavior. He claims "voice" of "devil" Insomnia | |
| | | 0. Alert Relatively calm Organized No threats now to self or others | |
| | | A. Severe personality d/o w/ episodes of regression | |
| | | P. Thorazine x 3d Support | |
| | | The potential benefits and side effects of _Thorazine_ within the dosage range of _50/d_ have been discussed with the inmate and the inmate has agreed to accept the medication. | *[signature]* |
| 6/21/04 6⁵⁰/n | | S) Called yesterday abt Mr. Hampton running into the wall in seg. O) Placed in 5pt restraints in INFIRMY for his own protection Sleep soundly (out of restraint This morning). A/p no chge. Return to segregation. | *[signature]* |
| 6/21/04 | | Mental Health Disciplinary Process Tate Zh Perry / Mike Hayes | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 21 | B m | Kilby |

F-61

**INTERDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 6/16/04 | 1:20 pm | S) Still Threatening self; Will allow 1 hand free to use the urinal — However his threat to fall backward off the sink on his head mandates continued restraint. | |
| 6/17/04 | 6:30 a. | S) Seen in Infirmary PT Slept all night & maint on Medication O) Will discuss c Staff & Security A) When to return PT to Seg. or Doc P) Precaut. | |
| 6/17/04 | 8:40 m | Returned to Doc Place. Off suicide watch. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Rawnac | 226420 | 21 | Bm | BCC |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 06/15/04 | 10 15 PM | S- Drank hair shampoo. | |
| | | O- *[illegible]* physically aggressive | |
| | | *[illegible]* No c/o s/p | |
| | | A- showing up ingested food | |
| | | P- Seen by RD - *[illegible]* | |
| | | TM Ativan administered in Rt gluteal *[illegible]* reaction. | |
| | | Placed in HCU in 5 pts restraint | |
| | | PO antacid administered | |
| | | C- Notified nursing *[illegible]* of | |
| | | any distress | *[signature]* |
| | | | |
| 6/16/04 | 14 30 | Pt calm now. | |
| | | Will release from 5 pt restraint. | *[signature]* |
| | | | |
| 6/16/04 | 6 45 PM | Pt calm this a.m. | |
| | | Voluntary *[illegible]* | |
| | | Will return to Seg. | *[signature]* |
| | | | |
| 6/16/04 | 8 15 PM | S) Pt *[illegible]* his cell in Seg. | |
| | | O) Began to HW angry & suicidal — threaten to *[illegible]* broken off | |
| | | A) As above & before | *[illegible]* suicidal | |
| | | P) Placed in 5 pt restraint | |
| | | O Suicide conv. | |
| 6/16/04 | 10 30 | Reports *[illegible]* telling him to *[illegible]* | |
| | | Quit *[illegible]* | *[signature]* |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 10/15/83 | B/M | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/8/04 | | S) Pt is Calm + Withdrawl, Initially was sleeping when I went in | |
| | | O) No Anger evident Initially, But once He woke up Started Banging on The Door + Walking Pacing Around The Cell in An Agg. Fashion c His Fists Balled Up. | |
| | | A) Explosive PD + Impulse Control Disorder / ASPD (h/o Residual Brain Damage (?) (See Dr. Kern's Note of 10/20/03) | |
| | | P) At This Point in Time He is primarily A Security Probe To Psychiatry. - However Will get A Skull X to Determine Date + Pos Atl if He Has A Steel plate There. | |

MHM Correctional Services
Dr. Bill Sanders

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5/5/04 | | - Pt given diet this Item Discussed c Capt Willm - He Agrees - He is lucid & Calm I Understand. | |
| 5/6/04 | | X-ray - No Steel plate or Burr Holes in His Skull. | |
| 6/15/04 | | S) Acts Up again - Ping with urine ~ Drank Shampoo | |
| | | O) Agr etc | |
| | | A) Impulse ctrl Dis | |
| | | P) Place in Hosp & Suicide Knock in SPT restraint | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randan | 226426 | 21 | Bm | BCC |

F-61

Monthly Activities

Date _3·1/04_

IM Name _Randall Hampton_ AIS# _226420_

Was offered the following recreational activities during the month of:

_March 04, activities: Mental stimulation_
_worksheet, open recreation, music therapy,_
_current events, bingo, conflict of resolution,_
_gospel, cartoon, western, movies, under-_
_standing violence, moral + values, stress mgmt._

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad.* Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent.* Hygiene was *good/WNL/poor.* IM was generally *on time/late.* General appearance was *Neat/WNL/Disheveled/Shabby.* Speech was generally *clear/mumbling/slurred/unintelligible.* Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction.*

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 3/25/04 | | Treatment Review | |
| | | S) O- Inmate Hampton has seizures occassionally. Reports thinking other people are to get him. Spends most of time exercising + writing lawyer. Confused affect | |
| | | + labile | |
| | | P- Next person is scheduled in two weeks.          A. Peters, MHP | |
| 5/4/04. | 10⁴³ AM | S) Pt was seen in visit room where he was angry, throwing chairs + at one point, considering fighting the officer. He was visiting his mother + father at the time, + I was able to witness the unprovoked nature of the threat. | |
| | | O) Explosive, angry, out of control. Threatens to do harm + waits to be killed. "You may need to kill me" etc. | |
| | | A) Acute explosive psychotic reaction of RAGE! | |
| | | P) Haldol + Ativan IM - 5pt restraint + suicide watch in INF. | |
| 5/4/04. | 12⁵⁵ | S) Pt asleep + calm | |
| | | O/P) Will release from 5 pt. restraint. | |

---

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randell | 226420 | | B/M | BCCF |

F-61

# DISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1-29-04 | | Treatment Note: | |

(S) Patient sleeps the "Majority" of the Day. Patient does Not Participate in any Group activities or Exercises programs offered by officers. "I believe my medication is causing me to sleep like this." "I am Not complaining about it because it keeps me out of trouble." MHP has noticed that patient has not gotten any disciplinaries or citations. Patient seems to be functioning well on the RTU. According to MAR, Medication compliance is in order.

(O) Patient's speech was slurred, however was understandable. Appearance was acceptable.

(A) Schizoaffective Disorder

(P) Will continue to provide individual Counseling with encouragement of Medication Compliance.

S. Hahn, M.S., MHP

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| HAMPTON, Randell | 226420 | | B/m | BCCF |

F-61

# Monthly Activities

Date _2·12·04_

IM Name: _Randell Hampton_ AIS#: _221042 0_

Was offered the following recreational activities during the month of:

_February 04, activities: Mental stim-_
_ulation work sheet, Open recreation,_
_Bingo, music therapy, bingo, current_
_events, gospel, music, cartoons,_
_moral + values, hygiene, social skills_

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymia/flat/inappropriate/neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/Indifferent/no interaction.*

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

# Monthly Activities

Date *12·10·03*

IM Name: *Randell Hampton* AIS#: *226420*

Was offered the following recreational activities during the month of:

*Dec. 03, activities: Linr, Open Recreation, mental stimulation work sheet, self-esteem, art therapy, mural & values, coping skills, stress mgmt, gospel movies, music therapy.*

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|

12-18-03

Treatment Note

S - Patient has not had a recent Episode of any Suicide attempts or any verbal reference to Suicide. Concerns about the client. Suicidal ideations were brought up in an open and honest manner. Emphasis was placed on the Permanent nature of using suicide as a solution for a temporary problem or emotional State. Patient at one point was not taking his medication due to fear Someone trying to hurt him.

— O - Patient was agitated, angry and Paranoid.

— A - Patient Seem to have trouble controlly his behavior as well as insubordination towards DOC officers

— P - Patient was reminded to focus on the Portion of himself that wants to go on living. Patient was also encouraged to change irrational Behavior.

J. H___ M.S. MHP

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| HAMPTON, Randall | 226420 | | B/M | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 11/7/03 | 1245 | S. Escalating in safe cell again. Loud, pacing, but able to slow down an converse. No suicidal threats now, but fears he "can't take it." Agrees to accept po Thorazine. Contracts for safety<br>O. Agitated<br>A. He continues to have difficulty managing his emotions / behavior, and is in danger of regressing. Not judged acutely suicidal.<br>P. Thorazine prn<br>Support | _Ken_ |
| 11/7/03 | 1340 | S. Seen again in safe cell. Agitated, but able to verbally de-escalate. Declines further Rx for the moment. No new threats.<br>O. Easily agitated; gets fearful, paces.<br>A. Ongoing, fluctuating crisis situation, though he calms a little easier now.<br>P. Will make IM Ativan available in addition to Thorazine. Inmate agrees. Ongoing support in safe cell | _Ka_ |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, R | 226420 | | | |

F-61

## Monthly Activities

Date: *1·13·04*

IM Name: *Randell Hampton* AIS#: *226420*

Was offered the following recreational activities during the month of:

*January 04. Activities: Mental Stimulation worksheet, open recreation, Bingo, Social skills, current events, movies, music therapy, current, Gospel, Social skills.*

His level of participation was generally (active)/marginal/reluctant/resistant/refused to participate in the previously mentioned group(s). This is consistent/inconsistent with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad.* Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent.* Hygiene was *good/WNL/poor.* IM was generally *on time/late.* General appearance was *Neat/WNL/Disheveled/Shabby.* Speech was generally *clear/mumbling/slurred/unintelligible.* Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction.*

Comments:_____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

_____
Signature

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11/6/03 | 1320 | S. Seen in safe cell this AM and again this afternoon. He says he's hungry and would prefer to return to seg. He is not threatening to harm himself, and we had a frank discussion of his history of making suicidal statements and how this has kept him on close watch and restricted to bag meals. O. Alert, easily frustrated but able to develop rapport. Speech is spontaneous and clear. No objective signs of psychosis. He's able to contract for safety and understand all of our conversation about options. A. (Severe) Personality D/O ("cluster B") P. He declines any meds. We'll D/C suicide watch (MHO only) and I'll see him in safe cell in AM | |
| 11/7/03 | 1100 | S. Seen in safe cell. He feels better. No major outbursts. He requests to remain in safe cell through weekend, then go to seg, as he fears he'll have a challenge coping there and could "go off" unless we're around to help. O. Polite. More relaxed. No suicidal threats now. A/P. crisis resolving. Will keep on MHO through Monday AM, then to seg | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randell | 226420 | | | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11-6-03 | | Treatment Note:" | |

Treatment Note:"
The Patient was asked to describe the frequency and intensity of his suicidal attempts and ideations, theistorical of any existing suicide plan, and the (history) of past attempts. Patient was encouraged to be forthright regarding the current strength of his suicidal feeling and the probability to control his suicidal urges. Patient is being monitored in a crisis cell on an array basis for his suicide potential.

S. Helms M.S. MFT Associate MHP

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| HAMPTON, RANDALL | 226 420 | | B/M | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 11-04-03 | 1000 | S. Pt awakened in infirmary, initially beating fists on door + then banging head on door. Lt Stevens here to help de-escalate situation. Pt does not want 'shot' Explained to pt our obligation to protect him from self-injury. Explained that if he does not stop banging head, medication and/or restraints will bee needed. Pt expressed understanding of agreement. Vague suicide references - denies plan. O Tearful, poor eye contact. A As per Dr Kern, acute disruptive + self-injurious behavior. P Lt Stevens took pt outside for break. Pt understands that further self-injury/head-banging will require meds/restraints. | M. Webb CRN P |
| 11/5/03 | | Hampton is Calmore Today. He is Dressing Seg min. RBT cht ASkg for Help - not acting out. He was Another eg in Hcw, to Nit Together Wan Do. | |
| 11/5/03 12³ | | Pt Beat. His Head Agnt to Cell. Wan gn sht of Haldl + att. Pt Calm his pm | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 20 | BM | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11/3/03 | 1045 | Addendum:<br>Inmate seen in safe cell several times this morning and case discussed w/ Dr Sanders and w/ security officers. Inmate keeps getting agitated, tearful, pacing, pounding on door, yelling. Some suicidal comments, such as "Why don't you get a gun and shoot me?!" He only briefly calms after I talk w/ him, then the cycle repeats.<br>He needs medication to interrupt this emotional crisis. He initially refused, but then agreed and accepted meds voluntarily after Lt Perkins spoke to him in safe cell. | Ken |
| 11/4/03 | 0730 | Sleeps quietly this AM. — I did not get a call about him last NIGHT. Will recheck when he wakes up. | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 20 | B/M | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 11/3/03 | | S. Seen in safe cell. | |
| 0650 | | He says he was "beaten" by officers and he wants to transfer out of this camp. He was observed in the safe cell deliberately falling to the floor, per officer, but shows no evidence of injuries to my observation. He says he was suicidal because he thought "the police" were going to harm him. | |
| | | O. Now calm; initially says he "can't remember", when asked what happened, then relates events in some detail. He says he won't forget what officers did to him and he may harm one of them. He does not exhibit any psychotic features, nor does he appear depressed. | |
| | | A. Dx likely primary Axis II (ASPD w/ long hx of conflict w/ authorities) | |
| | | P. Continue safe cell pending review of disposition options. Discussed ē Dr Sanders. | |
| | | | Kern MD |
| Late Entry | 11/02/03 1400 | Haldol 10mg IM & Ativan 2mg IM given in Rt gluteal per order Dr. Sanders. | M. Thomas RN |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, R | 226420 | | B/M | BCCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10/20/03 | S. | Various C/o incl. "leg hurts", "flashbacks". | |
| 0800 | | Prior hx "voices", "seeing things." Dramatically | |
| | | reports hx multiple attempts at self-harm, | |
| | | but no intent / plan now. | |
| | O. | Alert, spontaneous. Voices has whining quality, | |
| | | but is rel rate. Affect constricted. Vague SI, | |
| | | but no plan/threat. No threats to others. | |
| | | No objective psychotic features. Tends to | |
| | | be overinclusive / tangential | |
| | | At Taylor Hardin SMF: 5/2/02 - 7/9/02 w/ | |
| | | dx of I. Malingering | |
| | | II. Polysubstance abuse + | |
| | | II. ASPD | |
| | | III. Pseudo seizures | |
| | A. | Questionable dx on Axis I. | |
| | | ASPD + Borderline PD(?) | |
| | P. | D/C Prozac (not taking anyway) | |
| | | Considering D/C Haldol — discuss next visit; | |
| | | monitor | Ken M |
| 10/28/03 | | Note. Inmate is competent enough to participate | |
| | | in disciplinary hearing | Perry / Michael |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, R | 226420 | | B/M | BCCF |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: HAMPTON, RANDALL    AIS#: 226420

Institution: Bullock    Date of Disciplinary Report: _____

**Is the inmate currently on the mental health caseload?**    ☐ Yes    ☐ No
If Yes, referred for mental health evaluation/consultation on: _____

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to understand what the charge is and what might happen as a result of the charge or the inmate appears unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?*          *Does the inmate know what date it is?*          *Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?*       *Is inmate able to speak coherently?*           *Does the inmate avoid eye contact?*
*Does the inmate make sense?*                *Are the inmate's statements logical and organized or unusual?*

**Should the inmate be referred for mental health evaluation of competency?**    ☐ Yes    ☐ No
If Yes, referred for mental health evaluation/consultation on: _____

**MENTAL HEALTH STAFF:**
Date request for consult received: 11-10-03          Date consult returned: 11-10-03

Is the inmate competent to participate in the hearing?          (Yes)    No
If NO, why is the inmate not competent?

If NO, what treatment will assist the inmate in becoming competent?

Are there mental health issues that may have impacted inmate's behavior at the time of the charge?    Yes    (No)
If YES, briefly describe the issues:

Are there mental health issues to be considered regarding disposition if inmate found guilty?    Yes    (No)
If YES, briefly describe the issues and possible relation to the disposition:

Does mental health staff want to be present at the disciplinary hearing to provide input?    Yes    (No)
Mental Health Staff Member: MWR Hayma    Phone Contact: 132

**DISCIPLINARY HEARING:**

Does the inmate appear to be competent to participate in the hearing?    Yes    No
Have the mental health recommendations been considered?    Yes    No

Hearing Officer: Kelvin Ippett    Date: 11-7-03

| Inmate Name | AIS # |
| --- | --- |
|  |  |

S mental health status was reviewed in an open
mental health staff meeting. Noone thought going to
disciplinary court was a problem. His thinking is clear
it ...

TAYLOR HARDIN SECURE MEDICAL FACILITY

HOSPITALIZATION SUMMARY

```
****************************
*  CONFIDENTIAL & PRIVILEGED  *
*     For Professional Use Only     *
*          Not for Publication          *
*     Not to be Used Against        *
*          Patient's Interest           *
      ****************************
```

**NAME:**   Hampton, Randall

**FILE NO.** 06 50 32 96

**SEX:**  Male

**MARITAL STATUS:** Single

**DATE OF BIRTH:** 10/15/83

**S.S. #:**  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

**.ENT ADMISSION DATE:** 05/02/02

**ISSION STATUS:** TX-IST/MSO

**LEAVE DATE:**  07/09/02

**LEAVE STATUS:**  Discharge

**PATIENT'S NEXT-OF-KIN:**  Barbara Hampton
Relationship:  Mother
Address:       6385 Airport Road
               Elmore, AL  36025
Phone:   (334) 290-3723

```
***********************************************************************
```

| **PROVISIONAL DIAGNOSES** | **AXIS** |
| --- | --- |
| Psychotic Disorder, NOS, Rule Out | I |
| Major Depressive Disorder, Single, Rule Out | I |
| Other (or Unknown) Substance Abuse, Rule Out | I |
| Personality Disorder, NOS, Rule Out | II |
| Epilepsy, NOS – Not Intract | III |
| GAF: 35 | V |

| **FINAL DIAGNOSES** | **AXIS** |
| --- | --- |
| Malingering | I |
| Polysubstance Abuse | I |
| Antisocial Personality Disorder | II |

TAYLOR HARDIN SECURE                         NAME:  Hampton, Randall
MEDICAL FACILITY                             FILE NO.:  06 50 32 96
Tuscaloosa, Alabama

**HOSPITALIZATION SUMMARY**
PAGE 2

Pseudoseizures, History of Seizures and Complains of Gastritis          III
Moderate                                                               IV
GAF:  55                                                                V

**OTHER MEDICAL DIAGNOSES**

None.

**PROGNOSIS FOR PRINCIPAL DIAGNOSES**

Guarded.

************************************************************************

**DISCHARGE MEDICATIONS**

1.  Phenobarbital 30 mg. po q. hs
2.  Tegretol 300 mg. po b.i.d.
3.  Benadryl 100 mg. po q. hs
4.  Zantac 150 mg. po b.i.d.

**MEDICAL SUMMARY**

Mr. Hampton was seen for a physical examination on May 3, 2002 conducted by Alice
Cunningham, CRNP.  The patient reported a history of a seizure disorder, past suicide
attempts, putting his head into a toilet, cutting himself and trying to starve himself to
death.  He had numerous scars and tattoos including a five-inch scar on left lateral neck,
long scar on left posterior forearm and four-inch scar on right wrist.

At the time of admission, Mr. Hampton weighed 150 pounds with an ideal body weight
range of 154 to 166 pounds.  He was placed on a regular diet.  Admission lab work
indicated the following out of range results:  SGOT (AST) 53, SGPT (ALT) 101, WBC
3.98, RBC 4.07, MCV 96.1, MCH 34.4, and Tegretol level 2.  Syphilis serology was
nonreactive.  AIMS testing indicated a score of zero.  PPD was negative on 05/07/01.