TAYLOR HARDIN SECURE                           NAME:  Hampton, Randall
MEDICAL FACILITY                               FILE NO.:  06 50 32 96
Tuscaloosa, Alabama

**HOSPITALIZATION SUMMARY**
PAGE 3

On 06/10/02 Mr. Hampton was sent to Bryce Hospital for a neurology consult conducted by Dr. Franco.  He found a questionable history of seizure activity and recommended discontinuing the patient's phenobarbital.  He also recommended further testing if the patient continued to have problems.  The patient was noted to continue report shaking and trembling which he said were seizures but he did not ever have loss of consciousness or incontinence.  He would quickly go on about his activities when redirected by staff.  No other outside consultations were required.

**LEGAL STATUS**

Mr. Randall Hampton is an 18-year-old, single, African-American male who was admitted to Taylor Hardin Secure Medical Facility on 05/02/02 with a commitment status of TX-IST/MSO.  He was arrested on 03/26/02 and charged with Robbery, First Degree.  Reports from the jail indicate that the patient was smearing feces on the wall, tearing padding off the walls and screaming.  He was noted to isolate himself from other inmates and occasionally he was assaultive.  An outpatient forensic evaluation was ordered and conducted on 04/05/02 by Guy J. Renfro, Ph.D., Certified Forensic Examiner.  On the day of the evaluation Mr. Hampton was housed in an isolation cell on suicide watch.  It was reported that his hair was long and dirty and he was unkempt.  He was difficult to keep topic focused and was easily distracted.  Dr. Renfro's diagnoses included Psychotic Disorder, NOS, Axis I; Rule Out Factitious Disorder, Predominantly Psychological Symptoms, Axis I; Rule Out Malingering, Axis I; Estimated Borderline Intellectual Functioning, Axis II; and Seizures, Axis III.  It was Dr. Renfro's opinion that Mr. Hampton appeared to be at high risk to exhibit unmanageable and disruptive behavior in the courtroom.  Inpatient psychiatric treatment was recommended and the patient was transferred to Taylor Hardin Secure Medical Facility.  He was court ordered for treatment and evaluation by the Honorable Eugene W. Reese, Circuit Court Judge of Montgomery County, Alabama.

**PSYCHIATRIC SUMMARY**

Mr. Hampton was assessed for a mental status examination on May 3, 2002 conducted by Dr. Denise M. Perone, Staff Psychiatrist.

TAYLOR HARDIN SECURE
MEDICAL FACILITY
Tuscaloosa, Alabama

NAME: Hampton, Randall
FILE NO.: 06 50 32 96

**HOSPITALIZATION SUMMARY**
PAGE 4

**MENTAL STATUS EXAM**

APPEARANCE:  the patient has longish bushy hair.  He is clean shaven and has a very well healed scar noticeably down the left side of his neck and down his back.  On his left forearm he has tattooed "RIP."  Grooming and hygiene are average.

ORIENTATION:  the patient is alert.  He was able to state how old he was but he stated he did not know where he was or why he was here.  He could not say what time of year it was, what the year was or what the month was stating he thought it was winter.

GENERAL BEHAVIOR:  the patient is somewhat ill at ease and evasive.  He is sitting at the table at one minute snapping his fingers as if he is hearing music and at another minute rolling his head around and looking down at the ground.  His eye contact was poor.

SPEECH ACTIVITY:  hesitant and reduced with responses only and often he would respond "I don't know."  His tone was monotone.

AFFECT/MOOD:  mood was dysthymic and affect was blunted.  Affect was consistent with the mood.

SUICIDAL/HOMICIDAL IDEATION/INTENT:  the patient states he was suicidal in jail because they threw food on the floor and made him eat on the floor and treated him badly.  He states he is not suicidal now.  Homicidal ideation and intent are absent, though, it must be noted that jail states he was assaultive.

THOUGHT PROCESSES:  there is a paucity of thought.  There is no looseness of association, no flight of ideas and no pressured speech.  The patient did state that he hears voices all the time.  He said he saw "Foo Foo and Billy" and does not know "how do I see them and nobody else does?"  He later said that they have beaten him up in the past.

He did state that he feels others are after him and trying to hurt him but mostly when asked about feeling unsafe he would either not answer or state "I don't know."

Abstractions and proverbs were not done.  This patient often did not answer questions.

TAYLOR HARDIN SECURE
MEDICAL FACILITY
Tuscaloosa, Alabama

NAME:  Hampton, Randall
FILE NO.:  06 50 32 96

**HOSPITALIZATION SUMMARY**
PAGE 5

MEMORY FUNCTIONING:  the patient was able to immediately recall two out of three objects but was able to recall none in five minutes even with coaching.  When asked who the president was he said "my mom."  He stated that he did not know the colors of the American flag and was able to repeat only three numbers forward without mistakes.

ESTIMATED IQ:  appears poor although it is difficult to evaluate since there is a paucity of speech.

INSIGHT:  none or 12 on a scale of 0 – 12 with 12 being worst.

JUDGMENT:  poor or 10 on a scale of 0 – 12 with 12 being worst.

**MEDICATION SUMMARY**

05/02/02
1.  Tegretol 300 mg. po b.i.d.
2.  Phenobarbital 60 mg. q. hs
3.  Prolixin Concentrate 5 mg. po t.i.d.
4.  Droperidol 10 mg. IM q. four hours PRN for agitation/psychosis/r for appears to be hallucinating
5.  Benadryl 50 mg. IM po q. four hours PRN for EPS/R
6.  Benadryl 50 mg. po q. hs to help sleep

05/03/02
1.  Zantac 150 mg. b.i.d. for intermittent mostly post meal vomiting for an extended period of time
2.  Lithium Citrate 450 mg. now and 450 mg. b.i.d. for lability of mood

05/05/02
1.  Increase Lithium Citrate 450 mg. po q. a.m.; 300 mg. po q. 1:00 p.m. and 450 mg. po q. 5:00 p.m. – patient feeling great relief from Lithium, no side effects and mood much better.

05/08/02
1.  Inderal 10 mg. po q. i.d. – leg cramping, also can help neurological pain with left leg and also decrease any tremors from Lithium.

TAYLOR HARDIN SECURE
MEDICAL FACILITY
Tuscaloosa, Alabama

NAME:  Hampton, Randall
FILE NO.:  06 50 32 96

**HOSPITALIZATION SUMMARY**
PAGE 6

05/10/02
1. Discontinue Prolixin – may not need – psychosis may be due to mood disorder.
2. Increase Inderal to 20 mg. po t.i.d. and starting 05/11/02 Discontinue Inderal and begin Inderal LA 80 mg. po q. a.m. – seems to be helping left leg pain.

05/16/02
1. Prolixin Concentrate 5 mg. po t.i.d. – patient becoming psychotic re:  Billy and Fu Fu, hyper and not sleeping.

05/16/02
1. Prolixin Concentrate 10 mg. po now – having a lot of trouble hearing voices now.

05/17/02
1. Phenobarbital 60 mg. po now – level from today is low, sub-therapeutic from admission

05/24/02
1. Starting 05/25/02 D/C Prolixin
2. Starting 05/25/02 Prolixin 10 mg. po q. hs – very sedated but thoughts are clearing

05/28/02
1. Starting 05/29/02 D/C Phenobarbital and begin Phenobarbital 60 mg. po q. hs – despite level decrease on 60 mg. a day, patient so sedated now he can barely get out of bed or answer questions.

05/31/02
1. Increase Prolixin hs to 50 mg. po – last time patient was on this dose he seemed to clear, still seems to be hallucinating.

06/02/02
1. Hold Benadryl
2. Hold Inderal
3. In a.m. draw CBC with differential Phenobarbital and Lithium level stat – complain of sedation and leg weakness

06/06/02
1. D/C Lithium

TAYLOR HARDIN SECURE  
MEDICAL FACILITY  
Tuscaloosa, Alabama

NAME:  Hampton, Randall  
FILE NO.:  06 50 32 96

**HOSPITALIZATION SUMMARY**  
PAGE 7

2.  Starting 06/07/02 begin Lithium Citrate 450 mg. b.i.d. – patient very sleepy may be due to increase in therapeutic Lithium

06/07/02
1. D/C Prolixin
2. D/C Lithium
3. D/C Inderal
4. D/C hs Benadryl
5. Decrease Phenobarbital to 30 mg. po q. hs times seven days then D/C
6. D/C Phenobarbital – as per Dr. Franco

06/10/02
1. Zyprexa 5 mg. po q. hs – patient complains of Billy and Fu Fu and he can't sleep – this is to help decrease any brain irritability.

06/11/02
1. D/C previous Phenobarbital order
2. Continue Phenobarbital 30 mg. po q. hs – patient is not oversedated on this dose and mom gives a strong history of seizure disorder
3. Increase Zyprexa 10 mg. po q. 5:00 p.m. – no side effects – slept better last night

06/12/02
1. D/C Zyprexa – patient oversedated and complains that medicine is not helping
2. Benadryl 100 mg. po q. hs – for sleep

06/26/02
1. Restart Phenobarbital 30 mg. po q. hs – to prevent status epilepticus just in case symptoms re-emerge and to help calm patient physically and mentally also so he doesn't work himself up to a seizure-like level.

Discharge medications are indicated above.

**CLINICAL COURSE**

A Master Treatment Planning Conference was held for this patient on 05/10/02 with the patient, his mother and a multidisciplinary treatment team present.  Problems identified included:

TAYLOR HARDIN SECURE
MEDICAL FACILITY
Tuscaloosa, Alabama

NAME:  Hampton, Randall
FILE NO.:  06 50 32 96

**HOSPITALIZATION SUMMARY**
PAGE 8

1. Active     Moves up and down, crying and laughing for no reason.
2. Active     Reports hearing and seeing "Billy and Fu Fu telling me to hurt myself."
3. Active     Voices suicidal ideations, "I am going to starve myself to death. I will eventually do it."
4. Active     Patient states that he has been physically aggressive towards others, "I don't have any friends. I usually knock them out."
5. Active     Neurogenic left leg cramp with pain and weakness.
6. Inactive   Seizure Disorder with history of head injury.

During Mr. Hampton's hospitalization he frequently acted out and was loud and disruptive. He would run around and jump, yell and scream and stated that "Billy and Fu Fu" were messing with him. He frequently reported seizure activity but he was always able to talk and quickly went about other activities. The patient frequently stated that he "wanted to get up out of here." Continued observation and testing indicated a high probability of malingering. The patient was referred for forensic evaluation on 06/18/02 and he received discharge orders on 07/03/02.

During the course of this patient's hospitalization he did not attempt to harm himself nor did he display any suicidal attempts or gestures. He would seek staff attention as needed or required. At no time did he require special procedures such as seclusions or restraints.

Mr. Hampton consented for release of information to his mother, Barbara Hampton, and he also granted permission for his mother to attend treatment planning conferences. Mrs. Hampton provided for the patient's financial wants and needs.

## CONDITION ON DISCHARGE AND PLACEMENT

At the time of discharge, Mr. Hampton was described as psychiatrically stable and competent to assist his attorney in his defense. He specifically denied suicidal/homicidal thoughts, plans or intent.

## AFTERCARE RECOMMENDATIONS

Mr. Hampton was discharged on 07/09/02 to the custody of the Montgomery County Sheriff's Department for transportation to the Montgomery County Jail located at 350 South McDonald Street, Montgomery, Alabama, 36104; (334) 832-2542. Jail staff will dispense medications and provide for housing and transportation needs. The patient should remain fully compliant with all treatment recommendations. Follow up mental

TAYLOR HARDIN SECURE
MEDICAL FACILITY
Tuscaloosa, Alabama

NAME:  Hampton, Randall
FILE NO.:  06 50 32 96

**HOSPITALIZATION SUMMARY**
PAGE 9

health services are optional and depend on the family's wishes.  Mrs. Hampton stated that
she would not use the Montgomery Area Mental Health Center.  If treatment is needed
she stated she would find a private psychologist or psychiatrist.  Mr. Hampton should
refrain from the use of drugs and alcohol.


Janet W. Morin, M.S.W., L.G.S.W.
Staff Social Worker

DATE  7-12-02


Denise M. Perone, M.D.
Staff Psychiatrist

DATE  7-12-02


JWM/lds

d:  07/10/02
t:  07/10/02
r:  07/12/02
A0064

# Monthly Activities

Date: 9.4.03

IM Name: *Randall Hampton*    AIS#: *226420*

Was offered the following recreational activities during the month of:

*September recreational activities offered: Bingo, C.W. poetry, movies, art, music therapy, Gospel, Open recreation, mental stimulation worksheet, along with other recreational activity.*

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was good/WNL/poor. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction.*

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *will be/has been* communicated to his treatment team.

J. Branson
Signature

# Monthly Activities

Date: 8·7·03

IM Name: Randall Hampton    AIS#: 336420

Was offered the following recreational activities during the month of:

August recreational activities:
Open recreation, Bingo, music,
movies, gospel, current
events, music therapy, ADL,
mental stimulation worksheets, etc.

His level of participation was generally *active/marginal/reluctant/resistant/refused to participate* in the previously mentioned group(s). This is *consistent/inconsistent* with his use of recreational services to date. Affect was generally *angry/hostile/animated/blunt/euthymic/flat/inappropriate/ neutral/sad*. Mood appeared *angry/sad/neutral/euthymic/depressed/surly/belligerent/indifferent*. Hygiene was *good/WNL/poor*. IM was generally *on time/late*. General appearance was *Neat/WNL/Disheveled/Shabby*. Speech was generally *clear/mumbling/slurred/unintelligible*. Interpersonal interactions were generally *relevant/irrelevant/insightful/superficial/confrontational/ Indifferent/no interaction*.

Comments: _____

_____

_____

_____

Therapeutic services will continue to be offered on a regular basis. His level of participation *be/has been* communicated to his treatment team.

_____
Signature

*m H*

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### MENTAL HEALTH CONSULTATION TO DISCIPLINARY PROCESS

Inmate Name: _Randall Hampton_          AIS#: _B 226420_

Institution: _BCCF_          Date of Disciplinary Report: _10-13-03_

Is the inmate currently on the mental health caseload?          Yes     No
        If Yes, referred for mental health evaluation/consultation on:_____

**HEARING OFFICER:**
Hearing officer must refer the inmate for mental health consultation if the inmate appears unable to
understand what the charge is and what might happen as a result of the charge or the inmate appears
unable to actively participate in the hearing as suggested by the following:

*Does the inmate know where he is?          Does the inmate know what date it is?    Does inmate know why he is seeing hearing officer?*
*Is the inmate appropriately dressed?        Is inmate able to speak coherently?        Does the inmate avoid eye contact?*
*Does the inmate make sense?                  Are the inmate's statements logical and organized or unusual?*

Should the inmate be referred for mental health evaluation of competency?     Yes     No
        – – If Yes, referred for mental health evaluation/consultation on:_____

**MENTAL HEALTH STAFF:**
Date request for consult received: _10-28-03_          Date consult returned: _10-28-03_

Is the inmate competent to participate in the hearing?          (Yes)     No
    If NO, why is the inmate not competent?


    If NO, what treatment will assist the inmate in becoming competent?


Are there mental health issues that may have impacted inmate's behavior at the time of the charge?     Yes     (No)
    If YES, briefly describe the issues:


Are there mental health issues to be considered regarding disposition if the inmate is found guilty?     Yes     (No)
    If YES, briefly describe the issues and possible relation to the disposition:


Does mental health staff want to be present at the disciplinary hearing to provide input?     Yes     (No)
Mental Health Staff Member: _mil brown_          Phone Contact: _132_

**DISCIPLINARY HEARING:**

Does the inmate appear to be competent to participate in the hearing?          Yes     No
Have the mental health recommendations been considered?          Yes     No

Hearing Officer:_____          Date:_____

| Inmate Name | AIS # |
|---|---|
| _Randall Hampton_ | _226420_ |

ALDOC Form 466-01

## MENTAL HEALTH OBSERVATION MONITORING

**INTERVENTION:** ☐ Suicide Watch  ☑ Restraints  ☐ Other _____

**OBSERVATION:** ☐ 15 Minutes  ☐ Other _____

Date Initiated: _9-2-03_  Time Initiated: _11 a.m._

| CODE | ACTIVITY | CODE | ACTIVITY | CODE | ACTIVITY | CODE | ACTIVITY |
|------|----------|------|----------|------|----------|------|----------|
| 1. | Yelling | 5. | Sleeping | 9. | Walking | 13. | Meal Accepted |
| 2. | Struggling | 6. | Quiet | 10. | Sitting | 14. | Meal Rejected |
| 3. | Crying | 7. | Relaxed | 11. | Fluids Accepted | 15. | Toileted |
| 4. | Laughing | 8. | Mumbling | 12. | Fluids Rejected | 16. | Range of Motion |

| NIGHT SHIFT TIME | ACTIVITY/INITIALS | DAY SHIFT TIME | ACTIVITY/INITIALS | EVENING SHIFT TIME | ACTIVITY/INITIALS |
|------|------|------|------|------|------|
| 2230 | | 0615 | | 1415 | 6 |
| 2245 | | 0630 | | 1430 | 6 |
| 2300 | | 0645 | | 1500 | Released |
| 2315 | | 0700 | | 1515 | |
| 2330 | | 0715 | | 1530 | |
| 2345 | | 0730 | | 1545 | |
| 2400 | | 0745 | | 1600 | |
| 2415 | | 0800 | | 1615 | |
| 2430 | | 0815 | | 1630 | |
| 2445 | | 0830 | | 1645 | |
| 0100 | | 0845 | | 1700 | |
| 0115 | | 0900 | | 1715 | |
| 0130 | | 0915 | | 1730 | |
| 0145 | | 0930 | | 1745 | |
| 0200 | | 0945 | | 1800 | |
| 0215 | | 1000 | | 1815 | |
| 0230 | | 1015 | | 1830 | |
| 0245 | | 1030 | | 1845 | |
| 0300 | | 1045 | | 1900 | |
| 0315 | | 1100 | 2,1 | mxc | 1915 |
| 0330 | | 1115 | 2,1 | mxc | 1930 |
| 0345 | | 1130 | 6 | mxc | 1945 |
| 0400 | | 1145 | 6,7 | mxc | 2000 |
| 0415 | | 1200 | 6,7 | AT | 2015 |
| 0430 | | 1215 | 5,6 | mxc | 2030 |
| 0445 | | 1230 | 5,6 | mxc | 2045 |
| 0500 | | 1245 | 5,6 | mxc | 2100 |
| 0515 | | 1300 | 5,6 | mxc | 2115 |
| 0530 | | 1315 | 5,6 | mxc | 2130 |
| 0545 | | 1330 | 5,6 | mxc | 2145 |
| 0600 | | 1345 | 6 | | 2200 |
| | | 1400 | 6 | | 2215 |

Inmate Name: _Hampton, Randall_  AIS #: _226420_

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
<u>**USE OF RESTRAINTS FOR MENTAL HEALTH PURPOSES MONITORING**</u>

**Application of Physical Restraints:**

Date: _9/2/03_ Time: _11 ꝏ_ Decision of: _Dr. Hammer/Lt. Stephens, D.O.C._

| | | |
|---|---|---|
| Restraint room checked by security before inmate placement? | ☑ Yes | ☐ No |
| Potentially harmful clothing removed from inmate? | ☑ Yes | ☐ No |
| Inmate provided suicide tunic/paper gown and suicide blanket? | ☑ Yes | ☐ No |
| Inmate offered bathroom privilege prior to restraint? | ☑ Yes | ☐ No |
| Nursing staff completed medical assessment after restraint? | ☑ Yes | ☐ No |

Noted by: _____

**Order for Physical Restraints:**

Date: _9-2-03_ Time: _11 A.M._ Physician: _Dr. Hammers_

| | | |
|---|---|---|
| Physician order within one hour of application? | ☑ Yes | ☐ No |
| Physician order includes rationale and specific instructions? | ☐ Yes | ☑ No |

Noted by _ML Christie, RNC_

**On-going Monitoring of Inmate in Restraints** (noted on page 2)

**Removal of Restraints:**

Date: _9-2-03_ Time: _1500_ Decision of: _Dr. Hammer_

| | | |
|---|---|---|
| Consultation with psychiatrist prior to removal? | ☑ Yes | ☐ No |
| Documented rationale for removal? | ☑ Yes | ☐ No |
| Security staff present for removal? | ☑ Yes | ☐ No |
| Nursing assessment documented two hours after removal? | ☑ Yes | ☐ No |

Noted by _ML Christie, RNC_

| Inmate Name _Hampton, Randall_ | AIS # _226420_ |
|---|---|

Mental Health P&P # 61
Page 6 of 11

## MENTAL HEALTH OBSERVATION MONITORING

INTERVENTION: ☑ Suicide Watch  ☐ Restraints  ☐ Other_____

OBSERVATION: ☑ 15 Minutes  ☐ Other_____

Date Initiated: _9-01-03_    Time Initiated: _11:45_

| CODE | ACTIVITY | CODE | ACTIVITY | CODE | ACTIVITY | CODE | ACTIVITY |
|---|---|---|---|---|---|---|---|
| 1. | Yelling | 5. | Sleeping | 9. | Walking | 13. | Meal Accepted |
| 2. | Struggling | 6. | Quiet | 10. | Sitting | 14. | Meal Rejected |
| 3. | Crying | 7. | Relaxed | 11. | Fluids Accepted | 15. | Toileted |
| 4. | Laughing | 8. | Mumbling | 12. | Fluids Rejected | 16. | Range of Motion |

| NIGHT SHIFT TIME | ACTIVITY/INITIALS | DAY SHIFT TIME | ACTIVITY/INITIALS | EVENING SHIFT TIME | ACTIVITY/INITIALS |
|---|---|---|---|---|---|
| 2230 | | 0615 | | 1415 | |
| 2245 | | 0630 | | 1430 | 10  DMD JLPN |
| 2300 | | 0645 | | 1450 | 10  DMD |
| 2315 | | 0700 | | 1500 | 1  DMD |
| 2330 | | 0715 | | 1515 | 1  DMD |
| 2345 | | 0730 | | 1530 | 8  DMD |
| 2400 | | 0745 | | 1545 | 8  DMD |
| 2415 | | 0800 | | 1600 | 1  DMD |
| 2430 | | 0815 | | 1615 | 5, 6  DMD |
| 2445 | | 0830 | | 1630 | 5, 6  DMD |
| 0100 | | 0845 | | 1645 | 5, 6  DMD |
| 0115 | | 0900 | | 1700 | 5, 6  DMD |
| 0130 | | 0915 | | 1715 | 5, 6  DMD |
| 0145 | | 0930 | | 1730 | 5, 6  DMD |
| 0200 | | 0945 | | 1745 | 5, 6  DMD |
| 0215 | | 1000 | | 1800 | 5, 6  DMD |
| 0230 | | 1015 | | 1815 | 5, 6  DMD |
| 0245 | | 1030 | | 1830 | 5, 6  DMD |
| 0300 | | 1045 | | 1845 | 5,6  DMD |
| 0315 | | 1100 | | 1900 | 5,6  DMD |
| 0330 | | 1115 | | 1915 | 5,6  DMD |
| 0345 | | 1130 | A.T. - 0 | 1930 | 5,6  DMD |
| 0400 | | 1145 | A.T. - 9 | 1945 | 5,6  DMD |
| 0415 | | 1200 | A.T. - 9 | 2000 | 5,6  DMD |
| 0430 | | 1215 | A.T. - 9 | 2015 | 5,6  DMD |
| 0445 | | 1230 | A.T. - 10 | 2030 | 5,6  DMD |
| 0500 | | 1245 | A.T. - 10 | 2045 | 5,6  DMD |
| 0515 | | 1300 | A.T. - 10 | 2100 | 5,6  DMD |
| 0530 | | 1315 | A.T. - 10 | 2115 | 5,6  DMD |
| 0545 | | 1330 | A.T. - 6 | 2130 | 5,6  DMD |
| 0600 | | 1345 | A.T. - 6 | 2145 | 5,6  DMD |
| | | 1400 | A.T. - 6 | 2200 | 5,6  DMD |
| | | | | 2215 | 5,6  DMD |

Inmate Name  _Hampton  Randall_

AIS #  _226420_

## MENTAL HEALTH OBSERVATION MONITORING

INTERVENTION:  ☑ Suicide Watch    ☐ Restraints    ☐ Other_____

OBSERVATION:  ☐ 15 Minutes    ☐ Other_____

Date Initiated: ___9/1/03___    Time Initiated: ___2230___

| CODE | ACTIVITY | CODE | ACTIVITY | CODE | ACTIVITY | CODE | ACTIVITY |
|------|----------|------|----------|------|----------|------|----------|
| 1. | Yelling | 5. | Sleeping | 9. | Walking | 13. | Meal Accepted |
| 2. | Struggling | 6. | Quiet | 10. | Sitting | 14. | Meal Rejected |
| 3. | Crying | 7. | Relaxed | 11. | Fluids Accepted | 15. | Toileted |
| 4. | Laughing | 8. | Mumbling | 12. | Fluids Rejected | 16. | Range of Motion |

| NIGHT SHIFT TIME | ACTIVITY/INITIALS | DAY SHIFT TIME | ACTIVITY/INITIALS | EVENING SHIFT TIME | ACTIVITY/INITIALS |
|------|------|------|------|------|------|
| 2230 | 5 | 0615 | | 1415 | |
| 2245 | 5/6 | 0630 | | 1430 | |
| 2300 | 5/6 | 0645 | | 1500 | |
| 2315 | 5/6 | 0700 | | 1515 | |
| 2330 | 5/6 | 0715 | | 1530 | |
| 2345 | 5/4 | 0730 | | 1545 | |
| 2400 | 5/6 | 0745 | | 1600 | |
| 2415 | 5/6 | 0800 | | 1615 | |
| 2430 | 5/6 | 0815 | | 1630 | |
| 2445 | 5/6 | 0830 | | 1645 | |
| 0100 | 5/6 | 0845 | | 1700 | |
| 0115 | 5/6 | 0900 | | 1715 | |
| 0130 | 5 | 0915 | | 1730 | |
| 0145 | 5 | 0930 | | 1745 | |
| 0200 | 5 | 0945 | | 1800 | |
| 0215 | 5 | 1000 | | 1815 | |
| 0230 | 6 | 1015 | | 1830 | |
| 0245 | 5 | 1030 | | 1845 | |
| 0300 | 5 | 1045 | | 1900 | |
| 0315 | 5 | 1100 | | 1915 | |
| 0330 | 5 | 1115 | | 1930 | |
| 0345 | 5 | 1130 | | 1945 | |
| 0400 | 3/5 | 1145 | | 2000 | |
| 0415 | 5 | 1200 | | 2015 | |
| 0430 | 5 | 1215 | | 2030 | |
| 0445 | 5 | 1230 | | 2045 | |
| 0500 | 5 | 1245 | | 2100 | |
| 0515 | 5 | 1300 | | 2115 | |
| 0530 | 5 | 1315 | | 2130 | |
| 0545 | 5 | 1330 | | 2145 | |
| 0600 | 5 | 1345 | | 2200 | |
| | | 1400 | | 2215 | |

Inmate Name: Hampton  Randall    AIS # 206420

Mental Health Observation Form

Date/Time Initialed 9-1-03  11:45 a m

Name _Hampton, Randal_ ID # _226420_

Time In 15 min Increments

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 9-3-03 | 0800 | M L Christie, RNC | S- Non Verbal<br>O- Lying in bed, Resp reg. & unlabored - NAD -<br>A- A.M.S.<br>P- Discharged from all Mental Health Observation - Transfer to Seg. unit - D.O. Lt. Stephens, notified<br>M L Christie, RNC |

ntal Health Observation Form

9-1-03

ate Name: HAMPTON, RANDALL        ID # 226420     Date/Time Initiated 11:45AM

Time In 15 min. Increments

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 9/2/03 | 1600 | Ernestine Tyson LPN | S- None<br>O- Observe lying in bed cover c̄ suicide blanket. No distress<br>A- Altered Mental Status<br>P- Will Continue on Self Injury Watch q15mins |
| 9/2/03 | 1800 | Ernestine Tyson LPN | S- "Alright"<br>O- Restraints remove and verbal contract made with DR Hammer and Sgt Strickland and inmate agree not to cause any problem<br>A- Altered Mental Status<br>P- Will continue to monitor on Self injury Watch |
| 9/2/03 | 2000 | Ernestine Tyson LPN | S- "Stop, Stop"<br>O- Inmate screaming, stop stop and kicking in bed. Observe closely did not seem to be agitated. Lt Cunningham had talk to him and took him out for a smoke.<br>A- Altered mental status<br>P- Will continue to monitor on self injury watch q15minutes protocol |
| 9/2/03 | 2200 | Ernestine Tyson LPN | S- None<br>O- Lying in bed quiet. Stop hollering. No distress noted<br>A- Altered mental status<br>P- Will continue to monitor on self injury watch q15 minutes protocol |

NC

# Mental Health Observation Form

Inmate Name _Hampton Randell_ ID # _2264 00_    Date/Time Initialed _9/1/03_
Note: Time in 15 min. increments                                      _2230_

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 9/1/03 | 2230 | R Dale RN | S none |
|  |  |  | O. Lying in safe cell — blanket on eyes closed — resp. c ease — no lesions noted |
|  |  |  | A. Altered mental Status |
|  |  |  | P Continue self injury watch |
| 9/2/03 | 0030 | R Dale | S. none |
|  |  |  | O. Continues to rest quietly |
|  |  |  | A. Altered mental Status |
|  |  |  | P. Continue self watch. |
|  | 0230 | R Dale RN | S none |
|  |  |  | O eyes clo. c resp c ease |
|  |  |  | A altered mental Status |
|  |  |  | P. Continue self injury watch |
| 9-02-03 | 0625 | A. O. Grant LPN | S none, verbal. |
|  |  |  | O. Lying on mat. covered c blank. Still on mat. resp. easy et un-labored. |
|  |  |  | A Altered Mental Status |
|  |  |  | P Continue Observation |
| 9-02-03 | 0825 | A. Thomas RN | S. "Non verbal to nurse" |
|  |  |  | O. Standing in cell door window yelling out foul words. Inmate appears hostile & angry c slight □ ideas |
|  |  |  | A. Altered Mental Status |
|  |  |  | P. Continue Observation q 15 mins self injury watch. A Thomas |
|  |  |  | * See Blue Progress Notes for Restraint Procedure notes — M L Christeel |

## Mental Health Observation Form

11:45AM

Date/Time Initialed 9-1-03

Name HAMPTON, Randall    ID # 226420

Time In 15 min Increments

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 9-1-03 | 1530 | Jonnard Daniels, LPN | S→ "I'm sick"<br>O→ Inmate vomited in cell. Cooperative c̄ taking medications.<br>A→ Altered Mental Status<br>P→ Administered Haldol 10mg IM + Benadryl 50mg IM. Also Haldol 5mg p.o. + Cogentin 1mg p.o. given t̄ inmates 1700 med's. Refer to MAR. |
| 9-03 | 1730 | Jonnard Daniels, LPN | S→ Non-Verbal<br>O→ Quiet. Resting c̄ eyes closed. Resp c̄ ease. Medication effective.<br>A→ Altered Mental Status<br>P→ Continue to observe behavior. Continue q 15min V.S. |
| 9-1-03 | 1930 | Jonnard Daniels, LPN | S→ Non-Verbal<br>O→ Quiet. Calm. Resp c̄ ease. Eyes closed.<br>A→ Altered Mental Status<br>P→ Continue q 15 min V.S. |
| 9-1-03 | 2200 | Jonnard Daniels, LPN | S→ Non-verbal<br>O→ Quiet. Resp c̄ ease. Eyes closed. In safe cell.<br>A→ Altered Mental Status<br>P→ Continue q 15 min V.S. per oncoming shift. Reported to Nurse Lake. |

Mental Health Observation Form

Name: _Hampton Randall_ ID # _226420_    Date/Time Initiated _9-01-03_

Time In 15 min Increments

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 9-01-03 | 11:45 | A. Thomas RN | S - Quiet. O - Standing in cell door window looking in no acute distress. Paper gown & suicide blanket intact. A - Altered Mental Status P - Monitor q 15 mins for self injury watch. |
| 9-01-03 | 13:45 | A. Thomas RN | S - Non-Verbal O - Lying on mat resp. resp unlabored. Resting quietly no behavior problems noted @ this time calm. A - A.M.S. P - Continue observation q 15 mins suicide watch. A. Thomas RN |
| 9-1-03 | 1500 PM | Sonnam Daniels, LPN | S → "STOP, Leave Me alone." "Leave me alone I said". O → Inmate in corner of cell in fetal position yelling loudly. Had paper towel in both ears. Actively hallucinating and responding verbally to internal stimuli. Inmate admitted he was "hearing voices", but he stated he wasn't surprise to tell me. A → Altered Mental Status. P → Phone Dr. Bell for orders. |
| 9-1-03 | 1510 pm | Sonnam Daniels LPN | O → Phoned Dr. Bell and described inmate behavior. A → Altered Mental Status P → Medication orders received. So orders |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

## Educational Assessment

Highest Grade Completed: _____  ☐ Regular Classes    ☐ Special Education
☐ Able to Read   ☐ Able to Write   ☐ Able to Communicate   ☐ Able to Understand Current Diagnosis
☐ Unable to Read  ☐ Unable to Write  ☐ Unable to Communicate  ☐ Unable to Understand Current Diagnosis

## Mental Status

**Age:**  ☐ Appears Stated Age        ☐ Appears Younger      ☑ Appears Older

**Dress/Grooming:**   ☐ Appropriate   ☐ Marginal   ☑ Disheveled   ☐ Bizarre

**Posture:**  ☐ Unremarkable   ☐ Rigid   ☐ Stooped

**Facial:**  ☐ Unremarkable   ☐ Hostile   ☑ Worried   ☐ Tearful   ☐ Sad

**Eyes:**  ☐ Unremarkable   ☑ Glances Furtively   ☐ Stares   ☐ Poor Eye Contact

**Motor Activity:** ☐ Increased   ☐ Decreased   ☐ Gait Unsteady   ☐ Gait Rigid   ☑ Gait Slow
☐ Agitation   ☐ Tremors   ☐ Tics

**General Attitude/Behavior:** ☑ Spontaneous   ☐ Preoccupied   ☐ Suspicious   ☐ Argumentative
☑ Self-Destructive   ☐ Withdrawn   ☐ Regressed   ☐ Seductive   ☐ Hostile

**Mood / Affect:**  ☐ Flat   ☐ Depressed   ☐ Euphoric   ☐ Apathetic   ☐ Fearful   ☐ Labile
☐ Blunt   ☑ Inappropriate   ☐ Constricted

**Speech / Communication:**  ☐ Normal   ☐ Aphasia   ☐ Slurred   ☑ Rapid   ☐ Mute
☑ Flight of Ideas   ☐ Confabulation   ☐ Muttering   ☐ Tangential   ☐ Loose Associations   ☐ Over Productive

**Thought Content:** ☐ Suicidal Thoughts/Plans   ☐ Homicidal Thoughts/Plan   ☑ Antisocial Attitudes
☐ Phobias   ☑ Indecisiveness   ☐ Self-Derogatory   ☐ Excessive Religion   ☐ Bizarre   ☐ Self-Pity
☐ Assaultive Ideas   ☐ Hypochondriasis   ☐ Alienation   ☐ Obsessive   ☐ Blames Others   ☐ Suspiciousness
☐ Helplessness   ☐ Inadequacy   ☑ Poverty of Content   ☐ Ideas of Guilt   ☐ No Deficit Identified

**Abstract Thinking:**  ☐ Unimpaired   ☐ Concrete   *impaired*

**Delusions:**  ☐ None   ☐ Persecution   ☐ Systematized   ☐ Somatic   ☐ Other_____

**Hallucinations:**  ☑ None   ☑ Auditory   ☐ Visual   ☐ Olfactory   ☐ Tactile

**Memory:**  ☐ Grossly Intact   ☑ Inability to Concentrate   ☐ Poor Recent Memory   ☐ Poor Remote Memory

**Insight / Judgment:**  ☐ Unimpaired   ☐ Poor Judgment   ☑ Poor Insight

☐ Does not know reason for transfer to RTU/SU   ☐ Unmotivated for Treatment

Assessment Completed by: *Annie Thomas*        Date: 9-01-03

☐ ADDITONAL COMMENTS IN ADMISSION PROGRESS NOTES

Page 2 of 2

| Inmate Name  *Hampton  Randall* | AIS #  *226420* |

## ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

| Institution. *BCCF* | ☐ RTU   ☐ SU | |
|---|---|---|
| Inmate Name: *Hampton Randall* | AIS#: *226420* | DOB: *10-15-83* |

### Vital Signs

| BP *130/74* | P *86* | R *24* | HT | WT | Allergies: *NKA* |
|---|---|---|---|---|---|

### Past Medical History

| ☐ Diabetes | ☐ Heart Disease | ☐ Kidney Disease | ☐ Hypertension | ☐ Cancer | ☐ TB |
|---|---|---|---|---|---|
| ☐ Seizures | ☐ Peptic Ulcer | ☐ Back Problems | ☐ Liver Disease | ☐ Stroke | |
| ☐ COPD | ☐ Congenital D/O | ☐ Peripheral Vascular Disease   ☐ Other | | | |

### Assistive Devices *N/A*

| ☐ Walker | ☐ Crutches | ☐ Cane | ☐ Wheelchair | ☐ Artificial Limb(s) |
|---|---|---|---|---|
| ☐ Glasses | ☐ Hearing Aid | ☐ Partial Dentures | ☐ Upper Dentures | ☐ Lower Dentures |
| ☐ Other: | | | | |

Major Illnesses / Accidents / Surgeries / etc.

Current Medical Problems:

Current Medications / Dosages:

Medication Compliance:    ☐ 100%      ☐ 50% to 90%      ☐ 10% to 40%      ☐ 0%

Sleep Pattern: ☐ Insomnia  ☐ Difficulty Falling Asleep  ☐ Difficulty Waking Up  ☐ Other:

Tobacco/Amount:_____    Caffeine/Amount:_____

Hygiene:      ☐ Good      ☐ Fair      ☐ Poor        Showers ____ times a week

Appetite: ☐ Good  ☐ Fair  ☐ Poor  ☐ Appears Adequately Nourished  ☐ Deficit_____

History of Failure to Eat / Hunger Strikes: ☐ No   ☐ Yes   Last Episode (explain)_____

## PSYCHIATRIC HISTORY

Symptoms of First Psychiatric Event / Age of Onset:

Psychiatric Hospitalizations / Treatment / Medications / Medication Compliance:

Side-Effects Experienced / Causative Medications:

History of Aggression / Acting Out Behavior:        ☐ Yes      ☐ No
Last Episode (explain):

Page 1 of 2

Mental Health Observation Form

te Name Hampton, Randall    ID # 226420    Date/Time Initialed _____

Time In 15 min. Increments

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 4/8/03 | 1600 | Ernestine Tyson, LPN | S - NONE<br>O - Lying in bed supine, Drsg on head dry and intact, Resp reg and unabored<br>A - Altered Mental status<br>P - Will Continue to monitor on self injury watch q15minutes |
| 4/8/03 | 1800 | Ernestine Tyson LPN | S - none<br>O - Lying in bed, eye closed as though asleep, Resp reg and unabored. |
| 4/8/03 | 2000 | Ernestine Tyson LPN | S "I am alright."<br>O - Inmate had a tub bath supervisor by Lt Cunningham. Drsg on head dry and intact. Noted left eye edematous also rt eye slightly edematous also. Check pupils PERRAL grip in hands strong. Instructed inmate to sit down when he feel his leg spasm coming. Inmate do have right leg spasm which will cause him to fall. Also Instruct him to put in a sick call slip to see Dr Siddiqi on cerning leg spasm. Do donot do not know whether inmate compre heand instruction or |

## Mental Health Observation Form

Name: Hampton, Randall    ID # 226420    Date/Time Initiated 4/8/03

Time In 15 min. Increments

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 4/8/03 | 0815 | A. D. Grant LPN | S I am tired of being here. I don't want to be here anymore. O 1 in laceration back of head. Old scar Lt. side of neck. See body chart. Sad facial expression. Motor activity decreased. Mood flat depressed. General attitude suspicious. Speech normal. Thought content suicidal thought. No delusion. Abstract thinking impaired. Memory grossly intact. Poor insight. Poor judgment. A Altered Mental Status P Ativan 2mg IM Haldol 10mg IM Suicide watch. No clothes or shoes. No belt or mattress. Suicide gown or blanket. |
| | 1015 | A. D. Grant LPN | S none O Lying in bed quiet. None verbal. Covered c̄ blanket. In no apparent distress. A Altered Mental Status P Continue Observation |
| | 1215 | A. D. Grant LPN | S none O Lying in bed quiet. None verbal. In no apparent distress. A Altered Mental Status P Continue Observation |
| | 1415 | A. D. Grant LPN | S none O Lying in bed covered c̄ blanket. Quiet. None verbal A Altered Mental Status P Continue Observation |

## ntal Health Observation Form

Inmate Name Hampton, Randall ____ ID # 226420 ____ Date/Time Initiated ____
Note: Time In 15 min. Increments

| Date | Time | Observer | Comments |
|---|---|---|---|
| 4/9/03 | 0930 | A. D. Grant LPN | S When will I be able to get my clothes. I want my clothes I am tired of being like this. I didn't get enough to eat. O Standing @ door talking to this writer. tearing paper gown. In no apparent distress A Altered mental Status P Continue Observation |
| | 1130 | A. D. Grant LPN | S none O Lying in bed covered c̄ blanket. Quiet. In no apparent distress A Altered mental Status P Continue observation |
| | 1330 | A. D. Grant LPN | S none O Standing @ door wearing clothes. In no apparent distress. A Altered mental Status |
| 4/9/03 | 1800 | Ernestine TYSON LPN | S "I need some food to eat." O- Inmate returned from appointment from Orthropedic Physician. Has cast on right hand. ON seizure precaution. Moved from cell # 1 to cell # and matteress put on floor because he is on seizure precaution. Inmate self mutilater observe inmate flopping down on his bed careless. He could have hit his arm + hand on the floor. A - Alteration in physical physical comfort and |

NC

## Mental Health Observation Form

Inmate Name __Hampton Randall__    ID # __226420__    Date/Time Initiated _____

Note: Time In 15 min. Increments

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 4/8/03 | 2000 | | Nurses Note Continue O Not, will continue to Observe Closely P - Altered Mental status will Continue on Self Injury Watch q15 Minute band will closely Observe for seizure active and other distress signs q15O Ernestine Tyson LPN |
| | 2400 | Glagen LPN | S - Quiet O - Resting quietly on bed resp regular & ease. No distress noted A - Altered mental status P - Continue to Observe - Glagen LPN |
| 4/9/03 | 0200 | Glagen LPN | S - None O - Lying on bed asleep, resp. regular & ease. Negative distress noted A - Altered mental status P - Continue to Observe - Glagen LPN |
| | 0400 | Glagen LPN | S - None O - awaken for B'fast, ambulatory about cell, resp regular & ease. A - Altered mental status P - Continue to observe - Glagen LPN |
| | 0530 | Glagen LPN | S - Quiet O - Lying on bed asleep, resp regular & ease. No distress noted A - Altered mental status P - Continue to Observe - Glagen LPN |
| | 0730 | A.D. Grant LPN | S None O Lying in bed asleep, covered c blanket in no apparent distress A Altered mental status P Continue Observation |

NC

Mental Health Observation Form

te Name Hampton Randall  ID # 226420    Date/Time Initialed _____

Time In 15 min. Increments

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 4/9/03 | 1800 | | Nurse's Note Continues A- Altered Mental status P- Will Observe ON Mental Health Observation and for seizures. |
| 4/9/03 | 2000 | Earnestene TYSON LPN | S "Get your head right Mother-fucker" "Get your head right Mother-fucker." "Get your head right Nigger." O- Inmate Screaming and hollering loud, Went to see what he wanted. He stated he was talking to himself. Observe him staring at the wall while he was talking to himself. Cursing screaming and yelling. A- Alteration in physical comfort. P- Will Continue to Monitor ON Mental health Observation q 2h. — Earnestene TYSON LPN |
| 4/10/03 | 0800 | A.D. Grant LPN | S None O Lying in bed quiet covered c̄ blanket in no apparent apparent distress. A Altered mental status P Continue observation |
| 4/10/03 | 0930 | A. Willis LPN | S - I'm tired of this place. I need 4 or 5 shots. I want to be doped up for a month. Yall better gine me something before I do something I got no business doing. O- inmate pacing back and forth |

# ...ntal Health Observation Form

Inmate Name __Hampton, Randall__  ID # __226420__  Date/Time Initiated _____

Note: Time In 15 min. Increments

| Date | cont.Time | Observer | cont. — Comments |
|------|-----------|----------|------------------|
| 4-10-03 | 0930 | A. Willis LPN | O- yelling and talking loud. No apparent physical distress noted. A- Altered mental status P - Continue observation. |
| 4-10-03 | 1130 | A. Willis LPN | S - I want to know if they are going to let me out of here. O - Walking around in cell back & forth pacing. No apparent distress noted. A - Altered mental status, appear less agitated. P - Continue observation. |
| 4-10-03 | 1330 - | A. Willis LPN | S- Quiet none. O - Resting quietly @ present. No physical distress noted. A - Altered mental status P - Continue observation. |
| 4/10/03 | 1400 | A. Willis LPN | P - Mental health observation D/C'd and may be released to RTU pending medical clearance per M. German. |
| 4/11/03 | 1620 | H. R. Owen | S - Episode of seizure O - Alert / oriented. A - Ambulating in cell E - Notify staff of any ars- _____ P - Notify MD of any seizure _____ H. R. Owen |

NC

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

## Educational Assessment

Highest Grade Completed: _____  □ Regular Classes    □ Special Education
□ Able to Read    □ Able to Write    □ Able to Communicate    □ Able to Understand Current Diagnosis
□ Unable to Read    □ Unable to Write    □ Unable to Communicate    □ Unable to Understand Current Diagnosis

## Mental Status

**Age:**  ☑ Appears Stated Age    □ Appears Younger    □ Appears Older

**Dress/Grooming:**    □ Appropriate    ☑ Marginal    □ Disheveled    □ Bizarre

**Posture:**  ☑ Unremarkable    □ Rigid    □ Stooped

**Facial:**    □ Unremarkable    □ Hostile    □ Worried    □ Tearful    ☑ Sad

**Eyes:**    □ Unremarkable    □ Glances Furtively    □ Stares    ☑ Poor Eye Contact

**Motor Activity:**    □ Increased    ☑ Decreased    □ Gait Unsteady    □ Gait Rigid    □ Gait Slow
□ Agitation    □ Tremors    □ Tics

**General Attitude/Behavior:** □ Spontaneous    □ Preoccupied    ☑ Suspicious    □ Argumentative
□ Self-Destructive    □ Withdrawn    □ Regressed    □ Seductive    □ Hostile

**Mood / Affect:**    ☑ Flat    □ Depressed    □ Euphoric    □ Apathetic    □ Fearful    □ Labile
□ Blunt    □ Inappropriate    □ Constricted

**Speech / Communication:**    ☑ Normal    □ Aphasia    □ Slurred    □ Rapid    □ Mute
□ Flight of Ideas    □ Confabulation    □ Muttering    □ Tangential    □ Loose Associations    □ Over Productive

**Thought Content:**    ☑ Suicidal Thoughts/Plans    □ Homicidal Thoughts/Plan    □ Antisocial Attitudes
□ Phobias    □ Indecisiveness    □ Self-Derogatory    □ Excessive Religion    □ Bizarre    □ Self-Pity
□ Assaultive Ideas    □ Hypochondriasis    □ Alienation    □ Obsessive    □ Blames Others    □ Suspiciousness
□ Helplessness    □ Inadequacy    ☑ Poverty of Content    □ Ideas of Guilt    □ No Deficit Identified

**Abstract Thinking:**    □ Unimpaired    □ Concrete

**Delusions:**  ☑ None    □ Persecution    □ Systematized    □ Somatic    □ Other_____

**Hallucinations:**  ☑ None    □ Auditory    □ Visual    □ Olfactory    □ Tactile

**Memory:**    □ Grossly Intact    □ Inability to Concentrate    □ Poor Recent Memory    □ Poor Remote Memory

**Insight / Judgment:**    □ Unimpaired    ☑ Poor Judgment    ☑ Poor Insight

□ Does not know reason for transfer to RTU/SU    □ Unmotivated for Treatment

Assessment Completed by: A. A. Grant LPN _____ Date: 4/8/03

□ ADDITONAL COMMENTS IN ADMISSION PROGRESS NOTES

Page 2 of 2

| Inmate Name Hampton, Randall | AIS # 226420 |

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT

| Institution: BCCF | ☒ RTU ☐ SU | Date/Time of Admission |
|---|---|---|
| Inmate Name: Hampton, Randall | AIS#: 226420 | DOB: 10/15/83 |

### Vital Signs

| BP 110/82 | P 76 | R 18 | HT | WT 133 lbs | Allergies: NKDA |
|---|---|---|---|---|---|

### Past Medical History

| ☐ Diabetes | ☐ Heart Disease | ☐ Kidney Disease | ☐ Hypertension | ☐ Cancer | ☐ TB |
| ☐ Seizures | ☐ Peptic Ulcer | ☐ Back Problems | ☐ Liver Disease | ☐ Stroke | |
| ☐ COPD | ☐ Congenital D/O | ☐ Peripheral Vascular Disease | ☐ Other | | |

### Assistive Devices

☐ Walker   ☐ Crutches   ☐ Cane   ☐ Wheelchair   ☐ Artificial Limb(s)
☐ Glasses   ☐ Hearing Aid   ☐ Partial Dentures   ☐ Upper Dentures   ☐ Lower Dentures
☐ Other:

Major Illnesses / Accidents / Surgeries / etc.

Current Medical Problems:

Current Medications / Dosages:

Medication Compliance:   ☐ 100%   ☐ 50% to 90%   ☐ 10% to 40%   ☐ 0%
Sleep Pattern: ☐ Insomnia ☐ Difficulty Falling Asleep ☐ Difficulty Waking Up ☐ Other:
Tobacco/Amount:_____   Caffeine/Amount:_____
Hygiene:   ☐ Good   ☐ Fair   ☐ Poor   Showers ____ times a week
Appetite: ☐ Good ☐ Fair ☐ Poor ☐ Appears Adequately Nourished ☐ Deficit_____
History of Failure to Eat / Hunger Strikes: ☐ No ☐ Yes Last Episode (explain)_____

## PSYCHIATRIC HISTORY

Symptoms of First Psychiatric Event / Age of Onset:

Psychiatric Hospitalizations / Treatment / Medications / Medication Compliance:

Side-Effects Experienced / Causative Medications:

History of Aggression / Acting Out Behavior:   ☐ Yes   ☐ No
Last Episode (explain):

Page 1 of 2





STATE OF ALABAMA

# DEPARTMENT OF MENTAL HEALTH
# AND MENTAL RETARDATION

### TAYLOR HARDIN SECURE MEDICAL FACILITY

1301 RIVER ROAD, NORTHEAST
TUSCALOOSA, ALABAMA 35404

PHONE (205) 556-7060

FOB JAMES, JR.
GOVERNOR

VIRGINIA A. ROGERS
COMMISSIONER

Bullock Correctional Facility
Mental Health Services
Highway 82 East
Union Springs, Al 36089-5107

**RE: RESPONSE TO REQUEST FOR INFORMATION**
**PATIENT NAME:** HAMPTON, Randall
**M. R. NUMBER:** 06 50 32 96

__X__ The following information is enclosed in response to your request:

_Hospital Summary_
_____
_____
_____

_____ We have no record of this individual having been hospitalized at this facility under the name given. If you can furnish additional information such as other names under which patient might have been admitted, dates of admission/discharge, date of birth, social security number, etc., we will check our records further.

_____ We are unable to furnish the information you requested for the following reason(s):

    _____ The above-named individual's authorization is not enclosed.
    _____ Authorization does not specifically name Taylor Hardin Secure Medical Facility and instruct this facility to furnish information regarding the above-named individual.
    _____ A special consent form is required because of federal regulations. We are enclosing this form for completion and signature.
    _____ The above-named individual was seen on an Outpatient basis only.
    _____ The consent form enclosed is not an original. Please provide us with an original consent form and signature.
    _____ The consent form has an invalid date (either dated previous to the individual's admission to this facility, or more than 90 days prior to our receipt of the request).
    _____ The individual's signature on the consent form does not sufficiently resemble signatures in our records.

_____ We are able to furnish the information you requested only upon receipt of a Court Order.

_____ Other: _____

____3-31-03____
DATE SIGNED

_____
SIGNATURE
Health Information Management Department

**THSMF-HIMD-105**
**Rev. 7/93**

White - Addressee
Yellow - Master Record

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9-16-03 | | Mental Health Disciplinary Process inmate is competent enough to participate in hearing. _____ | Perry / Mike Haynes |
| 12/8/03 | 1230 | Ativan 2 mg. I.M. & 5 mg Haldol given Stat per Dr. Sanders | M. Gamaybo |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|------|------|-----|-----|----------|
| Hampton, Randall | 22-6420 | | | |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/9/03 (cont) | 0205 | A - Potential Alteration in comfort level R/T mental status | |
| | | P - Will continue to monitor ——— M. Robinson, RN | |
| 9/9/03 | 2:00 pm | S. Any Problems? Attended "No problems everything is allright" | |
| | | D. Alert & Oriented, Affect: Appropriate | |
| | | A. Pt exhibited no Unusual Behavior | |
| | | P. will follow-up. Pt. has been discharged | |
| | | [signature] M.D. | |
| 9/10/03 | 0830 | S - "doin okay" | |
| | | O - Standing @ cell door c proper affect | |
| | | ~~Alert c room~~ Alert & oriented X3 Resp c ease | |
| | | Compliant c meds as ordered | |
| | | A - Alteration in comfort level R/T mental status | |
| | | P - Will continue to monitor ——— M. Robinson, LPN | |
| 9/10/03 | | S Returns from killby - Sleeping at night - Eats well - Cmt is sensitive to peoples comments see himself - Tends to oversleep + misses pill call - does not feel like hmself. - Given history of head beaten against wall 95 (9 yrs ago) was UCS + developed seizure disorder dg. | |
| | | O: Much perseveration, full oriented, - Confusion - Verbalized No hallu/delusions | |
| | | A. OBS + Seizure — ASPD | |
| | | P. Continue Anticonvulsants | |
| | | RTC when Crisis Jeffress   GAF·50   [signature] | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 19 | B/m | KCf |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| M.090803, | 1100 | S. " I'm doing alright", said the inmate. O. MSE reveals no dysphoric mood, no S/I, no H/I, no ap hallucinations; inmate repeatedly state: " there is nothing wrong c̄ me ... I just want to leave ..." He went on laughing while discussing his illicit drug activity in prison, and his disciplinary troubles. A. Stable, c̄ no active clinical sx. P. May be discharged at DOC's discretion. | _[signature]_ |
| 9-8-03 | 100pm | Discharge forms was Completed on this Pt. | _Samuel M_ |
| 9/9/03 | 0300 | S&O - Noted, resting quietly on bunk, resp c̄ ease; NAD Noted. A - Stable @ moment P - Continue Plan of Care — Carter, GHpa | |
| 9/9/03 | 0805 | S-" I'm Okay." O- Alert & oriented X 3 Resp c̄ ease. Ad lib- movement around ward. Compliant c̄ meds as ordered V/S T 97.5 R 18 P 125 B/P 152/95 | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 19 | B/M | KCF |

F-61