## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/7/03 | 1400 | S/O- non verbal, alert, Flat et dull mood Complains T P.O. medication regiment Rested on bed majority of time. Gait steady A-altered level of comfort r/t mental state P-will continue to monitor J. Lowage | |
| 9/7/03 | 2005 | S- "I am alright, nurse." O- Standing @ cell c smile on face. Affect appropriate Alert + oriented x3 Resp c ease No S/S of distress voiced/noted @ present time. Compliant c meds as ordered A -Altered level of comfort R/T Mental status P -Will continue to monitor ——— M. Robinson RN | |
| 9/8/03 | 0445 | S-" Good morning." O- Alert standing c cell door. Resp c ease, Gait steady, Consumed 100% of breakfast. appears to have slept well this shift. No c/o voiced. A- No distress noted P- continue POC. J Baker Lpn | |
| 9/8/03 | 0845 | S/O- Resting in cell bed. Eyes closed- Resp. c ease. No c/o pain/no sign of distress noted @ this time. A- altered level of comfort R/T Mental Status P-will continue to monitor — V. Edwards, L | |

| Patient';s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton Randall | 226420 | 19 | B/m | KcF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9-5-03 | 2230 | S- No Ch discomfort - | |
| | | O Lying on bed with eyes closed. Resp regular with ease. ↑ ad lib at short intervals in cell - no distress noted at this time - | |
| 9-6-03 | 0200 | Resting quietly with eyes closed - | |
| | 0400 | Awakened for VS - B/P 137/66 T-96.7 P-55 R-18 Alert et oriented - no seizures noted | |
| | 0430 | Diet served - ate well - no sz activity | |
| | 0530 | A- Altered level of Comfort R/t Mental status et seizures — | |
| | | P- Continue plan of Care. ———— H. Solomon, ups | |
| 9/6/03 | 1735 | S - "How are you, nurse?" | |
| | | O- Standing @ cell door c proper affect. Alert + oriented x3 Resp c ease. No S/s distress voiced/noted @ present time Compliant c meds as ordered V/s assessed B/p 152/94 P 73 R18 T 98.0 | |
| | | A- Potential altered level of comfort R/T mental status | |
| | | P- Will continue to monitor ———— M.Johnson, rn | |
| 9-7-03 | 0400 | S+O - Resting quietly on bed c eyes closed. ↑ ad lib in cell - Resp regular with ease. No acute distress noted - | |
| | 0430 | Quiet. | |
| | 0500 | - altered level of Comfort r/t Mental status - | |
| | | P- Continue plan of Care ———— H. Solomon, rn | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randall | 226920 | 19 | B/M | KCF |

F-61

ALABAMA DEPARTMENT OF CORRECTION
MENTAL HEALTH UNIT (RTU/SU): ASSESSMENT
Educational Assessment

Highest grade completed: __11__   ☐ Regular Classes   ☑ Special education
*small amount NOT*
☐ Able to read   ☐ Able to Write   ☑ Able to Communicate   ☐ Able to Understand Current Diagnosis
☐ Unable to Read   ☐ Unable to Write   ☐ Unable to communicate   ☐ Unable to Understand Current Diagnosis

## Mental Status

**Age:** 19   ☑ Appears Stated Age   ☐ Appears Younger   ☐ Appears Older

**Dress/Grooming:** ☐ Appropriate   ☐ Marginal   ☐ Disheveled   ☐ Bizarre

**Posture:** ☑ Unremarkable   ☐ Rigid   ☐ Stooped

**Facial:** ☑ Unremarkable   ☐ Hostile   ☐ Worried   ☐ Tearful   ☐ Sad

**Eyes:** ☑ Unremarkable   ☐ Glances Furtively   ☐ Stares   ☐ Poor Eye Contact

**Motor Activity:** ☐ Increased   ☐ Decreased   ☐ Gait Unsteady   ☐ Gait rigid
☐ Gait slow   ☐ Agitation   ☐ Tremors   ☐ Tics

**General Attitude/Behavior:** ☑ Spontaneous   ☐ Preoccupied   ☐ Suspicious   ☐ Argumentative
☐ Self – Destructive   ☐ Withdrawn   ☐ Regressed   ☐ Seductive   ☐ Hostile

**Mood/Affect:** ☐ Flat   ☐ Depressed   ☐ Euphoric   ☐ Apathetic   ☐ Fearful
☐ Labile   ☐ Blunt   ☐ Inappropriate   ☐ Constricted   *appropriate*

**Speech/Communication:** ☐ Normal   ☐ Aphasia   ☐ Slurred   ☐ Rapid   ☐ Mute

**Flight of ideas:** ☐ Confabulation   ☐ Muttering   ☐ Tangential   ☐ Loose Associations   ☐ Over Productive

**Thought Content:** ☐ Suicidal Thought/Plans   ☐ Homicidal Thoughts/Plan   ☐ Antisocial Attitude
☐ Phobias   ☐ Indecisiveness   ☐ Self-Derogatory   ☐ Excessive religion   ☐ Bizarre   ☐ Self-Pity
☐ Assaultive ideas   ☐ Hypochondrias   ☐ Alienation   ☐ Obsessive   ☐ Blames others   ☐ Suspiciousness
☐ Helplessness   ☐ Inadequacy   ☐ Poverty of Content   ☐ Ideas of Guile   ☐ No deficit identified

**Abstract Thinking:** ☑ Unimpaired   ☐ Concrete

**Delusions:** ☐ None   ☐ Persecution   ☐ Systematized   ☐ Somatic   ☐ Other

**Hallucinations:** ☐ None   ☑ Auditory   ☑ Visual   ☐ Olfactory   ☐ Tactile

**Memory:** ☑ Grossly intact   ☐ Inability to Concentrate   ☐ Poor Recent Memory   ☐ Poor Remote Memory

**Insight /Judgment:** ☐ Unimpaired   ☐ Poor Judgment   ☐ Poor Insight
☐ Unmotivated to Treatment

Assessment Completed By: _____   Date: 9-5-03

☐ ADDITIONAL COMMENTS IN PROGRESS NOTES

| INMATE NAME | AIS # |
|---|---|
| Hampton, Randell | 226478 |

**ALABAMA DEPARTMENT OF CORRECTIONS**
MENTAL HEALTH SERVICES

**AUTHORIZATION FOR RELEASE OF ADOC MENTAL HEALTH INFORMATION**

I authorize mental health staff of the Alabama Department of Corrections staff to release information from the mental health documentation in my medical record to the following agencies for the purpose of:

☐   Parole Board Evaluation
☐   Discharge Planning for ADOC Release
☐   Other:_____

| | |
|---|---|
| 1 | Barbara Hampton – mother |
| 2 | Daron Hampton  Brother  334 395-6547 |
| 3 | Glenn Hampton – Brother |
| 4 | Greg Hampton – Sister |

I also authorize mental health staff to discuss my mental health treatment with staff of the above noted agencies.

This authorization will remain valid for 180 days from the date of my signature unless I revoke the authorization in writing.

INMATE SIGNATURE: X _Randell Hampton_     DATE: _9-5-03_

STAFF SIGNATURE: _____     DATE: _9-5-03_

*To receiving agency: Further disclosure of the provided information without specific written authorization of the inmate or as otherwise permitted by law is legally prohibited.*

If clarification is necessary, contact:

_____   Phone Number:_____

| Inmate Name   _Hampton, Randell_ | AIS #   _226420_ |
|---|---|

ALDOC Form #444-02

Draft AR444 – June 27, 2001

# MENTAL HEALTH UNIT RULES

In order to provide a more therapeutic environment, the following rules will be observed by all inmates assigned, or on pass to, the Mental Health Unit. You will acknowledge your acceptance of these rules by signing below.

1.  Inmates must be fully compliant with their medications and must participate in all prescribed psychotherapy, counseling, and group therapy. Willful misuse of medications (e.g. throwing it way, "cheeking", hoarding, giving it away, etc.) will result in disciplinary action.
2.  Inmates must maintain their personal hygiene and grooming in such a manner as to comply with Department of Corrections regulations and health care standards. Showers begin at 6:00A.M. Cells should be cleaned and beds made at this time. Inmates are expected to clean up their own areas daily. Inmates who fail to do so will be reported to their therapists for counseling on this matter.
3.  Cigarettes and/or tobacco products are not allowed on the Mental Health Unit. Disciplinary action will be taken for each violation.
4.  Store order is limited to $15.00 per week. One bag of coffee twice a month is allowed.
5.  Inmates are to be properly attired (institutional pants and shirts or undershirt) during the hours of 7:00A.M. to 5:00P.M. unless engaged in hygiene or grooming activities. No bare chests, bare feet, or undershorts will be exposed during these hours.
6.  Inmates are not to steal or fight, nor to gamble, barter, or trade personal or store items.
7.  Inmates will not engage in any homosexual activities, or in masturbation/fondling of the genitals in the view of others.
8.  The television is provided for the use of everyone. Disputes over channel selection are to be taken to the officer on duty, who will, in turn, conduct a vote.
9.  Inmates will respect the rights and feelings of each other, as well as those of the staff (security, nursing, mental health). Name-calling, teasing, verbal threats, cursing, and sexual innuendoes will not be tolerated.
10. The formation of cliques is discouraged. Inmates are not to engage in group discriminatory practices.
11. Inmates who violate these rules will be subject to confinement to their cells, removal from the unit, and /or disciplinary action.


X _Randell Hampton_____        _V22-04-20_____
INMATE'S NAME                     AIS NUMBER


_R. Samuel_____            _9-5-03_____
WITNESS                          DATE

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/5/03 | 1:30p | It need to be noted I had to read the Mental Health rules to the Pt. because he said I can read a little. Of gone Mother 1 sister, 2 brothers to BE put on his Authorization for release of ADOC Mental Health Information form. _B. Samuel MS 3C_ |  |
| 9/5/03 | 14:05 | S+O: Inmate taken to West ward earlier this shift 2° seizure activity. Arrived here from Bullock late yesterday & 0 current MAR. Last order noted in packet for Tegretol & PB was written 01/03, and inmate had not rec'd meds since yesterday Am. Rx renewed & I/m sent back to IPSU. Awake + Alert. ↑ amb. in unit & cell ad lib. Ø further SZ activity noted this shift. A: Pt alt in comfort r/t mental status & SZ act. P: Cont. P.O.C. _____ _L.D. Lyon_ |  |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton Randall | 226420 | 19 | B/m | Kilf |

F-6?

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| Sept 9/4/03 | 1435 | S&0: Ambulated c officers to MHU. 19 yr o B/M fairly groomed. C/o "I hear voices — telling me to hurt myself they keeps coming to me. I bamped my head on the wall so the voices can stop that's how I got the stitches in the back of my head. No bleeding noted. C/o some pain still present at times. Referred to Dr Stephard See evaluation. Resp @ 18 P-87 B/P 143/82, T skin W/D. Wt 150.0 lbs. See MAR for Meds ordered. Cooperative @ present time. A: Altered L/O/C R/T Mental Status P: Placed in MHU cell #5 Regular Observation | |
| 9/4/03 | 1830 | S - "I am feeling a little funny, I have some seizure meds that I am to take." O - Standing @ cell door. Appropriate affect Alert & oriented x 3. Resp @ ease. No S/S of distress noted @ present time. A - Altered level of comfort R/T mental status P - Will continue to monitor ——— M. Johnson, RN | |
| 9/5/03 | 0200 | S & 0 - noted resting on bunk quietly neg of visible distress, eyes close covered c blanket NAD noted — | |
| | 0420 | Sitting ↑ on bunk Eating from breakfast tray Spent Quiet + restful noct (Cont.) | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 19 | B/M | KCF |

F-61

From BCC.

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHIATRIC EVALUATION FORM
Page 1 of 2

**Referred by:**
☐ Admission to Institution  ☑ Mental Health Staff  ☐ Medical Staff  ☑ Other _Transfer from BCCF_

**Reason for Referral (Presenting Problem):**
19 y o B/m, know to this
I PSU and Taylor Hardin Secure Medical Facility, arriv
here on a transfer from BCCF. He was in

**Psychiatric History (inpatient/outpatient/dates of treatment/medications prescribed):** no distress,
was cooperative c the admission procedure p
Corrections officer, Nursing, and the MSE by this
writer. He was given at finaldy - Malingering
- Polysubstance Abuse _d_
_Antisocial Personality D/s_
by Taylor Harding team following a complete dx w/u (see top
of summary in his packet, dated 07 0902. A full
chart review is in order, absent the transfer note, and all acute
**Pertinent Medical History (allergies):** "Continued observation and testing indicated a high
NKDA — probability of Malingering." (THMF 070302
S/p Closed head Injury in 1995
Seizures (1997 onset) / managed by Carbamazepine
and Phenobarbital.

**Substance Abuse History:**
Alcohol
Marijuana, and numerous episodes of illicit
drugs. No successful tx reported

**Pertinent Personal/Family History (inmate's sentence):**
Serving Jr Robbery, I.
A Barbara Harrington of Elmore, AL is
listed as the mother —

**Institutional Adjustment (current placement):**
and behavioral fraught c a myriad of disciplinary
challenges -

| Inmate Name | AIS # |
|---|---|
| Hampton, Randall | 226420 |

ALDOC Form 455-01

AR 455 – February 27, 2002

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHIATRIC EVALUATION FORM
Page 2 of 2

**Mental Status Examination:**

Appearance and Behavior: 19 y o BM, W/N, W/D, in no distress,

Mood and Affect: alert, oriented to only the month (Tues) to place, person, and his situation

Speech and Language: unimpaired (though reflecting some borderline

Thought Process: intellectual functioning) goal-directed; no loose associations.

Thought Content and Perceptions: No report of recent auditory or visual hall-

Cognitive Assessment/Memory: cinations. No S/I or urges - No H/I or

Insight/Judgement: as seen - Marginal social judgement

Sleep/Appetite: type youngsters - Eats well. Witnessed on adm

**Suicide/Violence Risk Assessment:**

Past Suicidal Ideation/Attempts (dates and methods): (+) "but I forgot what I did"

Current Suicidal Ideation and Behavior: ⊝

Past Violent/Assaultive Behavior: (+)

Current Violent/Assaultive Ideas/Behavior: ⊝

**Diagnostic Impression**

Axis I: (a) 303.90 Alcohol Dependence (b) 304.80 Polysubstance dep. (c) Ψ 298.9 Psychotic dis NOS;

Axis II: Antisocial Personality Disorder 301.7 ; Borderline d) R/o V.65.2 Malingering

Axis III: Seizure     J.H. Functions

Axis IV: Incarceration

Axis V: GAF 50-55 current

**Treatment Recommendations (including medications/labs ordered/special housing)**

① Observation of ongoing behavioral activity

② Matter-of-fact oriented counselling by MHP

③ Activities by Activities Technician

Mental Health Code: ____ (SMI)  HARM  HIST  NONE

Psychiatric Follow-Up Required Within: ____ Days

Psychiatrist Signature ____    Date 090603

Inmate Name: Hampton, Randall

AIS #: 226420

ALDOC Form 455-01

AR 455 – February 27, 2002

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
ABNORMAL INVOLUNTARY MOVEMENT SCALE (MODIFIED)

INVOLUNTARY MOVEMENT RATING
Rate highest severity observed. Rate movements
That occur upon activation one less than those
Observed spontaneously.

CODE
0 – Normal, no involuntary movement
1 – Minimal, fleetingly present
2 – Mild, occurs more than four times
3 – Moderate, persistent
4 – Severe, very pronounced and continuous

| | | |
|---|---|---|
| FACIAL AND ORAL MOVEMENTS | MUSCLES OF FACIAL EXPRESSION: movements of forehead, eyebrows, periorbital area, cheeks; includes frowning, blinking, smiling, grimacing | 0  1  2  3  4 |
| | LIPS AND PERIORAL AREA: puckering, pouting, smacking | 0  1  2  3  4 |
| | JAW: biting, clenching, chewing, mouth opening, lateral movement | 0  1  2  3  4 |
| | TONGUE: rate only increase in movement both in and out of mouth NOT inability to sustain movement | 0  1  2  3  4 |
| EXTREMITY MOVEMENTS | UPPER (arms, wrists, hands, fingers): include choreic movements (rapid, objectively purposeless, irregular, spontaneous), athetoid movements (slow, irregular, complex, serpentine). DO NOT INCLUDE tremors (repetitive, regular, rhythmic) | 0  1  2  3  4 |
| | LOWER (legs, knees, ankles, toes): lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot | 0  1  2  3  4 |
| TRUNK MOVEMENTS | NECK, SHOULDER, HIPS: rocking, twisting, squirming, pelvic gyrations. | 0  1  2  3  4 |
| GLOBAL JUDGEMENTS | SEVERITY OF ABNORMAL MOVEMENTS | 0  1  2  3  4 |
| | INCAPACITATION DUE TO ABNORMAL MOVEMENTS | 0  1  2  3  4 |
| | PATIENTS AWARENESS OF ABNORMAL MOVEMENTS: rate only patient's report<br>　　0 – No awareness　　　3 – Aware, moderate distress<br>　　1 – Aware, no distress　　4 – Aware, severe distress<br>　　2 – Aware, mild distress | 0  1  2  3  4 |
| DENTAL STATUS | CURRENT PROBLEMS WITH TEETH AND/OR DENTURES | NO    YES |
| | DOES PATIENT USUALLY WEAR DENTURES? | NO    YES |

Assessed by: GCST-PHARS MD          Date: 090403
Reviewed by:                                    Date:

| Inmate Name | AIS # |
|---|---|
| Hampton, Randall | 226420 |

DOC Form #456-02

AR 456 – August 21, 2001

B/M

## ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT
PAGE 1

| Institution: Bullock | ☐ RTU | ☒ SU | Date/Time of Admission: 8/4/03 @ 2³⁵ pm |
|---|---|---|---|
| Inmate Name: Hampton, Randall | AIS#: 226420 | | DOB: 11/15/83 |

**Vital Signs**

| BP 142/82 | P 87 | R 18 | HT 5'11" | WT lbs 68 | Allergies: NKA | Temp 98⁸ Skin w/D |

### Past Medical History

| ☐ Diabetes | ☐ Heart Disease | ☐ Kidney Disease | ☐ Hypertension | ☐ Cancer | ☐ TB |
| ☒ Seizures | ☐ COPD | ☐ Back Problems | ☐ Liver Disease | ☐ Stroke |
| ☐ Peptic Ulcer D/O | ☐ Congenital D/O | ☐ Peripheral Vascular Disease | ☐ Other |

### Assistive Devices

| ☐ Walker | ☐ Crutches | ☐ Cane | ☐ Wheelchair | ☐ Artificial Limb (s) |
| ☐ Glasses | ☐ Hearing Aid | ☐ Partial Dentures | ☐ Upper Dentures | ☐ Lower Dentures |
| ☐ Other: |

Major Illnesses/ Accidents / Surgeries / etc.
Teacher Beat My head Brick wall 1995 causing My Seizure
Paranoid Schizop.

Current Medical Problems:
Seizure    Closed head Injuries (stitches B-

Current Medical Medications / Dosages:
Tegretol 400 mg  Phenob. 60 mg (4-Am)
BID    BID    5-Pm

Compliance: ☒ 100%    ☐ 50% to 90%    ☐ 10% to 40%    ☐ 0%

Sleep Pattern: ☐ Insomnia ☐ Difficulty Falling Asleep ☐ Difficulty Waking Up ☐ Other:

Tobacco/Amount: _____    Caffeine/Amount: _____

Hygiene: ☐ Good ☒ Fair ☐ Poor    Showers 2D times a week

Appetite: ☒ Good ☐ Fair ☐ Poor ☐ Appears Adequately Nourished ☐ Deficit

History of Failure to Eat / Hunger Strikes: ☒ No ☐ Yes Last Episode (explain)_____

### PSYCHIATRIC HISTORY

Symptoms of First Psychiatric Event / Age of Onset:
When I was little I was Hearing Voices (dont know the age)

Psychiatric Hospitalizations / Treatment / Medications / Medication Compliance:
2001- Dothan, B'ham  Tusealoose
Taylor hardin (Tuscaloosa)

Side-Effects Experienced / Causative Medications: NK

History of Aggression / Acting Out Behavior: ☒ Yes ☐ No

Last Episode (explain):
Voices Tell to kill myself - Flush my head down the Stool @ Bulloc
2 wk ago & Bump my head and I Still have stitches on mid Back gh

Bad Deam I'm a Shoot out
I was killing up folks".
Some one out to get me. I plede the Blood of Jesus and that helps

*Disiplinary aolocation c IM's*

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT
### PAGE 2

### Educational Assessment

Highest Grade Completed: *2002  11 th*  ☐ Regular Classes   ☐ Special Education
☐ Able to Understand Current Diagnosis   ☐ Able to Read   ☐ Able to Write   ☐ Able to Communicate
☐ Unable to Understand Current Diagnosis ☐ Unable to Read   ☐ Unable to Write   ☐ Unable to Communicate

### Mental Status

**Age:** ☐ Appears Stated Age   ☐ Appears Younger   ☐ Appears Older

**Dress/Grooming:** ☐ Appropriate   ☐ Marginal   ☐ Disheveled   ☐ Bizarre

**Posture:** ☐ Unremarkable   ☐ Rigid   ☐ Stooped

**Facial:** ☐ Unremarkable   ☐ Hostile   ☐ Worried   ☐ Tearful   ☐ Sad

**Eyes:** ☐ Unremarkable   ☐ Glances Furtively   ☐ Stares   ☐ Poor Eye Contact

**Motor Activity:** ☐ Increased   ☐ Decreased   ☐ Gait Unsteady   ☐ Gait Rigid   ☐ Gait Slow
☐ Agitation   ☐ Tremors   ☐ Tics

**General Attitude/Behavior:** ☐ Spontaneous   ☐ Preoccupied   ☐ Suspicious   ☐ Argumentative
☐ Self-Destructive   ☐ Withdrawn   ☐ Regressed   ☐ Seductive   ☐ Hostile

**Mood / Affect:** ☐ Flat   ☐ Depressed   ☐ Euphoric   ☐ Apathetic   ☐ Fearful   ☐ Labile
☐ Blunt   ☐ Inappropriate   ☐ Constricted

**Speech / Communication:** ☐ Normal   ☐ Aphasia   ☐ Slurred   ☐ Rapid   ☐ Mute
☐ Flight of Ideas   ☐ Confabulation   ☐ Muttering   ☐ Tangential   ☐ Loose Associations   ☐ Over Productive

**Thought Content:** ☐ Suicidal Thoughts/Plans   ☐ Homicidal Thoughts/Plan   ☐ Antisocial Attitudes
☐ Phobias   ☐ Indecisiveness   ☐ Self-Derogatory   ☐ Excessive Religion   ☐ Bizarre   ☐ Self-Pity
☐ Assaultive Ideas   ☐ Hypochondriasis   ☐ Alienation   ☐ Alienation   ☐ Blames Others   ☐ Suspiciousness
☐ Helplessness   ☐ Inadequacy   ☐ Poverty of Content   ☐ Ideas of Guilt   ☐ Obsessive   ☐ No Deficit Identified

**Abstract Thinking:** ☐ Unimpaired   ☐ Concrete

**Delusions:** ☐ None   ☐ Persecution   ☐ Systematized   ☐ Somatic   ☐ Other_____

**Hallucinations:** ☐ None   ☐ Auditory   ☐ Visual   ☐ Olfactory   ☐ Tactile

**Memory:** ☐ Grossly Intact   ☐ Inability to Concentrate   ☐ Poor Recent Memory   ☐ Poor Remote Memory

**Insight / Judgment:** ☐ Unimpaired   ☐ Poor Judgment   ☐ Poor Insight
☐ Does not know reason for transfer to RTU/SU   ☐ Unmotivated for Treatment

Assessment Completed by:_____   Date:_____

### ☐ ADDITIONAL COMMENTS IN ADMISSION PROGRESS NOTES

| Inmate Name | AIS # |
|---|---|
|  |  |

ALDOC Form 472-04 (Page 2 of 2)

AR 472 – October 5, 2001

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**

**PSYCHIATRIC EVALUATION FORM**
Page 1 of 2

**Referred by:**
☐ Admission to Institution    ☑ Mental Health Staff    ☐ Medical Staff    ☑ Other _BCF_

**Reason for Referral (Presenting Problem):** 19 y/o b/m transferred
Today from ~~Bullock~~ Staten Correctional Facility to KCF's
Intensive ψ Stabilization Unit.

**Psychiatric History (inpatient/outpatient/dates of treatment/medications prescribed):**
Inmate has an hx of prior psychiatric tx
both in Taylor Hardin, and in Private since
'97, aside from what care he got also from a
community mental Health Center. Moreover, he is
also treated c̄ Tegretol and Phenobarbital for
Seizures 2° Head Injury in '95 - His hx docu-
ments sx of "bezarre behavior such as Swearing
fleas, hearing voices." pt, t

**Pertinent Medical History (allergies):** acted upon suicidal thoughts. See
NKDA                       entries dated 012203 from ~~Dr. ~~
S/P Head Injury in '95 -
Seizures c̄ '97 onset (R) by Tegretol and Phenoback
7 stitches fresh cut (R) forehead laceration

**Substance Abuse History:**
Marijuana
Alcohol, and others

**Pertinent Personal/Family History (inmate's sentence):**
Serving time for robbery

**Institutional Adjustment (current placement):**
Marginal to poor

| Inmate Name   Hampton, Randall | AIS #   226420 |
|---|---|

ALDOC Form 455-01

AR 455 – February 27, 2002

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**

## PSYCHIATRIC EVALUATION FORM
Page 2 of 2

**Mental Status Examination:**

**Appearance and Behavior:** Looking slender, c/o: " I'm real hungry", sleepy and dozing off and on, oriented to year "2003",

**Mood and Affect:** "kill" etc ... Angrily (one fight c officer ... this dude sold my shoes ... " - affect angry.

**Speech and Language:**

**Thought Process:** goal - directed

**Thought Content and Perceptions:** "I've not heard voices in a long time

**Cognitive Assessment/Memory:** }
**Insight/Judgement:** } difficult to ascertain c lack of cooperativeness 2° to dozing and being "real hungry, man !"
**Sleep/Appetite:**

**Suicide/Violence Risk Assessment:**

**Past Suicidal Ideation/Attempts (dates and methods):** Ø "but I forgot what I did", says inmate.

**Current Suicidal Ideation and Behavior:** Acting out of suicidal idea s according to report, & inmate denies: " I wasn't suicidal ."..

**Past Violent/Assaultive Behavior:** Robbery - "I hit the dude who sold my shoes". - he admit

**Current Violent/Assaultive Ideas/Behavior:** Denies

**Diagnostic Impression/**
**Axis I:** (A) 303.90 Alcohol dependence (B) 304.80 Polysubstance dependence (C) 298.9 Psychotic disorder
**Axis II:** (A) 301.7 Personality Disorder, NOS      NOS (in part)
**Axis III:** Seizures      S/P Head Injury Since '95 (D) r/o 295.7
**Axis IV:** Incarceration      Schizoaffective Disorder (by Hx)
**Axis V:** GAF  30  current

**Treatment Recommendations (including medications/labs ordered/special housing)**
① Inmate is denying suicidal ideation or intent; as also he
② denies a/c hallucinations - Will await diagnostic clarificat.
③ Suicide watch for further diagnostic observation as well
④ Supportive counseling, and no psychiatric drugs on starting order &

**Mental Health Code:** (SMI)    HARM    HIST    NONE

**Psychiatric Follow-Up Required Within:** _____ Days

_(signature)_

**Psychiatrist Signature**      **Date** W. 01.22.03

| Inmate Name | Hampton, Randall | AIS # | 226420 |

## ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT
PAGE 1

| Institution: Kilby | ☐ RTU | ☐ SU | | Date/Time of Admission: 1/22/03 @ 1140 |
|---|---|---|---|---|
| Inmate Name: Hampton, Randall | | AIS#: | | DOB: 10/15/83 |

I-968

### Vital Signs

| BP 123/72 | P 98 | R 20 | HT 5'9" | WT 146 | Allergies: NKDA |
|---|---|---|---|---|---|

### Past Medical History

| ☐ Diabetes | ☐ Heart Disease | ☐ Kidney Disease | ☐ Hypertension | ☐ Cancer | ☐ TB |
|---|---|---|---|---|---|
| ☐ Seizures | ☐ COPD | ☐ Back Problems | ☐ Liver Disease | | ☐ Stroke |
| ☐ Peptic Ulcer D/O | ☐ Congenital D/O | ☐ Peripheral Vascular Disease | ☐ Other | | |

### Assistive Devices

| ☐ Walker | ☐ Crutches | ☐ Cane | ☐ Wheelchair | ☐ Artificial Limb (s) |
|---|---|---|---|---|
| ☐ Glasses | ☐ Hearing Aid | ☐ Partial Dentures | ☐ Upper Dentures | ☐ Lower Dentures |
| ☐ Other: | | | | |

Major Illnesses/ Accidents / Surgeries / etc. - See Body Chart 1/22/03
Head injury in 1995

Current Medical Problems: Seizure

Current Medical Medications / Dosages: See MAR

Compliance: ☒ 100%    ☐ 50% to 90%    ☐ 10% to 40%    ☐ 0%

Sleep Pattern: ☐ Insomnia  ☐ Difficulty Falling Asleep  ☐ Difficulty Waking Up  ☐ Other: Sleeps Ok

Tobacco/Amount: 1/2 pack/day    Caffeine/Amount: drinks when available

Hygiene: ☐ Good  ☒ Fair  ☐ Poor    Showers 7 times a week

Appetite: ☒ Good  ☐ Fair  ☐ Poor  ☐ Appears Adequately Nourished  ☐ Deficit

History of Failure to Eat / Hunger Strikes: ☒ No  ☐ Yes  Last Episode (explain)

### PSYCHIATRIC HISTORY

Symptoms of First Psychiatric Event / Age of Onset: 11 y/o
depression

Psychiatric Hospitalizations / Treatment / Medications / Medication Compliance:
Taylor Hardin

Side-Effects Experienced / Causative Medications: N/A

History of Aggression / Acting Out Behavior:    ☐ Yes  ☐ No

Last Episode (explain):

ALDOC Form 472-04 (Page 1 of 2)

AR 472 – October 5, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT
PAGE 2

**Educational Assessment**

Highest Grade Completed: __11 a__    ☑ Regular Classes    ☐ Special Education
☑ Able to Understand Current Diagnosis    ☑ Able to Read    ☑ Able to Write    ☑ Able to Communicate
☐ Unable to Understand Current Diagnosis ☐ Unable to Read  ☐ Unable to Write  ☐ Unable to Communicate

**Mental Status**

Age: __19__                    ☑ Appears Stated Age    ☐ Appears Younger         ☐ Appears Older

**Dress/Grooming:**            ☑ Appropriate        ☐ Marginal    ☐ Disheveled        ☐ Bizarre

**Posture:**                   ☑ Unremarkable       ☐ Rigid       ☐ Stooped

**Facial:**   ☐ Unremarkable   ☐ Hostile      ☐ Worried     ☐ Tearful      ☑ Sad

**Eyes:**   ☑ Unremarkable    ☐ Glances Furtively   ☐ Stares    ☐ Poor Eye Contact

**Motor Activity:**  ☐ Increased  ☐ Decreased  ☐ Gait Unsteady  ☐ Gait Rigid  ☐ Gait Slow

                    ☐ Agitation   ☐ Tremors    ☐ Tics

**General Attitude/Behavior:** ☑ Spontaneous  ☐ Preoccupied  ☐ Suspicious  ☐ Argumentative

                    ☐ Self-Destructive   ☐ Withdrawn   ☐ Regressed   ☐ Seductive   ☐ Hostile

**Mood / Affect:**   ☑ Flat   ☐ Depressed   ☐ Euphoric   ☐ Apathetic    ☐ Fearful   ☐ Labile

                    ☐ Blunt   ☐ Inappropriate   ☐ Constricted

**Speech / Communication:**   ☑ Normal   ☐ Aphasia   ☐ Slurred   ☐ Rapid   ☐ Mute

☐ Flight of Ideas  ☐ Confabulation  ☐ Muttering  ☐ Tangential  ☐ Loose Associations  ☐ Over Productive

**Thought Content:**  ☐ Suicidal Thoughts/Plans  ☐ Homicidal Thoughts/Plan  ☐ Antisocial Attitudes

☐ Phobias  ☐ Indecisiveness  ☐ Self-Derogatory  ☐ Excessive Religion  ☐ Bizarre  ☐ Self-Pity

☐ Assaultive Ideas  ☐ Hypochondriasis  ☐ Alienation  ☐ Alienation  ☐ Blames Others  ☐ Suspiciousness

☐ Helplessness  ☐ Inadequacy  ☐ Poverty of Content  ☐ Ideas of Guilt  ☐ Obsessive  ☐ No Deficit Identified

**Abstract Thinking:**   ☑ Unimpaired   ☐ Concrete

**Delusions:**   ☑ None   ☐ Persecution   ☐ Systematized   ☐ Somatic  ☐ Other_____

**Hallucinations:**   ☑ None   ☐ Auditory   ☐ Visual   ☐ Olfactory   ☐ Tactile

**Memory:**  ☑ Grossly Intact  ☐ Inability to Concentrate  ☐ Poor Recent Memory  ☐ Poor Remote Memory

**Insight / Judgment:**  ☑ Unimpaired  ☐ Poor Judgment  ☐ Poor Insight

        ☐ Does not know reason for transfer to RTU/SU  ☐ Unmotivated for Treatment

Assessment Completed by: __Jo Joaquin LPN__    Date: __1/22/03__

        ☐ ADDITIONAL COMMENTS IN ADMISSION PROGRESS NOTES

| Inmate Name   Hampton, Randall | AIS #   226420 |
|---|---|

ALDOC Form 472-04 (Page 2 of 2)

AR 472 – October 5, 2001

# BCCF
## (INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Kendall Hampton_  AIS NO. _SM226420_ CELL: _3_
VIOLATION OR REASON: _#63_  ADMITTANCE AUTH. BY: _Lt. G. Bates_
DATE & TIME RECEIVED _12-16-05 @ 4:40PM_ DATE & TIME RELEASED _____
PERTINENT INFORMATION: _63 intentionally creating a safety security Health Hazard_

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | |
| 12/19/05 MON | MORN | Y | N | N | N | N | Ghongi | N | Meds given | B. Ellis COI |
| | DAY | | Y | | NO | Refused | QA | NO | neb given | W. No, COI |
| | EVE | | | √ | N | N | AC | N | Received | S. Calhoun COI |
| 12/20/05 TUE | MORN | Yes | | | no | no | Lindsay | no | rec'd. meds | M. Fitzpatrick col |
| | DAY | y | Y | | NO | Refused | Mosby | NO | Rec'd meds | W. No, COI |
| | EVE | | | √ | √ | | Roberts | N | rec meds | S. Calhoun COI |
| 12/21/05 WED | MORN | Y | N | N | N | N | Ghongi | N | Meds given | B. Ellis COI |
| | DAY | | Y | N | N | R | Steven Roberts | N | Received med - C.I. | A. Parks C.I |
| | EVE | | | √ | N | N | Steven | N | Received med - C.I. | Simons c.I |
| 12/22/05 THUR | MORN | Yes | | | no | no | Ghongi | no | Meds given | M. Fitzpatrick col |
| | DAY | Y | Y | - | N | Refused | Mosby | N | rec'd meds | W. Parker, co |
| | EVE | | | √ | Y | Y | NO | Ktgh | NO | Rec'd med | S. Johnson, col |
| 12/23/05 FRI | MORN | Y | N | N | N | N | Ghongi | N | Meds given | B. Ellis COI |
| | DAY | N | Y | N | N | Refused | Unlin | N | received | J. Austin, co |
| | EVE | | | √ | N | N | Roberts & Austin | N | rec. meds | S. Calhoun COI |
| 12/24/05 SAT | MORN | | N | N | N | N | Ghongi | N | Meds given | B. Ellis COI |
| | DAY | Y | Y | | NC | Refused | AA | NO | rec neb given | W. No, COI |
| | EVE | | | √ | √ | NO | Roberts | NO | rec meds | S. Johnson, col |
| 12/25/05 SUN | MORN | N | | | N | N | AA | N | meds given | B. Hill, COI |
| | DAY | Y | | √ | N | N | AA | N | meds given | Kelly, COI |
| | EVE | | | √ | | N | Roberts | N | rec meds | S. Calhoun COI |

**Pertinent Info:** i.e. - Epileptic, Diabetic, Suicidal, Assaultive
**Meals/SH:** Shower - Yes (Y) or NO (N), Refused (R)
**Exercise:** Enter actual time period and Inside or Outside
**Medical:** Physician will sign each time the inmate is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e. - Conduct, attitude * Use reverse side for additional comments and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004

# BCCF
## (INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Randall Hampton_  AIS NO. _9W386430_  CELL: _19B_
VIOLATION OR REASON: _RV#35 / PV_  ADMITTANCE AUTH. BY: _Lt. M. McCraney_
DATE & TIME RECEIVED: _3-13-06 @ 3:28 pm_  DATE & TIME RELEASED _____
PERTINENT INFORMATION: _RV#35 Fighting without a weapon / PV_

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | |
| 4/03/06 MON | MORN | Y | N | N | N | N | Blondy | N | Rec'd meds | B. Ellis, COI |
| | DAY | | Y | | NO | refused | Massy | NO | Rec'd meds | D. Day, COI |
| | EVE | | | Y | N | N | Pebble | N | Rec'd meds | M. Austin Sw |
| 4-4 2006 TUE | MORN | Y | | | NO | NONE | n/a | NONE | Rec'd meds | R. Blunt, COI |
| | DAY | | Y | | N | N | Massy | N | Need meds | Hall |
| | EVE | | | Y | N | N | Day | N | Rec Meal / Meds | J. Hall |
| 4-5 2006 WED | MORN | Y | N | N | N | N | Blondy | N | Rec'd Meds | B. Ellis, COI |
| | DAY | | Y | - | N | Refused | Day | No | McC Ang | Croshey, CO |
| | EVE | | | Y | N | N | | N | Rec'd meds | J. Penny pw |
| 4-6 2006 THUR | MORN | | Y | | N | N | Blondy | N | Rec'd Meds | Hall |
| | DAY | | Y | | NO | refused | White | NO | Need meds | D. Day, COI |
| | EVE | | | Y | Y | N | Day | N | Rec'd meds | M. Austin COI |
| 4-7 2006 FRI | MORN | | Y | | N | N | Murphy | N | Rec'd meds | Hall |
| | DAY | | Y | | NO | refused | Simpson | NO | meds given | D. Day, COI |
| | EVE | | | Y | N | N | Day | N | Rec'd meds | D. Smith, COI |
| 4-8 2006 SAT | MORN | N | | | N | N | Blondy | N | Rec'd meds | Hall |
| | DAY | Y | Y | | N | refused | Massy | N | Rec'd meds | S. Smart, COI |
| | EVE | | | Y | Y | N | Pebble | N | Rec'd meal / meds | D. John, COI |
| 4-9 2006 SUN | MORN | N | | | NO | NO | Blanger | NO | Meds given | V. Baldwin, COI |
| | DAY | | | | | 1059-1140 | Massy | N | Rec'd meds | Sara Smart, COI |
| | EVE | | | Y | N | N | Pebble | N | Rec'd Meds | Pennington COI |

Pertinent Info: i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower - Yes (Y) or NO (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. - Conduct, attitude * Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004

_Bullock County Correctional_
**(INSTITUTION)**

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Randall Hampton_         AIS NO: _226470_ CELL: _2_
VIOLATION
OR REASON: _#62 Intentionally Creating a Safety Security Health Hazard._
ADMITTANCE
AUTHORIZED BY: _Lt. Swindelum Bakers)_
DATE & TIME
RECEIVED: _12·16·05 @ 4:40pm_
DATE & TIME
RELEASED: _____
PERTINENT
INFORMATION: _____

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 12/16/05 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | N | N | Roberts | N | rec med | Thomas col |
| Friday 12-16 2005 | MORN | N | | NO | NONE | Skinder | NONE | rec'd meds | |
| | DAY | Y | Y | NO | Refused | Bensath | NO | Rec'd meds | R. Burnett CO' |
| SAT | EVE | | | Y | N | Brown? | | emeds-o Bennett CDP | CDP |
| 12-18 2005 | MORN | N | N | N | N | Dalton | N | received med | D. Hill, CO7 |
| SUN | DAY | Y | | | N | Refused | N | Rec'd meds | E. Ballusses |
| | EVE | | | N | N | Mostly Light | | Read mes | |

**Pertinent Info:**  i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:**  Shower- Yes (Y); No (N); Refused (R)
**Exercise:**  Enter Actual Time Period and Inside or Outside (i.e.,
     9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:**  Physician will sign each time the inmates is seen.
**Psych:**  Psychological Counselor will sign each time the inmate is seen.
**Comments:**  i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
     and include date, signature, and title.
**OIC Signature:**  OIC must sign all record sheets each shift.

FORM N912



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

### DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: _____November 22, 2005_____     Time: ____0900____ (A.M.) P.M.

I have been advised by Medical Staff ___C Holdersfield RN___

that it is necessary for me to undergo the following treatment:

_____Hepatitis B Vaccine_____
(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I

nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences

involved and release the above named Medical Personnel, the ___Bullock Co Correctional___
(Name of Facility)

and its agents and employees from any liability.

Inmate: ___Randell Hampton___     Date: _11/22/2005_

Witness: ___A. Droom RN___     Date: _11/22/2005_

Witness: ___S. Roberts RN___     Date: _11/22/05_

**DOC # 010-127-004**

| INMATE NAME (LAST, FIRST, MIDDLE)<br>Hampton, Randell | DOC#<br>226420 | DOB<br>10-15-83 | R/S<br>B/m | FAC.<br>Bullock |
|---|---|---|---|---|



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

# SHORT STAY RECORD 23
## (To be used in case infirmed 23 hrs or less)

Temp _98⁴_ Pulse _70_ Resp _20_ B/P _120/76_ Weight _____ Height _____

Admission Date: _9/6/2005_

**History Of Present Illness:**

pt c/o "just shaking all over" Noted tremors

**Physical Examination:**

General Appearance _WNL_          H-E-E-N & T _WNL_

Heart _WNL_                        Lungs _WNL_

Abdomen _WNL_                      Bones, Joints, Extremities _WNL_

Neurological _A-Ox3_ Dago into for Neuro's     Skin _WNL_

**Laboratory & X-Ray:**

**Condition On Discharge:** Alert, oriented, belligerent & angry, hitting door of HCU cell c fist

**Discharge Instructions:**

**Final Diagnosis:**

Discharge Date: _9-6-05 1345_          Signature Of Attending Physician:

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton, Randell | 226420 | 10-15-83 | B/M | BCF |

PHS-MD-70048



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 9/6/05 | TIME 0825 ☒AM ☐PM | ORIGINATING FACILITY BCCF ☐SIR ☐PDL ☐ESCAPEE ☐_____ | ☐SICK CALL ☒EMERGENCY ☐OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA | CONDITION ON ADMISSION ☐GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

| VITAL SIGNS: TEMP _____ ORAL/RECTAL | RESP 16 | PULSE 68 | B/P 130/70 | RECHECK IF SYSTOLIC <100/50 ___/___ |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S – Inmate carried in by 2 other men. I/m states he just started shaking. States just feels a little weak.

O – Laying on exam table. Alert, oriented x 3, Pupils = & reactive

P. Dr. Siddig here. Will place pt. in HCU to observe. A Groom RN

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 9/6/05 | TIME 0850 ☒AM ☐PM | RELEASE / TRANSFERRED TO | ☐DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☐SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE A Groom RN | DATE 9/6/06 | PHYSICIAN'S SIGNATURE [signature] 9/6/05 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Randell | DOC# 226420 | DOB 10-15-83 | R/S B/m | FAC BCCF |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 9/6/2005 | TIME 1145 ☑AM ☐PM | ORIGINATING FACILITY BCCF ☐SIR ☐PDL ☐ESCAPEE ☐ ___ | ☑SICK CALL ☐EMERGENCY ☐OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA x̄ "Haldol" per pt. | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

VITAL SIGNS: TEMP _____ ORAL/RECTAL    RESP. 20    PULSE 70    B/P 120/76    RECHECK IF SYSTOLIC <100> 50    SaO2 98%

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|---|

S c/o "just started shaking all
over" "® elbow hurts"

O  VS WNL c̄ SaO2 @ 98%, pt
tremoring c̄ 3RN + 1 LPN @
side. No dermatological abnorm-
malities Although c/o "® elbow full ROM
aches" along with the "sore in
the top of his crack hurting"
® arm/elbow s̄ edema, bruising
cut etc. ® arm c̄ mobility WNL.

A- Alteration in comfort R/T
® elbow pain.

PHYSICAL EXAMINATION

P- Return to HCU to be seen by
MD later today.
                        A. Groom RN

NOTE: Inmate brought to exam room
for venipuncture for Tegretol
+ Phenobarb. level! As he stood
by the exam table, he suddenly
sank to the floor. States his body
"locked up." Requesting ext.
CT scan.
                        A. Groom RN

*Profile right or left*

*Right or left*

| DIAGNOSIS | | ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|---|---|
| | | Advil 800 mg po | 1155 | AG |

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 9/6/05 | TIME 1205 ☑AM ☐PM | RELEASE / TRANSFERRED TO ☐DOC ☐AMBULANCE ☑HCU | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE A. Groom RN | DATE 9/6/05 | PHYSICIAN'S SIGNATURE ___ | DATE 9/6/0 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Randall | DOC# 226420 | DOB 10-15-83 | R/S B/M | FAC BCCF |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Bullock | |
|---|---|---|---|
| 8 / 31 / 05 | 1822 AM (PM) | ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ | ☐ SICK CALL  ☒ EMERGENCY ☐ OUTPATIENT |

ALLERGIES **NKDA**

CONDITION ON ADMISSION  ☐ GOOD  ☒ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP **99⁴** (ORAL) RECTAL    RESP **22** O₂SAT = 97%    PULSE **84**    B/P **120/80**    RECHECK IF SYSTOLIC <100> 50 ____/____

NATURE OF INJURY OR ILLNESS

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S - "I have a place on my behind that hurts unless I sit a certain way. It doesn't ~~itch~~ it kinda feels numb. It hurts real bad when I lay on my back. I first noticed it Saturday. I thought it was a bump, like the one under my ⒭ arm & on the back of my neck. The one on my behind kept getting bigger & hurting worse"

O - Alert, oriented, skin w&d to touch color normal, resp regular & unlabored, amb. c̄ steady gait. Has grimace on face & sits gently but

PHYSICAL EXAMINATION

straight. Has 2 swellings ō inner upper edge of ⒭ buttock, both intact, moderately reddened #1 is larger & appears to be "heading". #2 smaller ō ō defined head. Also has healing bump under ⒭ arm & on back of neck ō hair line. No drainage from any of the above areas.

A - Alteration in comfort related to swellings ⒭ upper inner buttock

P - Give Advil 800mg c̄ PO
Rx/ease to Population

2 swellings (diagram label)
Healing bump (diagram label)
PROFILE RIGHT OR LEFT
RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Advil 800mg PO x1 | 1800 | [initials] |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Come for Sick Call. Return to Infirmary as needed

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 8 / 31 / 05 | 1940 AM (PM) | ☒ DOC  ☐ AMBULANCE  ☐ | ☐ SATISFACTORY  ☒ FAIR | ☐ POOR  ☐ CRITICAL |

| NURSE'S SIGNATURE [signature] | DATE 8/31/05 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton Rondell | DOC# 226420 | DOB 10/15/83 | R/S B/M | FAC Bullock |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _____ | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|
| 8/24/05 | AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98.6 ORAL RECTAL | RESP 20 | PULSE ____ | B/P ___/___ | RECHECK IF SYSTOLIC <100> 50 ___/___ |

NATURE OF INJURY OR ILLNESS

S— I have small bite-
like bumps (Insect)

O— Alert & oriented X 3,
ambulatory, c/o small insect
bite bumps on underneath
arm pit. No open area noted
Sm nodule. Whitish discharge
noted when inmate squeeze
and large nodule noted between
groin area also. No

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

A— Alteration in comfort & skin
integrity R/t possible infected
areas
P— 1) areas between groin
area cleansed c N002, and
TAO applied to areas
underneath arm (R).
2) R/T HCU to see
MD for sick call in am

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT    R/t HCU in AM for sick

| DISCHARGE DATE 8/24/05 | TIME AM PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☑ pop | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE S. Roberts RN | DATE 8/24/05 | PHYSICIAN'S SIGNATURE ___ 8/28/05 DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton Randall | DOC# 226420 | DOB | R/S B/M | FAC BCCF |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 06/30/05 | TIME 956 AM PM | ORIGINATING FACILITY _____ □ SIR □ PDL □ ESCAPEE □ _____ | | □ SICK CALL ☑ EMERGENCY □ OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION □ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA |
|---|---|

| VITAL SIGNS: TEMP 98 | ORAL RECTAL | RESP 20 | PULSE 76 | B/P 120, 68 | RECHECK IF SYSTOLIC <100> 50 ____/___ |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

O: Appeared for CC and
stood up and fell in the
floor (striking) his head
on the floor (No noted Bruise
S: Stated "My leg gave out"
A: alteration Comfort R/T
Pain from fall. Acquired a
Small broken Area in Back
D: Head
P: Cleansed Area and
observe

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

| INSTRUCTIONS TO PATIENT Return to infirmary if S/S develope |
|---|

| DISCHARGE DATE 7/31/05 | TIME 90 AM PM | RELEASE / TRANSFERRED TO □ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE ☑ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE MD | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Houston, Randall | DOC# 226420 | DOB 10/15/83 | R/S | FAC |
|---|---|---|---|---|



**Nursing Evaluation Tool:**        <u>General Sick Call</u>

Facility: BBB

Patient Name: Hampton RANDALL
_____ Last _____ First

Inmate Number: 225420

Date of Report: 7 / 17 / 05
MM / DD / YYYY

Date of Birth: 10 / 15 / 85
MM / DD / YYYY MI

Time Seen: 1620 AM / PM Circle One

---

**_Subjective_:** Chief Complaint(s): c/o muscle pain (L) leg, Hip, (R) shoulder

Onset: CX + Elbow

Brief History: Pt states been laying down all day, Nol RMrs
(Continue on back if necessary) been lifting wts all day

☐ Check Here if additional notes on back

**_Objective_:** Vital Signs: (As Indicated) T: 98.8 P: 18 RR: 68 B/P: 120 / 80

Examination Findings: S ROM S swelling, S gross Abnormality(s)
(Continue on back if necessary)

☐ Check Here if additional notes on back

**_Assessment:_ _(Referral Status)_** Preliminary Determination(s): Pain r/t muscle strain

☑ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**_Plan:_** Check All That Apply:
☑ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
            (Describe)

OTC Medications given ☐ NO ☑ YES (If Yes List): Advil 800mg

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____

Date for referral: __/__/__
MM DD YYYY
Time _____

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____

X _____
   Nurses Signature

Name: Wm. Stanley
_____ Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7/6/05

**To:**

**From:**

**Inmate Name:** Hamilton Robert    **ID#:** 211524

**The following action is recommended for medical reasons:**

1. House in

2. Medical Isolation

3. Work restrictions

4. May have extra _____ until _____

5. Other

**Comments:**

Bottom Bunk due to back pain x 6 months.

No lifting > 30 lbs x 6 months.

7/6/05 → 1/6/06

**Date:** 7/6/05    **MD Signature:** _____    **Time:** 0900

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 7 / 2 / 05 | TIME 11:00 ☐ AM ☐ PM | ORIGINATING FACILITY _____ ☐ SIR ☐ PDL ☐ ESCAPEE _____ | | ☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES Naldol | | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 98.5 | ORAL RECTAL | RESP 20 | PULSE 76 | B/P 120/68 | RECHECK IF SYSTOLIC <100> 50 ____/____ |

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |

S. Stated "I fell in the
kitchen" C/O Back pain
O: no noted Bruises or
Swelling. No noted
problems sitting on exam
table.
A. alteration in Comfort
related to Pain
P. notify Med for orders

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| Cedril 500 mg T.I.D | | |
| PEN X 10 days | | |
| P.O. Dr Siddiq/Nelson | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** Return to Infirmary if S/S get worse

| DISCHARGE DATE 7 / 2 / 05 | TIME 11:00 ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Kendall | | DOC# 226420 | DOB 10/15/83 | R/S BM | FAC. BCCF |