

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 03 /31 /05 | TIME 11:25 AM/PM | ORIGINATING FACILITY _____ □ SIR □ PDL □ ESCAPEE □ _____ | □ SICK CALL ☒ EMERGENCY □ OUTPATIENT |
|---|---|---|---|

**ALLERGIES** Haldol

CONDITION ON ADMISSION
☒ GOOD  □ FAIR  □ POOR  □ SHOCK  □ HEMORRHAGE  □ COMA

| VITAL SIGNS: TEMP 98.6 ⊙ORAL RECTAL | RESP. 16 | PULSE 72 | B/P 120/70 | RECHECK IF SYSTOLIC ___/___ <100> 50 |
|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S - "I've been dizzy and throwing up for about 45 minutes." "Back of head hurts." ("Threw up 3 x)

O - WDWO B/m in NAD. VSS. Resp c̄ ease. Skin W/O. Lungs CTA bilateral. Pt appears in NAD. No s/s of dehydration noted. PERRL.

A. Alteration in comfort R/T dizzy + N/V.

PHYSICAL EXAMINATION

P. Notify MD. Dr. Siddiq called @ 11:40 AM. RN instructed to keep pt in ER and he would come by to see him.

E. Explained to pt about ↓ fat intake and staying on liquids for 12-24 hours.

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Keep pt in ER + MD will see | 11:40 | (illegible) |
| T.O. Dr. Siddiq/DPferson RN | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Wait to see Dr. Siddiq

| DISCHARGE DATE 03 /30/31 /05 | TIME 12:00 AM/PM | RELEASE / TRANSFERRED TO ☒ DOC □ AMBULANCE □ | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Dee Pferson RN | DATE 03/3l/05 | PHYSICIAN'S SIGNATURE (signature) | DATE 3/31/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Randall | DOC# 226 420 | DOB 15 Oct 83 | R/S B/m | FAC Bul-832 |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 7 / 5 / 05 | TIME 7 15 ☑AM ☐PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES  Haldol

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _98_ ORAL/RECTAL    RESP _20_    PULSE _76_    B/P _120/78_    RECHECK IF SYSTOLIC <100>50 ___/___

NATURE OF INJURY OR ILLNESS

" I was shaking when I sitting down"

28 y/o x3, verbally Responsive with & confusion
noted. Speech is clear & is wnl, & distress
noted. Pupils are round, equal & reactive. Denies
pain or dizziness.

- Alteration in comfort level.

placed in back for observation until Dr on
call comes in.

PHYSICAL EXAMINATION

M.D. visited released at 9:20 A.m.

| ABRASION /// | CONTUSION # | BURN ˣˣ ˣˣ | FRACTURE ᶻ ᶻ | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 7 / 5 / 05 | TIME 920 ☑AM ☐PM | RELEASE / TRANSFERRED TO ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| SIGNATURE | DATE 7-5-05 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

NAME (LAST, FIRST, MIDDLE)
~ Randall

| | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | 226 420 | 11-15-83 | B/m | 3 L |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 6 Jun /05 | TIME 0420 ☐ AM ☐ PM | ORIGINATING FACILITY _____<br>☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY<br>☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES  HACPX | CONDITION ON ADMISSION<br>☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98.6 | ORAL<br>RECTAL | RESP 18 | PULSE 84 | B/P 118/80 | RECHECK IF<br>SYSTOLIC /<br><100> 50 |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS          SA~ 98%

| ABRASION /// | CONTUSION # | BURN XX/XX | FRACTURE Z/Z | LACERATION /<br>_____ SUTURES |
|---|---|---|---|---|

S. I feel Hot
O. V/S WNL - Heart S's²
lungs clear - Resp evens
unlabored. PERRLA, Neuro √WNL
Pt Skin - warm & Diaphoretic
States Sleeping April coll.
A. WNL
P. POP.

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS  WNL

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 6 Jun 05 | TIME 0425 ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE<br>☐ SATISFACTORY ☐ POOR<br>☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE William Stanley | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  HAMPTON, RANDELL | DOC# 226420 | DOB 3/15/8? | R/S | FAC. |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 05 / 18 / 05 | TIME 10:15 ☐AM ☐PM | ORIGINATING FACILITY  Bullock ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES  NKA | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 98.6  ☐ORAL ☒RECTAL  RESP 18  PULSE 72  B/P 132/80  RECHECK IF SYSTOLIC <100> 50 ____ / ____

| NATURE OF INJURY OR ILLNESS |  | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |

"I fell on the floor"

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- B/m male lying on floor in HCU. A&Ox3. Resp reg & easy. Skin warm et dry to touch et intact. Inmate able to respond to verbal stimuli. Inmate denies dizziness. No distress noted @ this time.
A- Stable
P- Refer to see MD if any problems occur. Apply ice packs.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| | | |
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Return to HCU

| DISCHARGE DATE 05 / 18 / 05 | TIME 1:00 ☐AM ☒PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☒ PDP | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
| NURSE'S SIGNATURE  V Smith | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE)  Thompson, Randall | DOC# 226420 | DOB 10/5/83 | R/S Bm | FAC BCCF |



**PRISON HEALTH SERVICES INCORPORATED**

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Randall Hampton_ _226420_
   (Print Name)                               (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   ) Splint

(   ) Eyeglasses

(   ) Dentures

(   ) Prothesis     describe _____

(   ) Wheelchair

( X ) Cane

(   ) Crutches

(   ) Other     describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

X _Randall Hampton 2-2-0420_     _5/20/05_
   (Inmate)                                    (Date)

_____     _____
   (Witness)                                    (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| _Hampton Randall_ | _226420_ | _10/15/83_ | _Bm_ | _BCCF_ |

PHS-MD-70005           **(White – Medical File, Yellow – Security Property Officer)**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 5/20/05 | TIME 1015 ☐ AM ☐ PM | ORIGINATING FACILITY Bullock ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES Haldol | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 98 | ORAL RECTAL 02 SAT 98% | RESP 18 | PULSE 60 | B/P 108/72 | RECHECK IF SYSTOLIC <100> 50 |

**NATURE OF INJURY OR ILLNESS**

S. I was sitting + my body
locked up on me.

| | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |

PROFILE RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O. Brought to HCU on stretcher
A+O x3 - Talkative - moving all
extremities ō difficulty + Resp are
No cuts or bruses Noted to Head or
other part of Body.
A. Alt. in comfort
P Release to PUC; came gtw
as ordered

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** Return As Needed

| DISCHARGE DATE 5/20/05 | TIME 1040 ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ FAIR ☐ POOR ☐ CRITICAL |

| NURSE'S SIGNATURE V State CRN | DATE 5/20/05 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Randall | DOC# 226420 | DOB 10/15/83 | R/S Bm | FAC. BCCF |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY BCCF | ☐ SICK CALL ☒ EMERGENCY |
|---|---|---|---|
| 4/28/05 | 1050 ☒AM ☐PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ OUTPATIENT |

| ALLERGIES NKDA | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 98⁸ | ORAL RECTAL | RESP 16 | PULSE 98 O₂ Sat 97% | B/P 140/88 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S - I fell out in the kitchen &
hit my head on the table.
O - No edema or break in skin
noted on Ⓡ side of head
where pt. indicated he hit
the table. Pupils equal
& reactive. Pt. states he
missed his 4 PM meds last
night, but was given them
this AM when he saw MD
for same complaint.
A - None Alt. in comfort R/T HA

PHYSICAL EXAMINATION

P - Advil & place in HCU for
observation until seen by
MD.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Advil 800 mg po | 1100 | CH |

| DIAGNOSIS |
|---|
| |

| INSTRUCTIONS TO PATIENT |
|---|
| Rest on mattress on floor - will be seen by MD later. |

| DISCHARGE DATE 4/28/05 | TIME 1105 ☒AM ☐PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☒ HCU | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE A. Groom RN | DATE 4/28/05 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Randall | DOC# 226420 | DOB 10-15-83 | R/S B/M | FAC. BCCF |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _4/28/05_

**To:** _DOC_

**From:** _Medical_

**Inmate Name:** _Hampton, Randell_ **ID#:** _226420_

**The following action is recommended for medical reasons:**

1.   House in _____
2.   Medical Isolation _____
3.   Work restrictions _____
4.   May have extra _____ until _____
5.   Other _____

**Comments:** _Lay in X 90 days_

_____

_____

_____

**Date:** _4/28/05_ **MD Signature:** _Siddiq_ _____ **Time:** _0500_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** _4-19-05_

**To:** _DOC_

**From:** _Medical_

**Inmate Name:** _Randall Hampton_    **ID#:** _226420_

**The following action is recommended for medical reasons:**

1. House in _X 1 day   4/19/05_

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**
_Lay in today_
_See Dr Siddig at 7:30 AM   4/20/05_

_____

_____

**Date:** _4/19/05_ **MD Signature:** _Siddig / J Cawthon RN_ **Time:** _1020 AM_

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*No Chart Found*

**EMERGENCY**

2—24

| ADMISSION DATE | TIME | ORIGINATING FACILITY *Bullock* | | |
|---|---|---|---|---|
| 4/19/05 | 1005 AM PM | □ SIR □ PDL □ ESCAPEE □ ___ | ☐ SICK CALL ☐ EMERGENCY | ☐ OUTPATIENT |

ALLERGIES *Naldal*

CONDITION ON ADMISSION
☐ GOOD   ☐ FAIR   ☐ POOR   ☐ SHOCK   ☐ HEMORRHAGE   ☐ COMA

VITAL SIGNS: TEMP 97.8   ORAL / RECTAL   RESP. 20   PULSE 64   B/P 120, 82   RECHECK IF SYSTOLIC <100> 50 ___

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

S- I've got bad Knee's. My
① leg gave out on me and
I fell. This happen's every
day, a lot. I get muscle spasms
in my ① leg everyday. It hurts
bad, all the way up to my hips

O- Rubbing ① Knee - Covered c̄
dirt from when he fell.

A Alteration in comfort due to ①
leg and fall - Having lots of

**PHYSICAL EXAMINATION**

pain.

P Medicate for pain - Have
Inmate see Dr Siddig in
AM

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

Rest Today - See Dr Siddig
in AM.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 800 mg P.O. | 1010 | Caw |
| Now and PRN X | | |
| 10 days | | |
| T.O. Dr Siddig / JCawthon RN | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Rest Today - See Dr Siddig in AM @ 7A

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 4/19/05 | 1015 AM PM | ☐ DOC ☐ AMBULANCE ☐ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| JCawthon RN | 4/19 | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton, Randall | 226420 | 10/15/83 | B/M | Bullock |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 4/20/05

**To:** _____

**From:** _____

**Inmate Name:** Hampton Randall **ID#:** 226420

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

(1) No work x 6 months. 4/20/05 → 10/20/05

(2) No prolonged standing > 20 min x 6 months, 4/20/05/10/2

(3) Lay in x 10 days. 4/20/05 → 4/30/05.

(4) Walkin cane x 60 days. 4/20/05 → 6/20/05.

**Date:** 4/20/05  **MD Signature:** Dr Staley WSmith  **Time:** 0900

60418

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: _04, 20, 05_  ORIGINATING INSTITUTION/WORK RELEASE CENTER _Bullock_

REASON FOR
PROFILE _Razor Bumps_

TREATMENT: _Shaving profile x 180 days._

### SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _10, 20, 05_.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ____/____/____

☒ Inmate _04, 20, 05_
DATE

_V Smelkon_
NURSE'S SIGNATURE
(Distributed By)

_Dr Siddoh N Smith_
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| _Hampton  Randall_ | | | _BM_ | _226420_ |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate

PINK - Warden

F-13



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 4/15/05 | TIME 745 ☐ AM ☐ PM | ORIGINATING FACILITY Bullock ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES Haldol | CONDITION ON ADMISSION ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98⁸ ORAL RECTAL | RESP. 22 | PULSE 67 | B/P 118/80 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S. My body started jerking

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|

Onset 9PP

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O. Brought to HCU via stretch
c̄ officer stokes Reported by officer
stokes that patient was observed
lying on ground c̄ jerking movements
A&O x3 talkative - no cuts bruses
Notd - Resp even - nons/labored
A. Alt in Conht due to possible
seizure activity
P. Seen by DR Siddy placed in
HCu for 2 hour observation per protocol
DR Siddy @ 750

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Observation x 2 hrs | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** Return to HCU as Needed

| DISCHARGE DATE 4/15/05 | TIME 10⁰⁰ ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE V. Slatur | DATE 4/15/05 | PHYSICIAN'S SIGNATURE | DATE 4/15/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Randall | DOC# 226430 | DOB 10/15/83 | R/S BM | FAC. BCF |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | ☐ SICK CALL   ☐ EMERGENCY |
|---|---|---|---|---|
| 4 /15 / 05 | ☐ AM ☐ PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | | ☐ OUTPATIENT |

| ALLERGIES  NKA — Naldol | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP **99.2** ORAL/RECTAL    RESP _____ PULSE **70** B/P **118/78**   O2 Sat **100%**   RECHECK IF SYSTOLIC <100> 50 /

| NATURE OF INJURY OR ILLNESS | | | | | |
|---|---|---|---|---|---|
| | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |

S— Body is spastic
at times

O— Skin warm & dry. c/o
dizziness & light headed
No c/o N/V or diarrhea
c/o Body spasms & aura from
a potential seizure — request
to talk ē MH Nurse
Rash noted on upper chest
area sm patches and c/o irritation
alert & oriented X 3. ambulating

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

A— Alteration to Comfort
R/t

RIGHT OR LEFT

P— 1) Seizure medication
given by MH Nurse Stephanie
2) R/T for sick call for rash
eval by MD on Monday
3) hydrocortison for itching
pRN
4) Discharge to population

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT   R/T infirmary PRN

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 4/15/05 / | ☐ AM ☐ PM | ☐ DOC ☐ AMBULANCE ☒ pop | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| S. Robert S RN | 4/15/05 | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton, Randall | 236430 | 10/15/83 | B/m | BCCF |

PHS MD-70007
(White - Record Copy Yellow - Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 4/1/05

**To:** Inmate

**From:** medical

**Inmate Name:** Hampton, Randell     **ID#:** 226420

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

1) Lay in X 20 days 4/1 - 4/20/05

2) No work X 6 mos
4/1 - 9/1/05

3) No prolong standing > 10 min X 6 mos

4) may have walking stick X 6 mos
( 4/1 - 9/1/05 )

**Date:** 4/1/05    **MD Signature:** Dr. Siddiq / ARoberts RN    **Time:** 1540



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

*Place on SickCall pt request*

| ADMISSION DATE | TIME | ORIGINATING FACILITY *Bullock* | |
|---|---|---|---|
| 3/31/05 | 1000 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ____ | ☐ SICK CALL ☑ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES *Haldol* | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 98⁴  ORAL/RECTAL  O2 SAT 94  RESP 18  PULSE 74  B/P 110/70  RECHECK IF SYSTOLIC ____ <100> 50

**NATURE OF INJURY OR ILLNESS**

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

S: I was sitting at table next thing I knew my head start feeling funny & my legs + then I fell out!

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O: B/K male esc'd to them by officer Williams c̄ Above c/o No swelling skin breakage to (R) side of head - gait even on Ambulation No distress Ncht. —

A: Testing chest for Above c/o

P: Release to DOC to beds as Needed to See md

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 3/31/05 | 1010 AM/PM | ☑ DOC ☐ AMBULANCE ☐ | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE V Stablis | DATE 1010 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Randall | DOC# 226420 | DOB 10/18/83 | R/S B/M | FAC Bcf |
|---|---|---|---|---|

Bullock Co. Corrections
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Randoll Hampton_    AIS NO. _B2R62620_ CELL: # _10_
VIOLATION
OR REASON: _#35 Fighting w/o a Weapon_    ADMITTANCE
AUTHORIZED BY: _W.T. Miller_
DATE & TIME
RECEIVED: _2/23/05 @ 105p_    DATE & TIME
RELEASED: _____

PERTINENT
INFORMATION: _____

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---------|---|---|----|----------|---------------|------------|-----------|---------------|
| MON | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| TUE | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 2/23 WED | MORN | | | | | | | | | |
| | DAY | N | | N | N | | | N | | T. Spell, CO |
| | EVE | | Y | N | N | Kozlen | | N | Rec'd med | J. Johnson, COI |
| 2/24 THUR | MORN | V | | n | n | L. Conberg | | n | Rec'd med | M. Fitzpatrick COI |
| | DAY | | V | N | N | I.C. | Sanlatter | | 2 as | Hall, COI |
| | EVE | | | Y | N | 8 Cov | | N | meds given | Pennington COI |
| 2/25 FRI | MORN | | V | N | N | Kozlen | | N | Meds given | H. Johnson, COI |
| | DAY | | | N | Refused | Y | | N | med gave | Hall, COI |
| | EVE | | | N | N | Robins | bath | Watvmeds | C. Harris, COI |
| 2/26/05 SAT | MORN | N | | N | N | Leison | | N | Meds given | C. Young COI |
| | DAY | | | N | Refused | Cov | | N | meds given | Hall, COI |
| | EVE | | Y | Y | N | Cov | | N | meds given | Ryan, COI |
| 2/27/05 SUN | MORN | N | | N | N | Leison | | N | Meds given | E. Williams, COI |
| | DAY | N | | N | N | W/mal | | N | meds meds | Hall, COI |
| | EVE | | | | N | Ichator | | N | Rec'd med | Ryan, COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.,
            9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
            and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: _2/17/05_   ORIGINATING INSTITUTION/WORK RELEASE CENTER _Bullock_

**REASON FOR PROFILE** _Rash to face_

**TREATMENT:** _Clipper Shave x 1 month_

### SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _3/17/05_.
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ____/____/____
DATE
☒ Inmate _2/17/05_
DATE

_Carolyn Rees_
**NURSE'S SIGNATURE**
**(Distributed By)**

_W. Siddiq MD_
**PHYSICIAN'S SIGNATURE**
**(Authorization)**

| FULL NAME (Last, First, Middle) | Date-of-Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Hampton, Randall | | | Bm | 226420 |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate

PINK - Warden

F-13



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2/17/05

**To:** Inmate

**From:** Bullock Correctional / HCU

**Inmate Name:** Hampton, Randall    **ID#:** 226420

**The following action is recommended for medical reasons:**

1. House in _Lay-in x 20 days 2/09/05_

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_____

_____

_____

No prolonged standing > 20 min x 6 months. 8/17/05

**Date:** 2/17/05    **MD Signature:** Dr Siddig/CReester    **Time:** 0930

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _Bullock_ | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|
| 1/29/05 | 15:52 AM (PM) | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ OUTPATIENT |

| ALLERGIES  NKA | CONDITION ON ADMISSION  ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98 ☐ ORAL ☐ RECTAL | RESP. 18 | PULSE 84 | B/P 110, 80 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S- Body Chart for Doc"

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Blk. Male. Ambulatory to Hcu alert
and oriented ×3 escorted by officer
Mason ē hand cuffed behind back
small Abrasion to ® elbow no other
problems Noted at this time

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P- Released to Doc, No Medical problems Noted | | |

**DIAGNOSIS** O

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 1/28/05 | 5:34 AM (PM) | ☐ DOC ☐ AMBULANCE ☐ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| Martha Jackson | | BMS 2/3/05 | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton Rondal | 226420 | 10-15-83 | B/M | Bullock |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _BCCF_ | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|
| 1 / 29 / 05 | 5:55 ☐AM ☑PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ OUTPATIENT |

| ALLERGIES  NKA | CONDITION ON ADMISSION  ☐ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA |
|---|---|

VITAL SIGNS: TEMP __99.2__ ORAL/RECTAL    RESP. __19__    PULSE __116__    B/P __150__/__90__    RECHECK IF SYSTOLIC <100> 50 ___/___

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|---|

S— "Continuous loud outburst
c̄ hostile language c̄ talking
to COs.

O— Hostile + loud babbling on
about officer jealous
of him. Sweaty + crying

A— AMS c̄ inappropriate
aggressive behavior.

PROFILE RIGHT OR LEFT

scratch
scratch
tatto
X
X

RIGHT OR LEFT

PHYSICAL EXAMINATION

P— Give inmate Haldol 10mg Im
c̄ Benadryl 50m, Im now
+ suicide watch c̄ smock
only.
T.O./ Dr. sanders to T.Shryock rn

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Haldol 10 mg Im now crf | 1800 | rn |
| Benadryl   Im now | | |
| Suicide watch in | | |
| crisis cell c̄ smock | | |
| only. | | |
| T.O/ Dr. sanders to T Shryock rn | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE  /  / | TIME  ☐AM ☐PM | RELEASE / TRANSFERRED TO  ☐ DOC  ☐ AMBULANCE  ☐ | CONDITION ON DISCHARGE  ☐ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE  _L. Ruth rn_ | DATE  1-29-05 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  Hampton, Randall | DOC#  226420 | DOB  10-15-83 | R/S  B/m | FAC.  BCCF |
|---|---|---|---|---|

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT
PAGE 1

| Institution: _Bullock County_ RTU   SU | Date/Time of Admission: |
|---|---|
| Inmate Name: _Hampton, Randall_  AIS#: _226420_ | DOB: _10-15-83_ |

**Vital Signs**

| BP 150/90 | P 116 | R 19 | HT | WT | Allergies: _NKDA_ |
|---|---|---|---|---|---|

**Past Medical History**

| Diabetes | Heart Disease | Kidney Disease | Hypertension | Cancer | TB |
|---|---|---|---|---|---|
| (Seizures) | COPD | Back Problems | Liver Disease | Stroke | |
| Peptic Ulcer D/O | Congenital D/O | Peripheral Vascular Disease | Other | | |

**Assistive Devices**

| Walker | Crutches | Cane | Wheelchair | Artificial Limb (s) |
|---|---|---|---|---|
| Glasses | Hearing Aid | Partial Dentures | Upper Dentures | Lower Dentures |
| Other: | | | | |

Major Illnesses/ Accidents / Surgeries / etc.

Current Medical Problems:

_Tegretol 300mg tid   Phenobarbital 60mg Bid ; Advil 800mg tid_
Current Medical Medications / Dosages:

| Compliance: | 100% | 50% to 90% | 10% to 40% | 0% |
|---|---|---|---|---|

Sleep Pattern:   Insomnia   Difficulty Falling Asleep   Difficulty Waking Up   Other:_____

Tobacco/Amount:_____   Caffeine/Amount:_____

Hygiene:   Good   Fair   Poor   Showers ____ times a week

Appetite: ☐ Good ☐ Fair ☐ Poor ☐ Appears Adequately Nourished ☐ Deficit_____

History of Failure to Eat / Hunger Strikes:   No   Yes  Last Episode (explain)_____

**PSYCHIATRIC HISTORY**

Symptoms of First Psychiatric Event / Age of Onset:

Psychiatric Hospitalizations / Treatment / Medications / Medication Compliance:

Side-Effects Experienced / Causative Medications:

History of Aggression / Acting Out Behavior:   ☐ Yes   ☐ No

Last Episode (explain):

ALDOC Form 472-04 (Page 1 of 2)

AR 472 – October 5, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH UNIT (RTU/SU): INITIAL NURSING ASSESSMENT
PAGE 2

### Educational Assessment

Highest Grade Completed:_____     Regular Classes     Special Education
   Able to Understand Current Diagnosis     Able to Read     Able to Write     Able to Communicate
   Unable to Understand Current Diagnosis     Unable to Read     Unable to Write     Unable to Communicate

### Mental Status

**Age:**                Appears Stated Age     Appears Younger     (Appears Older)

**Dress/Grooming:**     Appropriate     Marginal     Disheveled     Bizarre

**Posture:**     Unremarkable     Rigid     Stooped

**Facial:**     Unremarkable     (Hostile)     Worried     Tearful     Sad

**Eyes:**     Unremarkable     Glances Furtively     Stares     Poor Eye Contact

**Motor Activity:**     (Increased)     Decreased     Gait Unsteady     Gait Rigid     Gait Slow
   Agitation     Tremors     Tics

**General Attitude/Behavior:**     Spontaneous     Preoccupied     Suspicious     (Argumentative)
   Self-Destructive     Withdrawn     Regressed     Seductive     (Hostile)

**Mood / Affect:**     Flat     Depressed     Euphoric     Apathetic     Fearful     Labile
   Blunt     Inappropriate     Constricted

**Speech / Communication:**     Normal     Aphasia     Slurred     (Rapid)     Mute
   Flight of Ideas     Confabulation     Muttering     Tangential     Loose Associations     Over Productive

**Thought Content:**     Suicidal Thoughts/Plans     Homicidal Thoughts/Plan     Antisocial Attitudes
   Phobias     Indecisiveness     Self-Derogatory     Excessive Religion     Bizarre     (Self-Pity)
   Assaultive Ideas     Hypochondriasis     Alienation     Alienation     Blames Others     Suspiciousness
   Helplessness     Inadequacy     Poverty of Content     Ideas of Guilt     Obsessive     No Deficit Identified

**Abstract Thinking:**     Unimpaired     (Concrete)

**Delusions:**     None     Persecution     Systematized     Somatic     Other_____

**Hallucinations:**     None     Auditory     Visual     Olfactory     Tactile

**Memory:**     Grossly Intact     (Inability to Concentrate)     Poor Recent Memory     Poor Remote Memory

**Insight / Judgment:**     Unimpaired     Poor Judgment     Poor Insight

   Does not know reason for transfer to RTU/SU     Unmotivated for Treatment_____

Assessment Completed by:_____     Date: 1-29-05

ADDITIONAL COMMENTS IN ADMISSION PROGRESS NOTES

| Inmate Name | AIS # |
|---|---|
| Hampton Randall | 226420 |

ALDOC Form 472-04 (Page 2 of 2)

AR 472 – October 5, 2001

# MENTAL HEALTH OBSERVATION FORM

Inmate Name _Hampton, Randall_ Ais# _226420_ Date/Time Initialed _1-28-05 / UR_

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 1-79-05 | 1430 | L-Rozga Pn | S- |
| 1/30/05 | 1845 | Schaule RPN | (S) Beating on wall & door. Screaming out "I want my pills." (O) Hostile & loud. (A) unstable. (P) PM meds given c CO's present. |
| 1/31/05 | 0300 | M.Rivers | B- O- lying on bunk, eyes Closed. dress unlabored. A- Stable @ presents P will cont to Monitor |
| 1/31/05 | 0700 am | J Stringer Lpn | S - Inmate asleep on bed covered c blue blanket O - no s/s distress noted A - stable & calm @ this time P - Will continue MHO |
| 1/31/05 | 0735 am | J Stringer Lpn | Inmate Discharged back to RTU by DOC per Dr Anders. Ambulaty in hall back to RTU |

Mental Health Observation Form

# MENTAL HEALTH OBSERVATION FORM

Inmate Name __Hampton, Randall__ / Ais# __226420__ Date/Time Initialed __1-29-05 / 1655__

| Date | Time | Observer | Comments |
|---|---|---|---|
| 1-29-05 | 17:55 | LRY cer | S- Continous loud outburst c̄ hostile language talking to CO's |
| | | | O- Hostile + loud babbling or shout offir jerking of him, sweaty + crying |
| | | | A- AMS c̄ inappropriate aggresive behavior |
| | | | P- Give inmate Haldol 10mg Im c̄ Benadryl 50mg Im now & send to ward c̄ smock only |
| | 2000 | MRENNA | ① none T/O Dr Smiley in shower eyes closed + breathing easy. Won't open eyes. Smock. Won't respond ② Stable ③ Continue m/H/O — MR |
| 1/30/05 | 0200 | MRENNA | S- ? O- lying on metal bed in suicide blanket, in fetal position, legs closed. Resp unlabored A- Stable @ present P- Will Cont to monitor |
| 1-30-05 | 0850 | L Refern cer | S- Sleeping on cot c̄ no s/s of distress. O- Breathing normal, covered c̄ smock A- Stable P- Continue Suicide watch |
| 1-30-05 | 13:25 | LRY cer | S- Beating on wall, window c̄ hands + head, screaming to get out out cell. O- Hostile Attitude c̄ indecent exposure. A- AMS c̄ abnormal behavior P- Call Dr. Sanders, Ordered Haldol 10mg Im c̄ Benadryl 50mg Im. Given c̄ CO's present. Calmed, Sent to ward. |

Mental Health Observation Form

# DEPARTMENT OF CORRECTIONS
## SHAVE PROFILE AUTHORIZATION

DATE: _01 30 05_    ORIGINATING INSTITUTION/WORK RELEASE CENTER _Bullock_

REASON FOR
PROFILE _Razor Bumps_

TREATMENT: _Shaving Profile x 60 days_

### SHAVE PROFILE INSTRUCTIONS



1. Specific area of face or neck involved is to be identified on the above profiles by the physician.
2. Hair in the areas shown on the diagrams is not to exceed 1/8".
3. The type shave to be used is clipper.
4. This shaving profile expires on _3 /28 /05_ .
5. Any corrections automatically cancel this profile authorization.
6. If the shaving profile is to be extended beyond the date indicated, a new Shave Profile Authorization must be completed and distributed appropriately.
7. Designated copies of this Shaving Profile Authorization have been distributed to:

☐ Warden ____/____/____
　　　　DATE
☒ Inmate _01 28 05_
　　　　DATE

_V. Smith (LPN)_
NURSE'S SIGNATURE
(Distributed By)

_Dr. Siddiq/N. Smith_
PHYSICIAN'S SIGNATURE
(Authorization)

| FULL NAME (Last, First, Middle) | Date of Birth | Age | R/S | AIS # |
|---|---|---|---|---|
| Hampton, Randall | 10/15/83 | | BM | 226020 |

ORIGINAL - Blue Medical Jacket
YELLOW - Inmate

PINK - Warden

F-13



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1/28/05

**To:** _____

**From:** _____

**Inmate Name:** Hampton Randall   **ID#:** 226430

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

(1) No prolonged standing > 20 min x 6 months.   1/28/05 → 7/28/05

(2) Lay in x 10 days.  1/28/05 → 2/07/05

(3) Benzoyl peroxide x 30 days.  1/28/05 → 2/7/05

**Date:** 1/28/05   **MD Signature:** Dr. Sidney N. Smith   **Time:** 0900

60418

# PRISON HEALTH SERVICES
## SEGREGATION LOG

Name: Hampton Randell  AIS _____  DOB 206490  UNIT Seg  YEAR 2004

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JANUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEBRUARY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MARCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APRIL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JUNE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| JULY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AUGUST | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEPTEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCTOBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOVEMBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DECEMBER | NC | NC | NC | NC | NC | NC | NC | | | | | | | | | | | | | | | | | X | NC | NC | NC | NC | NC | NC | NC |

NURSES SIGN AND INITIAL

KEY:  M – MEDICAL
D – DENTAL
P – PSYCHIATRIC
N/C-NO COMPLAINTS

NC 072



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE<br>1 / 1 /05 | TIME<br>9:35 ☒AM ☐PM | ORIGINATING FACILITY _____<br>☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☒EMERGENCY<br>☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES<br>NKA | | CONDITION ON ADMISSION<br>☒GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98⁶ | ORAL<br>RECTAL | RESP 20 | PULSE 74 | B/P 120, 72 | RECHECK IF<br>SYSTOLIC<br><100> 50 ___/___ |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S — "I took My Phenobarb on a empty Stomach, I'm hurting and weak."

O — A&O X3, verbally responsive, ⊖ confusion noted. ⊖ observable weakness, walking well alone, ⊖ distress noted, v/s within normal limits.

A — ⊖ Alt in comfort level.

P — Released to D.O.C. Advised inmate stated he missed breakfast, states he is hungry.

E — ⊖ miss meals, eat when feel.

| | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Eat meals on time

| DISCHARGE DATE<br>1 / 1 /05 | TIME<br>9:40 ☒AM ☐PM | RELEASE / TRANSFERRED TO ☒DOC<br>☐AMBULANCE<br>☐ | CONDITION ON DISCHARGE<br>☒SATISFACTORY ☐ POOR<br>☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE<br>Karen McC___ | DATE<br>1-1-05 | PHYSICIAN'S SIGNATURE<br>___ 1/1/05 OT | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| ___ | 221-42__ | 10-15-83 | B/M | B/C |



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 12/20/04 | TIME 12:15 AM/PM | ORIGINATING FACILITY Bullock ☐ SIR ☐ PDL ☐ ESCAPEE ☐_____ | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT |

| ALLERGIES | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 97.8 Do not goob | ORAL RECTAL | RESP 20 | PULSE 86 | B/P / | RECHECK IF SYSTOLIC / <100> 50 |

**NATURE OF INJURY OR ILLNESS**

S: I walking back to my bed + my body started jerking & my legs gave out. I hit my head right here on the side

**PHYSICAL EXAMINATION**

O. Brought to HCU on stretch AAO x3 - No jerking activity noted Pointed to (L) side of head - No swelly Noted - skin intact - Resp even Non labored - ambulating c steady equal gait

A. Body weakness

P. Release back to dorm.

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** Return to HCU as Needed.

| DISCHARGE DATE 12/22/04 | TIME 1222 AM/PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULENCE | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE V. Slater LPN | DATE 12/22/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# 176470 | DOB 10/15/83 | R/S Bm | FAC. BCCF |


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 12 / 15 / 04 | TIME 4:45 AM/PM | ORIGINATING FACILITY BCCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | | ☐ SICK CALL ☒ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98.6 | ORAL / RECTAL | RESP. 20 | PULSE 99 | B/P 150/70 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- "My Head Hurts

O - Pt was brought in on stretcher
c̄ apparent past seizure activity
skin warm to touch. Lungs clear
Lethargic and unsteady on
feet.

A- Alteration in comfort d/t
Head discomfort & post seizure

P. 1) V/S and monitor (o₂
2) observe in infirmary (2 hrs)
3 R/T population - alert
+ oriented ×3, no seizure activity noted

| | ABRASION /// | CONTUSION # | BURN ×× | FRACTURE Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 12 / 15 / 04 | TIME 8:30 AM/PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE S. Robertson | DATE 12/15/04 | PHYSICIAN'S SIGNATURE | DATE 12/15/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton / Hinton, Rendall | DOC# 226420 | DOB 10/15/83 | R/S B/M | FAC. |
|---|---|---|---|---|



PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSTION DATE 12 /11 /04 | TIME ☐ AM ☐ PM | ORIGINATING FACILITY Bullock ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

VITAL SIGNS: TEMP _98.6_ ORAL RECTAL   RESP. _20_   PULSE _24_   B/P _130/76_   RECHECK IF SYSTOLIC <100> 50 _____/_____

**NATURE OF INJURY OR ILLNESS**

S— "My hip hurts"

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O— Alert & Oriented x 3 Resps regular and even Skin w/D to touch large hard area to ① hip & hard area between buttock area on hip draining bloody color drainage.

A— Alteration In Comfort

**ORDERS / MEDICATIONS / IV FLUIDS**

| | TIME | BY |
|---|---|---|
| P— Dr Siddicy Called Orders given to give Ancef : 1gm IM now Bactrim DS ; PO Bid X 10 days Rifampin 300 mg Bid X 10 days | | |

**DIAGNOSIS**

O

**INSTRUCTIONS TO PATIENT**

See above

| DISCHARGE DATE 12 /11 /04 | TIME 2:05 ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSES SIGNATURE Martha John | DATE | PHYSICIANS SIGNATURE 12/13/04 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|---|
| Houston, | | | | Bl | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 12/08/04 | TIME 1140 ☐AM ☐PM | ORIGINATING FACILITY Bullock ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP _____ ORAL RECTAL _____ | RESP 18 | PULSE 72 | B/P 128/76 | RECHECK IF SYSTOLIC <100> 50 _____ |

### NATURE OF INJURY OR ILLNESS

S- Body chart for Doc.
Inmate fell in cell 7 unit

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

### PHYSICAL EXAMINATION

O- Male brought to HCU via
stretcher. Inmate respond
to verbal stimuli. Inmate
able to move all ext's
with some discomfort noted.
Inmate denies blurred vision
no dizziness. Skin intact.
No need body markings noted
to body. Inmate able to ambulate
c assist from stretcher to w/c.
A- Stable
P- Place in Infirmary for Observation

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
| (1) Advil 800mg PO PRN x3days | | |
| (2) X-ray | | |

### DIAGNOSIS

### INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 12/08/04 | TIME 1152 ☐AM ☐PM | RELEASE / TRANSFERRED TO ___ | ☐ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
| NURSE'S SIGNATURE U Smith | DATE 12/08/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
| INMATE NAME (LAST, FIRST, MIDDLE) Thomaston, Randall | | DOC# | DOB | R/S BM | FAC. BCCF |

_____ ullock Co. Corrections _____
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Randall Hampton  AIS NO: B/226420  CELL: # 11B

VIOLATION: #68 Destroying, Disposing, Altering, Damaging
OR REASON: Or Selling State Property

ADMITTANCE
AUTHORIZED BY: Sgt. Jackson

DATE & TIME
RECEIVED: 11/24/04  6:57 P.M.

DATE & TIME
RELEASED:

PERTINENT
INFORMATION: #38 Indecent Exposure/Exhibitionism  PV

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/6 MON | MORN | Y | | | N | N | NGiven | | Meds given | H. Johnson, COI |
| | DAY | | N | | N | NO | N/a | Dr. Lancaster | ? 4/5 | W.Morris, COI |
| | EVE | | | Y | N | NO | | NO | Need Meds | W. Davis, COI |
| 12/7 TUE | MORN | Y | | | N | N | NGiven | N | Needs gre | ElliottPatrick COI |
| | DAY | Y | N | | N | N | N/a | N | given | L. Randolph COI |
| | EVE | | | Y | | N | | N | Need meds | Brooks COI |
| 12/8 WED | MORN | Y | | | NO | NO | NGiven | NO | Meds Gre | Julia Elliott |
| | DAY | | N | | N | Refused | Kp | Yes | med gr | Jackson COI |
| | EVE | | | Y | N | R | DrPat | N | Need Med | Brown COI |
| 12/9 THUR | MORN | Y | | | NO | NO | NGiven | NO | Meds Gre | Julia Elliott |
| | DAY | | N | | Y | Refused | Stat | N | given | Donaldson COI |
| | EVE | | | Y | N | N | Delh | N | Need meds | Brooks COI |
| 12/10 FRI | MORN | Y | | | NO | NO | NGiven | NO | Meds Gre | Julia Elliott |
| | DAY | | N | | N | R | K | laCenter | given | H.McCptdor |
| | EVE | | Y | | N | N | | N | Need meds | Brooks COI |
| 12/11 SAT | MORN | N | | | N | N | PNa | N | Meds given | C.Young COI |
| | DAY | Y | N | N | N | R | Stat | N | given | S.Henry COI |
| | EVE | | | Y | N | N | Dr | N | Need meds | Brown COI |
| 12/12 SUN | MORN | N | | | N | N | P. Anderson | N | Meds given | C.Young COI |
| | DAY | Y | | | N | N | Stat | N | given | S.Stewart COI |
| | EVE | | | Y | N | N | Dr | N | Need meds | Brown COI |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.,
9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

## Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Randall Hampton_     AIS NO: _B/226420_   CELL: # _11B_

VIOLATION #_69-Destroying, Disposing, Altering, damaging or_
OR REASON: _Selling State Property / PV #38_

ADMITTANCE
AUTHORIZED BY: _Sgt. Anthony Jackson_

DATE & TIME
RECEIVED: _11/29/04    6:57 pm_

DATE & TIME
RELEASED: _____

PERTINENT
INFORMATION: _____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---------|---------|---------|-----|----------|---------------|-------------|-----------|---------------|
| 11/29 MON | MORN | | √ | | | no | no | L. Lindsey | no | Rec'd meds | Julia Ellis |
| | DAY | | | N | | no | Refused | Amy | no | & mrs | R. Bockley |
| | EVE | | | | Y | N | N | Noe | N | Rec'd LB | Lynn CO1 |
| 11/30 TUE | MORN | Y | | | | n | n | N. Kreen | n | Meds given | Of. Stephens COT |
| | DAY | | N | | | N | Refused | D/S | N | & rec'd | R. Lincoln CO1 |
| | EVE | | | | Y | Y | ND | K. Tyler | ND | Rec'd mes | W. Daw, CO1 |
| 12/1 WED | MORN | √ | | | | no | no | N. Kreen | no | Meds given | Julia Ellis |
| | DAY | | N | | | N | N | V. Slater | N | & rec'd | S. Smart, COT |
| | EVE | | | | N | N | N | NSGP | N | meds given | Bryan CO1 |
| 12/2 THUR | MORN | √ | | | | no | no | N. Kreen | no | Meds given | Julia Ellis |
| | DAY | | N | | | N | Refused | J. Watson | N | & rec'd | R. Malcolm, CO |
| | EVE | | | | Y | N | N | Ruble | N | Meds rec'd | C. Otworth, CO1 |
| 12/3 FRI | MORN | √ | | | | no | no | N. Kreen | no | Meds given | Julia Ellis |
| | DAY | | N | | | N | Refused | Amy | N | & me | R. Malcolm, CO |
| | EVE | | | | Y | N | N | K. Tyler | N | Rec'd mes | C. Otworth, CO1 |
| 12/4 SAT | MORN | √ | | | | N | N | L. Lindsey | N | Meds rec'd | H. Johnson, CO |
| | DAY | | | | | N | N | Ruble | N | Small | C. Clarke, COT |
| | EVE | | | | Y | N | K. Tyler | N | Rec'd mes | Bryan CO1 |
| 12/5 SUN | MORN | N | | | | N | N | Morgan | N | Meds given | A. Hope CO1 |
| | DAY | | Y | | | no | Refused | V. Slater | no | & me | R. Bockley |
| | EVE | | | | N | N | Ruble | N | Rec'd mes | Lynn CO1 |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.
**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)
**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.,
    9:30/10:00 IN; 2:00/2:30 OUT)
**Medical:** Physician will sign each time the inmates is seen.
**Psych:** Psychological Counselor will sign each time the inmate is seen.
**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
    and include date, signature, and title.
**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912

## Bullock Co. Corrections
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Randall Hampton                AIS NO: 206 420    CELL: # 11B

VIOLATION 64-Destroying, disposing, altering, damaging
OR REASON: or selling state property / Pv #38

ADMITTANCE
AUTHORIZED BY: Sgt Jackson

DATE & TIME
RECEIVED: 11-24-14 @ 6:05p

DATE & TIME
RELEASED:

PERTINENT
INFORMATION:

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| **MON** | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| **TUE** | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 11/24 **WED** | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | N | N | N | N | N | TBegin col |
| 11/25 **THUR** | MORN | N | | | N | N | Xanax | N | Meds given | H. Johnson, COI |
| | DAY | Y | — | | N | Refused | Diag | N | Qmed | Spradley, cob |
| | EVE | | | Y | Y | N | Krafer | N | Rec'd med | L. Byrnes, COI |
| 11/26 **FRI** | MORN | N | | | NO | NO | VS later | NO | meds given | Julia Ellis? |
| | DAY | Y | | | N | N | Clresh | N | Qmed | D. Smart cob |
| | EVE | | | Y | N | N | myob | N | meds given | L. Johnson, COI |
| 11/27 **SAT** | MORN | n | | | n | n | VSlab | n | Rec'd med | ef. Fitzpatrick col |
| | DAY | Y | N | | N | R | Water | n | Qmeds | S. Neal |
| | EVE | | | Y | N | N | Breth | N | Rec'd Meds. | L. Johnson, COI |
| 11/28 **SUN** | MORN | N | | | N | N | Xanax | N | Meds given | C. Williams, cot |
| | DAY | Y | N | | N | Refused | NKP | N | Qmed | S. Maddon COI |
| | EVE | | | Y | R | N | Breth | N | Rec'd Meds out | TBegin col |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.,
9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 11/24/04 | TIME ☐ AM ☐ PM | ORIGINATING FACILITY Bullcoc C <br> ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY <br> ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION <br> ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 98⁸ | ORAL RECTAL | RESP 22 | PULSE 98 | B/P 152,82 | RECHECK IF SYSTOLIC <100> 50 ___/___ |

**NATURE OF INJURY OR ILLNESS**

S. " I need my medicine. I haven't had my medicine since 4ᴾᴹ this morning.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O. Brbv To Hcu escorted by Sgt Jackson, Specky Davis for Routine Body Chart Angry because of meds not being given yet. No cuts Abrasions Noted

A. Body chart for OUC

P. Return to OUC.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 11/24/04 | TIME 1856 ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☐ OUC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE <br> ☐ SATISFACTORY ☐ POOR <br> ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE V Slakner | DATE 11/24/04 | PHYSICIAN'S SIGNATURE 11/19/05 | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S BM | FAC BCCF |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** _11-20-04_

**To:** _DOC_

**From:** _Infirmary_

**Inmate Name:** _Randall Hampton_    **ID#:** _226420_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_Inmate is on a seizure medication called Phenobarbi-_
_tal & its has a sedative effect (drowsiness)_

_____

_____

**Date:** _11/20/04_   **MD Signature:** _Dr. Siddiq /K Williams P_   **Time:** _0525_

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Hompton Rondell_

Date of Birth: _10-15-83_     Social Security No.: _____

Date: _11-3-04_     Time: _0800_     A.M. / P.M.

This is to certify that I, _Randall Hompton_ , currently in
(Print Inmate's Name)

custody at the _Bullock Correctional Facility_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Refused to come to_
(Specify in Detail)

_See MD_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Refused to sign_     _M. Jackson_
(Signature of Inmate)**     (Signature of Medical Person)

_John L. John Col_
(Witness)     (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10/16/04 | TIME 8 15 AM PM | ORIGINATING FACILITY Bullock ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98° | ORAL RECTAL | RESP 18 | PULSE 74 | B/P ____ | RECHECK IF SYSTOLIC / <100> 50 |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|---|---|

S- "My leg gone out And I fell"

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Blk Male Ambulatory to Hcu
Alert & Oriented x 3 Resp. regular
And even. Skin w/o to touch
Small Abrasion to ® Side of Neck
Multiple tattoos to Arms, Chest
& Abd. Old Scars to Neck +
Arms.
A- Alteration In Comfort."

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P- Released to Doc, no Medical tx required | | |

DIAGNOSIS
∅

INSTRUCTIONS TO PATIENT
∅

| DISCHARGE DATE 10/16/04 | TIME 8 22 AM PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Martha Jaxon | DATE | PHYSICIAN'S SIGNATURE 10/18/04 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Ronald | DOC# 226478 | DOB | R/S Blm | FAC Bullock |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 8/27/01 | TIME 7:20 ☐AM ☑PM | ORIGINATING FACILITY _____ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES   NKA | CONDITION ON ADMISSION ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98⁶ ORAL RECTAL | RESP 20 | PULSE 76 | B/P 120/70 | RECHECK IF SYSTOLIC <100> 50 ____ / ____ |
|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- "I woke up, my head felt dizzy,
I jumped up fast."

O- am A&O x3, verbally responsive &
confusion noted." Able to walk alone,
& imbalance noted vs 120/70, 20, 98⁶T
20", 76, & S&S of distress noted."
A- C Pit in comfort level,

P- Instructed to come back at
8 am to see Dr. Sidley.

PHYSICAL EXAMINATION

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Advised to sit on bench until Dr. Sidley comes in at 8 refused to do so.

| DISCHARGE DATE 8/27/01 | TIME 7:35 ☐AM ☑PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE   Karen Price | DATE 8-27-01 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)   Hamilton, Nancy II | DOC# 226460 | DOB 10-15-83 | R/S B/M | FAC Donica |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 9/8/04 | TIME 11²⁰ ☑AM ☐PM | ORIGINATING FACILITY Bullock ☐SIR ☐PDL ☐ESCAPEE ☐____ | ☐SICK CALL ☐EMERGENCY ☐OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☐GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

| VITAL SIGNS: TEMP 98 ☑ORAL ☐RECTAL | RESP 20 | PULSE 84 | B/P 16/80 | RECHECK IF SYSTOLIC ____ / <100> 50 |
|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S – I fell in the Kitchen

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O. Alert And Oriented X3 resp. Regular
And even. Skin w/o to touch. C/o
pain to Left Shoulder. Able to
raise arm s problems. No bruises
or abrasions noted on arm or
Shoulder. Rom Normal

A – Alteration In Comfort

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| R Advil 800 mg po x 1 dose ———— | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE / / | TIME 11²⁰ ☑AM ☐PM | RELEASE / TRANSFERRED TO ☐DOC ☐AMBULANCE | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Martha Jackson | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton Randall | DOC# 226420 | DOB | R/S B/M | FAC Bullock |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 09 /08 /04 | TIME 1225 AM/PM | ORIGINATING FACILITY Bullock ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98.6 ☑ ORAL ☐ RECTAL | RESP 18 | PULSE 66 | B/P 140/90 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S-"I feel like I'm going to have a seizure".

| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

O₂ sat @ 99%

PHYSICAL EXAMINATION

O- Blk male ambulated to HCU. A&Ox3. Resp reg c ease. Skin warm et dry to touch et intact Ⓞ. VS within normal range c slight ↑ BP. Inmate Ⓞ distress. Inmate stated he's hungry, last time he had eaten was around 4pm.

P- Refer to see MD ⌀ problem

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Go and eat something to regain energy.

| DISCHARGE DATE 09 /08 /04 | TIME 1225 AM/PM | RELEASE / TRANSFERRED (TO) ☐ DOC ☐ AMBULANCE ☑ DISP | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSES SIGNATURE V Smith | DATE 9/08/04 | PHYSICIAN'S SIGNATURE ____ 9/6/04 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Randall | DOC# 225450 | DOB 10/15/83 | R/S BM | FAC BCCF |
|---|---|---|---|---|



**PRISON
HEALTH
SERVICES
INCORPORATED**

## FLOW SHEET

INSTRUCTIONS: _BP ✓ x 3 days_

PHYSICIAN: _DR Siddi.7_

| DATE | OTN | | INITIAL |
|------|------|------|---------|
| 9/9/04 | 130/90 | | ✓ |
| 9/10/04 | | | |
| 9/11/04 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| DATE | 1900 | | INITIAL |
|------|------|------|---------|
| 9/9/04 | | | |
| 9/10/04 | | | |
| 9/11/04 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|-----------------------------------|------|-----|-----|------|
| Easton/Hampton, Randall | 225470 | 10/15/83 | BM | BCCF |

PHS-MD-70028



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9/08/04

**To:** _____

**From:** _____

**Inmate Name:** Hampton Randall **ID#:** 225420

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

Return to NCU for BP √ x 3 days.

9/08/04   7AM          9/09/04 7AM          9/10/04 7AM

         7PM                  7PM                  7PM

**Date:** 9/8/04 **MD Signature:** Dr. Ssday W Smith **Time:** 1240

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 9/9/04 | TIME 2345 AM/PM | ORIGINATING FACILITY _BccF_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐_____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES _NKA_ | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 99 | ORAL RECTAL | RESP 16 | PULSE 78 | B/P 110/80 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S- "My stomach hurt real bad. I vomitted some blood. I don't know whats going on ō my stomach. And my head hurts."

O- ambulatory to HCU per w/c alert et. oriented x3. resp regular ō ease, no distress noted.

A- Alteration in comfort

**PHYSICAL EXAMINATION**

P- Give antacids tabs ij Sign up for sick call in the A.m

| | ABRASION //// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Maalox tabs ij p̄ | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Return HCU @ 11:30 p.m to see MD

| DISCHARGE DATE 9/9/04 | TIME 2355 AM/PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Gloria Rogan rn | DATE 9/9/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Randall | DOC# 226420 | DOB 10/15/83 | R/S B/M | FAC. BccF |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 8/30/04 | TIME 8:10 AM/PM | ORIGINATING FACILITY BCCF. ☐ SIR ☐ PDL ☐ ESCAPEE | | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|---|

| ALLERGIES NKDA | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98.9 | ORAL RECTAL | RESP 20 | PULSE 88 | B/P 142/70 | RECHECK IF SYSTOLIC ___ / ___ <100> 50 |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S- Routine Body Chart

O- Alert & Oriented x 3.
Ø cuts or few bruises noted
See Diagram for old
scars & Tattoos.

A. Routine body chart

PHYSICAL EXAMINATION

P- Released to DOC

Old scar

scars Tattoos Tattoos

Tattoos

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

| DIAGNOSIS | | | |
|---|---|---|---|

INSTRUCTIONS TO PATIENT
Return HCU as needed.

| DISCHARGE DATE 8/30/04 | TIME 8:40 AM/PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE S. Anderson 2pm | DATE 8/30/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Humston, Randall | DOC# 226220 | DOB | R/S | FAC. BCCF |
|---|---|---|---|---|



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Randall Hampton_

Date of Birth: _____     Social Security No.: _226420_

Date: _9-4-04_     Time: _1410_     A.M.
P.M.

This is to certify that I, _Randall Hampton_ , currently in
_(Print Inmate's Name)_

custody at the _Bullock_ , am refusing to
_(Print Facility's Name)_

accept the following treatment/recommendations: _To have Body chart & placed in Her_
_(Specify in Detail)_

_for observation to be seen by mp._

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

X _Randell Hampton_     _____
_(Signature of Inmate)**_     _(Signature of Medical Person)_

_____     _____
_(Witness)_     _(Witness)_

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)