# Mental Health Observation Form

Inmate Name **Hampton Randall** ID # **226210**  Date/Time Initialed _____

Note: Time in 15 min. Increments

| Date | Time | Observer | Comments |
|------|------|----------|----------|
| 6/16/04 | 8:25 | A. Thomas RN | S - Quiet <br> O - Placed in cell #7 on bunk in 5pt restraint no circulation impairment noted. Cover c suicide blanket. <br> A - A, M  <br> P - Will continue q 15 min checks. ——— A. Thomas RN |
| 6/16/04 | 1025 | Blenn RN | S - No statement <br> O - Inmate accepted fluids et meal, toileted et placed back in restraints. Good circulation to extremities. No acute distress <br> A - Quiet <br> P - Obs. cont'd/In 5pt restraints |
| 6/16/04 | 1230 | Blenn RN | S - No statement <br> O - Quiet on bed. Restraints secure. No distress. <br> A - Quiet <br> P - Obs. cont'd. |
| 6/16/04 | 1400 | Blenn RN | S - No statement <br> O - Screaming out @ intervals. Restraints secure et ō good circulation to extremities. <br> A - Altered mental status <br> P - Obs. cont'd. |
| 06/16/04 | 1600 | H. R. Williams RN | S - In restraints present <br> O - Breathing equal, regular <br> A - Pressure points checked, detected no irregularities <br> P - Monitor c regular time q 15 minutes |
| 06/16/04 | 1800 | H. R. Williams RN | S - Beckoning to writer <br> O - Sitting over toilet <br> A - Alert, screaming @ intervals <br> P - q 15 min evaluation maintained |

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 6 /15 /04 | TIME 10⁰⁰ ☑AM ☐PM | ORIGINATING FACILITY BCCF ☐SIR ☐PDL ☐ESCAPEE ☐____ | | |
|---|---|---|---|---|
| ALLERGIES | | | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT | |
| VITAL SIGNS: TEMP 99⁰ ⊙ORAL RECTAL | RESP 20 | CONDITION ON ADMISSION ☐GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA | | |

VITAL SIGNS: TEMP 99⁰  ORAL/RECTAL    RESP 20    PULSE 68    B/P 112/68    RECHECK IF SYSTOLIC <100> 50    /

NATURE OF INJURY OR ILLNESS

S- "I'm hearing voices!"

O- Inmate brought from seg per Doc officers. Handcuffs secure to wrists. Verbally responsive. Angry Fussing et cursing. Food all over body. Officer stated "he drank some shampoo." Inmate concurred that he did drank the shampoo. Salivating c runny nose. No apparent bodily injuries noted.

| ABRASION /// | CONTUSION # | BURN ˣˣ ₓₓ | FRACTURE ᶻ Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

PHYSICAL EXAMINATION

A- Altered Mental Status

P- Place In Spt Restraints on Suicide Watch
Give Geodon 20mg IM stat
w.o. Dr. Sanders/Brenner

tattoo    tattoos

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| IM Geodon 20 mg stat | | |
| SPT restraints/Suic Watch | 10¹⁵A | |
| V/O Dr Sanders/Ht Brenner | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 6 /16 /04 | TIME 730 ☑AM ☐PM | RELEASE / TRANSFERRED TO | ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☐SATISFACTORY ☐POOR ☑FAIR ☐CRITICAL | |
|---|---|---|---|---|---|
| NURSE'S SIGNATURE | | DATE 6/15/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

INMATE NAME (LAST, FIRST, MIDDLE)

Hampton, Randall

| | DOC# 226420 | DOB 10/15/02 | R/S B/m | FAC B.11 |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Bullock | □ SICK CALL   □ EMERGENCY |
|---|---|---|---|
| 4 /18- /04 | 12²² AM ⓟM | □ SIR  □ PDL  □ ESCAPEE  □ _____ | □ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION □ GOOD  □ FAIR  □ POOR  □ SHOCK  □ HEMORRHAGE  □ COMA |
|---|---|

| VITAL SIGNS: TEMP 98° (ORAL) RECTAL | RESP 20 | PULSE 78 | B/P 130/80 | RECHECK IF SYSTOLIC <100> 50 / |

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN ˣˣ ˣˣ | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S- "I just fell out"

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Blk Male ambulatory from yard c̄ c/o falling and hitting ® side of head, no swelling present. No open area to head or face. No stiffness, c/o pain to ® side of head, pupils equal and reacting to light.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P- Advil 800 mg po X 1 | | |
| See MD in AM | | |

| DIAGNOSIS | | | |
|---|---|---|---|

INSTRUCTIONS TO PATIENT
See MD in AM

| DISCHARGE DATE 4/19/04 | TIME 12⁴⁰ AM ⓟM | RELEASE / TRANSFERRED TO ☑ DOC □ AMBULENCE □ | CONDITION ON DISCHARGE ☑ SATISFACTORY  □ POOR □ FAIR  □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Martha Jackson | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Rondale | DOC# 226420 | DOB 10-15-83 | R/S B/m | FAC. Bullock |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | Bullock |
|---|---|---|---|
| 5/9/04 | ☐ AM ☑ PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | |

☐ SICK CALL  ☐ EMERGENCY
☐ OUTPATIENT

ALLERGIES  NKA

CONDITION ON ADMISSION
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP  97.9  ☑ ORAL ☐ RECTAL   RESP  20   PULSE  104   B/P 122/80   RECHECK IF SYSTOLIC <100> 50  ___/___

SAO2  98%

NATURE OF INJURY OR ILLNESS

S – "I'm hot, I'm dehydrated."

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O – BMX escorted to HCU via wheelchair. A, Ox3. Resp. reg + even. Skin W+D to touch. C/o being hot, and dehydrated! VS obtained WNL. Mucuous membranes warm, moist. Skin turgor good. Capillary refill good.

A – Alteration in Comfort

ORDERS / MEDICATIONS / IV FLUIDS

P – Inmate given Seizure medication as ordered b MD. Advised to force fluids & keep cool.

| | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT

RTN to HCU if medical tx is desired

| DISCHARGE DATE | TIME | RELEASED/ TRANSFERRED TO | ☑ DOC | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 5/9/04 | 1715 ☐ AM ☑ PM | | ☐ AMBULENCE ☐ | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| ___ Yates, LPN | 5/9/04 | Tony 5/11/04 | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton, Randall | | | BMX | Bullock |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSTION DATE 4/7/04 | TIME 1400 AM (PM) | ORIGINATING FACILITY BCC ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☒ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98° | ORAL RECTAL | RESP 16 | PULSE 88 | B/P 120/90 | RECHECK IF SYSTOLIC <100>50 / |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S- Assisted to Infirmary, Ambulatory
ē unsteady gait. States he
was walking along & his ℗ leg
stopped working & he fell, hitting
the ℗ side of his face on the
concrete.
O - ℗ cheekbone slightly swollen.
Pt. states he has seizures,
Grand Mal. Ice pack placed on
℗ cheekbone. No tremors noted.
P- Return to DOC. Return to see
MD if pain ~~work~~ worsens.
                                    A. Groom RN

PHYSICAL EXAMINATION

see above

℗ contusion

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Advil 800mg po | 1415 | AG |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Keep ice pack to face as much as possible, Return to see MD if feeling worse

| DISCHARGE DATE 4/7/04 | TIME 1425 AM (PM) | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULENCE | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE A. Groom RN | DATE 4/7/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Randell | DOC# 226420 | DOB 10-15-83 20 yr old | R/S B/m | FAC BCC |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 4/9/04 | TIME 135 AM PM | ORIGINATING FACILITY Bullock ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT |
|---|---|---|---|

ALLERGIES NKA

CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98² ORAL/RECTAL  RESP 20  PULSE 74  B/P 121/72  RECHECK IF SYSTOLIC <100> 50

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S: Body chart ¯s injury

PHYSICAL EXAMINATION

O: Im amb to HCU. Alert et
Oriented x3. Resp 20, even
et unlabored. Vital signs
WNL Skin warm et dry
to touch. Multiple tattoos
noted to R & L extremities
No injury observed to bil
y extremities. ⊕ ROM noted
to all extremities & difficulty.
Inmate was present earlier
but refused Body chart. Has hx
⊕ Seizure activity/mot.

DIAGNOSIS
A: Body chart

INSTRUCTIONS TO PATIENT
P: Released to WDOC / COI James

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

| DISCHARGE DATE 4/9/04 | TIME 135 AM PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Thomson LPN | DATE 4/9/04 | PHYSICIAN'S SIGNATURE | DATE 4/12/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Randall | DOC# 226420 | DOB 10/15/83 | R/S B/m | FAC Bullock |
|---|---|---|---|---|

COPY

# HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

Bullock

**INSTITUTION**

Hampton, Randall     226420     Bm
NAME                 NUMBER      R/S

Lay-in for __3__ days from ___3-24-04___ to

___3-27-04___ due to ___Cold.___
(date)          (date)

_____

_____

_____

**Instructions:** Lay in x 3 day

due to cold. 3-24-04

to 3-27-04.

*Failure to follow the directions above may result in a disciplinary.*

___3/24/04___          Dr. Siddig / Kigler, co
Date Issued            Signature

F-53



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 03 /18 / 04 | TIME 6:15 AM/PM | ORIGINATING FACILITY Beef ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☑ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 97.6 ORAL/RECTAL | RESP 20 | PULSE 28 | B/P 118/ 70 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- "I got bit by something i don't know what it is"

O- Blk male, Ambulated to HCU, Alert + Oriented X 3 Resp reg + even Color adeq Skin warm + dry to touch Raised Areas noted on ® thigh ® thigh ® chest area, Area "opened and draining" —
A- Alt in Skin Integrity

| | ABRASION /// | CONTUSION # | BURN xx / xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

® Area Clean c̄ NS, followed by TAO + drsg. Dr Seddig notified - New Orders rec'd ① ® Keflex 500 Mg PO Tid X 10 days. ② Advil 800 Mg PO Tid X 10 days.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 03 / 18 / 03 | TIME 6:55 AM/PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Robbins | DATE 3/18/04 | PHYSICIAN'S SIGNATURE ___ 3/19/03 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Randall | DOC# 226420 | DOB — | R/S B/M | FAC Beef |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 3/23/04 | TIME 1530 AM/PM | ORIGINATING FACILITY BCC □ SIR □ PDL □ ESCAPEE | □ SICK CALL □ EMERGENCY □ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | CONDITION ON ADMISSION □ GOOD □ FAIR □ POOR □ SHOCK □ HEMORRHAGE □ COMA |
|---|---|

| VITAL SIGNS: TEMP 98.7 | ORAL RECTAL | RESP 16 | PULSE 80 | B/P 140/90 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | | |
|---|---|---|---|

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S – My legs gave out & I was
shaking all over
O – No tremors noted.
A – Alteration in comfort.
   Gait steady.
P – Return to DOC.
          A Groom RN

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Regular Medications Given by K. Taylor LPN | 1345 | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT   Take medications as ordered.

| DISCHARGE DATE 3/23/04 | TIME 1545 AM/PM | RELEASE / TRANSFERRED TO □ DOC □ AMBULANCE | CONDITION ON DISCHARGE □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE A. Groom RN | DATE 3/23/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) HAMPTON, Randell | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSTION DATE  3/24/04 | TIME  0355 ☐ AM ☐ PM | ORIGINATING FACILITY  Bullock  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY  ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES  NKA | | CONDITION ON ADMISSION  ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP  972 | ORAL RECTAL | RESP  18 | PULSE  80 | B/P  / | RECHECK IF SYSTOLIC <100> 50  / |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

2. I woke up shaking my whole body & my head - Couldn't feel my body.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O Brought to Here on stretcher A+O
x3 Resp even, skin intact, ambulatory
No further Activity Noted.
A stable
P Placed in Hu for observation

0545 No further ? seizure Activity
Awakes & Ambulated back swell Condition
Satisfactory No c/o ——— K✗

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE  3/24/04 | TIME  1430 ☐ AM ☐ PM | RELEASE / TRANSFERRED TO  ☐ DOC ☐ AMBULENCE ☐ Hu | CONDITION ON DISCHARGE  ☑ SATISFACTORY ☐ POOR  ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE  V. Slater LPN | DATE  3/24/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  Hampton, Randall | DOC#  226420 | DOB | R/S  BM | FAC.  BCC |
|---|---|---|---|---|

(White – Record Copy, Yellow – Pharmacy Copy)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE 3/28/04 | TIME 0330 ☑AM ☐PM | ORIGINATING FACILITY ☐SIR ☐PDL ☐ESCAPEE ☐_____ Dccf | ☐ SICK CALL   ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES N K A | CONDITION ON ADMISSION ☐ GOOD   ☐ FAIR   ☐ POOR   ☐ SHOCK   ☐ HEMORRHAGE   ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98.4 | ORAL RECTAL | RESP. 18 | PULSE 82 | B/P 130/80 | RECHECK IF SYSTOLIC <100> 50 _____/_____ |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S – "I was shaking in my bed my legs got weak my head hurts, I feel funny like I am going to have a seizure", I need to us the bathroom"

D – Brought to Hcu on stretcher, skin w/d to touch resp regular & ease. alert et verbally responsive ambulatory bathroom ē assistance

A – Alteration in comfort

**PHYSICAL EXAMINATION**

P – Signed up to see MD on monday

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Routine meds given | 3:45 | GR |
| Phenobar 60mg po & | | |
| Tergratal 400mg po | | |
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT** Return to Hcu on monday to see MD

| DISCHARGE DATE 3/28/04 | TIME ☐AM ☐PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☐ SATISFACTORY   ☐ POOR ☐ FAIR   ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Gloria Rogers RN | DATE 3/28/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Randal | DOC# 226420 | DOB 10/15/83 | R/S B/M | FAC. Dccf |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSTION DATE  2 /22/04 | TIME  9 40 ☑ AM ☐ PM | ORIGINATING FACILITY  Bullock  ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY  ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES  NKA | CONDITION ON ADMISSION  ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP  98° | ☑ ORAL ☐ RECTAL | RESP.  20 | PULSE  78 | B/P 110 180 | RECHECK IF SYSTOLIC  <100> 50    / |
|---|---|---|---|---|---|

**NATURE OF INJURY OR ILLNESS**

S- My legs "gone out"

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- Blk male Ambulatory to Hcu
Alert & Oriented x3 resp regular
and even. Skin w/o to touch Able
to Stand c̄ problems No
weakness noted to extremities
at this time. Inmate in
no Acute distress

P- weakness to extremities

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P- Placed in Hcu on Medical Observation until Seen by MD | | |

**DIAGNOSIS**
weakness to extremities

**INSTRUCTIONS TO PATIENT**
∅

| DISCHARGE DATE  2 / 22/04 | TIME  9 45 ☑ AM ☐ PM | RELEASE / TRANSFERRED TO  ☑ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE  ☑ SATISFACTORY ☐ POOR  ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE  Martha Jackson | DATE | PHYSICIAN'S SIGNATURE  [signature] 2/11/04 | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE)  Hampton Randall | | DOC#  226420 | DOB  10-15-83 | R/S  B/m | FAC.  Bullock |
|---|---|---|---|---|---|


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY Bullock | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|
| 2/15/04 | 1645 AM (PM) | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION |
|---|---|
| | ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP 98⁴ (ORAL) RECTAL   RESP. 18   PULSE 72   B/P 120/72   RECHECK IF SYSTOLIC <100> 50 _____ / _____

**NATURE OF INJURY OR ILLNESS**

S - "My leg messing with me."

| ABRASION /// | CONTUSION # | BURN xx / xx | FRACTURE Z / Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

leg X Weakness

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O - BM escorted to HCU via stretcher occupied by CO1 S. Miles. A₂ O×3. Resp. ree fever. Skin WD to touch. C/o leg weakness. (L) leg able to move w/ reflex. No swelling / dislocation noted. Inmate able to ambulate from HCU w/ no limitation.

A - Alteration in comfort

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P - ① Advil 800 mg PO Now | | |
| ② See MD in AM on 2-16-04 | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
RTN to HCU if condition continues or worsens

| DISCHARGE DATE | TIME | RELEASED / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 2/15/04 | 1655 AM (PM) | ☐ DOC ☐ AMBULENCE | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE 2/15/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| S. Goles, LPN | | JON 2/17/04 | | |

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton, Randall | DOC# 226420 | DOB 10-15-83 | R/S BM | FAC. Bullock |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSTION DATE | TIME | ORIGINATING FACILITY | BCCF | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|---|
| 2/6/04 | 05:45 ☒AM ☐PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐_____ | Other | ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD  ☒ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMERRHAGE  ☐ COMA |

| VITAL SIGNS: TEMP 97.8 ☐ORAL ☐RECTAL | RESP 18 | PULSE 72 | B/P 100/60 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- I was in the Kitchen this morning
And when I went to get up my
left leg got weak and gave away
And I fell on my Rt side
O- Inmate able to push strongly
against resistance in both legs
Small abrasion noted on left
Inner Aspect of elbow small
amt of bleeding noted

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / ___ SUTURES |
|---|---|---|---|---|

Small Abrasion

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

A- Alteration in Comfort R/T
Pain in Back and fall this am
P- Refer to MD for further
evaluation

___ lg normal
no weakness
___ DTR full
arteries to keep
well ___ ___ ___

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Return to HCU to see Dr Siddiq

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 2/6/04 | 0600 ☒AM ☐PM | ☒DOC  ☐AMBULENCE  ☐ | ☐ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE C Winsley RN | DATE 2/6/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton, Rondall | 226420 | 10/15/83 | BM | BCCF |

PHS-MD-70007

(White – Record Copy, Yellow – Pharmacy Copy)

**HEALTH CARE UNIT**
**PATIENT INFORMATION SLIP**

Bullock

**INSTITUTION**

Hampton, Randall    226420    BM
**NAME**    **NUMBER**    **R/S**

Lay-in for _____ days from _____ to

_____ due to _____
(date)

No prolonged standing
>10 mins x 6 months.
02/06/04 → 08/06/04

Instructions: _____

_____

_____

_____

*Failure to follow the directions above may result in a disciplinary.*

2/6/04                    Dr. Siddeq N Smith, MD
**Date Issued**            **Signature**

F-53

**EMERGENCY**

HS

ISON
ALTH
VICES
RPORATED

ORIGINATING FACILITY BCCF
☐ SIR ☐ PDL ☐ ESCAPEE ☐

☐ EMER...
☐ OUT...

☐ CALL

TIME 17:17 AM PM

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

RECHECK IF
SYSTOLIC
<100> 50

ADMISSTION DATE 02/1/04

PULSE 78   B/P 106 57

ALLERGIES NKDA

RESP 20

ORAL
RECTAL

VITAL SIGNS: TEMP 98e

ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / SUTURES

NATURE OF INJURY OR ILLNESS

S "I got to Laughing
while I was eating
Chicken and the Next
thing I Knew I was
throwing up."
O- Inmate brought to
the Infirmary on a
Stretcher because
the Officer said he had
a Seizure + Brought by
Officer Parham & Tatum

PHYSICAL EXAMINATION

A- Alteration in physical
Comfort
P- Will evaluate and
give Routine medicine,
Place Medical unit 2
hour Observation, In-
mate refused to be
place on 2 hours
observation. Signed a
release of Responsibility

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME |
|---|---|
| | |
| | |
| | |
| | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT You have to sign the release of
Responsibility

RELEASE OF

RELEASE / TRANSFERRED TO 5:36

☑ DOC
☑ AMBULENCE
☐

DATE

CONDITION ON DISCHARGE
☐ SATISFACTORY
☐ FAIR

☐ POOR
☐ CRITI...

CONSULTATION

DISCHARGE DATE 2/1/04   TIME 5:36 AM PM

PHYSICIAN'S SIGNATURE

NURSE'S SIGNATURE winton TYSON LPN   DATE 3/11/04

DOC# 226420 | DOB 10/15/83 | R/S B/M

TE NAME (LAST, FIRST, MIDDLE)

NOTON, Randall

(White – Record Copy, Yellow – Pharmacy Copy)

-70007





**PRISON**
**HEALTH**
**SERVICES**
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Hampton, Randall_

Date of Birth: _____     Social Security No: _____

Date: _2-1-04_     Time: _1730_     A.M. / P.M.

This is to certify that I, _Randall Hampton_ , currently in
(Print Inmate's Name)

custody at the _Bullock County Corr. Facility_ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Placement in medical unit_
(Specify in Detail)

_for medical Observation._

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Randull Hampton_                          _[signature]_
(Signature of Inmate)**                    (Signature of Medical Person)

_[signature]_                              _Ernestine Tyson LPN_
(Witness)                                  (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

*BCCF*
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: *Randall Hampton*               AIS NO: *B/226420*  CELL: *#5*

VIOLATION
OR REASON: *Medical Observation*             ADMITTANCE
AUTHORIZED BY: *Dr. Siddq*

DATE & TIME
RECEIVED: *12/20/03  9:10 pm*                 DATE & TIME
RELEASED: _____

PERTINENT
INFORMATION: _____

| DATE | SHIFT | MEALS B | D | S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12-21-03 | MORN | N | | | N | N | Richardson | N | none | To Hurt cd |
| | DAY | N | | | N | N | N | N | none | |
| | EVE | X | | | N | N | Smith | N | | Bill Pelston |
| | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 12/20 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | Bina | | | R. Mason |
| 12/21/03 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | Y | | N | Richardson | N | read Meal/Meds | RBSH |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/ SH:** Shower- Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e.,
     9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
     and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

DOC FORM N912


PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 12/20/03 | TIME 1000 AM/PM | ORIGINATING FACILITY *Bullock* □ SIR □ PDL □ ESCAPEE □ | □ SICK-CALL  □ EMERGENCY ☑ OUTPATIENT |
|---|---|---|---|

| ALLERGIES *NKA* | CONDITION ON ADMISSION □ GOOD  ☑ FAIR  □ POOR  □ SHOCK  □ HEMORRHAGE  □ COMA |
|---|---|

| VITAL SIGNS: TEMP 104⁸ ORAL/RECTAL O₂ 98 | RESP 18 | PULSE 116 | B/P 71/41 | RECHECK IF SYSTOLIC <100> 50 ___/___ |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | | | | |
|---|---|---|---|---|---|
| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / SUTURES |

S: I feel real sick please give me the shot I refused please help me

Multipal scars

PROFILE RIGHT OR LEFT

Tatoos     Tatoo     tatoos

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- Black male brought to the infirmary per wheel chair. Alert and verbal temp 104⁸, 18, 116, 71/40 skin warm and moist to touch, Breathing with ease O₂ sat 99, lungs clear, ∅ nasal discharge, water eyes, ∅ cough noted.
A- URI via MD
P- Dr Siddiq notified of Inmates condition, with orders _____

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| ① D5½ns IV @ 150cc/hr | | |
| ② Ancef 1gm IV 8° hrs x7days | | |
| ③ Amoxi 500mg PO TID x 10days | | |
| ④ Advil 800mg PO TID x 7days | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE / / | TIME AM/PM | RELEASE / TRANSFERRED TO ☑ DOC □ AMBULENCE | CONDITION ON DISCHARGE □ SATISFACTORY  □ POOR ☑ FAIR  □ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE | DATE 12-20-03 | PHYSICIAN'S SIGNATURE *(signature)* 12/29/03 | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Hampton Randall | DOC# 226420 | DOB 101583 | R/S B/m | FAC. BCCF |
|---|---|---|---|---|

PHS-MD-70007                    **(White – Record Copy, Yellow – Pharmacy Copy)**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  <br>ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  <br>ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  <br>ALLERGIES: | |
| Use Third    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    /  <br>ALLERGIES: | |
| Use Second    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Hampton, Randall | DIAGNOSIS |
|---|---|
| | ① IV Bag D5 ½ NS @ 150cc/hr |
| | ② Ancef 1 GM IVg 8°hrs x 5days |
| D.O.B. 10/15/83 | ③ Amoxil 500g PO TID x 10days |
| ALLERGIES: NKA | Advil 800g PO TID x 7days |
| Use First    Date 12/20/03 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED    V.O. Dr Siddiq/KT |

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: / 45 183 |
|---|---|---|
| 12-22-03 | 8Am Dr Siddiq in to see Inmate, Orders given to release Inmate back to population ———————— M Jackson | |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12-20-03 1000 | S- I feel real sick, please give me the shot I refused. Please help me O- Black male brought to the infirmary per wheel chair. Plerd and verbal temp 104°, 18, 116, 71/40 skin warm and moist to touch Breathing with ease O₂ sat 99 lungs clear, Ø nasal discharge noted at this time, watering eyes Ø cough noted. A- URI P- Dr. Siddiq notified of Inmates condition with orders ① D5 ½ NS IV @ 150cc/hr ② Ancef 1gm IV 8° hr × 5 days ③ Amoxil 500mg PO TID × 10 day ④ Advil 800mg PO TID × 7 day. IV started in (L) arm with a 20 cath in Insyte Autoguard D5 ½ NS infusing at 150cc/hr Ø signs of infiltration, Amoxil 500mg given and Advil 800mg given |
| 12/21/03 2400 | S - None Q- Resting quietly (C eyes resp c ease) Ø flush/coughing/difficult A- URI P- Continue to observe for respiratory difficulthi CWindgen |

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|---|
| Hampton Randal | | 226458 | 10/15/83 | B/m | BCCF |

PHS-MD-70049    Complete Both Sides Before Using Another Sheet



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12/21/03 1000 | S- None |
| | O- Inmate resting in bed c̄ eyes Closed. Resp c̄ ease. Skin warm et dry to touch et intact. No distress noted. Oral medsquen as ordered. |
| | A- Stable |
| | P- will continue to monitor _____ K. Smith |
| 1200 | S- I'm alright |
| | O- Inmate ambulating around in cell. Resp reg c̄ ease. Skin warm et dry. VS milling normal range BP 136/72, T 98.4, R 18, P 76. Inmate voiced no complaints @ this time. |
| | A- Stable |
| | P- will continue to monitor et record findings |
| 1400 | S- None |
| | O- Inmate in bed c̄ eyes open. Resp reg. c̄ ease. No distress noted @ this time. |
| | A- Stable |
| | P- will continue to monitor _____ K. Smith |
| 1600 | S- None |
| | O- Inmate quiet. Resp. reg + even. Skin W + D to touch. No acute distress noted. |
| | A- Stable |
| | P- Cont. to monitor. _____ Tyler, LPN |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton, Randall | 236422 | | BM | BCCF |

PHS-MD-70049
Complete Both Sides Before Using Another Sheet

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# DAILY PATIENT ASSESSMENT SHEET

Date _12-21-03_

| | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|
| Time | 1030 | 0400 | | | Time | 0030 | 0400 | | |
| Assessed by (initials): | ✓ | ✓ | | | Assessed by (initials): | ✓ | ✓ | | |

### RESPIRATORY

| | 11-7 | 7-3 | 3-11 | |
|---|---|---|---|---|
| Quality | | | | |
| Normal | ✓ | ✓ | | |
| Shallow | | | | |
| Deep | | | | |
| Labored | | | | |
| Rate - WNL | ✓ | ✓ | | |
| Slow | | | | |
| Rapid | | | | |
| Sounds - Clear | ✓ | ✓ | | |
| Abnormal | | | | |
| Cough - Productive | | | | |
| Non-Productive | | | | |
| Humidified O2 Therapy | | | | |
| L/Minute | | | | |
| Incentive Spirometer | | | | |
| Suctioning-Oral/NI/Trach | | | | |

### ABDOMEN

| | | | | |
|---|---|---|---|---|
| Abdomen soft & nondistended | | | | |
| Abnormal | | | | |
| Bowel sounds - Active | | | | |
| Abnormal | | | | |
| Pain-Tenderness | | | | |

### PULSE/RATE

| | | | | |
|---|---|---|---|---|
| Regular | ✓ | ✓ | | |
| Irregular | | | | |
| Strong | ✓ | ✓ | | |
| Weak | | | | |
| Apical | | | | |
| Radial | ✓ | ✓ | | |

### REFERRALS

| | | | | |
|---|---|---|---|---|
| Patient Teaching | | | | |

### TUBES AND DRAINAGE

| | 11-7 | 7-3 | 3-11 | |
|---|---|---|---|---|
| | | | | |
| Wound healing S̄ inflammation | | | | |

### WOUNDS/ULCERS/DRESSINGS

| | | | | |
|---|---|---|---|---|
| Dressing Dry & Intact | | | | |
| Dressing Changed | | | | |
| Size | | | | |
| Type | | | | |
| Location | | | | |

### TREATMENTS

| | | | | |
|---|---|---|---|---|

### I.V. THERAPY

| | | | | |
|---|---|---|---|---|
| Bottle #/Rate | | | | |
| Site and Rate checked every two hours | | | | |

| NURSE'S SIGNATURE: | RN 11-7 | | LPN 11-7 V Slaten | | 11-7 | |
|---|---|---|---|---|---|---|
| | 7-3 | | 7-3 | | 7-3 | |
| | 3-11 | | 3-11 | | 3-11 | |



**PRISON HEALTH SERVICES, INC.**

# 24-HOUR INTAKE AND OUTPUT RECORD

| | | |
|---|---|---|
| Styrofoam cup ...........................200cc | Soup - Vegetable/Noodle ...........120cc | Jello 1/2 cup ...........................120cc |
| Coffee cup ...............................200cc | Cream ...............170cc | Juice in Glass ...........................120cc |
| Iced Tea Glasses ......................240cc | Small Plastic Milk Cup ...............100cc | Popsicle ...........................60cc |
| Cup of Crushed Ice ...................120cc | Ice Cream/Sherbet 1/2 cup ..........40cc | |

Check prepackaged containers of milk, juice and pop for amount. Pudding, custards and hot cereals are not counted as liquids

| | FLUID INTAKE | | | | | | FLUID OUTPUT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ORAL | TUBE FEEDING | IV'S | | | TRANS-FUSION | IRRI-GATION | URINE | LIQUID BM | EMESIS | GASTRIC | DRAINAGE | BLOOD LOSS |
| 2200-2300 | | | | | | | | | | | | |
| 2300-2400 | | | | | | | | | | | | |
| 2400-0100 | | | | | | | | | | | | |
| 0100-0200 | | | | | | | | | | | | |
| 0200-0300 | | | | | | | | | | | | |
| 0300-0400 | | | | | | | | | | | | |
| 0400-0500 | | | | | | | | | | | | |
| 0500-0600 | | | | | | | | | | | | |
| Total | | | PR ____ IVPB ____ ____ | PROG ____ INTR ____ ____ | HEP ____ ____ | | | | | | | |
| 0600-0700 | | | | | | | | | | | | |
| 0700-0800 | | | | | | | | | | | | |
| 0800-0900 | | | | | | | | | | | | |
| 0900-1000 | | | | | | | | | | | | |
| 1000-1100 | | | | | | | | | | | | |
| 1100-1200 | | | | | | | | | | | | |
| 1200-1300 | | | | | | | | | | | | |
| 1300-1400 | | | | | | | | | | | | |
| Total | | | PR ____ IVPB ____ ____ | PROG ____ INTR ____ ____ | HEP ____ ____ | | | | | | | |
| 1400-1500 | | | | | | | | | | | | |
| 1500-1600 | | | | | | | | | | | | |
| 1600-1700 | | | | | | | | | | | | |
| 1700-1800 | | | | | | | | | | | | |
| 1800-1900 | | | | | | | | | | | | |
| 1900-2000 | | | | | | | | | | | | |
| 2000-2100 | | | | | | | | | | | | |
| 2100-2200 | | | | | | | | | | | | |
| Total | | | PR ____ IVPB ____ ____ | PROG ____ INTR ____ ____ | HEP ____ ____ | | | | | | | |
| 24 Hour Total | | | PR ____ IVPB ____ ____ | PROG ____ INTR ____ ____ | HEP ____ ____ | | | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Hampton Randall | 224920 | 10/15/83 | B m | BCCF |

PHS-MD-70059

# INFIRMARY    ASSESSMENT

DATE: 12-20-03    PATIENT: Hampton, Randall

**KEY/DIRECTIONS:**

| ✔ | Assessment done; No changes found within established criteria. | # | Notation in progress notes (indicate in signature/title block) |
| * | Assessment done; changes found outside established criteria, details in progress notes. | PC | Assessment done; changes found outside established criteria; secondary to pre-existing condition. |

## PHYSICAL ASSESSMENT:

| | | 7-3 | | | 3-11 | | | 11-7 | |
|---|---|---|---|---|---|---|---|---|---|
| | | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL |
| NEUROLOGICAL | (A/A/O, MEMORY INTACT, PEARL, ACTIVE ROM TO ALL EXTREMITIES, SPEECH CLEAR) | | | | | | | | | |
| NEUROVASCULAR | (SKIN WARM, DRY, PINK + PERIPHERAL PULSES PALPABLE, NO EDEMA, + SENSATION) | | | | | | | | | |
| RESPIRATORY | (RATE 10-20 B/MIN AT REST, QUIET, REGULAR, CLEAR SPUTUM, PINK NAILBEDS, NORMAL BREATH SOUNDS) | | | | | | | | | |
| CARDIOVASCULAR | (S₁ S₂ AUDIBLE, + APICAL PULSE, HR REGULAR, VSS; SKIN WARM/DRY) | | | | | | | | | |
| GASTROINTESTINAL | (ABDOMEN SOFT, + BOWEL SOUNDS IN ALL FOUR QUADRANTS) | | | | | | | | | |
| GENTIOURINARY | (URINE CLEAR, YELLOW TO AMBER, NO PAIN, VOID) (NO VAG/PENILE DISCHARGE) | | | | | | | | | |
| INTEGUMENTATION | (NO RASHES, NO BREAKDOWN, NO RED AREAS) | | | | | | | | | |
| MUSCULOSKELETAL | (NO JOINT SWELLING/TENDERNESS /WEAKNESS) | | | | | | | | | |
| PSYCH/SOCIAL | (APPEARANCE, BEHAVIOR, VERBALIZATION APPROPRIATE TO SITUATION) | | | | | | | | | |
| PAIN | (IF RELIEVED BY MEDS, INDICATE IN PROGRESS NOTES) | | | | | | | | | |

## IV THERAPY:    TYPE

HL-HEPLOCK    C-O-INT. JUGULAR
IV-INTRAVENOUS    #15-16 - EXT. JUGULAR
A-B-CVP

| | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| SITE #1 | | 12 | |
| TYPE | | IV | |
| CONDITION | | | |
| SITE #2 | | | |
| TYPE | | | |
| CONDITION | | | |
| TIME DRESSING CHANGED | | | |
| TIME TUBING CHANGED | | | |
| RESTART: CATH GAUGE | | 20GA /in | |
| TIME | | 1000 pm | |
| LOCATION # | | | |
| **INCISIONAL/WOUND CARE:** | | | |
| LOCATION/IDENTIFY SITE | | | |
| SUTURES/CLIPS | | | |
| DRAINS, TYPE | | | |
| DRAINAGE TYPE | | | |
| TIME DRSG. CHANGED | | | |
| SIGNATURES/TITLES: | | | |

RIGHT LEFT    LEFT RIGHT
ANTERIOR    POSTERIOR

## PATIENT CARE NOTES

# DAILY PATIENT ASSESSMENT SHEET

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Date 12-20-03
Started 10:00



| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| Time | | | | 1000 |
| Assessed by (initials): | | | | OO |

**RESPIRATORY**

| Quality | 3-11 |
|---|---|
| Normal | ✓ |
| Shallow | |
| Deep | |
| Labored | |
| Rate - WNL | ✓ |
| Slow | |
| Rapid | |
| Sounds - Clear | ✓ |
| Abnormal | |
| Cough - Productive | |
| Non-Productive | |
| Humidified O2 Therapy | |
| L/Minute | |
| Incentive Spirometer | |
| Suctioning-Oral/Nl/Trach | |

**ABDOMEN**

| Abdomen soft & nondistended | ✓ |
|---|---|
| Abnormal | |
| Bowel sounds - Active | |
| Abnormal | |
| Pain-Tenderness | |

**PULSE RATE**

| Regular | |
|---|---|
| Irregular | 116 |
| Strong | |
| Weak | |
| Apical | |
| Radial | |

**REFERRALS**

| Patient Teaching | |
|---|---|

---

| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| Time | | | | 1000 |
| Assessed by (initials): | | | | OO |

**TUBES AND DRAINAGE**

Wound healing S̄ inflammation

**WOUNDS/ULCERS/DRESSINGS**

| Dressing Dry & Intact |
|---|
| Dressing Changed |
| Size |
| Type |
| Location |

**TREATMENTS**

**I.V. THERAPY**

| Bottle #/Rate | 3-11 |
|---|---|
| D5½nS | ✓ |

Site and Rate checked
every two hours

---

| NURSE'S SIGNATURE: | RN  11-7 | LPN  11-7 | 11-7 |
|---|---|---|---|
| | 7-3 | 7-3 | 7-3 |
| | 3-11 | 3-11 | 3-11 |



**PRISON HEALTH SERVICES, INC.**

# 24-HOUR INTAKE AND OUTPUT RECORD

Start-1-20.03
1000pm

PRISON HEALTH SERVICES INCORPORATED

| | | |
|---|---|---|
| Styrofoam cup .......................................200cc | Soup - Vegetable/Noodle ...............120cc | Jello 1/2 cup ...........................120cc |
| Coffee cup ............................................200cc | Cream ............170cc | Juice in Glass ........................120cc |
| Iced Tea Glasses .................................240cc | Small Plastic Milk Cup .................100cc | Popsicle ...................................60cc |
| Cup of Crushed Ice ..............................120cc | Ice Cream/Sherbet 1/2 cup ...........40cc | |

Check prepackaged containers of milk, juice and pop for amount. Pudding, custards and hot cereals are not counted as liquids.

| | FLUID INTAKE | | | | | | FLUID OUTPUT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ORAL | TUBE FEEDING | IV'S DS1/2 n S | | TRANS-FUSION | IRRI-GATION | URINE | LIQUID BM | EMESIS | GASTRIC | DRAINAGE | BLOOD LOSS |
| 2200-2300 | | | | | | | | | | | | |
| 2300-2400 | | | | | | | | | | | | |
| 2400-0100 | | | | | | | | | | | | |
| 0100-0200 | | | | | | | | | | | | |
| 0200-0300 | | | | | | | | | | | | |
| 0300-0400 | | | | | | | | | | | | |
| 0400-0500 | | | | | | | | | | | | |
| 0500-0600 | | | | | | | | | | | | |
| Total | | | PR___ IVPB | PROG___ INTR ___ | HEP___ ___ | | | | | | | |
| 0600-0700 | | | | | | | | | | | | |
| 0700-0800 | | | | | | | | | | | | |
| 0800-0900 | | | | | | | | | | | | |
| 0900-1000 | | | | | | | | | | | | |
| 1000-1100 | | | | | | | | | | | | |
| 1100-1200 | | | | | | | | | | | | |
| 1200-1300 | | | | | | | | | | | | |
| 1300-1400 | | | | | | | | | | | | |
| Total | | | PR___ IVPB | PROG___ INTR ___ | HEP___ ___ | | | | | | | |
| 1400-1500 | | | | | | | | | | | | |
| 1500-1600 | | | | | | | | | | | | |
| 1600-1700 | | | | | | | | | | | | |
| 1700-1800 | | | | | | | | | | | | |
| 1800-1900 | | | | | | | | | | | | |
| 1900-2000 | 400 | | 150 | | | | O | | | | | |
| 2000-2100 | | | 150 | | | | O | | | | | |
| 2100-2200 | | | 150 | | | | O | | | | | |
| Total | 400 | | PR___ IVPB 450 | PROG___ INTR ___ | HEP___ ___ | | O | | | | | |
| 24 Hour Total | 400 | | PR___ IVPB | PROG___ INTR ___ | HEP___ ___ | | O | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Hampton Randall | 226420 | 10-15-81 | B/m | BCCF |

PHS-MD-70059



**PRISON
HEALTH
SERVICES
INCORPORATED**

## *Vital Signs Flow Sheet*

Patient Name: _Hampton Randal_

Date of Birth: _10-15-83_

**TEMPERATURE**

| Date | 12-20 | 12-22 | | | | | | | | | | | | | | | | |
|------|------|------|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| Time | 1000pm | 8am | | | | | | | | | | | | | | | | |
| 104 | 104.8 | 98° | | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | | | | |

**BLOOD PRESSURE**

| 260 | | | |
|-----|---|---|---|
| 240 | | | |
| 220 | | | |
| 200 | | | |
| 180 | | | |
| 160 | | | |
| 140 | | | |
| 120 | | | |
| 100 | | 110/80 | |
| 80 | 71/ | | |
| 60 | | | |
| 40 | 41 | | |
| 20 | | | |

**PULSE**

| 160 | | | |
|-----|---|---|---|
| 140 | | | |
| 120 | | | |
| 100 | 116 | 84 | |
| 80 | | | |
| 60 | | | |
| 40 | | | |

**RESPIRATIONS**

| 40 | | | |
|----|---|---|---|
| 20 | 18 | 20 | |
| 10 | | | |

PHS-MD-70063



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Randell    Hampton_

Date of Birth: _10-15-85_     Social Security No.: _DOC# 22642_

Date: _12-15-03_     Time: _4:06_     A.M.
P.M.

This is to certify that I, _Randell    Hampton_ , currently in
(Print Inmate's Name)

custody at the _Bullock County Correction_ , am refusing to
(Print Facility's Name)

accept the following treatment recommendations: _① Ancef 1gm Im stat dose ② Amoxil_
(Specify in Detail)
_500mg po t.d x 10 days ③ Advil 800mg T.d x 10 days_
_PO. ④ D5 ½ NS at 150cc/hr x... IV, ⑤ Place in infirmary_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_Randell Hampton_     _La... D...._
(Signature of Inmate)**     (Signature of Medical Person)

_____     _____
(Witness)     (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 11/10/03 | 1145 | S Seen in safe cell. No particular c/o. He agrees to try going to seg, though he's somewhat worried that officers there might harm him. He contracts for safety. No specific threats or plans to harm self. O. Calm. Converses readily. No problem behaviors reported over weekend A. Crisis resolving. P. Try → seg, where we'll monitor him. Meds prn | Ken |
| 12/13/03 | 4:13 PM | The Inmate came to the Infirmary c/o feeling very sick, stated that his head felt like it was going to burst and that he was hot. Stated "I been feeling sick for about three days now." "I felt dizzy and mouth dry. Upon taking Inmate's temp it 103³ I inform MS Gima LPN of Inmate temp and she been the Medical Nurse called DR Siddiq for further TX ——— Corrective TYSON LPN | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Hampton, R | 226410 | | | BCCF |

F-61



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 11 /23/ | TIME 315 ☐AM ☑PM | ORIGINATING FACILITY _____ ☐ SIR ☐ PDL ☐ ESCAPEE ☐_____ | ☐ SICK CALL ☐ EMERGENCY ☑OUTPATIENT |
|---|---|---|---|

ALLERGIES  NKA      CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP  98²  ORAL RECTAL    RESP.  18    PULSE  8c/  B/P 100/82  RECHECK IF SYSTOLIC <100> 50  /

| NATURE OF INJURY OR ILLNESS | | | | |
|---|---|---|---|---|
| | ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / _____ SUTURES |

S- I started to shake real bad. I could not control my body. I thought I was having a siezure but it was not I just started to shake so I asked God to help me and prey and it stop.
O- Black male carried to the infirmary non alert and verbal. After five minutes

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

Inmate became alert and verbal able to make needs known. Voiced O complaints ed pain or discomfort at this time. V/S all with in normal range. Skin w/o to touch or disdress noted

RIGHT OR LEFT

A- Stable, Alt, de A Mental Status
P- Release to POC advised to return to if infirmary if condition red worse. Refer to Mental Health

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 11 /23/05 | TIME 335 ☐AM ☑PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE F.D. | DATE 11/23/05 | PHYSICIAN'S SIGNATURE Tom 11/24/ | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE)  Hampton  Randall | DOC# 226420 | DOB 10-15-83 | R/S B/m | FAC BCCF |
|---|---|---|---|---|