IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDALL HAMPTON, #226420, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-400-MHT |
| | ) |
| PRISON HEALTH CARE SERVICES, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon review of the special report filed by the medical defendants on November 20, 2006 (Court Doc. No. 32), and as this report fails to comply with the directives of the orders entered on July 14, 2006 (Court Doc. No. 8) and October 10, 2006 (Court Doc. No. 28), it is

ORDERED that on or before December 4, 2006 the medical defendants shall provide an affidavit from Dr. Tahir Siddiq which (i) contains a detailed explanation of the treatment provided to the plaintiff as is relevant to the claims pending before this court, (ii) interprets the medical records relevant to the claims presented in the complaint, as amended, and (iii) identifies those portions of the medical records which support the assertions set forth in the aforementioned affidavit.

Done this 21st day of November, 2006.

                                                                               /s/ Charles S. Coody
                                                                               CHARLES S. COODY
                                                                               CHIEF UNITED STATES MAGISTRATE JUDGE