# PROBLEM LIST

Name: Hampton, Randall
AIS# 226420
Date of Birth: 15 Oct 83

Medication Allergies: ~~NKDA~~ Haldol

Mental Health Code: (SMI) HARM HIST NONE   Date Code Assigned: 12/19/02
(Changes in Mental Health Code should be identified on the Problem List)

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical/Surgical Capital Letters for Psychiatric/Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 12/19/02 | Schizoaffective Disorder | | JRM |
| 12/19/02 | Seizure Disorder 2° Head Injury | | JRM |
| 12/19/02 | Closed head injury 1995 X-ray ~ (NO STEEL PLATE / BURR HOLES) | | JRM |
| 9-4-03 | AXIS II - 301.7 Antisocial Personality Disorder; Alcohol Dep; Polysubstance Abuse | | |
| 2-18-04 | Evaluation by TX team for Coding → SMI | | |
| 5-6-04 | (There is no steel plate or Burr Holes in his skull) | | |
| | D/C - bid ? | | |
| 7/7/05 | Mental Health Code: History | | William Chitwood |

DEFENDANT'S EXHIBIT A