# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| Elavil 25mg ÷ qHS x 90 day (crush) 1/9 - 4/9/03 | 6P / 1700 | [illegible initials] |
| Tegretol 300mg BID x 180 day 1/9 - 7/9/03 | 4A 6P / 1700 | [illegible initials] |
| Rp. 60mg ÷ BID x 180 day 1/9 - 7/9/03 | 4A 6P / 1700 | [illegible initials] |
| Motrin 800mg BID x 10 day 1/24 - 2/3/03 | 6A 6P | [illegible initials] |
| Colace 100mg PO BID x 7D 2/6/03 - 2/13/03 | 4A 6P | [illegible initials] |
| MOM 30cc PO BID x 7D 2/6/03 - 2/13/03 | 4A 6P | [illegible initials] |
| Haldol 10mg IM Stat 1/26/03 Sanders | 1130 | X X |
| Ativan 2mg IM Stat 1/26/03 Sanders | 1130 | X X |
| | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 2/1/03 THROUGH 2/28/03

Physician Tonney

Alt. Physician B. Helms CRNP / Hammer

Telephone Number

Alt. Telephone

Rehabilitative Potential

NKA

DEFENDANT'S EXHIBIT B

Inmate No. 226420-DL

Medicaid Number

Medicare Number

Complete Entries Checked By: [signature] Title: LPN Date: 2/1/03

PATIENT Hampton, Randall

PATIENT CODE 226420

ROOM NO

BED

FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Elavil 25mg ī po qHS X days 1-9-03 — 4-9-03 | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tegretol 300mg ī po Bid X 180 days 1-9-03 — 7-9-03 | 4Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Phenobarbital 60mg ī po Bid X 180 days 1-9-03 — 7-9-03 | 4Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Haldol 10mg IM + Ativan 2mg IM Now | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Depakene 500mg Po Bid x 90 days 3/24/03 6/24/03 Sanders | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 3-1-03 THROUGH 3-31-03

Physician: Siddiq

Alt. Physician: Sanders

Allergies:

Telephone Number

Alt. Telephone

Inmate No. 226420

Rehabilitative Potential

Medicaid Number

Medicare Number

Complete Entries Checked By: Martha Jackson Title: LPN Date: 2-28-03

PATIENT: Hampton Rondall

PATIENT CODE

ROOM NO. 226420

BED

FACILITY CODE: Bullock

EDICATION
DMINISTRATION RECORD

NaphCare

seg

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| 33756 AMITRIPTYLINE 25 MG TAB<br>Start: 01/11/03 Stop: 04/10/03<br>TA ONE TABLET(S) AT BEDTIME BY MOUTH (CRUSHED) FOR 90 DAYS | 1700 | [handwritten initials] D/C 4/17/03 |
| 33759 CARBAMAZEPINE 200 MG TAB (TEGRETOL)<br>Start: 01/11/03 Stop: 07/09/03<br>1 AND ONE-HALF(1/2) TABLET(S) (300 MG) TWICE DAILY FOR 180 DAYS | 0400 | [handwritten initials] |
| | 1700 | [handwritten initials] |
| 33760 PHENOBARBITAL 64.8MG TB 64.8 MG TAB<br>Start: 01/11/03 Stop: 07/09/03<br>TAKE 1 TABLET(S) TWICE DAILY BY MOUTH FOR 180 DAYS | 0400 | [handwritten initials] |
| | 1700 | [handwritten initials] |
| Depakene 500mg PO BID x 90 days<br>3/24/03 – 6/24/03 | 1100 | [handwritten initials] |
| | 1700 | [handwritten initials] |
| Haldol 10mg IM<br>4/8/03 | 0810 | X X (day 7–8) |
| Ativan 2mg IM<br>4/8/03 | 0810 | X X (day 7–8) |
| Elavil 100mg qhs x 90 days<br>4/17/03 7/17/03 | 1700 | [handwritten initials from day 17] |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

FOR 04/01/03 THROUGH 04/01/03

Physician

Allergies NKA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Inmate No 226420-AL0

Medicaid Number

Complete Entries Checked By: [signature] Title: LPN Date: 3/30/03

HAMPTON, RANDALL

PATIENT CODE 226420

ROOM NO

BED

FACILITY CODE BCCF

# EDICATION
# DMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| 3759 CARBAMAZEPINE 200 MG TAB (TEGRETOL) Start: 1/11/03 Stop: 07/09/03 TAKE ONE-HALF (1/2) TABLET(S) (300 MG) TWICE DAILY FOR 180 DAYS | 0400 / 1700 | R/O |
| 3760 PHENOBARBITAL 64.8MG TB 64.8 MG TAB Start: 01/11/03 Stop: 07/09/03 TAKE 1 TABLET(S) TWICE DAILY BY MOUTH FOR 180 DAYS | 0400 / 1700 | |
| 71890 VALPROIC ACID 250 MG CAP Start: 03/25/03 Stop: 06/22/03 TAKE TWO CAPSULE(S) TWICE DAILY BY MOUTH FOR 90 DAYS | 0400 / 1700 | |
| 84943 AMITRIPTYLINE 100 MG TAB Start: 04/18/03 Stop: 07/16/03 TAKE ONE TABLET(S) AT BEDTIME BY MOUTH FOR 90 DAYS | 1700 | D/C 5/7/03 |
| Tegretol 400mg PO BID x 180 days 5/02/03 → 11/02/03 | 0400 / 1100 | See below |
| Motrin 800mg PO TID x 10 days 5/02/03 → 5/12/03 | 0400 / 1100 / 1700 | |
| Advil 800 mg Tid x 7 days 5-13-03 — 5-20-03 | 0400 / 1100 / 1700 | |
| Tegretol 400mg po Bid x 180 days 5-2-03 — 11-02-03 | 0400 / 1700 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 05/01/03 THROUGH 05/01/03

Physician

Alt. Physician

Allergies NKA

Diagnosis

Telephone No.

Alt. Telephone

Rehabilitative Potential

Inmate No 226420-ALO

Medicaid Number

Medicare Number

Complete Entries Checked by: [signature] Title: CRN Date: 4-30-03

NAME RANDALL

PATIENT CODE 226420

ROOM NO

BED

FACILITY CODE BCCF

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| 3759 CARBAMAZEPINE 200 MG TAB (TEGRETOL) Start: 01/11/03 Stop: 07/09/03 TAKE ONE-HALF(1/2) TABLET(S) (300 MG) TWICE DAILY FOR 180 DAYS | | R/O |
| 3760 PHENOBARBITAL 64.8MG TB 64.8 MG TAB Start: 01/11/03 Stop: 07/09/03 TAKE 1 TABLET(S) TWICE DAILY BY MOUTH FOR 180 DAYS | 0400 1100 1700 0400 | [illegible initials] |
| 71890 VALPROIC ACID 250 MG CAP Start: 03/25/03 Stop: 06/22/03 TAKE TWO CAPSULE(S) TWICE DAILY BY MOUTH FOR 90 DAYS | 0400 1100 1700 0400 | [illegible initials] |
| 71986 CARBAMAZEPINE 200 MG TAB (TEGRETOL) Start: 05/02/03 Stop: 10/28/03 TAKE TWO TABLET(S) TWICE DAILY BY MOUTH FOR 180 DAYS | 0400 1100 1700 0400 | [illegible initials] |
| 98002 AMITRIPTYLINE 100 MG TAB Start: 05/14/03 Stop: 08/11/03 TAKE ONE TABLET(S) AT BEDTIME BY MOUTH FOR 90 DAYS | | D/C 5/7/03 |
| Keflex 500mg po tid x10d [illegible] 6-10-03 → 6-20-03 | 0400 1700 2100 | [illegible initials] |
| Haldol 10 mg IM now et | 0750 | X [illegible] X |
| Cogentin 2 mg IM now 6/12/03 | 0752 | X [illegible] X |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 06/01/03 THROUGH 06/01/03

Physician | Telephone No. | Inmate No 226420-AL0

Alt. Physician | Alt. Telephone

Allergies NKA | Rehabilitative Potential

Complete Entries Checked By: [signature] Title: LPN Date: 5/30/03

HAMPTON, RANDALL | PATIENT CODE 226420 | ROOM NO. | BED | FACILITY CODE

MEDICATION ADMINISTRATION RECORD

NaphCare

13759 CARBAMAZEPINE 200 MG TAB (TEGRETOL)
Start: 01/11/03 Stop: 07/09/03
1/2 ONE-HALF(1/2) TABLET(S) (300 MG) TWICE DAILY FOR 180 DAYS

R/O

133760 PHENOBARBITAL 64.8MG TB 64.8 MG TAB
Start: 01/11/03 Stop: 07/09/03
TAKE 1 TABLET(S) TWICE DAILY BY MOUTH FOR 180 DAYS

0400 [illegible]
1700 [illegible]

191988 CARBAMAZEPINE 200 MG TAB (TEGRETOL)
Start: 05/02/03 Stop: 10/28/03
TAKE TWO TABLET(S) TWICE DAILY BY MOUTH FOR 180 DAYS

0400 [illegible]
1700 [illegible]

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19

198002 AMITRIPTYLINE 100 MG TAB
Start: 05/14/03 Stop: 08/11/03
TAKE ONE TABLET(S) AT BEDTIME BY MOUTH FOR 90 DAYS

D/C 5/7/03

D/C Depakene 7/7/03

Haldol 5mg q HS x 90
7/7/03 - 10/7/03

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20

1700 [illegible]

DC'd 7/16/03

Advil 800mg tid x5d
Dr. Siddiq
7-22-03 → 7-27-03

0400
1200
2100

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

07/01/03

07/01/03

NKA

226420-AL0

Complete Entries Checked

By: [illegible] Title: CPN Date: 6-30-03

AMPTON, RANDALL

226420

EDICATION
DMINISTRATION RECORD

NaphCare

91368 CARBAMAZEPINE 200 MG TAB (TEGRETOL)
Start: 05/02/03 Stop: 10/28/03
TAKE TWO TABLET(S) TWICE DAILY
BY MOUTH FOR 180 DAYS

0400
1700

~~25423 HALOPERIDOL 5 MG TAB~~
~~Start: 07/08/03 Stop: 10/05/03~~
~~TAKE ONE TABLET(S) AT BEDTIME BY~~
~~MOUTH FOR 90 DAYS~~

1700 Discontinued

PB 60mg PO BID
x 1 yr
7-31-03 - 8-31-03

0400
1700

Motrin 800mg po tid x 7days
8/13-8/20/03 Siddiq/Cg

0400
1100
1700

Keflex 500mg po tid x 10days
8/13-8/23/03 Siddiq/Cg

0400
1100
1700

Haldol 10mg PO @ hrs x 90 days
9/2/03 12/02/03 Hammel

Cogentin 1mgm PO Bid x 90 days
9/2/03 12/2/03 Hammel

1100
1700

Prozac 20mg PO q AM x 90 days
9/2/03 12/2/03 Hammer

D/C Elavil
9/2/03

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

08/01/03

08/01/03

NKA

Inmate No
226420-AL0

Complete Entries Checked
By: Taylor / Tyson Title: LPN Date: 7-31-03

HAMPTON, RANDALL

226420

1 of 11

# EDICATION DMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91969 CARBAMAZEPINE 200 MG TAB (TEGRETOL) Start: 05/02/03 Stop: 10/28/03 TA[KE] TWO TABLET(S) TWICE DAILY BY MOUTH FOR 180 DAYS | 0400 | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | OMD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| PB 60g PO BID x 1 yr (Phenobarbital) 7-31-03 – 7-31-04 | 0400 | | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | OMD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HALDOL 10mg IM NOW x 1 DOSE | 1530 | OMD | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| Benadryl 50 mg IM NOW x1 DOSE | 1530 | OMD | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Haldol 10mg p.o. q HS x90 days 9-1-03 12-1-03 | 1700 | OMD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| C[ogentin] 1mg p.o. BID x90 days 9-1-03 STOP: 12-1-03 | 1100 | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | OMD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PROZAC 20mg p.o. q am 9-1-03 12-1-03 | 1100 | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
| ~~Haldol 10 mg po~~ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Haldol 10mg IM x 1 9/2/03 | 1100 | | [illegible] | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

FAXED

CHARTING FOR 09/01/03 THROUGH 09/01/03

Physician

Alt. Physician

Allergies NKA

Telephone No.

Alt. Telephone

Inmate No. 226420-AL0

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: OMD/LPN 8-29-03 K Taylor, Title: LPN Date: 8-30-03

PATIENT HAMPTON, RANDALL

PATIENT CODE 226420

ROOM NO

BED

FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phenob. 60mg BID x 180 D 9-5-03 3-5-04 | 0800 | | | | → | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | → | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tegretol 400mg BID x 180D 9-5-03 3-5-04 | 0800 | | | | → | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2000 | | | | → | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vital Signs | T | | | | | | 98° | | | 97° | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | 73 | | | 125 | | | | | | | | | | | | | | | | | | | | | | |
| | R | | | | | | 18 | | | 18 | | | | | | | | | | | | | | | | | | | | | | |
| | BP | | | | | | 152/94 | | | 15?/95 | | | | | | | | | | | | | | | | | | | | | | |
| Weight | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 9-1-03 THROUGH 9-30-03

Physician: St Phaud / Robbins

Telephone Number:

Alt. Telephone:

Inmate No. 226420

Allergies: NKDA

Rehabilitative Potential:

Medicaid Number:

Medicare Number:

Complete Entries Checked By: Graves, LPN Title: Date:

Patient: Hampton, Randall

PATIENT CODE: 226420 | ROOM NO.: MHK | BED: 5 | FACILITY CODE: KCF

PFS: NAPHCAR-066

# DICATION MINISTRATION RECORD

NaphCare

II

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benadryl 50mg IM X 1 9-2-03 | 1100 | X | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FAXED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

TING FOR 9-2-03 THROUGH 9-30-03

ian

ysician

es

Telephone Number

Alt. Telephone

Rehabilitative Potential

Inmate No. 226420

d Number

Medicare Number

Complete Entries Checked By: Mary A Chimey Title: LPN Date: 9-2-03

T Hampton, Randall

PATIENT CODE 226420

ROOM NO.

BED

FACILITY CODE BCC

PES: NAPHCARE 058

I.J.H.

# CATION (cut off)
# NISTRATION RECORD (cut off)

NaphCare

| MEDICATIONS | HOUR |
|---|---|
| 300mg PO BID x 180 days 9-5-03 — 3-5-04 | 0400 / 1700 |
| Tegretol 400mg PO BID x 180 days 9-5-03 — 3-5-04 | 0400 / 1700 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10-1-03 THROUGH 10-31-03

Telephone Number

Inmate No. 226420

Physician

Alt. Telephone

Alt. Physician

Rehabilitative Potential

NKA

Medicaid Number

Medicare Number

Complete Entries Checked By: [signature] Taylor

Title: [illegible]

Date: 9-29

PATIENT CODE 226420

ROOM NO.

BED

FACI (cut off)

PATIENT Hampton, Randall

ATION
ISTRATION RECORD

PhapCare

| MEDICATIONS | HOUR | Days 1–30 |
|---|---|---|
| HALDOL 10mg p.o. q HS x 90 days START: 9-2-03 STOP: 12-2-03 | 1700 | [illegible initials] |
| [Co]gentin 1mg p.o. BID x 90 days [ST]ART: 9-2-03 STOP: 12-2-03 | 1100 | [illegible initials] |
| | 1700 | [illegible initials] |
| D/C ELAVIL 9-2-03 | | |
| PROZAC 20mg p.o. q AM x 90 days [ST]ART: 9-2-03 STOP: 12-2-03 | 1100 | [illegible initials] D/C 10/20/03 |
| [Amo]xil 500mg PO TID x10 days [9]/15/03 → 10/25/03 | 1100 | [illegible initials] |
| | 1700 | [illegible initials] |
| | 2100 | |
| | | |
| | | |
| | | |
| | | |

MEDICATIONS HOUR

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10-1-03 THROUGH 10-30-03

Physician

Alt. Physician

Allergies NKA

Telephone Number

Alt. Telephone

Rehabilitative Potential

Inmate No. 226420

Complete Entries Checked By: [signature] Title: LPN Date: 9-27-

[Nu]mber

Medicare Number

PATIENT CODE 226420

ROOM NO.

BED

FACI[LITY] B

PATIENT HAMPSON, RANDALL

# DICATION MINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| Haldol 10mg PO q HS X-90 days | 1700 | → N1 N1 D/C 11/16/03 |
| Cogentin 1 mg PO BID X-90 days | 1100 | [illegible initials] |
| | 1700 | → N1 N1 [illegible] R R R R/O 11/7/03 |
| PB-60mg PO BID X-180 days -5-03 → 3-5-04 | 0400 | [illegible initials] |
| | 1700 | O N1 N1 [illegible initials] |
| Tegretol-400mg PO BID X-180 days 9-5-03 → 3-5-04 | 0400 | [illegible initials] |
| | 1700 | O N1 N1 [illegible initials] |
| Prozac 20mg PO q Am 1/4/03 12/26/03 | 1100 | [illegible initials] D/C'd 10/20/03 |
| Haldol 5mg PO q HS X90 days 11/01/03 12/01/03 Bell | 1700 | R R R P R R R [illegible] R R R R R R R R R R R R R R |
| Cogentin 2mg IM or PO BID PRN E.P.S. X-14 days 11-7-03 — 11-21-03 | PRN | 11/21/03 Regime over |
| Ativan 2mg IM q 4° PRN persistant agitation X 14 days 11/7/03 11/28/03 | | 11/21/03 PRN over with |
| May use in addition to thorazine as written 11/7/03 11/28/03 Kern | | 11/28/03 PRN over with |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

IARTING FOR 11/01/03 THROUGH 11/30/03

| ysician | Telephone Number | Inmate No. |
|---|---|---|
| Physician | Alt. Telephone | |
| ergies | Rehabilitative Potential | |

| dicaid Number | Medicare Number | Complete Entries Checked By: A. Thomas | Title: LPN | Date: 11-03-03 |
|---|---|---|---|---|

| TIENT | PATIENT CODE | ROOM NO. | BED | FACILITY COD |
|---|---|---|---|---|
| Hampton Randall | 226400 | | | BCC |

PFS: NAP

# MEDICATION ADMINISTRATION RECORD

NaphCare

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| 57794 PHENOBARBITAL 64.8MG TB 64.8 MG TAB<br>Start: 09/04/03 Stop: 03/01/04<br>TAKE TABLET(S) TWICE DAILY BY MOUTH FOR 6 MONTHS | 0400<br>1700 | Duplicate see other sheet |
| 57183 HALOPERIDOL 5 MG TAB<br>Start: 09/05/03 Stop: 12/02/03<br>TAKE ONE TABLET(S) AT BEDTIME BY MOUTH FOR 90 DAYS | | D/C Rewrote |
| 57184 BENZTROPINE MESYL 1 MG TAB (COGENTIN)<br>Start: 09/05/03 Stop: 12/02/03<br>TAKE 1 TABLET(S) TWICE DAILY BY MOUTH FOR 90 DAYS | 0900<br>1700 | RR ... R R R R ... A ... A<br>RR ... R R R R ... R R R R |
| 57185 HALOPERIDOL 10 MG TAB<br>Start: 09/04/03 Stop: 12/02/03<br>TAKE ONE TABLET(S) AT BEDTIME BY MOUTH FOR 90 DAYS | | D/C 11/6/03 |
| 57187 FLUOXETINE 20 MG CAP (PROZAC)<br>Start: 09/04/03 Stop: 12/02/03<br>TAKE ONE CAPSULE(S) EVERY MORNING BY MOUTH FOR 90 DAYS | 1100 | RR ... D/C'd 10/20/03 |
| 53802 CARBAMAZEPINE 200 MG TAB (TEGRETOL)<br>Start: 09/08/03 Stop: 03/05/04<br>TAKE TWO TABLET(S) TWICE DAILY BY MOUTH FOR 180 DAYS | 0400<br>1700 | See other sheet ... Duplicate |
| Haldol 5mg PO HS X 90 days<br>9/1/03 12/01/03 Bell | 1700 | → See next page |
| ~~Fob~~ Thorazine 100mg P.O. now<br>11-07-03 | 1230 | → at ← |
| Thorazine 100mg PO P.O. B.I.D PRN for agitation X-14 days<br>11-7-03 — 11-24-03 | P<br>R<br>N | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11/01/03 THROUGH 11/01/03

Diagnosis
Telephone No.
Inmate No. 226420-AL0
Attending Physician
Alt. Telephone
Allergies NKA
Rehabilitative Potential

Medicaid Number
Medicare Number

Complete Entries Checked By: Christine Tyson Title: LPN Date: 11/6/03

PATIENT: HAMPTON, RANDALL
PATIENT CODE 226420
ROOM NO.
BED
FACILITY CODE

# IEDICATION ADMINISTRATION RECORD

1/01/2004

DTC1

(BUL-465) BULLOCK CORRECTIONAL FAC

DICATIONS — HOUR — 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

HENOBARBITAL 60MG TAB
AKE * TABLET(S) BY MOUTH TWICE DAILY *NOT
OR 'H USE*
X: 4797601 SIDDIQ, M.D. (MD DIR, TAHIR , M
TART - 11/13/2003 STOP - 05/10/2004

0400 / 1700

ARBAMAZEPINE (TEGRETOL) 200MG TAB
AKE 2 TABLET(S) BY MOUTH TWICE DAILY
X: 4797608 SIDDIQ, M.D. (MD DIR, TAHIR , M
TART - 11/13/2003 STOP - 11/11/2004

0400 / 1700

DICATIONS — HOUR — 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

ARTING FOR 01/01/2004 THROUGH 01/31/2004

sician SIDDIQ, M.D. (MD DIR, TAHIR

Physician

Telephone No

Alt. Telephone

Medical Record No 226418

gies NONE KNOWN

Rehabilitative Potential

noses

aid Number

Medicare Number

Complete Entries Checked:

By: Christine Tyson Title: LPN Date: 12/31/03

ENT MPTON, RANDALL

PATIENT CODE 226420 ROOM 1 BED FACILITY CODE BUL-465

# EDICATION ADMINISTRATION RECORD

)1/2004 (BUL-465) BULLOCK CORRECTIONAL FAC

T01

| ICATIONS | HOUR | 1–31 |
|---|---|---|
| NOBARBITAL 60MG TAB<br>E 1 LET(S) BY MOUTH TWICE DAILY *NOT PSYCH USE*<br>4797601 SIDDIQ, M.D. (MD DIR, TAHIR , M<br>RT - 11/13/2003 STOP - 05/10/2004 | 0400<br>1700 | |
| BAMAZEPINE (TEGRETOL) 200MG TAB<br>E 2 TABLET(S) BY MOUTH TWICE DAILY<br>5021983 SIDDIQ, M.D. (MD DIR, TAHIR , M<br>RT - 01/06/2004 STOP - 11/11/2004 | 0400<br>1700 | |

EDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

HARTING FOR 02/01/2004 THROUGH 02/29/2004

ysician SIDDIQ, M.D. (MD DIR, TAHIR

Telephone No

Medical Record No

Physician

Alt Telephone

ergi NONE KNOWN

Rehabilitative Potential

agnosis

dicaid Number

Medicare Number

Complete Entries Checked:

By:

Title:

Date: 1-30-04

| TIENT | PATIENT CODE | ROOM NO | BED | FACILITY CODE |
|---|---|---|---|---|
| MPTON, RANDALL | 226420 | 1 | | BUL-4 |

# EDICATION ADMINISTRATION RECORD

)1/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

| ATIONS | HOUR | 1–31 |
|---|---|---|
| NOBARBITAL 60MG TAB<br>E 1 TABLET(S) BY MOUTH TWICE DAILY *NOT PS USE*<br>4797601 SIDDIQ, M.D. (MD DIR, TAHIR , M<br>RT - 11/13/2003 STOP - 05/10/2004 | 0400<br>1700 | [illegible] |
| BAMAZEPINE (TEGRETOL) 200MG TAB<br>E 2 TABLET(S) BY MOUTH TWICE DAILY<br>5021883 SIDDIQ, M.D. (MD DIR, TAHIR , M<br>RT - 01/06/2004 STOP - 11/11/2004 | 0400<br>1700 | [illegible] |
| Motrin 800mg PO TID x 10days<br>3/19 → 3/29/04 | 0400<br>1100<br>1700 | [illegible] |
| Rocephin 1gm IM<br>x1<br>3/19/04 | 0800<br>0800PM | NT<br>NT |
| Bactrim DS PO BID x 15days<br>3/19 → 4/03/04 | 0400<br>1700 | [illegible] |
| Rifampin 300mg PO BID x 15days<br>3/19 → 4/03/04 | 0400<br>1700 | [illegible] |

EDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 03/01/2004 THROUGH 03/31/2004

Physician: SIDDIQ, M.D. (MD DIR, TAHIR

Telephone No.

Medical Record No.

Alt. Physician

Alt. Telephone

Allergies: NONE KNOWN

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked: By: K Taylor | Title: LPN | Date: 2-29-04

PATIENT: HAMPTON, RANDALL | PATIENT CODE: 226420 | ROOM NO.: 1 | BED | FACILITY CODE: BUL-465

# DICATION ADMINISTRATION RECORD

1/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

| ATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| OBARBITAL 60MG TAB<br>1 LET(S) BY MOUTH TWICE DAILY *NOT<br>PS USE*<br>4797601 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>RT - 11/13/2003 STOP - 05/10/2004 | 0400<br>1700 | [handwritten initials] |
| BAMAZEPINE (TEGRETOL) 200MG TAB<br>E 2 TABLET(S) BY MOUTH TWICE DAILY<br>5021883 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>RT - 01/06/2004 STOP - 11/11/2004 | 0400<br>1700 | [handwritten initials] |
| /TMP-DS (SEPTRA-DS) 800/160MG TAB<br>E 1 TABLET(S) BY MOUTH TWICE DAILY<br>5378170 SIDDIQ, M.D., TAHIR, MD<br>ART - 03/20/2004 STOP - 04/03/2004 | 0400<br>1700 | [handwritten initials] |
| FAMPIN (RIMACTANE/RIFADIN) 300MG CAP<br>E 1 CAPSULE(S) BY MOUTH TWICE DAILY<br>5378177 SIDDIQ, M.D., TAHIR, MD<br>ART - 03/20/2004 STOP - 04/03/2004 | 0400<br>1700 | [handwritten initials] |

EDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 04/01/2004 THROUGH 04/30/2004

Physician SIDDIQ, M.D., TAHIR

Telephone No.

Medical Record No

Alt. Physician

Alt. Telephone

Allergies NONE KNOWN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: [signature] Title: LPN Date: 3/31/04

PATIENT HAMPTON, RANDALL

PATIENT CODE 226420

ROOM NO 1

BED

FACILITY CODE BUL-4

# EDICATION ADMINISTRATION RECORD

01/2004

01

(BUL-465) BULLOCK CORRECTIONAL FAC

| CATIONS | HOUR | 1–31 |
|---|---|---|
| BAMAZEPINE (TEGRETOL) 200MG TAB<br>E 2 TABLET(S) BY MOUTH TWICE DAILY<br>5021883 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>RT - 01/06/2004 STOP - 11/11/2004 | 0400<br>1700 | [handwritten initials] |
| NOBARBITAL 60MG TAB<br>E 1 TABLET(S) BY MOUTH TWICE DAILY **NOT<br>PSYCH USE**<br>5495147 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>RT - 04/16/2004 STOP - 05/30/2004 | 0400<br>1700 | [handwritten initials] |

EDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 05/01/2004 THROUGH 05/31/2004

ysician SIDDIQ, M.D. (MD DIR, TAHIR

Telephone No.

Medical Record No

Physician

Alt. Telephone

ergies NONE KNOWN

Rehabilitative Potential

agnos

edicaid Number

Medicare Number

Complete Entries Checked:

By: A. Thomas Title: LPN Date: 4-27-04

TIENT: HAMPTON, RANDALL

PATIENT CODE: 226420

ROOM NO.: 1

BED

FACILITY CODE: BUL-465

# )ICATION ADMINISTRATION RECORD

(BUL-465) BULLOCK CORRECTIONAL FAC

|/2004

| TIONS | HOUR | 1–31 |
|---|---|---|
| AMAZEPINE (TEGRETOL) 200MG TAB<br>2 TABLET(S) BY MOUTH TWICE DAILY<br>5021983 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>T - 01/06/2004 STOP - 11/11/2004 | 0400<br>1700 | [illegible] |
| OBARBITAL 60MG TAB<br>1 TABLET(S) BY MOUTH TWICE DAILY<br>5604898 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>RT - 05/09/2004 STOP - 08/14/2004 | 0400<br>1700 | [illegible] |
| Geodon 20mg IM stat<br>6/15/04 Sanders | | 1015 |
| Thorazine 50mg P.O HS x 3 Days then D/C 6-18-04 | 1700 | |
| Benadryl 50mg P.O Q HS 3 Days then D/C 6-18-04 | | |
| Geodon 40mg IM 6/24/04 | | MS |
| | | |
| | | |
| | | |
| MEDICATIONS | HOUR | 1–31 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 06/01/2004 THROUGH 06/30/2004

Physician SIDDIQ, M.D. (MD DIR, TAHIR

Telephone No

Medical Record No

Alt Physician

Alt Telephone

NONE KNOWN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: [signature]

Title: [illegible]

Date: 5-31-04

PATIENT

HAMPTON, RANDALL

| PATIENT CODE | ROOM NO. | BED | FACILITY CODE |
|---|---|---|---|
| 226420 | 1 | | BUL-46 |

# :DICATION ADMINISTRATION ECORD

01/2004

01

(BUL-465) BULLOCK CORRECTIONAL FAC

| CATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| BAMAZEPINE (TEGRETOL) 200MG TAB<br>E 2 TABLET(S) BY MOUTH TWICE DAILY<br>5021883 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>ART - 01/06/2004 STOP - 11/11/2004 | 0400<br>1700 | [illegible] |
| NOBARBITAL 60MG TAB<br>E 1 TABLET(S) BY MOUTH TWICE DAILY<br>5604898 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>ART - 05/09/2004 STOP - 08/14/2004 | 0400<br>1700 | [illegible] |
| Flexeril 10mg PO BID<br>x 10days<br>130 → 8/09/04 | 0400<br>1700 | → [illegible]<br>→ [illegible] |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | |
| EDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | | |
|---|---|---|---|
| HARTING FOR 07/01/2004 THROUGH 07/31/2004 | | | |
| ysician SIDDIQ, M.D. (MD DIR, TAHIR | Telephone No | Medical Record No. | |
| Physician | Alt Telephone | | |
| ergies NONE KNOWN | Rehabilitative Potential | | |
| agnosis | | | |
| dicaid Number | Medicare Number | Complete Entries Checked: By: K Taylor Title: LPN | Date: 6-30-04 |
| TIENT HAMPTON, RANDALL | PATIENT CODE 226420 | ROOM NO 1 | BED / FACILITY COD BUL-465 |

EDICATION ADMINISTRATION ECORD

01/2004 (BUL-465) BULLOCK CORRECTIONAL FAC

T01

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| BAMAZEPINE (TEGRETOL) 200MG TAB<br>E 2 TABLET(S) BY MOUTH TWICE DAILY<br>5021883 SIDDIQ, M.D. (MD DIR, TAHIR , M<br>RT - 01/06/2004 STOP - 11/11/2004 | 0400<br>1700 | [initials] |
| NOBARBITAL 60MG TAB<br>E 1 TABLET(S) BY MOUTH TWICE DAILY<br>5604398 SIDDIQ, M.D. (MD DIR, TAHIR , M<br>RT - 05/09/2004 STOP - 08/14/2004 | 0400<br>1700 | [initials] D/C |
| henobarbital 60mg PO BID x 180 days 24 → 2/24/05 | 0400<br>1700 | [initials] |
| Keflex 500mg PO tid x 10 days 8/27/04 to 9/5/04 | 0400<br>1100<br>1700 | A A A A A [initials] |
| Advil 800mg PO tid x 10 days 8/27/04 to 9/5/04 | 0400<br>1100<br>1700 | A A A A [initials] |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 08/01/2004 THROUGH 08/31/2004

Physician SIDDIQ, M.D. (MD DIR, TAHIR | Telephone No | Medical Record No

Alt Physician | Alt Telephone

Allergies NONE KNOWN | Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked: By: [signature] Title: [illegible] Date: 7-29-04

| PATIENT | PATIENT CODE | ROOM NO | BED | FACILITY CODE |
|---|---|---|---|---|
| AMPTON, RANDALL | 226420 | 1 | | BUL-465 |

DICATION ADMINISTRATION .CORD

I of II

| ATIONS | HOUR | 1–31 |
|---|---|---|
| Tegretol 200mg 1 tab Bid x90days [illegible]/06/04 | 0400 1700 | [illegible initials] |
| Phenobarbital 60mg Po Bid x 180 days [illegible]24/04 – 2/24/05 | 0400 1700 | [illegible initials] |
| Keflex 500mg Po Tid x 10 days [illegible]/27/04 9/5/04 | 0400 1100 1700 | [illegible initials] |
| Advil 800mg Po Tid x10 days [illegible]/27/04 – 9-5-04 | 0400 1100 1700 | [illegible initials] |
| Zantac 150mg PO BID x30 days 9/10/04 to 10/10/04 | 0400 1700 | [illegible initials] |

EDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 9/01/04 THROUGH 9/30/04

Physician Sanders

Alt Physician

Telephone No

Alt Telephone

Medical Record No. 226420

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: [signature] Tyson Title: LPN Date: 9/30/04

PATIENT Hampton, Randall

PATIENT CODE

ROOM NO.

BED

FACILITY CODE Bu1-46

# :EDICATION ADMINISTRATION :ECORD

II

/01/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

| CATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RBAMAZEPINE (TEGRETOL) 200MG TAB<br>KE " TABLET(S) BY MOUTH TWICE DAILY<br>(: 5988501 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>TART - 07/29/2004 STOP - 01/24/2005 | 0400<br>1700 | | | 14 | | | | | | | | | | | | | | | | | 2 | | | | | | | | | | | |
| PB 60mg PO BID<br>x 180 day<br>8-30-04 — | 0400<br>1700 | | | H | | | | | | | | | | | | | | | | | 2 | | | | | | | | | | | |
| Inmate in MH dorm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

EDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 09/01/2004 THROUGH 09/30/2004

| | | | |
|---|---|---|---|
| hysician | SIDDIQ, M.D. (MD DIR, TAHIR | Telephone No | Medical Record No |
| Physician | | Alt Telephone | |
| rgies | NONE KNOWN | Rehabilitative Potential | |
| agnosis | | | |
| edicaid Number | Medicare Number | Complete Entries Checked: By: [signature] Title: LPN | Date: 8-30-04 |

| TIENT | PATIENT CODE | ROOM NO | BED | FACILITY COD |
|---|---|---|---|---|
| HAMPTON, RANDALL | 226420 | 1 | | BUL-46 |

# DICATION ADMINISTRATION ..ECORD

)1/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

| ATIONS | HOUR | 1–31 |
|---|---|---|
| BAMAZEPINE (TEGRETOL) 200MG TAB<br>E 7 LET(S) BY MOUTH TWICE DAILY<br>5988501 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>ART - 07/29/2004 STOP - 01/24/2005 | 0400<br>1700 | |
| NOBARBITAL 60MG TAB<br>E 1 TABLET(S) BY MOUTH TWICE DAILY<br>6127980 SIDDIQ, M.D. (MD DIR, TAHIR, M<br>ART - 08/26/2004 STOP - 02/21/2005 | 0400<br>1700 | |
| NITIDINE (ZANTAC) 150MG TAB<br>KE 1 TABLET(S) BY MOUTH TWICE DAILY<br>: 6209027 SIDDIQ, M.D., TAHIR, MD<br>ART - 09/11/2004 STOP - 10/10/2004 | 0400<br>1700 | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | |
|---|---|
| HARTING FOR 10/01/2004 | THROUGH 10/31/2004 |
| hysician SIDDIQ, M.D., TAHIR | Telephone No |
| t Physician | Alt Telephone |
| Medical Record No. | |
| erg NONE KNOWN | Rehabilitative Potential |
| iagnosis | |
| edicaid Number | Medicare Number |
| Complete Entries Checked: By: A. Thomas LPN | Date: 10-01-04 |
| ATIENT HAMPTON, RANDALL | PATIENT CODE 226420 |
| ROOM NO 1 | BED |
| FACILITY COD BUL-465 | |

DICATION ADMINISTRATION RECORD

01/2004

(BUL-465) BULLOCK CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CARBAMAZEPINE (TEGRETOL) 200MG TAB<br>TAKE 2 TABLET(S) BY MOUTH TWICE DAILY<br>5748501 SIDDIQ, M.D. (MD DIR, TAHIR<br>START - 07/29/2004 STOP - 01/24/2005 | 0400<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PHENOBARBITAL 60MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>6127950 SIDDIQ, M.D. (MD DIR, TAHIR<br>START - 08/26/2004 STOP - 02/21/2005 | 0400<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ranitidine (Zantac) 150mg i tab Bid | 0400<br>1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11/01/2004 THROUGH 11/30/2004

Physician SIDDIQ, M.D. (MD DIR, TAHIR

Telephone No

Medical Record No

Alt Physician

Alt Telephone

Allergies NONE KNOWN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: [signature] Title: N Date: 2/1/04

| PATIENT | PATIENT CODE | ROOM NO. | BED | FACILITY CODE |
|---|---|---|---|---|
| HAMPTON, RANDALL | 226420 | 1 | | BUL-46 |

# ICATION ADMINISTRATION RECORD

(BUL-465) BULLOCK CORRECTIONAL FAC

1/2004

| IONS | HOUR | 1–31 |
|---|---|---|
| AMAZEPINE (TEGRETOL) 200MG TAB 2 TABLET(S) BY MOUTH TWICE DAILY 5988501 SIDDIQ, M.D. (MD DIR, TAHIR, M RT - 07/29/2004 STOP - 01/24/2005 | 0400 1700 | [handwritten initials] Charged 12/16/04 |
| OBARBITAL 60MG TAB 1 TABLET(S) BY MOUTH TWICE DAILY 6127980 SIDDIQ, M.D. (MD DIR, TAHIR, M RT - 08/26/2004 STOP - 02/21/2005 | 0400 1700 | [handwritten initials] |
| Zantac 150mg i tab Bid 30days 9/16/04 | 0400 1700 | [handwritten initials] ORDER Ended |
| Bactrim DS i po Bid x 10 days 11-04 — 12-23-04 | 1100 1700 | [handwritten initials] |
| Rifampin 300mg po i Bid x 10 days 12-11-04 12-23-04 | 1100 1700 | [handwritten initials] |
| [illegible] 800mg po tid x 10 days 14 - 12/24/04 Siddiq/Kdeer | 0400 1100 1700 | [handwritten initials] |
| Tegretol 300mg PO tid x 180 days 12/16/04 to 6/16/05 | 0400 1100 1700 | [handwritten initials] |
| | | |
| | | |

EDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12/01/2004 THROUGH 12/31/2004

Medical Record No

Physician SIDDIQ, M.D. (MD DIR, TAHIR

Telephone No.

Alt Physician

Alt Telephone

Allergies: NONE KNOWN

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: [signature] Title 11/30/04 Date:

PATIENT

HAMPTON, RANDALL

| PATIENT CODE | ROOM NO. | BED | FACILITY CO |
|---|---|---|---|
| 226420 | 1 | | BUL- |