

Quest Diagnostics

```
7186919   AREA/ROUTE:  T; 0303/2
BULLOCK CORRECTIONAL FACILITY
HWY 82 EAST
UNION SPRINGS, AL 36089-5107
```

| PATIENT NAME | PATIENT ID | ROOM NO | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| HAMPTON, RANDALL | 226420 | | NB | | SANDERS |

| AGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 9415742 | AT541234L | | | 03252003 | 03252003 | 2:10PM |

REMARKS

EASTERN TIME

| REPORT STATUS | TEST | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

```
Date of Birth: NB
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
                                        950 22ND ST N STE 825
                                        BIRMINGHAM, AL 35203-5300
```

                                                                                                        AT

| TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| HEPATIC FUNCTION PANEL | | | | |
| PROTEIN, TOTAL | 7.1 | | G/DL | 6.0-8.3 |
| ALBUMIN | 4.5 | | G/DL | 3.2-5.1 |
| GLOBULIN | 2.6 | | G/DL (CALC) | 2.2-4.2 |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | (CALC) | 0.8-2.0 |
| BILIRUBIN, TOTAL | 0.3 | | MG/DL | 0.2-1.5 |
| BILIRUBIN, DIRECT | 0.0 | | MG/DL | 0.0-0.3 |
| BILIRUBIN, INDIRECT | 0.3 | | MG/DL (CALC) | 0.0-1.5 |
| ALKALINE PHOSPHATASE | 123 | | U/L | 20-125 |
| AST | 33 | | U/L | 2-50 |
| ALT | 29 | | U/L | 2-60 |
| | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | |
| WHITE BLOOD CELL COUNT | | 3.1 L | THOUS/MCL | 3.8-10.8 |
| RED BLOOD CELL COUNT | 4.47 | | MILL/MCL | 4.20-5.10 |
| HEMOGLOBIN | 14.6 | | G/DL | 13.2-15.5 |
| HEMATOCRIT | 42.9 | | % | 38.5-45.0 |
| MCV | 95.9 | | FL | 80.0-100.0 |
| MCH | 32.6 | | PG | 27.0-33.0 |
| MCHC | 34.0 | | G/DL | 32.0-36.0 |
| RDW | 12.5 | | % | 11.0-15.0 |
| PLATELET COUNT | 199 | | THOUS/MCL | 140-400 |
| ABSOLUTE NEUTROPHILS | | 1445 L | CELLS/MCL | 1500-7800 |
| ABSOLUTE LYMPHOCYTES | 1376 | | CELLS/MCL | 850-3900 |
| ABSOLUTE MONOCYTES | | 198 L | CELLS/MCL | 200-950 |
| ABSOLUTE EOSINOPHILS | 68 | | CELLS/MCL | 15-500 |
| ABSOLUTE BASOPHILS | 12 | | CELLS/MCL | 0-200 |
| NEUTROPHILS | 46.6 | | % | |
| LYMPHOCYTES | 44.4 | | % | |
| MONOCYTES | 6.4 | | % | |
| EOSINOPHILS | 2.2 | | % | |
| BASOPHILS | 0.4 | | % | |

DEFENDANT'S EXHIBIT C

>> END OF REPORT - HAMPTON, RANDALL AT541234L <<

1                                                              INDICATES TESTING SITE SEE

**LABORATORY REPORT**


Quest Diagnostics

7146913  AREA=ROUTE/R#: GE80012
BULLOCK CORRECTIONAL FACILITY
HWY 82 EAST
UNION SPRINGS, AL 36089-5107

| PATIENT NAME | PATIENT ID | ROOM NO | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| HAMPTON, RANDALL | 226428 | | NS | | SANDERS |

| PAGE | REQUISITION NO | ACCESSION NO | LAB REF # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 9415742 | AT541234L | | | 02/25/03 | 02/25/03 | 2:14PM |

REMARKS

| REPORT STATUS: FINAL | TEST | RESULT IN RANGE | RESULT OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|

Date of Birth: NS
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE IN
   950 22ND ST N STE 325
   BIRMINGHAM, AL 35203-5302

HEPATIC FUNCTION PANEL
  PROTEIN, TOTAL                7.1            G/DL    6.0-8.
  ALBUMIN                       4.5            G/DL    3.5-5.1
  GLOBULIN                      2.6            G/DL (CALC) 2.2-3.8
  ALBUMIN/GLOBULIN RATIO        1.7            (CALC)  0.8-2.0
  BILIRUBIN, TOTAL              0.3            MG/DL   0.2-1.5
  BILIRUBIN, DIRECT             0.0            MG/DL   0.0-0.3
  BILIRUBIN, INDIRECT           0.3            MG/DL (CALC) 0.0-1.5
  ALKALINE PHOSPHATASE          123            U/L     50-125
  AST                           33             U/L     5-50
  ALT                           23             U/L     5-50

CBC (INCLUDES DIFF/PLT)
  WHITE BLOOD CELL COUNT                  3.1 L  THOUS/UL    3.8-10.8
  RED BLOOD CELL COUNT          4.47           MILL/UCL    4.20-5.80
  HEMOGLOBIN                    14.6           G/DL    13.2-17.1
  HEMATOCRIT                    46.9           %       38.5-45.0
  MCV                           95.9           FL      80.0-100.0
  MCH                           32.6           PG      27.0-33.0
  MCHC                          34.0           G/DL    32.0-36.0
  RDW                           12.5           %       11.0-15.0
  PLATELET COUNT                199            THOUS/UL    140-440
  ABSOLUTE NEUTROPHILS                  1445 L  CELLS/UL    1500-7800
  ABSOLUTE LYMPHOCYTES          1376           CELLS/UL    850-3900
  ABSOLUTE MONOCYTES                    198 L   CELLS/UL    200-950
  ABSOLUTE EOSINOPHILS          68             CELLS/UL    15-500
  ABSOLUTE BASOPHILS            12             CELLS/UL    0-200
  NEUTROPHILS                   46.6           %
  LYMPHOCYTES                   44.4           %
  MONOCYTES                     6.4            %
  EOSINOPHILS                   2.2            %
  BASOPHILS                     0.4            %

           END OF REPORT     HAMPTON, RANDALL  AT541234L





```
7186919   AREA/ROUTE/STOP: QCSG012
BULLOCK CORRECTIONAL FACILITY
HWY 82 EAST
UNION SPRINGS, AL  36089-5107
```

| PATIENT NAME | PATIENT ID | ROOM NO | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| HAMPTON, RANDELL | 226420 | | 19 | M | LYRENE, GEORGE A |

| PAGE | REQUISITION NO. | ACCESSION NO | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 1918313 | AT0260740 | | 08182003 9:35 AM | 08202003 | 08202003 | 11:31AM |

REMARKS

EASTERN TIME

| REPORT STATUS | TEST | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: 10/15/1983
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
                                          950 22ND ST N STE 825
                                          BIRMINGHAM, AL  35203-5300

Site: A

| TEST | IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | |
| GLUCOSE | 79 | | MG/DL | 65-109 FASTING REFERENCE INTERVAL |
| UREA NITROGEN (BUN) | 13 | | MG/DL | 7-25 |
| CREATININE | 1.0 | | MG/DL | 0.5-1.4 |
| BUN/CREATININE RATIO | 13 | | (CALC) | 6-25 |
| SODIUM | 140 | | MMOL/L | 135-146 |
| POTASSIUM | 4.2 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 107 | | MMOL/L | 98-110 |
| CARBON DIOXIDE | | 20 L | MMOL/L | 21-33 |
| CALCIUM | 9.6 | | MG/DL | 8.5-10.4 |
| PROTEIN, TOTAL | 7.1 | | G/DL | 6.0-8.3 |
| ALBUMIN | 4.2 | | G/DL | 3.7-5.1 |
| GLOBULIN | 2.9 | | G/DL (CALC) | 2.2-4.2 |
| ALBUMIN/GLOBULIN RATIO | 1.4 | | (CALC) | 0.8-2.0 |
| BILIRUBIN, TOTAL | 0.3 | | MG/DL | 0.2-1.5 |
| ALKALINE PHOSPHATASE | 130 | | U/L | 30-225 |
| AST | 16 | | U/L | 2-50 |
| ALT | 11 | | U/L | 2-60 |
| CARBAMAZEPINE, TOTAL | 8.1 | | MG/L | 4.0-12.0 |
| PHENOBARBITAL | 21.0 | | MG/L | 15.0-40.0 |

>> END OF REPORT - HAMPTON, RANDELL AT0260740 <<

**LABORATORY REPORT**

```
7186938   AREA/ROUTE/STOP: QMGY011
KILBY CORRECTIONAL FACILITY
12201 WRES FERRY RD
MOUNT MEIGS, AL 36057
```

Quest Diagnostics

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| HAMPTON, RANDALL | | | 19 | M | ROBBINSON |

| PAGE | REQUISITION NO | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 3254376 | AT435033Q | MH | 09052003 | 09052003 | 09062003 | 7:56AM |

REMARKS

EASTERN TIME

| REPORT STATUS | TEST | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: 10/15/1983
A COPY OF THIS REPORT HAS BEEN SENT TO: NAPHCARE INC
                                          950 22ND ST N STE 825
                                          BIRMINGHAM, AL 35203-5300

| CARBAMAZEPINE, TOTAL | <2.0 L | | MG/L | 4.0-12.0 | AT |
| PHENOBARBITAL | | 23.1 | MG/L | 15.0-40.0 | AT |

>> END OF REPORT - HAMPTON, RANDALL AT435033Q <<





```
Specimen #        Type  Primary Lab  rt Status  PG                                        LabCorp®
164-684-0270-0    S     YX           NHL        PG 1       00  1
                  Additional Information                   Clinical Information              03/05/04  07:42 ET
                                        DOB:               Physician ID        Patient ID
        ID= 5312348284S                 10/05/83           510010              226420
Patient                          Sex   Age (Yr/Mos)        Account
H  TON, RANDAL                   M     020/04             BULLOCK CORRECTIONAL FACILITY  01389085
Patient Address                                           PRISON HEALTH SERVICES                   01
                                                          104 BULLOCK DR.                          01
  Date Collected   Date Entered    Date Reported          UNION SPRINGS     , AL   36089-5107
  03/04/04         03/04/04        03/05/04      0180     334-738-5625      ALY
```

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 4.7 | | X 10-3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 4.14 | | X 10-6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 13.6 | | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 40.0 | | % | 36.0 - 50.0 | YX |
| MCV | 97 | | fL | 80 - 98 | YX |
| MCH | 33.0 | | pg | 27.0 - 34.0 | YX |
| MCHC | 34.1 | | g/dL | 32.0 - 36.0 | YX |
| RDW | 14.0 | | % | 11.7 - 15.0 | YX |
| Platelets | 240 | | X 10-3/uL | 140 - 415 | YX |
| Polys | 53 | | % | 40 - 74 | YX |
| Lymphs | 39 | | % | 14 - 46 | YX |
| Monocytes | 3 | L | % | 4 - 13 | YX |
| Eos | 2 | | % | 0 - 7 | YX |
| Basos | 3 | | % | 0 - 3 | YX |
| Polys (Absolute) | 2.5 | | X 10-3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 1.8 | | X 10-3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.1 | | X 10-3/uL | 0.1 - 1.0 | YX |
| Eo  (Absolute Value) | 0.1 | | X 10-3/uL | 0.0 - 0.4 | YX |
| Bas  (Absolute) | 0.1 | | X 10-3/uL | 0.0 - 0.2 | YX |
| henobarbital, Serum | 23 | | ug/mL | 15 - 40 | YX |

Detection Limit = 2

| arbamazepine(Tegretol), Serum | 6.0 | | ug/mL | 4.0 - 12.0 | YX |

(Patients receiving car-
bamazepine in conjunction      Detection Limit= 0.5 mcg/mL
with other antiepileptic
drugs may exhibit a therapeutic
response between 4-8 mcg/mL and
toxicity between 9-12 mcg/mL. Pat-
ients receiving carbamazepine alone
may respond best to serum concen-
trations between 8-12 mcg/mL.)

```
LAB: YX LabCorp Montgomery Hull         DIRECTOR: Robert Adams, MD
     543 Hull St Montgomery, AL 36104-0000
```

R INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-659-3324 LAB: 334-263-5745
LAST PAGE OF REPORT

MPTON, RANDAL           PATID: 226420        REPORT DATE: 03/04/2004

©2003 Laboratory Corporation of America® Holdings
All Rights Reserved

**LabCorp®**

| Specimen # | Type | Primary Lab | Sort Status | | |
|---|---|---|---|---|---|
| 01-205-5278-0 | S | MB | PRELIM PG 1 | 00 1 | |

Additional Information

CD- 53250446673

DOB: 10/15/83

Patient Name: PTON, RONDALL  Sex: M  Age (Yr/Mos): 020/09

Patient Address:

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 07/19/04 | 07/19/04 | 07/20/04 | 0998 |

Clinical Information    07/20/04  08:33 ET

Physician ID:                Patient ID:

Account:
Bullock Correctional Facility   01389085
Prison Health Services           01
104 Bullock Dr.                  01
Union Springs   , AL  36089-5107
334-738-5625         ALY

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC with Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 4.5 | | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.11 | | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 13.8 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 39.9 | | % | 36.0 - 50.0 | MB |
| MCV | 97 | | fL | 80 - 98 | MB |
| MCH | 33.6 | | pg | 27.0 - 34.0 | MB |
| MCHC | 34.6 | | g/dL | 32.0 - 36.0 | MB |
| RDW | 12.9 | | % | 11.7 - 15.0 | MB |
| Platelets | 198 | | x10E3/uL | 140 - 415 | MB |
| Polys | 56 | | % | 40 - 74 | MB |
| Lymphs | 37 | | % | 14 - 46 | MB |
| Monocytes | 6 | | % | 4 - 13 | MB |
| Eos | 1 | | % | 0 - 7 | MB |
| Basos | 0 | | % | 0 - 3 | MB |
| Polys (Absolute) | 2.5 | | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.7 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes (Absolute) | 0.3 | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | MB |
| Hepatitis Panel (4) | | | | | |
| Hep A Ab, IgM | | | WILL FOLLOW | | MB |
|   Interpretation: | | | WILL FOLLOW | | MB |
| Hep B Surface Ag | | | WILL FOLLOW | | MB |
| Hep B Core Ab, IgM | | | WILL FOLLOW | | MB |
| Hep C Virus Ab | | | WILL FOLLOW | | MB |
| Carbamazepine (Tegretol), Serum | | | WILL FOLLOW | | MB |
| Phenobarbital, Serum | | | WILL FOLLOW | | MB |
| Please note | | | WILL FOLLOW | | MB |

The date and/or time of collection was not indicated on the
requisition as required by state and federal law. The date of
receipt of the specimen was used as the collection date if
not supplied.

LAB: MB LabCorp Birmingham         DIRECTOR: Arthur Kelly, MD
     1801 First Avenue South Birmingham, AL 35233-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-659-3324  LAB: 205-581-3500
                              LAST PAGE OF REPORT

PTON, RONDALL        PATID:            REPORT
                                       SPEC DATE: 07/19/2004

©2003 Laboratory Corporation of America® Holdings
All Rights Reserved

**LabCorp**

| Specimen# | Type | Primary Lab | Status | |
|---|---|---|---|---|
| 201-205-5278-0 | S | MB | FINAL | PG 2 |

Additional Information: 03 1

Patient Name: HOMPTON, RONDALL  CD- 5325044673  DOB: 10/15/83
Sex: M   Age (Yr/Mos): 020/09

Clinical Information: 07/20/04 09:27 E
Physician ID: 07/21/04 07:42 ET
Patient ID:
Account: Bullock Correctional Facility 01389005
Prison Health Services
104 Bullock Dr.
Union Springs, AL 36089-5107
334-738-5625   ALY

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 07/19/04 | 07/19/04 | 07/21/04 | 1013 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| | | | | Detection Limit = 0.5 | |
| Phenobarbital, Serum | 23 | | ug/mL | 15 - 40 | MB |

***EFFECTIVE JUNE 8, 2004, gel barrier (SST) tubes will no longer be accepted for TDM testing.***

Detection Limit = 2

***EFFECTIVE JUNE 8, 2004, gel barrier (SST) tubes will no longer be accepted for TDM testing.***

Please note
The date and/or time of collection was not indicated on the requisition as required by state and federal law. The date of receipt of the specimen was used as the collection date if not supplied.  MB

LAB: MB  LabCorp Birmingham
1801 First Avenue South Birmingham, AL 35233-0000   DIRECTOR: Arthur Kelly, MD

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-659-3324 LAB: 205-581-3500   581

LAST PAGE OF REPORT

RONDALL   PATID:   REPORT

**LabCorp**

| Specimen # | Type | Primary Lab | Status | | | |
|---|---|---|---|---|---|---|
| 201-205-5278-0 | S | MB | PRELIM PG 1 | 03 | 1 | |

Additional Information
DOB: 10/15/83
CD- 53250446673

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| H PTON, RONDALL | M | 020/09 |

Patient Address

Clinical Information          07/20/04    16:36 ET

| Physician ID | Patient ID |
|---|---|

Account
Bullock Correctional Facility  01389085
Prison Health Services         01
104 Bullock Dr.                01
Union Springs   , AL  36089-5107
334-738-5625    ALY

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 07/19/04 | 07/19/04 | 07/20/04 | 1008 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Hepatitis Panel (4) | | | | | |
| Hep B Surface Ag | Negative | | | Negative | MB |

LAB: MB LabCorp Birmingham     DIRECTOR: Arthur Kelly, MD
     1801 First Avenue South Birmingham, AL 35233-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-659-3324 LAB: 205-581-3500
                          LAST PAGE OF REPORT

OMPTON, RONDALL      PATID:          REPORT  SPEC DATE: 07/19/2004

©2003 Laboratory Corporation of America® Holdin
All Rights Rese

**LabCorp**®

| | | | | | | |
|---|---|---|---|---|---|---|
| 20. 205-5278-0 | Type S | Primary Lab MB | Status FINAL | PG 1 | 03 1 | |

Additional Information
CD- 53250446673

DOB: 10/15/83

Clinical Information   07/21/04   07:42 ET

Physician ID

Patient ID

Patient: HOMPTON, RONDALL   Sex: M   Age (Yr/Mos): 020/09

Account:
Bullock Correctional Facility   01389085
Prison Health Services   01
104 Bullock Dr.   01
Union Springs, AL  36089-5107
334-738-5625   ALY

Date Collected: 07/19/04
Date Entered: 07/19/04
Date Reported: 07/21/04   1013

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| White Blood Cell (WBC) Count | 4.5 | | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.11 | | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 13.8 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 39.9 | | % | 36.0 - 50.0 | MB |
| MCV | 97 | | fL | 80 - 98 | MB |
| MCH | 33.6 | | pg | 27.0 - 34.0 | MB |
| MCHC | 34.6 | | g/dL | 32.0 - 36.0 | MB |
| RDW | 12.9 | | % | 11.7 - 15.0 | MB |
| Platelets | 198 | | x10E3/uL | 140 - 415 | MB |
| Polys | 56 | | % | 40 - 74 | MB |
| Lymphs | 37 | | % | 14 - 46 | MB |
| Monocytes | 6 | | % | 4 - 13 | MB |
| Eos | 1 | | % | 0 - 7 | MB |
| Basos | 0 | | % | 0 - 3 | MB |
| Polys (Absolute) | 2.5 | | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.7 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes (Absolute) | 0.3 | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | MB |
| Hepatitis Panel (4) | | | | | |
| Hep A Ab, IgM | Negative | | | Negative | MB |

Interpretation:
No current or recent Hepatitis A infection indicated.

| | | | | | |
|---|---|---|---|---|---|
| Hep B Surface Ag | Negative | | | Negative | MB |
| Hep B Core Ab, IgM | Negative | | | Negative | MB |
| Hep C Virus Ab | Negative | | | Negative | MB |

Please note:
This test is a 2nd generation assay for the detection of multiple forms of anti-HCV in human serum or plasma. A test result that is negative does not exclude the possibility of exposure to or infection with HCV. Negative results in this assay in individuals with prior exposure to HCV may be due to antibody levels below the limit of detection of this assay or lack of antibody reactivity to the HCV antigens used in this assay.

| | | | | | |
|---|---|---|---|---|---|
| Carbamazepine(Tegretol), Serum | 6.3 | | ug/mL | 4.0 - 12.0 | MB |

In conjunction with other antiepileptic drugs
Therapeutic  4.0 - 8.0
Toxicity    9.0 - 12.0

Carbamazepine alone
Therapeutic  8.0 - 12.0

HOMPTON, RONDALL   PATID:   REPORT   SPEC DATE: 07/19/2004

©2003 Laboratory Corporation of America® Holdings
All Rights Reserved

```
294-               TIME 1845
                                         DOB: 10/15/83
         CD- 5322476437A    FASTING N
Patient: HAMPTON, RANDALL    Sex: M    Age:

Clinical Information
Physician ID   SANDERS    Patient ID 226420
Bullock Correctional Facility    01389085
Prison Health Services             01
104 Bullock Dr.                    01
Union Springs    , AL  36089-5107
334-738-5625    ALY
```

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| TSH | 1.017 | | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | |  | L ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 36 | | % | 24 - 39 | MB |
| Free Thyroxine Index | 1.5 | | | 1.2 - 4.9 | |

LAB: MB LabCorp Birmingham        DIRECTOR: Arthur Kelly, MD
     1801 First Avenue South Birmingham, AL  35233-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-659-3324  LAB: 205-581-3500
                         LAST PAGE OF REPORT

HAMPTON, RANDALL    PATID: 226420    SPEC DATE: 10/20/2004
                         REPORT                    ©2003 Laboratory Corporation



**LabCorp** — LabCorp Birmingham
Laboratory Corporation of America
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 122-205-5201-0 | S | MB | COMPLETE | Page #: 1 |

**ADDITIONAL INFORMATION**

FASTING: N
DOB: 10/15/1983

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HAMPTON,RANDALL | M | 21 / 6 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/02/2005 | 14:53 | 5/02/2005 | 5/03/2005 | 11:26 | 1188 |

**CLINICAL INFORMATION**
CD- 41167602042

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| SIDDIQ T | 226420 |

ACCOUNT: Bullock Correctional Facility
Prison Health Services
104 Bullock Dr
Union Springs    AL   36089-5107
ACCOUNT NUMBER:   01389085

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Carbamazepine(Tegretol), Serum | 7.0 | ug/mL | 4.0 - 12.0 | MB |

In conjunction with other antiepileptic drugs
Therapeutic   4.0 - 8.0
Toxicity      9.0 - 12.0

Carbamazepine alone
Therapeutic   8.0 - 12.0

Detection Limit = 0.5

| Phenobarbital, Serum | 20 | ug/mL | 15 - 40 | MB |

Detection Limit = 2

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

DIRECTOR: John Elgin N MD

---

Pat Name: HAMPTON,RANDALL | Pat ID: 226420 | Spec #: 122-205-5201-0 | Seq #: 1188

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

KILBY CORRECTIONAL FACI'  
PO BOX 11  
MT. MEIGS, AL 36057

PATIENT NAME  
*Hampton, Randall*

PRISON ID  
226420

DATE SUBMITTED  
5-9-05

BCCF-122

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | | NEGATIVE (NEG) | |
| RPR | NR | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"   These results are unreliable due to the age of the specimen.  
"H"   These results are unreliable due to the hemolyzed condition of the specimen.  
"A+H"  These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD  
LABORATORY DIRECTOR



# Laboratory Corporation of America

Order Status: Final

| ACCESSION # | ACCOUNT # |
|---|---|
| 249-205-5240-0 | 01389085 |

| PATIENT NAME |
|---|
| HAMPTON, RANDALL |

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 226420 | 10/15/1983 | 21 / 10 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 000-000-0000 | |

| REFERRING PHYSICIAN |
|---|
| SIDDIQ  T |

| LAB ORDER # | DRAWN | |
|---|---|---|
| CD- 41167602637 | 9/06/2005 | 11:22 |

| RECEIVED | REPORTED | |
|---|---|---|
| 9/06/2005 | 9/07/2005 | 7:47 |

Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs,        AL    36089-5107

FASTING: N

TESTS ORDERED: Carbamazepine(Tegretol), Serum, Phenobarbital, Serum

```
Result Name                         Normal      Abnormal    Reference Range                    Lab
----------------------------        ------      --------    ---------------------------        ---
Carbamazepine(Tegretol), Serum       4.4                     4.0 - 12.0   ug/mL               MB
                                    In conjunction with other antiepileptic drugs
                                                 Therapeutic   4.0 -  8.0
                                                 Toxicity      9.0 - 12.0

                                                 Carbamazepine alone
                                                 Therapeutic   8.0 - 12.0

Phenobarbital, Serum                  17                     Detection Limit = 0.5
                                                              15 - 40      ug/mL              MB
                                                             Detection Limit = 2
```

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000          DIRECTOR: John Elgin N MD

END OF REPORT
- 1 -

# Laboratory Corporation of America

**LabCorp**
Laboratory Corporation of America

Order Sta.    r  nal

| ACCESSION # | ACCOUNT # |
|---|---|
| 249-205-5240-0 | 01389085 |
| PATIENT NAME | |
| HAMPTON,RANDALL | |

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 226420 | 10/15/1983 | 21 / 10 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 000-000-0000 | |
| REFERRING PHYSICIAN | |
| SIDDIQ  T | |

| LAB ORDER # | DRAWN | |
|---|---|---|
| CD- 41167602637 | 9/06/2005 | 11:22 |
| RECEIVED | REPORTED | |
| 9/06/2005 | 9/07/2005 | 7:47 |

Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs,        AL   36089-5107

FASTING: N

**TESTS ORDERED:** Carbamazepine(Tegretol), Serum, Phenobarbital, Serum

```
Result Name                              Normal    Abnormal   Reference Range                Lab
------------------------------------     -------   --------   ----------------------------   ---
Carbamazepine(Tegretol), Serum            4.4                     4.0 - 12.0    ug/mL         MB
                                 In conjunction with other antiepileptic drugs
                                                      Therapeutic    4.0 -  8.0
                                                      Toxicity       9.0 - 12.0

                                                          Carbamazepine alone
                                                      Therapeutic    8.0 - 12.0

                                                      Detection Limit =  0.5
Phenobarbital, Serum                       17               15  -  40    ug/mL               MB
                                                      Detection Limit =  2
```

LAB: MB LabCorp Birmingham
1801 First Avenue South, Birmingham,  AL 35233-0000            DIRECTOR: John Elgin N MD

END OF REPORT                              - 1 -

# U/A DIPSTICK REPORT

Name: Hampton, Randall   AIS# 226420   R/S BM

DOB: 10-15-83   AGE: 22 yrs

Collection Date: 11-15-05   TIME 08:25 AM

Annual Physical ✓   Random ___   Repeat ___   Daily ___

After Rx. Completion ___ Chronic Care Clinic Porotocal ___

Urine Appearance:   Color amber   Clarity: clear   Odor: WNL

Specific Gravity: 1.010

PH: 6

LEUKOCYTES: neg

NITRATE: neg

PROTEIN: neg

GLUCOSE: neg

KEYTONES: neg

UROBILINOGEN: neg

BILIRUBIN: neg

BLOOD: neg   HEMOGLOBIN: ___

WNL: yes   ABNORMAL ___

OBTAINING NURSE'S SIGNATURE: [signature] RN 11-15-05
                                                                    Date

REVIEWING PHYSICIAN's Signature: [signature]
                                                                    Date
                                              11/17/05



**Laboratory Corporation of America**

Order Status: Partial

| ACCESSION # | ACCOUNT # |
|---|---|
| 347-205-5200-0 | 01389085 |
| PATIENT NAME | |
| HAMPTON, RANDALL | |

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 226420 | 10/15/1983 | 22 / 1 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 000-000-0000 | |
| REFERRING PHYSICIAN | |
| SIDDIQ T | |

| LAB ORDER # | DRAWN | |
|---|---|---|
| CD- 41167603346 | 12/13/2005 | 12:43 |
| RECEIVED | REPORTED | |
| 12/13/2005 | 12/14/2005 | 7:58 |

Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs,        AL   36089-5107

FASTING: N

TESTS ORDERED: Carbamazepine(Tegretol), Serum, Phenobarbital, Serum, No Test Indicated, Serum Gel

```
Result Name                       Normal      Abnormal    Reference Range                      Lab
---------------------------       --------    --------    -----------------------------        ---

Carbamazepine(Tegretol), Serum     6.1                     4.0 - 12.0    ug/mL                  MB
                              In conjunction with other antiepileptic drugs
                                           Therapeutic  4.0 -  8.0
                                           Toxicity     9.0 - 12.0

                                           Carbamazepine alone
                                           Therapeutic  8.0 - 12.0

                                           Detection Limit =  0.5
Phenobarbital, Serum                17                   15 -  40    ug/mL                     MB
                                           Detection Limit = 2
No Test Indicated, Serum Gel      *** WILL FOLLOW ***
```

LAB: MB LabCorp Birmingham                         DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,   AL 35233-0000

END OF REPORT                              - 1 -

# LabCorp

**LabCorp Birmingham**
1801 First Avenue South
Birmingham, AL 35233

Phone: 205-581-3500

| Specimen Number | Patient ID | Control Number | Account Number | Account Phone Number | Account Delivery Route |
|---|---|---|---|---|---|
| 080-205-5666-0 | 226420 | 51653664298 | 01389085 | 334-738-5625 | 01 |

| Patient Last Name | | | Account Address |
|---|---|---|---|
| HAMPTON | | | Bullock Correctional Facility |

| Patient First Name | Patient Middle Name | | Prison Health Services |
|---|---|---|---|
| RANDALL | | | 104 Bullock Dr. |

| Patient SS# | Patient Phone | Total Volume | Union Springs AL  36089-5107 |
|---|---|---|---|
| | | | |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| 22/05/06 | 10/15/83 | M | |

| Patient Address | Additional Information |
|---|---|
| | PROV: |

| Date and Time Collected | Date Entered | Date and Time Reported | Physician Name | NPI | Physician ID |
|---|---|---|---|---|---|
| 03/21/06 07:00 | 03/21/06 | 03/22/06 07:48ET | | | SIDDIQ |

**Tests Ordered**
Carbamazepine(Tegretol), Serum; Phenobarbital, Serum

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Carbamazepine(Tegretol), Serum | 8.0 | | ug/mL | 4.0 - 12.0 | MB |

In conjunction with other antiepileptic drugs
Therapeutic  4.0 -  8.0
Toxicity     9.0 - 12.0

Carbamazepine alone
Therapeutic  8.0 - 12.0

Detection Limit = 0.5

| Phenobarbital, Serum | 19 | | ug/mL | 15 - 40 | MB |

Detection Limit = 2

MB: LabCorp Birmingham                    Dir:  John Elgin, MD
    1801 First Avenue South, Birmingham, AL 35233
For inquiries, the physician may contact: Branch: 800-659-3324  Lab: 205-581-3500

| HAMPTON, RANDALL | 226420 | 080-205-5666-0 | Seq # 0013 |
|---|---|---|---|

**FINAL REPORT**                                          Page 1 of 1

This document contains private and confidential health information protected by state and federal law. ©2004-06 Laboratory Corporation of America ® Holdings
If you have received this document in error, please call 800-659-3324                                    All Rights Reserved
Ver: 1.26

Case 2:06-cv-00400-MHT-CSC    Document 34-5    Filed 12/04/2006    Page 18 of 18



# Laboratory Corporation of America

Order Status Final

| ACCESSION # | ACCOUNT # |
|---|---|
| 163-205-5538-0 | 01389085 |

| PATIENT NAME |
|---|
| HAMPTON, RANDALL |

| PATIENT ID # | D.O.B. | AGE | GENDER |
|---|---|---|---|
| 226420 | 10/15/1983 | 22 / 7 | M |

| PATIENT PHONE # | CHART # |
|---|---|
| 000-000-0000 | |

| REFERRING PHYSICIAN |
|---|
| SIDDIQ T |

| LAB ORDER # | DRAWN | |
|---|---|---|
| CD- 41167604385 | 6/12/2006 | 11:53 |

| RECEIVED | REPORTED | |
|---|---|---|
| 6/12/2006 | 6/13/2006 | 7:47 |

Bullock Correctional Facility
Prison Health Services
104 Bullock Dr.
Union Springs,    AL   36089-5107

FASTING: N

**TESTS ORDERED:** Carbamazepine(Tegretol), Serum, Phenobarbital, Serum

| Result Name | Normal | Abnormal | Reference Range | Lab |
|---|---|---|---|---|
| Carbamazepine(Tegretol), Serum | 8.1 | | 4.0 - 12.0  ug/mL | MB |
| | | | In conjunction with other antiepileptic drugs | |
| | | | Therapeutic  4.0 - 8.0 | |
| | | | Toxicity    9.0 - 12.0 | |
| | | | Carbamazepine alone | |
| | | | Therapeutic  8.0 - 12.0 | |
| | | | Detection Limit = 0.5 | |
| | | | <0.5 indicated None Detected | |
| Phenobarbital, Serum | 20 | | 15 - 40   ug/mL | MB |
| | | | Detection Limit = 2 | |
| | | | <2 indicates None Detected | |

LAB: MB LabCorp Birmingham                              DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,    AL 35233-0000

*[signature]* 6/13/06

END OF REPORT                                   - 1 -