# TechCare

**NaphCare**

## Seizure Chronic Care Appointment

7/9/2003

| | |
|---|---|
| Name | **HAMPTON,RANDELL** |
| DOC # | **226420** |
| Birth Date | **10/15/1983** |

| Appointment Date | **7/9/2003** |
|---|---|

### Subjective Data

| | |
|---|---|
| Frequency Of Seizures | ~2WKS AGO |
| Aura (Describe) | DIZZY/WEAK |
| Body Movements | JERK |
| L.O.C. | YES |
| Incontinence | NO |
| Post Ictal | ~20-30MIN |
| Interview Witness: | |
| Staggering Or Dizziness | NO |

### Nursing Exam

| | |
|---|---|
| Pulse | 84 |
| Blood Pressure | 112/80 |
| Temperature | 97.8 |
| Gait | STEADY |
| Nystagmus | NO |
| Alertness | AO*3 |

### Lab Test Results

| | |
|---|---|
| E.E.G. | N/ORDERED |
| C.T. | N/ORDERED |
| Drug Level (Specify) | DIL |

### Medications

| | |
|---|---|
| Medication Compliance | COMP |
| Date Medication Ordered | YES |
| Education & Counseling | YES |

### Doctor Exam

| | |
|---|---|
| Nystagmus | PERMD |
| Gait | |
| Focal Neuro Deficit | |



DEFENDANT'S EXHIBIT

# Neurology / Seizure Chronic Care Clinic

| NAME *Hampton Randall* | AIS | INST | DOB | AGE | R/S | YEAR |
|---|---|---|---|---|---|---|
| | 226420 | Dozier | 10-15-63 | | B/m | 2003 |
| DATE  1-9-03 | | | | | | |
| PROBABLE DISORDER CAUSING SEIZURE  1995  head Trauma | | | | | | |
| DATE FIRST DIAGNOSED | | | | | | |
| ? ALCOHOL OR DRUG RELATED  1-9-03  7/6/9 | | | | | | |

## SUBJECTIVE DATA: Q 3 MONTH

| | | | | |
|---|---|---|---|---|
| 1. Frequency of seizures | 1902  1mth  w/w/o go | | | |
| 2. Aura (describe) | feel funny  dizzy/weak | | | |
| 3. Body movements | all rgt  yes | | | |
| 4. L.O.C. | yes  No | | | |
| 5. Incontinence | yes  No | | | |
| 6. Post ictal | sleepy  20-30min | | | |
| 7. Interview witness: staggering or dizziness | ∅  No | | | |

## NURSING EXAM: Q 3 MONTH

| | | | | |
|---|---|---|---|---|
| 1. BP | 120/80  120/74 | | | |
| 2. Pulse | 100  78 | | | |
| 3. Temperature | 97.5  98.2 | | | |
| 4. Gait | Steady  Steady | | | |
| 5. Nystagmus | ∅  none | | | |
| 6. Alertness | A+O  AOx3 | | | |

## LAB TEST RESULTS (as ordered)

| | | | | |
|---|---|---|---|---|
| 1. E.E.G. | N/ordered | | | |
| 2. C.T. | N/ordered | | | |
| 3. Drug level (specify) | tegretol  0.2L | | | |

## MEDICATIONS

| | | | | |
|---|---|---|---|---|
| | | | | |
| *Tegretol 300 BID* | | | | |
| *Phenobarb 60 BID* | temp | | | |
| Medication compliance | KOP  yes | | | |
| Date medication ordered | 1-9-03  yes | | | |
| Education and counseling | yes | | | |

## DOCTOR EXAM Q 6 MONTHS

| Date | 1-9-03 | | |
|---|---|---|---|
| 1. Nystagmus | ∅ | | |
| 2. Gait | Steady | | |
| 3. Focal neuro deficit | ✓ | | |
| | | | |

**DEPARTMENT OF CORRECTIONS**

**NURSE'S**
**CHRONIC CARE CLINIC**
**SEIZURES**



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

| DATE | TIME | SEIZURES | DATE ORDERED | TIME ORDERED | |
|---|---|---|---|---|---|
| 3-4-04 | 1155 | S: 30 DAY CHRONIC CARE CLINIC | | | ALLERGIES *NKA* |
| | | O: VS:  T- 98.8  P- 92  R- 16 | | | |
| | | Wt- 135  BP- 127/78 | | | |
| | | AGE OF ONSET: 9.10.1995 | | | P: LABS LEVELS NEEDED: |
| | | POSSIBLE ETIOLOGY | 3/4/04 | | CBC |
| | | HEAD TRAUMA Ⓨ N | | | Phenobarbital level |
| | | DRUG RELATED Y Ⓝ | | | Tegretol level |
| | | TYPE OF SEIZURES: Possible Jacksonian | | | |
| | | FREQUENCY OF SEIZURES: Varied | | | ORDERS: |
| | | REVIEW OF DIAGNOSTIC STUDIES | | | |
| | | CT SCAN  Children Hosp, B'ham Ⓨ N | | | |
| | | MRI Ⓨ N | | | |
| | | EEG Ⓨ N | | | MEDICATION: |
| | | PERSCRIPTION COMPLIANCY Ⓨ N | | | Phenobarbital |
| | | ANTICONVULSANT DRUG LEVELS ORDERED Ⓨ N | | | 60mg ī Bid |
| | | DATE: 3-4-04 | | | Tegretol 400mg |
| | | WITH IN THERAPUTIC RANGE Ⓨ N | | | Bid. |
| | | HAS PATIENT BEEN IN THE INFIRMARY/HOSPITAL | | | F/U CCC WITH IN 30 DAYS BY THE NURSE |
| | | SINCE LAST CCC Ⓨ N | | | F/U CCC WITH IN 90 DAYS BY THE DOCTOR |
| | | Discipline | | | |
| | | EDUCATION DONE Ⓨ N | | | |
| | | A: SEIZURE ACTIVITY: | | | SIGNATURE M L Christie |
| | | CONTROLLED/UNCONTROLLED | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH | AGE | RACE/SEX | ID# |
|---|---|---|---|---|
| Hampton, Randal | 10/5/83 | 20 | BM | 226420 |

**DEPARTMENT OF CORRECTIONS**



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

**PHYSICIAN'S**
**CHRONIC CARE CLINIC**
**SEIZURES**

| DATE | TIME | SEIZURES | DATE ORDERED | TIME ORDERED | |
|---|---|---|---|---|---|
| 3/8/04 | | S: 90 DAY CHRONIC CARE CLINIC | | | ALLERGIES: *NKA* |
| | | O: VS:  T 98.8  P 80  R 16 | | | |
| | | Bp 104/80  Wt– 155 | | | P: LABS REVIEWED: *yes* |
| | | REVIEW OF NURSES CCC RECORDS   (Y) N | | | |
| | | NOTES: | | | CBC YEARLY |
| | | Pt is compliant | | | DILANTIN LEVEL YEARLY |
| | | & levels good | | | TEGRETOL LEVEL EVERY YEAR |
| | | | | | UNLESS PROBLEMS |
| | | | | | |
| | | | | | ORDERS: |
| | | NEUROLOGICAL EXAM: | | | told to be |
| | | EYE NYSTAGMUS        Y (N) | | | compliant c |
| | | REFLEXES:  +ul | | | meds. |
| | | ATAXIA              Y (N) | | | |
| | | PUPIL SIZE NORM   (Y) N | | | |
| | | ANY ADDED INFORMATION  Y (N) | | | MEDICATION: |
| | | NOTES: | | | *Phenobarbital 60mg* |
| | | | | | *i Bid* |
| | | GENERAL EXAM: | | | *Tegretol 200mg Two* |
| | | | | | *Tablets Bid* |
| | | | | | F/U CCC WITH IN 30 DAYS |
| | | | | | BY THE NURSE/DOCTOR |
| | | | | | |
| | | A: SEIZURE ACTIVITY: | | | |
| | | (CONTROLLED) / UNCONTROLLED | | | |

| INMATE NAME (LAST, FIRST, MIDDLE)  Hampton, Randal | DATE OF BIRTH  10-15-83 | AGE | RACE/SEX  B M | ID#  226420 |
|---|---|---|---|---|

PHS-MD-70069

DEPARTMENT OF CORRECTION
NURSE'S
## SEIZURE CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | | ALLERGIES |
|---|---|---|---|---|
| DATE/TIME 07/16/04 | | | | NKA |
| O: VS T 97.0 P 72 R 20 | | | | |
| BP 120/70   WT 158.5 | | | | |
| Age of onset 10 years old | | | | |
| Type of seizure | | | | |
| Head Trauma | | Ⓨ | N | |
| Drug Related | | Y | Ⓝ | |
| Frequency of seizure Unsure | | | | |
| Last seizure 3-4 months ago | | | | |
| Description of last SZ activity: Unsure | | | | |
| Anticonvulsant drug levels drawn: | | Ⓨ | N | |
| Date: 7/04 | | Ⓨ | N | |
| Compliant with meds | | Ⓨ | N | P: LABS REVIEWED |
| KOP | | Y | Ⓝ | |
| Bottom Bunk profile | | Ⓨ | N | Dilantin |
| Recently admitted to hospital/infirmary: | | Y | N | Phenobarb |
| Date | | | | Tegretol |
| | | | | Hepatic Profile |
| | | | | CBC / BBP |
| | | | | CURRENT MEDICATIONS: |
| Notes: pt tried to hang self - 07/07/04. | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | Status: (circle) Improved, Unchanged, Worsened |
| | | | | Level of Control: (circle) Good, Fair, Poor |
| | | | | CCC WITH NURSE (circle) 1, 2, ③ Months |
| Education Done | | Y | N | CCC WITH MD (circle) 1, 2, 3, 4, 5, ⑥ Months |
| Topic: BBP | | | | |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Hampton, Ramsel | 226420 | 20 | B/M | R. Clea |

Control:  Good—No seizure activity since last visit
Fair——One seizure since last visit
Poor----More than one seizure since last visit

Status:  Improved—The number of seizures has diminished
Unchanged—The frequency of seizures has remained the same
Worsened—The number of seizures has increased

DEPARTMENT OF CORRECTIONS
## PHYSICIAN'S
# SEIZURE CHRONIC CARE CLINIC

| | |
|---|---|
| **S:** CHRONIC CARE CLINIC | ALLERGIES |
| DATE /TIME _6/16/04 1:00 pm_ | NKA |
| **O:** VS  T _98.2_  P _68_  R _18_ | |
| BP _130/77_  WT _188_ | |
| REVIEW OF NURSES CCC RECORD | |
| YES ✓  NO | |
| Neurological exam: | |
| Nystagmus _None_ | |
| Pupils _none_ | |
| Reflexes | |
| Description of last SZ activity: _tonic-clonic_ | **P:** LABS _O_ |

**Treatment Goals**

_Stabilization of Seizure_

| | |
|---|---|
| **Notes:** Seizure activity: (Controlled) Uncontrolled (circle one) | ORDERS: _None_ |
| _Compliance_ | MEDICATION: _phenobarb_ _Tegretol_ |
| | STATUS: (circle) (IMPROVED,) UNCHANGED, WORSENED. |
| | CONTROL LEVEL: (circle) (GOOD,) FAIR, POOR |
| EDUCATION DONE (Y) N _Seizure Prevention_ | CCC WITH NURSE (circle) 1, 2, (3) MONTHS. |
| TOPIC | CCC WITH MD (circle) 1, 2, (3)/4, 5, 6 MONTHS. |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE |
|---|---|---|---|---|
| Hampton, Randal | 226420 | 20 | B/m | |

Control:  Good—No seizure activity since last visit
Fair—One seizure since last visit
Poor—More than one seizure since last visit

Status:  Improved—The number of seizures has diminished
Unchanged—The frequency of seizures has remained the same
Worsened—The number of seizures has increased

DEPARTMENT OF CORRECTION,
NURSE'S
# SEIZURE CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| DATE/TIME 10/15/04 | | | NKA |
| O: VS T 98.6 P 80 R 20 | | | |
| BP 126/76   WT | | | |
| Age of onset Since 8 or 9 yo | | | |
| Type of seizure | | | |
| Head Trauma Head beaten on Brick wall | Y | N | |
| Drug Related | Y | N | |
| Frequency of seizure | | | |
| Last seizure a few Months ago | | | |
| Description of last SZ activity: Can't remember | | | |
| Anticonvulsant drug levels drawn: | Y | N | |
| Date: | Y | N | |
| Compliant with meds | Y | N | |
| KOP | Y | N | P: LABS REVIEWED |
| Bottom Bunk profile | Y | N | Phenobarb level 23 |
| Recently admitted to hospital/infirmary: | Y | N | |
| Date | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Notes: Instructed on Safety | | | CURRENT MEDICATIONS: |
| precautions with Seizure | | | Phenobarbital |
| Victimely | | | Tegretol level |
| O: assessed for CC Seizure | | | |
| P. Cares as indicated | | | |
| E: Instructed on Compliance | | | Status: (circle) Improved, Unchanged, Worsened |
| and Safety. Verbalized | | | Level of Control: (circle) Good, Fair, Poor |
| Understanded No Guin irritate | | | CCC WITH NURSE (circle) 1, 2, 3  Months |
| Education Done | Y | N | CCC WITH MD (circle) |
| Topic: Safety / Compliance | | | 1, 2, 3, 4, 5, 6 Months |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Hampton Randall | 226420 | 21 | B M | |

Control:  Good—No seizure activity since last visit
Fair—One seizure since last visit
Poor—More than one seizure since last visit

Status:  Improved—The number of seizures has diminished
Unchanged—The frequency of seizures has remained the same
Worsened—The number of seizures has increased

DEPARTMENT OF CORRECTION
## NURSE'S
# SEIZURE CHRONIC CARE CLINIC

**S:** CHRONIC CARE CLINIC

| | | ALLERGIES |
|---|---|---|
| DATE/TIME: 1/6/05 | | NKA |
| O: VS T 98 P 76 R 20 | | |
| BP 130/68 WT: | | |
| Age of onset 8pr 9 yo | | |
| Type of seizure Gran Mals | | |
| Head Trauma Head Beaten on Brickwall (Y) N | | |
| Drug Related Y N | | |
| Frequency of seizure | | |
| Last seizure "a While Back" | | |
| Description of last SZ activity: Can't remember | | |
| Anticonvulsant drug levels drawn: (Y) N | | |
| Date: Y N | | |
| Compliant with meds (Y) N | P: LABS REVIEWED |
| KOP Y N | |
| Bottom Bunk profile (Y) N | |
| Recently admitted to hospital/infirmary: Y (N) | |
| Date | |

CURRENT MEDICATIONS:

Notes: O: Assessed fore
Seizures. Denied recent
activity

P: Assess as indicated

E: Instructed on the
importance of Maintain
a Bottom Bunk
Profile

Phenobarb 60mg BID

Tegretol 100mg 3tab
TID

| | | |
|---|---|---|
| | | Status: (circle) |
| | | Improved, Unchanged, Worsened |
| | | Level of Control: (circle) |
| | | Good, Fair, Poor |
| | | CCC WITH NURSE (circle) |
| | | 1, 2, (3) Months |

Education Done   Y   N   CCC WITH MD (circle)
Topic: Safety   1, 2,(3)4, 5, 6 Months

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Hinston Randall | 226 430 | 21 | B M | |

Control: Good—No seizure activity since last visit
Fair—One seizure since last visit
Poor—More than one seizure since last visit

Status: Improved—The number of seizures has diminished
Unchanged—The frequency of seizures has remained the same
Worsened—The number of seizures has increased

DEPARTMENT OF CORRECTIONS

PHYSICIAN'S

# SEIZURE CHRONIC CARE CLINIC

| | |
|---|---|
| S: CHRONIC CARE CLINIC | ALLERGIES |
| DATE /TIME   *2/18/05* | |
| O: VS  T      P       R | |
| BP *120/70*  WT | |
| REVIEW OF NURSES CCC RECORD | |
| (YES)         NO | |
| Neurological exam:  *norm* | |
| Nystagmus | |
| Pupils      *OK* | |
| Reflexes | |
| Description of last SZ activity:  *Toni Clonic* | P: LABS |
| **Treatment Goals** | |
| *Prevention of Seizure* | |
| | ORDERS: |
| Notes:   Seizure activity: (Controlled)    Uncontrolled    (circle one) | |
| *Will Continue on Phenbarb* | MEDICATION:  *Phenbarb* |
| | *60U BID* |
| | *Keppra 3W BID* |
| | STATUS: (circle) (IMPROVED,) UNCHANGED, WORSENED. |
| | CONTROL LEVEL: (circle) (GOOD,) FAIR, POOR |
| EDUCATION DONE  (Y) N   *Seizure* | CCC WITH NURSE  (circle) 1, 2, (3) MONTHS. |
| TOPIC | CCC WITH MD (circle) 1, 2, 3, 4, 5, (6) MONTHS. |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| *Livingston, Brandal* | *226430* | *21* | | *2/18/05* |

Control: Good—No seizure activity since last visit
Fair—One seizure since last visit
Poor—More than one seizure since last visit

Status: Improved—The number of seizures has diminished
Unchanged—The frequency of seizures has remained the same
Worsened—The number of seizures has increased

**Nursing Evaluation Tool:**

**Seizure/ Postictal State**

PHS

Facility: BBB

Patient Name: Thompson Randall
Last                    First

Inmate Number: 226420

Date of Report: 11 / 20 / 2005
MM   DD    YYYY

Date of Birth: 10 / 15 / 83
MM   DD   YYYY    MI

Time Seen: 830    AM / PM   Circle One

**Subjective:** Chief Complaint(s): _Inmate ook in waiting area having Sz.    on floor_

Onset: 830 AM

History: _Hx of meds = Tegretol + Phenobarb_     ☐ Check Here if additional notes on back
(Continue on back if necessary)

**Significant History:**
Epilepsy ☐ NO ☑ YES    Diabetes ☑ NO ☐ YES    Head trauma ☑ NO ☐ YES
Cardiac ☑ NO ☐ YES    Psychiatric ☐ NO ☑ YES    Alcohol Abuse ☐ NO ☐ YES

Recent change or discontinuation of meds: ☐ NO ☐ YES _____

Last documented seizure: ☐ None ☐ Unknown ☑ Known (how long ago?) _____

**IF PATIENT IS ACTIVELY SEIZING PROVIDE SUPPORTIVE CARE.**    **DO NOT ATTEMPT TO PHYSICALLY RESTRAIN.**

**Objective:** Vital Signs: T: 98    P: 87    RR: 20    B/P: 140 / 84    FSBS= 90
*Note: Do NOT attempt to obtain an oral or rectal temp on a postictal patient; defer until patient is stabilized.  90

Blood Glucose: _____

Pulse Ox %: 98 % ☑ Room Air ☐ O2 LPM: ___    Skin Color: ☑ Normal ☐ Pallor ☐ Flushed ☐ Jaundice

Skin: ☑ Warm ☐ Cool ☐ Dry ☑ Moist/clammy    ☐ Responds to Pain ☐ Unresponsive
Neurologic:(AVPU) ☑ Awake ☑ Responds to Voice    ☐ Postictal-Disoriented ☐ Agitated
(Check the appropriate highest response level)

**Pupils:**

Pupil: ☑ PERRL ☐ Pupils unequal/abnormal: _____

|  | Right | Left |
|---|---|---|
| PERRL | ☐ | ☑ |
| Constricted | ☐ | ☐ |
| Dilated | ☐ | ☐ |

Mouth: ☑ Tongue intact ☐ Tongue injury: _____

Unequal: _____

Incontinence: ☑ None ☐ Incontinent urine ☐ Incontinent feces

Incurred injuries: ☐ None apparent ☑ Yes _Bit inside of bottom (R)_

☐ Additional Findings _____
Continue on back if necessary    ☐ Check Here if continued on back

***Repeat Exam 15-30 minutes post seizure (if initial evaluation began just after seizure activity ceased)**

Time: 845 AM / PM Circle One Vital Signs: T: 58.2 P: 80 RR: 20 B/P: 136 / 80    Repeat Blood Glucose: 89    (As Indicated)

Pulse Ox %: 98 % ☑ Room Air ☐ O2 LPM: ___    **Pupils:**
Skin: ☑ Normal ☐ Pallor ☐ Flushed ☐ Cyanotic ☑ Warm ☐ Cool ☑ Dry ☐ Moist/clammy

|  | Right | Left |
|---|---|---|
| PERRL | ☐ | ☑ |
| Constricted | ☐ | ☐ |
| Dilated | ☐ | ☐ |

Neurologic:(AVPU) ☑ Awake ☑ Responds to Voice ☐ Responds to Pain ☐ Unresponsive
☐ Postictal-Disoriented ☐ Agitated

Unequal: _____

**Assessment:** ☐ Call Placed To Physician
Check All That Apply:    ☑ Transport to Infirmary for observation.
☐ Call Placed to 911

**Plan:** ☐ Oxygen (2-4LPM per N/C)
Check All That Apply:    ☐ Treatment for hypoglycemia, if indicated _____
☑ Supportive care in quiet safe environment
☐ Other: _Also med Pt missed @ the 0400 dose R/T Pt overslept. No one woke him_
(Describe)

X _C. Lidderfield N_    Name: _C Holderfield N_
Nurses Signature    Printed

Physician's Chronic Care Clinic

Date: 5/2/05         Time: 1120         Facility: BCCF Harrington Randa

Check all applicable CICs being evaluated: __Card/HTN __DM _GI_ _ID_ _PUL_ _SZ_ _TB

OBJECTIVE: BP 120/66 HR 68 RR 20 Temp 98 Wt 165 Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Pt is takn his Sz med.

will fu

no new Szur

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: will cont as PMSM/HS8/06

F/U:   Routine 90 days: ____

      Other ____

                                        _____ MI
                                        Physician

Problem List updated:   Yes   No

(01/31/05)

# PRISON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: 7/30/05    Time: 1/30    Facility: BCCF

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL ✓ SZ __TB

**Vital Signs:** BP 100/68 P 76 R 20 T 98⁴
**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:____
For seizure patients, list the # of witnessed seizures since the last CIC visits: ○ Dates: NA

ALLERGIES: NKA              CURRENT DIET: Reg
MEDICATIONS: _____ Tegretol ; Phenobarb _____
DESCRIBE MED AND DIET ADHERANCE: ____ Compliant ____
DESCRIBE ANY MED SIDE EFFECTS: ____ None noted ____
VACCINES: Flu____ Pneumovax____ Hep A____ Hep B____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
*(*This should equate to one inhaler per month.)*

Lab/Diagnostic test(s) w/ date(s): HbA1c____ on____: CD4 & HIV-RNA ___/___on____:
Peak Flow___: LFTs____on____; Serum Drug Levels __ on____; EKG____; CXR___:

Medications:

Phenobarb 60 mg Bid)    5/2/05 Carmazepine 7.0
Tegretol 100 mg 3 tabs TID    Phenbarbital 20

Patient Educated on: O, assess of 17 CC Seizures, No noted Seizure
activity in passed week.

Inmate Signature_____

Nurses Signature and Title _____

Hampton, Randall                    226480
          NAME                      AIS
M                    B              10/15/83
GENDER              RACE           DOB

(18/05)

Physician's Chronic Care Clinic

Date: _1/30/05_   Time: _1130_   Facility: _BCCF_

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB

**OBJECTIVE:** BP _120/68_ HR _76_ RR _20_ Temp _98_ Wt _162_ Peak Flow _____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities.; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

*(handwritten clinical notes)*

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: *(handwritten)*

F/U:   Routine 90 days: _✓_

Other _____

_____ MD
Physician

Problem List updated:   Yes   No

(01/31/05)

PRISON HEALTH SERV.

Name: _Hampton, Randall_
Inamte #: _____
DOB: _10/15/__ Race: _B_ Gender: _M_

### Nurse's Chronic Care Clinic

Date: _10/12/05_    Time: _1020_    Facility: _BCCF_

Check all applicable CICs being evaluated: __Card/HTN__ DM__ GI__ ID__ PUL__ SZ__ TB

SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit:__ Dates:__
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit:__ Dates:__
For seizure patients, list the # of witnessed seizures since the last CIC visits:__ Dates:__

ALLERGIES: _Haldol_    CURRENT DIET: _Reg_
DESCRIBE MED AND DIET ADHERENCE: _Compliant_
DESCRIBE ANY MED SIDE EFFECTS: _None noted_
VACCINES: Flu____ Pneumovax____ Hep A____ Hep B____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month.
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c____ on ____; CD4 & HIV-RNA __/__ on ____;
Peak Flow____; LFTs____ on ____; Serum Drug Levels __ on ____; EKG ____; CXR____;

MEDICATIONS:
_Phenobarb 60mg BID_
_Tegretol 100_

Patient Educated on: _O: Compared dose. Seizures. No gold s/s_
_O: s/o Seizure activity in passed 3 months_
_O: Instructed on safety_

Nurses Signature and Title: _____ (Inmate Signature) _Randell Hampton_

(01/31/05

Physician's Chronic Care Clinic                    *Hampton, Randall*
                                                    *226420*

Date: 10/12/05    Time: 1020    Facility: BCCF

Check all applicable CICs being evaluated: __Card/HTN __DM __GI __ID __PUL __SZ __TB

OBJECTIVE: BP 142/88 HR 72 RR 22 Temp 98⁶ Wt 162 Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

*no seizure*
*doing well*
*taking meds*
*His seizures do not fit into any*
*known category*

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN: *Continue current care. Since his*
*seizures are under control.*

F/U:  Routine 90 days: ____✓

      Other _____

                                        *(signature)*
                                        Physician

Problem List updated:  Yes / No

(01/31/05)

# PRISON HEALTH SERVICES

### Nurse's Chronic Care Clinic

Date: 12/10/08    Time: 1500    Facility: BCCF

Check all applicable CICs being evaluated: __Card/HTN __DM__GI__ID__PUL_✓SZ __TB

Vital Signs: BP 140/84 P 77 R 20 T 97⁶

## SUBJECTIVE:

For diabetic patients  list the # of hypoglycemic reactions since the last CIC visit: __Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits: 0 Dates:_____

ALLERGIES: Haldol    CURRENT DIET: Reg
MEDICATIONS: listed
DESCRIBE MED AND DIET ADHERANCE: Compliant
DESCRIBE ANY MED SIDE EFFECTS: none noted
VACCINES: Flu____Pneumovax ____ Hep A _____ Hep B ____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c_____ on_____; CD4 & HIV-RNA ___/___on_____;
Peak Flow___: LFTs____on _____; Serum Drug Levels __ on _____; EKG ____; CXR__:

Medications:                                      9/6/05 Tegretol 4.4
Phenobarb  60 mg BiD              Phenobarbitol 17
Tegretol  100 mg

Patient Educated on: Instructed on Safety and Medication
Compliance
Inmate Signature  Randell Hampton
Nurses Signature and Title  Um Qualls RN

Hampton, Randall
NAME

GENDER          RACE  B

226 420
AIS
10/18/83
DOB

(Revised 05/18/05)

PRISON HEALTH SERVICES

**Physician's Chronic Care Clinic**

Date: 2/10/06    Time: 1500    Facility: BCCF

Check all applicable CIC's being evaluated: __Card/HTN __DM__GI__ID__PUL√SZ __TB

_no answer_

SUBJECTIVE:

OBJECTIVE: BP 140/184 HR 77 RR 20 Temp 97.6 Wt 164 Peak Flow____
NOTE:  PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications:  DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

ASSESSMENT:  Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status:  I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

PLAN:  _will continue on current plan_

F/U:   Routine 90 days: _____Other _____        Problem List Updated: Yes    No

_____
Physician/NP/PA

_Hampton Kendall_
_____
NAME

_M_                          _B_
_____          _____
GENDER                       RACE

_22-6420_
AIS#

_10/15/83_
DOB

(Revised 5/18/05)

PRISON HEALTH SERVICES

### Nurse's Chronic Care Clinic

Date: 3/20/06   Time: 1100   Facility: BCCF

Check all applicable CICs being evaluated: __Card/HTN __DM__GI__ID__PUL√SZ __TB

Vital Signs: BP 130/74  P 74   R 18   T 98°

SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:__
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____ Dates:__ N/A
For seizure patients, list the # of witnessed seizures since the last CIC visits: 0  Dates:__

ALLERGIES: Hal dol   CURRENT DIET: Reg
MEDICATIONS: Listed
DESCRIBE MED AND DIET ADHERANCE: Compliant
DESCRIBE ANY MED SIDE EFFECTS: none noted
VACCINES: Flu____ Pneumovax ____ Hep A ____ Hep B ____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month.____
(*This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c _____ on _____; CD4 & HIV-RNA __/__ on _____;
Peak Flow___; LFTs____ on _____; Serum Drug Levels __ on _____; EKG ___; CXR___;

Medications:

Phenobarb 60 mg Bid
Tegretol 100 mg qd

12/13/06
Phenobarb level 17
Tegretol level 6.1

Patient Educated on:
Pt Instructed on Continued Safety Measures
c Seizure activity

Inmate Signature Randell Hampton

Nurses Signature and Title M Nall R.N

Hampton, Randall   NAME   226420 AIS

GENDER   B RACE   10/15/83 DOB

(Revised 05/18/05)

Physician's Chronic Care Clinic

Date: 3/20/06   Time: 1100   Facility: BCCF

Check all applicable CIC's being evaluated: __Card/HTN __DM __GI __ID __PUL✓ __SZ __TB

**SUBJECTIVE:**   No compla

**OBJECTIVE:** BP 130/74 HR 84 RR 18 Temp 98⁶ Wt 160 Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

nkda                    Fried  ox

cws n                   very lepregul

lys c/o

fld o                   lyn

gall

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Co | |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S |

**PLAN:** Will Continue on the Medearly

**F/U:** Routine 90 days: ____✓____ Other _____     Problem List Updated: Yes    No

_____
Physician/NP/PA

Hampton Randall
_____
NAME

_____     _____
GENDER          M                        RACE          B

226420
_____
AIS#

10/15/83
_____
DOB

(Revised 5/18/05)

Nurse's Chronic Care Clinic

Date: 6/8/06    Time: 1130    Facility: BCF

Check all applicable CICs being evaluated: __Card/HTN __DM_GI_ID_PUL_SZ __TB

Vital Signs: BP 130/68 P 74 R 20 T 98
SUBJECTIVE:

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: __Dates: N/A
For seizure patients, list the # of witnessed seizures since the last CIC visits: __Dates:

ALLERGIES: Haldol
MEDICATIONS: Listed                                    CURRENT DIET: Reg
DESCRIBE MED AND DIET ADHERANCE: Compliant
DESCRIBE ANY MED SIDE EFFECTS: None noted
VACCINES: Flu____ Pneumovax____ Hep A____ Hep B____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month.____
(This should equate to one inhaler per month.)

Lab/Diagnostic test(s) w/ date(s): HbA1c____ on____; CD4 & HIV-RNA ___/___ on____
Peak Flow__; LFTs___ on____; Serum Drug Levels __ on ____; EKG ___; CXR___

Medications:

Phenobarb 60 mg BID            3/21/06
Tegretol 100 mg qd              Tegretol 8
                                Phenobarb 19

Patient Educated on: Instructed the safety measures for seizure activity

Inmate Signature: Randell Hampton 226420

Nurses Signature and Title: Hindall Jr.

NAME: Hamptons, Kindall

GENDER: M    RACE: B    AIS: 226420    DOB: 10/15/83

(Revised 05/18/05)

PRISON HEALTH SERVICES
Physician's Chronic Care Clinic

Date: 6/8/06    Time: 1130    Facility: Bu[?]

Check all applicable CIC's being evaluated: _Card/HTN _DM _GI _ID _PUL /SZ _TB

SUBJECTIVE:

No Seizures

OBJECTIVE: BP 130/68  HR 74  RR 20  Temp 98  Wt 170  Peak Flow ____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

Doing well
no new Seizures

ASSESSMENT: Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of |
| G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Stat |
| I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W | | |

PLAN:    Cath. Phenytoin / [?]

F/U:    Routine 90 days: _____ Other _____

Problem List Updated: Yes

_____
Physician/NP/PA

Hampton , Randall
NAME

226420
AIS#

M
GENDER

B
RACE

10/15/83
DOB

(Revised 5/18/05)