01/14/2003 13:35    2055025    RADIOLOGY ASSOC C

NaphCare

## X-Ray Requisition and Report

| Name of Hospital/Infirmary | Date of Request | Requested By | Patient Status |
|---|---|---|---|
| Draper | 01/09/03 | B. Helms CRNP | ○ Inpatient  ● Outpatient |

Examination Requested: X-Ray (L) Knee

Clinical Diagnosis:

| X-Ray Number | Date of X-Ray | Date of PPD Skin Test | |
|---|---|---|---|
| | 1-13-03 | 12/20/02 = ØMM | |

### Report of Findings

HAMPTON, RANDALL  ID# 226420

LEFT KNEE  01/13/03

**FINDINGS: NORMAL RADIOGRAPHIC APPEARANCE OF THE LEFT KNEE.**

RP
W. BEN ABBOTT, M.D.

1-31-03

M.D.
Physician's Signature

| Patient's Last Name | First | Middle | Date of Birth | R/S | ID Number |
|---|---|---|---|---|---|
| Hampton | Randall | | 10/15/83 | Bm | 226420 |

X-Ray Requisition and Report

NC089



DEFENDANT'S EXHIBIT E



# Advanced Medical Imaging Center
US Diagnostic, Inc.

MARC SONNIER, MD 02-07-03
PO BOX 56
ELMORE, AL 36025

RE:  HAMPTON, RANDALL
    DOB: 10-15-83
    PATIENT NO: 64532
    EXAM: CT BRAIN 02-06-03
    REASON FOR EXAM: FALLING & HITTING HEAD

CT BRAIN:
The patient refused intravenous contrast.
The ventricles are normal in size without midline shift. There are no areas of hemorrhage or mass. The visualized portions of the mastoid and paranasal sinuses are clear.

IMPRESSION:
1. Patient refused intravenous contrast.
2. Normal study.

EP VINING, MD

EPV/lgh

X-RAY REQUISITION AND REPORT

| NAME OF FACILITY | DATE OF REQUEST | REQUESTED BY | PATIENT STATUS |
|---|---|---|---|
| Bullock | 2/13/03 | Dr. Siddiq | |

EXAMINATION REQUESTED

X-ray L-Spine
C-Spine

CLINICAL DIAGNOSIS

| X-RAY NUMBER | DATE OF X-RAY | DATE OF PPD SKIN TEST | |
|---|---|---|---|
| | 3-18-03 | | |

REPORT OF FINDINGS

HAMPTON, RANDALL  ID 226420

LUMBAR SPINE  TWO VIEWS  03/18/03

**NORMAL INCLUDING NO MALALIGNMENT OR FRACTURE OR DEGENERATIVE DISEASE.**

CERVICAL SPINE THREE VIEWS  03/18/03

NO MALALIGNMENT OR FRACTURE, DEGENERATIVE DISEASE, OR SOFT TISSUE SWELLING IDENTIFIED.

**OPINION: NEGATIVE CERVICAL SPINE.**

S. LOVELESS, M.D./rp

SL/

,SIGNATURE

| Patients Last Name | First | Middle | Date of Birth | R/S | ID NUMBER |
|---|---|---|---|---|---|
| Hampton | Randall | | 10-15-83 | B m | 226420 |

B-32

LUMBAR SPINE TWO VIEWS 03/18/03

NORMAL INCLUDING NO MALALIGNMENT OR FRACTURE OR DEGENERATIVE DISEASE.

CERVICAL SPINE THREE VIEWS 03/18/03

NO MALALIGNMENT OR FRACTURE, DEGENERATIVE DISEASE, OR SOFT TISSUE SWELLING IDENTIFIED.

**OPINION: NEGATIVE CERVICAL SPINE.**

S. LOVELESS, M.D./rp

_____
SIGNATURE

| Patients Last Name | First | Middle | Date of Birth | R/S | ID NUMBER |
|---|---|---|---|---|---|
| Hampton | Randall | | 10-15-83 | B m | 226420 |

6-6

17-

6-4

# Radiology Services Request Form

Please Print

3/30/04

| CORRECTIONAL FACILITY: | Bullock Co. Corr. Facility | DATE: 3-24-04 |

## Patient Information

INMATE NAME: Hampton, Randall (Last, First)

DOB: 10-15-83   SEX: (M) F

SS#:    ALIEN #: 226420

### Inmate Type
Please Circle Type:
- City
- Federal
- County
- (State)
- INS / Alien
- US Marshall

## Exam — Please Mark Each Exam Requested

| Code | Exam | L/R |
|---|---|---|
| 74000 | Abdomen, 1 View | |
| 73600 | Ankle, 2 Views (AP & LAT) | L R |
| 73610 | Ankle, Comp Min 3 Views | L R |
| 71010 | Chest, 1 View (AP) | |
| 71111 | Chest w/Ribs, 4 Views | |
| 73000 | Clavicle, Complete | |
| 73070 | Elbow, 2 Views | L R |
| 73080 | Elbow, Comp 3 Views | L R |
| 73550 | Femur, 2 Views | L R |
| 73620 | Foot, 2 Views | L R |
| 73630 | Foot, Comp Min 3 Views | L R |
| 73090 | Forearm, 2 Views | L R |
| 73120 | Hand, 2 Views | L R |
| 73130 | Hand, Min 3 Views | L R |
| 73520 | Hip, Min 2 Views w/Pelvis | L R |
| 73510 | Hip, Comp Min 2 Views | L R |
| 73060 | Humerous, Min 2 Views | L R |
| 73560 | Knee, 2 Views | L R |
| 73562 | Knee, 3 Views (inc OBLQ) | L R |
| 70160 | Nasal Bones, Comp Min 3 Views | |
| 72170 | Pelvis, 1 View | |
| 71100 | Ribs, 2 Views | L R |
| 72220 | Sacrum/Coccyx, Min 2 Views | |
| 73030 | Shoulder, Min 2 Views | L R |
| 70210 | Sinuses, Less Than 3 Views | |
| 70250 | Skull, Less Than 4 Views | |
| (72040) | Spine, Cervical 2 Views | |
| 72100 | Spine, Lumbosacral 2 Views | |
| 72070 | Spine, Thoracic 2 Views | |
| 73590 | Tibia/Fibula 2 Views | L R |
| 73100 | Wrist, 2 Views | L R |
| 73110 | Wrist, Min 3 Views | L R |
| | Other: | L R |
| | Other: | L R |
| | Other: | L R |
| | Other: | L R |
| | Other: | L R |

## Diagnosis/Symptom — Please Mark ALL That Apply

| Code | Diagnosis/Symptom |
|---|---|
| 787.3 | Abdomen Distention (Flatulence) |
| 787.5 | Abnormal Bowel Sounds |
| 413.0 | Angina |
| 429.2 | ASCVD, Arteriosclerotic Cardiovascular Disease |
| 427.31 | Atrial Fibrillation |
| 427.89 | Bradycardia |
| | Bruise of |
| 466.0 | Bronchitis, NOS |
| 429.3 | Chest Pain, Unspecified |
| 514 | Congestion, Chest |
| 428.0 | CHF, Congestive Heart Failure |
| 496 | COPD, Chronic Obstructive Pulmonary Disease |
| 786.2 | Coughing |
| 436 | CVA, Cerebrovascular Accident |
| | Dislocation of |
| 782.3 | Edema (Swelling) |
| 492.0 | Emphysema |
| 780.6 | Febrile (Feverish) |
| | Possible Fracture of |
| 401.9 | Hypertension |
| 518.3 | Infiltrate, Lung |
| 410.92 | Myocardial Infarction |
| 787.01 | Nausea and Vomiting |
| 560.9 | Obstruction, Intestinal |
| | Pain in |
| 485 | Pneumonia, Confirmed |
| 514 | Pneumonia, Probable |
| 795.5 | Positive Mantoux, PPD |
| 518.4 | Pulmonary Edema, NOS |
| 786.7 | Rales in Chest |
| 786.09 | Shortness of Breath |
| 785.0 | Tachycardia |
| | Trauma in |
| 465.9 | URI (Acute) |
| 519.8 | URI (Chronic) |
| | Other: |
| | Other: |

*He signed refusal form* CB

## For Technician Use Only

| X-ray #: | Arrival Time: | AM PM | Ordering Physician: 3/30/04 |
| Tech: | Depart Time: | AM PM | Nurse's Signature: |
| Date: | # Views: | # PT Seen: | Radiologist: |

# Radiology Services Report

NAME: HAMPTON, RANDALL
FACILITY: BCCF
D.O.B.: 10/15/83
ID NUMBER: 226420

SKULL TWO VIEWS 05/6/04

FINDINGS: The skull is normal. No fracture, bone lesion, or unusual calcification. The sella turcica is normal. There is no evidence of any previous craniotomy or metal plate.

IMPRESSION: Netative skull series.


Scott Loveless, M.D.

FROM CAHABA IMAGING    (MON)AUG 16 2004 15:15/ST. 15:15/NO. 6312281782 P 4

## HCX
### HEALTH CARE CORRECTIONS
### RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Bullock

Name: Hampton, Randall
State ID No: 226420
DOB:
Race:           Sex:

**REPORT**

Hampton

LEFT ELBOW: The examination shows no evidence of recent fracture or other significant bony abnormality.
IMPRESSION: NEGATIVE STUDY.

D: & T: 08-16-04  Thomas J. Payne, III, M.D./jhi  Board Certified Radiologist (Signature on file)

8/19/04

(Hampton, Randall)