## NOTES MUST BE SIGNED BY PHYSICIAN

| DATE | TIME | |
|------|------|---|
| 3/13/0? | 8a? | S/ Pt ⊙ change this leg _____ in when he stands |
| | | ⊙ mk _____ |
| | | _____ _____ _____ _____ |
| | | good muscle strength |
| | | _____ _____ _____ |
| | | standing _____ |
| | | old 4x2 _____ injury |
| | | no _____ needed |
| | | No ball pain |
| | | A: legs _____ |
| | | P: would do x-ray of ⊙ _____ and ⊙ _____ and give no _____ |
| | | _____ _____ (sign) |
| 4/8/03 | 8a? | S/ Pt c _____ laceration to scalp |
| | | ⊙ 1cm laceration to the scalp |
| | | no _____ |
| | | minor laceration sutures |
| | | 3-0 prolene |
| | | A: laceration to scalp |
| | | P: would _____ his _____ _____ _____ (sign) |

| NAME- LAST | FIRST | MIDDLE | AIS # |
|------------|-------|--------|-------|
| Pardue, | Hump____ | | 226420 |

PHYSICIAN'S PROGRESS NOTES

NC007

DEFENDANT'S EXHIBIT
F