IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RANDALL HAMPTON, (AIS #226420)     *
                                   *
    Plaintiff,                     *
                                   *
V.                                 *    2:06-CV-400-MHT
                                   *
PRISON HEALTH CARE SERVICES,       *
                                   *
    Defendant.                     *
                                   *

### AFFIDAVIT OF BRANDEE PLAYER, H.S.A.

**BEFORE ME,** _____, a notary public in and for said County and State, personally appeared **BRANDEE PLAYER, H.S.A.** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Brandee Player. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I received a Masters Degree in Health Services Administration in 2002. I have worked as Health Services Administrator (H.S.A.) at Bullock County Correctional Facility located in Union Springs, Alabama since November 6, 2006. At all times I have been employed as H.S.A. for Bullock County Correctional Facility by Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple three-step procedure for identifying and addressing inmate grievances at Bullock County Correctional Facility. If an inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit a



DEFENDANT'S EXHIBIT H

"Medical Complaint Form." These are standard forms that may be requested from an inmate's supervising officer in his dormitory. The Medical Compliant Form allows an inmate to communicate any healthcare related concern by placing the form in the sick call box or mailbox to be forwarded to the healthcare unit. I subsequently review the complaint and respond accordingly via in-house mail or with a face-to-face consultation.

If an inmate is unsatisfied with my response, he may request an "Inmate Formal Grievance" form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed within the Medical Complaint Form. I again respond to the inmate accordingly via in-house mail or with a face to face consultation.

If the inmate is still unsatisfied with my response, he may request from the healthcare unit an "Inmate Grievance Appeal" form. This form is submitted to me and represents the final step of the appeal process. After an inmate submits an appeal, I will meet with the inmate again, face-to-face, in a final attempt to address his concerns verbally.

It is my understanding that Randall Hampton has filed suit in this matter alleging that PHS and Dr. Siddiq have failed to provide him with appropriate medical care for a seizure condition and that Dr. Siddiq specifically has failed to provide him with appropriate medical care for an alleged scalp laceration in April of 2006. However, Mr. Hampton has failed to exhaust Bullock's informal grievance procedure relating to the receipt of medical care for these alleged conditions. Specifically, Mr. Hampton has failed to submit any grievances to the healthcare unit in efforts to resolve his concerns informally. He has not submitted a Medical Complaint Form, an Inmate Formal Grievance form or an Inmate Grievance Appeal form. As such, the healthcare unit at Bullock has not been afforded the opportunity to resolve Mr. Hampton's medical complaints prior to filing suit."

Further affiant sayeth not.

_____
BRANDEE PLAYER, H.S.A.

STATE OF ALABAMA )
                 )
COUNTY OF Bullock )

Sworn to and subscribed before me on this the __5th__ day of _December_, 2006.

_____
Notary Public

My Commission Expires:

_6-7-2010_