In The District Court of
The United States District
of Alabama For Middle
District P.O. Box 711
Montgomery, AL. 36101,0711


RECEIVED
2006 DEC 28  A 10: 11

1) Randall Hampton # 226420
    Plaintiff, etal
2) Simular Situated
        vs
3) All Named Defendants, etal
   Simular Situated, Prison
   Health Care Service, etal
        **DEFENDANTS**

Civil Action No.
2:06-CV-400MHT

4) _Affidavit of Plaintiff on Personal_
   _Knowledge, Prusant f.r.c.p. Rule 56(e)_

I.

5) WHETHER The Named Defendants, "Intended," ...
   to Violate, the Plaintiff Civil Rights, IN-
6) BEENING DELIBERATE Indifferent, to Plaintiff
   Secured Civil Rights, 18 U.S.C. 242, By Medical
7) Malpractice, 429 U.S. At, 106?

II.

8) WHETHER the Plaintiff, the Plaintiff, who fell-
   out, IN, "Prison Commissioner," Chow Hall
   ████, Showed, he Plaintiff, Needed Legal

—1—

medical Help, when the Eye wittiness
9) who worked for Alabama Dept. of
Corrections, Should Have knowned, "failure"
to Deliber[ate] same, Plaintiff Inmate
to (PMS) Must Have Intended to
10) Violate, Secured Civil Rights At
398 U.S. at, 144, which Admits
the Defendants Actions, was Done Under
the Color of State Law, 28 USCA
1343 (a) which gave Rise, 28 USC 2671
et seq under, 42 U.S.C. 1983 (1)(2)(3)(4)(5) At
11) Pinkerton, 328 U.S. 640 (1946) where
Each and Every Defendants, Can be...
Held Libal, Enroute Are In futhern
of Depriving the Plaintiff of, His
Secured Civil Rights, where
12) Punitive Punishment, Is Proper At
461 U.S. 75, Citing Smith vs Wade supra
1) where, Named Defendants must
Have Intended, to cause the Plaintiff,
13) Eight Amendments, "Pain and Suffering"

III.

2) where Plaintiff Fail out In the
Prison (Chow Hall) But Name defendants
Just Stood their, As Not, Conceared "4.4"
Violate, 429 U.S. At, 105, and At 106,
of federal of Civil Procedure, Rule 56(e)

- 2 -

14) <u>Count ONE</u>, Two: and, Similar Situated Claims Admit, <u>that</u>, All Name defendants did deliberate Transgress (the Bright Line) At <u>Harlow vs. Fitzerald Supra</u>, where All defendants "should Have knowned"

15) <u>they Violate</u> Secured Civil Rights' (1) When (2) they "Acted In Bad Faith Manner" And 3) "when They" went (upon Land and ) * Territory) of The United States [to] Cause (4) 42 U.S.C. 1983 to Rise, At (1) (2) (3) (4) (5) Libility for $1983 (1) (2) (3) (4) (5) <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946)

* Where, All 1985, Defendants, Who "Also Conspired" to Violate the Plaintiff Secured Civil Rights At, 403 U.S. At 88, At Colorable Claims At

* <u>Bivens V. Six Unknowed Agents</u> 403 U.S. At 388, Cites [A] Colorable Claim, Where The Recovery of Civil Dollars, Is Property, <u>Bivens</u> And At

16) **IV.**

<u>Smith Vs Wade</u> 461 U.S. At, 75 And Read "with <u>Federal Rules Civil Procedure, Rule 57</u>", [of] 28 USC 2201 and 2202, of (fccp) Rule 36 (a) and 39 (a) Notification, for Rule 23 (a) By Demand for Civil Trial,

-3-

where Plaintiff, Envoked, FRCP Rule 38, 2nd 39(a) Pretaining to, Similar-Situated defendants, In Common Neeleus of Operative facts, 415 U.S. At 528

17) Hagan v. Levine, 28 U.S.C. 1343(a) Where the defendant has Claimed that They Are Not (Aware of Medical) the Plaintiff medical Condition... Now, Rise's to Eighth Amendents 111 S.Ct. 2326, 2327, where All defendants, By Admissions for Rule 36, Must Have "Acted In

18) Bad faith manner";

19) gave "Rise to Valid Claim", Under 42 U.S.C. 1983 (1)(2)(3)(4)(5) At, [18 U.S.C. 242, for Provisions, Parallel to 42] U.S.C [1983; Of, A.d.A] the American disability Act of 1990 Violated,

20)         Punitive Damages (21)
              V.

the Plaintiff Now Seek, the Recovery of Civil Dollars, 403 U.S. At 388 at, FRCP Rule 57, of 28 U.S.C. 2201 and 2202.

– 4 –

## Certificate of Service

The Plaintiff, Randall Hampton #226420 did hereby, forward this Special Report, And Affidavit upon all defendants, At P.O. Box 711 C/o the office of the Clerk United States Court House

[ P.O. Box 711, Middle District United States Federal Court House, Montgomery, Alabama 36101, 0711 ]

By Placing Same, In United States Mail Postage Paid Done This, 26th Day December, 2006

C/o Clerk of Records FRCP 23,(2)

/s/ Randall Hampton
226420, P.O. Box 5107
Bullock Correct facility
Union Springs, Alabama