IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

| | |
|---|---|
| RANDELL HAMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV- 00400-MHT-CSC |
| ) | |
| PRISON HEALTH CARE SERVICES, ) | |
| ) | |
| Defendant. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW COI Frizpatch, Ms. Hanes, and Cptn. Perkins, a [ Defendants] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X]  This party is an individual, or

[ ]  This party is a governmental entity, or

[X]  There are no entities to be reported, or

[ ]  The following entities and their relationship to the party are hereby reported:

Reportable Entity                                  Relationship to Party

_____   _____

  1/16/2008                                     /s/Albert S. Butler
        Date                                        Counsel Signature

                                                J COI Frizpatch, Ms. Hanes, and Cptn. Perkins
                                                Counsel for (print names of all parties)

                                                301 S. Ripley St.
                                                P.O. Box 301501, Montgomery, AL 36130
                                                Address, City, State Zip Code

                                                334-353-3885
                                                Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN**  DIVISION

**CERTIFICATE OF SERVICE**

I, Albert S. Butler, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. MAIL, CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 16th day of January, 2008, to:

Randell Hampton
AIS #226420
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089


   1/16/2008                                               /s/Albert S. Butler
           Date                                                      Signature