IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDELL HAMPTON, # 226420, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:06cv400-MHT |
| | ) (WO) |
| PRISON HEALTH SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On February 25, 2008, the magistrate judge filed a recommendation (Doc. # 39) in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED as follows:

1. That the recommendation of the magistrate judge (Doc. # 39) is adopted;

2. That defendants Prison Health Services and Tahir Siddiq's motions for summary judgment (doc. ## 32 & 35) are granted and the claims against these defendants are dismissed without prejudice;

3. That defendants Prison Health Services and Siddiq are dismissed;

4. That defendants LaSonja Haynes and Joseph Fitzpatrick's motions for summary judgment (doc. ## 25 & 30) are granted and the claims against these defendants are dismissed with prejudice;

5. That defendants Haynes and Fitzpatrick are dismissed; and

6. That defendant Henry Perkins's motions for summary judgment (docs. ## 25 & 30) are denied, and this case will proceed to trial on plaintiff Randell Hampton's lack-of-medical-care claim against defendant Perkins.

DONE, this the 17th day of March, 2008.

                                                    /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE