IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RANDELL HAMPTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv400-MHT |
| | ) | |
| HENRY PERKINS, | ) | |
| | ) | |
| Defendant. | | |

ORDER

It is ORDERED that Magistrate Judge Charles S. Coody is:

(1) To determine the witnesses plaintiff Randell Hampton should be allowed to subpoena for trial on June 23, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, and

(2) To arrange for the subpoenaing of those witnesses.

DONE, this the 19th day of March, 2008.

                /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE