IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RANDELL HAMPTON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv400-MHT |
| | ) | |
| HENRY PERKINS, | ) | |
| | ) | |
|    Defendant. | | |

ORDER

It is ORDERED that the officials of the State of Alabama who have custody of plaintiff Randell Hampton (a state inmate) are to arrange for his presence at his trial on June 23, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 19th day of March, 2008.

                                       /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE