IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RANDELL HAMPTON,            ) | |
| )                            | |
| Plaintiff,                ) | |
| )                            | CIVIL ACTION NO. |
| v.                           ) | 2:06cv400-MHT |
| )                            | |
| HENRY PERKINS,               ) | |
| )                            | |
| Defendant.                ) | |

### ORDER

It is ORDERED that the jury selection and trial of this cause are set for June 23, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, on plaintiff Randell Hampton's lack-of-medical-care claim against defendant Henry Perkins.

DONE, this the 19th day of March, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE