IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **RANDELL HAMPTON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action Number |
| | ) | **2:06-CV-400-MHT** |
| **HENRY PERKINS,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DEFENDANT'S EXHIBIT LIST

Come now the Defendants, by and through the undersigned counsel, and file this exhibit

list as follows:

1. Complaint

2. Amended complaint

3. Plaintiff's medical file (selected portions)

4. Inmate Sidney Clayton's Transfer Summary

5. Dr. Siddiq's Affidavit (attached to Docket #34)

6. Plaintiff's Transfer Summary

Respectfully submitted,

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

1

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
334-353-4859

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing documents upon :

Inmate Randell Hampton, AIS # 226420)
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749-7009

by placing a copy of same in the U.S. Mail, properly addressed and postage paid, on this the 12th

day of May, 2008.

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General