IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDELL HAMPTON,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>HENRY PERKINS,  )<br>  )<br>Defendant.  )<br>  )<br>  ) | Civil Action Number<br>**2:06-CV-400-MHT** |

## DEFENDANTS WITNESS LIST

Come now the Defendants, by and through the undersigned counsel, and file this witness list as follows:

1. Henry Perkins
2. Joseph Fitzpatrick
3. LaSonja Haynes
4. Eric Bascomb

                                          Respectfully submitted,

                                          /s/Albert S. Butler
                                          Albert S. Butler (BUT016)
                                          Assistant General Counsel
                                          Assistant Attorney General

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
334-353-4859


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing documents upon :

Inmate Randell Hampton, AIS # 226420)
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749-7009

by placing a copy of same in the U.S. Mail, properly addressed and postage paid, on this the 12th day of May, 2008.

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General