IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RANDELL HAMPTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **2:06-CV-400-MHT** |
| **HENRY PERKINS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S AMENDED WITNESS LIST

Come now the Defendants, by and through the undersigned counsel, and file this amended witness list as follows:

1. Henry Perkins

2. Joseph Fitzpatrick

3. LaSonja Haynes

4. Errick Demus

5. The Plaintiff

6. Any witness called by the Plaintiff

7. Any witness needed in rebuttal.

Respectfully submitted,

Kim T. Thomas (THO115)
Deputy Attorney General
General Counsel

1

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
334-353-4859

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing documents upon:

Inmate Randell Hampton, AIS # 226420)
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749-7009

by placing a copy of same in the U.S. Mail, properly addressed and postage paid, on this the 21st

day of May, 2008.

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

2