IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RANDELL HAMPTON,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**HENRY PERKINS,** )<br>)<br>Defendant. )<br>)<br>) | Civil Action Number<br>**2:06-CV-400-MHT** |

## DEFENDANT'S AMENDED EXHIBIT LIST

Come now the Defendants, by and through the undersigned counsel, and file this amended exhibit list as follows:

1. Complaint

2. Amended complaint

3. Plaintiff's medical file (selected portions)

4. Inmate Sidney Clayton's Transfer Summary

5. Dr. Siddiq's Affidavit (supporting attachment to Docket #34)

6. Plaintiff's Transfer Summary

7. Plaintiff's institutional file (selected portions)

8. Any exhibit listed by the Plaintiff

9. Any exhibit needed in rebuttal

1

Respectfully submitted,

Kim T. Thomas (THO115)
Deputy Attorney General
General Counsel

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
334-353-4859

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing documents upon:

Inmate Randell Hampton, AIS # 226420)
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, AL 35749-7009

by placing a copy of same in the U.S. Mail, properly addressed and postage paid, on this the 21st

day of May, 2008.

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

2