IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RANDELL HAMPTON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number |
| ) | **2:06-CV-400-MHT** |
| **HENRY PERKINS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S REQUESTED JURY CHARGES

Comes now the Defendant, by and through the undersigned counsel, and submits the attached requested jury charges numbers 1 through 6.

Respectfully submitted,

Kim T. Thomas (THO115)
Deputy Attorney General
General Counsel

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
334-353-4859

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing documents upon:

Inmate Randell Hampton, AIS # 226420
Kilby Correctional Facility
P. O. Box 150
Mt Meigs, AL 36057

by placing a copy of same in the U.S. Mail, properly addressed and postage paid, on this the 12th day of June, 2008.

/s/Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

2