IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RANDELL HAMPTON,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**HENRY PERKINS,** )<br>)<br>Defendant. )<br>)<br>) | Civil Action Number<br>**2:06-CV-400-MHT** |

### DEFENDANT'S REQUESTED JURY CHARGE NO. 3

The Court charges the jury that: By charging you on the issue of damages, you should not conclude that the Court is implying that damages are to be awarded. This is merely one part of the case and the charge is only designed to give you the legal standards which apply to damages.

_____         _____
Given                              Refused


_____
United States District Judge

1