IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **RANDELL HAMPTON,** | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Civil Action Number **2:06-CV-400-MHT** |
| **HENRY PERKINS,** | ) ) | |
| Defendant. | ) ) ) ) | |

## DEFENDANT'S REQUESTED JURY CHARGE NO. 4

The appropriate standard to apply in an Eighth Amendment case is a "subjective recklessness" standard. A prison official cannot be found liable unless the official knows of and disregards an excessive risk to inmate health or safety; the official must both be aware of facts from which the inference could be drawn that a substantial risk of serious harm exists, and he must also draw the inference. It is not enough merely to find that a reasonable person would have known or that the defendant should have known.

Source: **Farmer v. Brennan,** ___ U.S. ___, 114 S.Ct. 1970, 1978 128 L.Ed.2d 811 (1994)

_____  _____
Given              Refused

_____
United States District Judge

1