IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **RANDELL HAMPTON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **2:06-CV-400-MHT** |
| **HENRY PERKINS,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DEFENDANT'S REQUESTED JURY CHARGE NO. 5

Mere negligence is not enough to state a claim of deliberate indifference under the Eighth

Amendment, nor is it sufficient to show that the prison guard merely failed to act reasonably.

The crucial question is whether the prison official was "subjectively aware of the risk."

Source:    **Daniels v. Williams,** 474 U.S. 327, 332, 106 S.Ct.
665-66,  88 L.Ed.2d 662 (1986), **Pope v. Shafer,**
86 F.3d 90, 92 (7th Cir. 1996), **Farmer v.
Brennan,** 114 S.Ct. At 1974

_____                    _____

Given                                          Refused

_____

United States District Judge

1