IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RANDELL HAMPTON,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**HENRY PERKINS,** )<br>)<br>Defendant. )<br>)<br>) | Civil Action Number<br>**2:06-CV-400-MHT** |

## DEFENDANT'S REQUESTED JURY CHARGE NO. 6

The Court charges the jury that you may consider the felony conviction of the Plaintiff, for which he is now serving time in the State prison system, in your consideration of his truth and veracity.

Source: **Green v. Bock Laundry Machine Company,** 109 S.Ct. 1981 (1989).

_____          _____
Given                                              Refused

                                      _____
                                      United States District Judge

1