**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 18, 2008

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Randell Hampton vs Captain Perkins

Case Number:   2:06cv400-MHT
re: Document #51

**This Notice of Correction was filed in the referenced case this date to notify parties that Document Number 51 Notice of Availability of Jury List and Jurors' Profiles was filed in error, the jury list nor the juror's profiles will not be available on 6/20/08, a copy of the jury list will be available to both parties on 6/23 before jury selection.**