IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RANDELL HAMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv400-MHT |
| ) | |
| PRISON HEALTH CARE ) | |
| SERVICES, JOSEPH ) | |
| FITZPATRICK, LaSONJA ) | |
| HAYNES, HENRY PERKINS, and ) | |
| DR. TAHIR SIDDIQ, ) | |
| ) | |
| Defendants. ) | |

## AGREEMENT

Alabama Department of Corrections agrees to contact its medical providers to arrange for the plaintiff, Randell Hampton, AIS#226240, to see an outside consultant, Free World Doctor, to address his seizure-like condition. With this understanding, this case is dismissed in its entirety with prejudice, with the parties to bear their own costs.

DONE, this 23rd day of June, 2008.

*Randell Hampton 226420*
Randell Hampton
AIS#226240

*Al Butler*
Al Butler for all
defendants