IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RANDALL HAMPTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv400-MHT |
| | ) | (WO) |
| PRISON HEALTH CARE SERVICES, JOSEPH FITZPATRICK, LaSONJA HAYNES, HENRY PERKINS, and DR. TAHIR SIDDIQ, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the parties' agreement filed on June 23, 2008 (doc. no. 54), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of June, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE